B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**CMR Mortgage Fund, LLC, a California limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**94-3401173** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105**<br>ZIP CODE **94105-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Debts
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **CMR Mortgage Fund, LLC, a California limited liability company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)** Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CMR Mortgage Fund, LLC, a California limited liability company** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X */s/ Michael D. Cooper*<br>Signature of Attorney for Debtor(s)<br>**Michael D. Cooper, Bar No. 042761**<br>Printed Name of Attorney for Debtor(s)<br>**Wendel, Rosen, Black & Dean LLP**<br>Firm Name<br>**1111 Broadway, 24th Floor**<br>**Oakland, CA 94607**<br>Address<br>**(510) 834-6600 Fax:(510) 834-1928**<br>Telephone Number<br><br>Date November 19, 2008<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X */s/ James Gala*<br>Signature of Authorized Individual<br>**James Gala**<br>Printed Name of Authorized Individual<br>**Chief Executive Officer of California Mortgage and Realty, Inc., Its Manager**<br>Title of Authorized Individual<br><br>Date November 19, 2008 | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund, LLC, a California limited liability company**  Case No.
Debtor(s)  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Akerman Senterfitt<br>P.O. Box 4906<br>Orlando, FL 32802 | Ed Whitson<br>Afterman Senterfitt<br>P.O. Box 4906<br>Orlando, FL 32802<br>407-423-4000 | Legal Fees | | 41.00 |
| Beacon Development Co.<br>c/o David g. Bicknell, Esq.<br>2542 So. Bascom Avenue<br>Suite 185<br>Campbell, CA 95008 | David G. Bicknell<br>Beacon Development Co.<br>c/o David g. Bicknell, Esq.<br>2542 So. Bascom Avenue<br>Campbell, CA 95008<br>408-350-1095 | Alleged Trade Debt | Unliquidated<br>Disputed | 445,500.00 |
| Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Rob Harris<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>408-295-1700 | Legal Fees | | 5,445.00 |
| California Mortgage and Realty, Inc.<br>62 First Street<br>San Francisco, CA 94105 | Scott Curtis<br>California Mortgage and Realty, Inc.<br>62 First Street<br>San Francisco, CA 94105<br>415-974-1100 | Amounts Payable | | 688,700.00 |
| CMR Mortgage Fund II, LLC<br>62 First Street<br>San Francisco, CA 94105 | Scott Curtis<br>CMR Mortgage Fund II, LLC<br>62 First Street<br>San Francisco, CA 94105<br>415-974-1100 | Amounts Payable | | 1,180,559.00 |
| CMR Mortgage Fund III, LLC<br>62 First Street<br>San Francisco, CA 94105 | Scott Curtis<br>CMR Mortgage Fund III, LLC<br>62 First Street<br>San Francisco, CA 94105<br>415-974-1100 | Amounts Payable | | 1,572,126.00 |
| Fidelity National Title<br>601 California Street, Suite 1501<br>San Francisco, CA 94108 | Julie Wagner<br>Fidelity National Title<br>601 California Street, Suite 1501<br>San Francisco, CA 94108<br>415-398-2493 | Trade Debt | | 20,395.00 |

In re **CMR Mortgage Fund, LLC, a California limited liability company**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lesher Chee Stadlbauer<br>900 Fort Street, Suite 1503<br>Honolulu, HI 96813 | Steven Chee<br>Lesher Chee Stadlbauer<br>900 Fort Street, Suite 1503<br>Honolulu, HI 96813<br>808-524-1511 | Appraiser Fees | | 10,000.00 |
| Orrick Herrington, et al<br>P.O. Box 61000<br>San Francisco, CA 94105 | M.J. Prichett<br>Orrick Herrington, et al<br>P.O. Box 61000<br>San Francisco, CA 94105<br>415-298-8800 | Legal Fees | | 94,380.00 |
| Perry Smith LLP<br>400 Capitol Mall, Suite 1200<br>Sacramento, CA 95814 | Peter Wiese<br>Perry Smith LLP<br>400 Capitol Mall, Suite 1200<br>Sacramento, CA 95814<br>916-441-1000 | Accounting and Audit Fees (estimated) | | 15,000.00 |
| Saigon Plaza<br>c/o Michael A. Ahrens<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | Michael A. Ahrens<br>Saigon Plaza<br>c/o Michael A. Ahrens<br>Sheppard, Mullin, Richter & Hampton LLP<br>San Francisco, CA 94111<br>415-434-9100 | Alleged Trade Debt | Unliquidated Disputed | 2,015,667.00 |
| Stein & Lubin, LLP<br>600 Montgomery Street<br>San Francisco, CA 94111 | Mark Lubin<br>Stein & Lubin, LLP<br>600 Montgomery Street<br>San Francisco, CA 94111<br>415-981-0550 | Legal Fees | | 192.00 |
| Sunstate Equipment Co.<br>c/o J. David Patterson, Esq.<br>456 E. Grand Avenue, Suite 305<br>Escondido, CA 92025 | J. David Patterson<br>Sunstate Equipment Co.<br>c/o J. David Patterson, Esq.<br>456 E. Grand Avenue, Suite 305<br>Escondido, CA 92025<br>760-291-0169 | Alleged Trade Debt | Unliquidated Disputed | 14,613.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **CMR Mortgage Fund, LLC, a California limited liability company**  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Chief Executive Officer of California Mortgage and Realty, I of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 19, 2008**      Signature  */s/ James Gala*  
                                                          **James Gala**  
                                                          **Chief Executive Officer of California Mortgage and Realty, Inc., Its Manager**

    *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund, LLC, a California limited liability company**  Case No. _____

Debtor(s)  Chapter **11**

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of **2** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **November 19, 2008**

**/s/ Michael D. Cooper, Bar No.**
Signature of Attorney
**Michael D. Cooper, Bar No. 042761
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
(510) 834-6600  Fax: (510) 834-1928**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

Akerman Senterfitt
P.O. Box 4906
Orlando, FL 32802


Beacon Development Co.
c/o David g. Bicknell, Esq.
2542 So. Bascom Avenue
Suite 185
Campbell, CA 95008


Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050


California Mortgage and Realty, Inc.
62 First Street
San Francisco, CA 94105


CMR Mortgage Fund II, LLC
62 First Street
San Francisco, CA 94105


CMR Mortgage Fund III, LLC
62 First Street
San Francisco, CA 94105


Fidelity National Title
601 California Street, Suite 1501
San Francisco, CA 94108


Lesher Chee Stadlbauer
900 Fort Street, Suite 1503
Honolulu, HI 96813

Orrick Herrington, et al
P.O. Box 61000
San Francisco, CA 94105


Perry Smith LLP
400 Capitol Mall, Suite 1200
Sacramento, CA 95814


Saigon Plaza
c/o Michael A. Ahrens
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111


Stein & Lubin, LLP
600 Montgomery Street
San Francisco, CA 94111


Sunstate Equipment Co.
c/o J. David Patterson, Esq.
456 E. Grand Avenue, Suite 305
Escondido, CA 92025