Michael D. Cooper (Bar No. 042761)
Penn Ayers Butler (Bar No. 56663)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Debtor-in-Possession
CMR Mortgage Fund, LLC, a California
limited liability company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>CMR MORTGAGE FUND, LLC, a<br>California limited liability company,<br><br>Debtor. | Case No. 08-32220<br>Chapter 11<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE** |

    PLEASE TAKE NOTICE that CMR Mortgage Fund, LLC, a California limited liability company, debtor and debtor-in-possession (the "Fund"), commenced this Chapter 11 case in San Francisco, California, on November 19, 2008, by filing its voluntary petition for relief under Chapter 11 of the Bankruptcy code, 11 U.S.C. §§101-1330 (the "Bankruptcy Code"). No trustee has been appointed in this Chapter 11 case, and the Fund continues the operation of its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

    PLEASE TAKE FURTHER NOTICE that Section 362 of the Bankruptcy Code provides that, except as otherwise provided by Section 362(b), a petition operates as a stay, effective as of November 19, 2008 and applicable to all entities, of:

**1.** The commencement or continuation, including the issuance of employment of process, of a judicial, administrative, or other action or proceeding against the Fund that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the Fund that arose before the commencement of the case under this title;

**2.** The enforcement, against the Fund or against property of the estate, of a judgment obtained before commencement of the case under this title;

**3.** Any act to obtain possession of property of the estate or of property from the estate to exercise control over property of the estate;

**4.** Any act to create, perfect, or enforce any lien against property of the estate;

**5.** Any act to create, perfect, or enforce against property of the Fund any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

**6.** Any act to collect, assess, or recover a claim against the Fund that arose before the commencement of the case under this title;

**7.** The setoff of any debt owing to the Fund that arose before the commencement of the case under this title against any claim against the Fund; and

**8.** The commencement or continuation of a proceeding before the United States Tax Court concerning the Fund.

PLEASE TAKE FURTHER NOTICE that property of the estate includes rights pursuant to contracts in effect as of November 19, 2008.

Dated: November 19, 2008

/s/ *Michael D. Cooper*
Michael D. Cooper