**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re: ) Bankruptcy No.: 3:08-32220-TC
) R.S. No.: CMC-1
CMR MORTGAGE FUND, LLC ) Hearing Date: January 5, 2009
) Time: 1:00 p.m.
Debtor(s) )
_____ )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: __November 19, 2008__  Chapter: __11__
    Prior hearings on this obligation: __N/A__  Last Day to File §523/§727 Complaints: __February 23, 2009__

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____  Source of value: _____
Contract Balance: $_____  Pre-Petition Default: $_____
Monthly Payment: $_____  No. of months: _____
Insurance Advance: $_____  Post-Petition Default: $_____
                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____ Source of value: _____ If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____  Pre-Petition Default: $_____
As of (date): _____  No. of months: _____
Mo. payment: $_____  Post-Petition Default: $_____
Notice of Default (date): _____  No. of months: _____
Notice of Trustee's Sale: _____  Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $ | $ | $ |

(D) Other pertinent information:

Canpartners Realty Holding Company IV LLC ("Canyon") moves for relief from the automatic stay in order to complete foreclosure on certain limited liability membership interests held by a non-debtor third-party. The Debtor holds, at most, a subordinated interest in the loan being enforced by Canyon. Canyon moves for relief from the stay because (i) the Debtor has no protectable interests in the property Canyon seeks to foreclose upon, (ii) the Debtor's subordinated interest in the loan is valueless and not necessary to an effective reorganization, and (iii) cause exists to lift the automatic stay.

Dated: December 4, 2008

_____/s/ Christina M. Craige_____
Signature

Christina M. Craige
Print or Type Name

Attorney for Canpartners Realty Holding Company IV LLC

Richard W. Havel (SBN 52922)
Christina M. Craige (SBN 251103)
Jeremy E. Rosenthal (SBN 223199)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
       ccraige@sidley.com
       jrosenthal@sidley.com

Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rsandrock@sidley.com

Attorneys for Canpartners Realty Holding Company IV LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br><br>    Debtor. | Case No. 3:08-32220-TC<br><br>Chapter 11<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: January 5, 2009<br>Time: 1:00 p.m.<br>Place: Courtroom 23<br>      235 Pine Street, 19th Floor<br>      San Francisco, CA 94104<br>Judge: Honorable Thomas E. Carlson |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

        Canpartners Realty Holding Company IV LLC (hereinafter "Canyon"), a Delaware Limited Liability Company, hereby submits this Motion for Relief from the Automatic Stay (the "Motion"). Canyon seeks to complete its foreclosure upon certain limited liability membership

interests held by a non-debtor third-party. CMR Mortgage Fund, LLC ("CMR" or the "Debtor") holds, at most, a subordinated interest in the loan being enforced by Canyon.

Canyon respectfully requests that this Court grant Canyon relief from the stay to exercise any and all of its state law rights and remedies, including without limitation, its right to complete foreclosure of the Membership Interests, and for such other relief as the Court deems just and necessary. In support hereof, Canyon submits the Memorandum of Points and Authorities in Support of Canyon's Motion for Relief from the Automatic Stay, the Declaration of Jonathan P. Roth, dated December 4, 2008; and the Request for Judicial Notice, all of which are concurrently filed herewith.

In accordance with Local Rule of Bankruptcy Procedure 4001-1(a), the Debtor is hereby advised to appear personally or by counsel at the preliminary hearing scheduled at the above-captioned date and time.

DATED: December 4, 2008

Respectfully submitted,

*[signature]*

Richard W. Havel (SBN 52922)
Christina M. Craige (SBN 251103)
Ryan M. Sandrock (SBN 251781)
Jeremy E. Rosenthal (SBN 223199)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
       ccraige@sidley.com
       rsandrock@sidley.com
       jrosenthal@sidley.com