1  Richard W. Havel (SBN 52922)
   Christina M. Craige (SBN 251103)
2  Jeremy E. Rosenthal (SBN 223199)
   SIDLEY AUSTIN LLP
3  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
4  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
5  Email: rhavel@sidley.com
          ccraige@sidley.com
6         jrosenthal@sidley.com

7  Ryan M. Sandrock (SBN 251781)
   SIDLEY AUSTIN LLP
8  555 California Street
   San Francisco, California 94104
9  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
10 Email: rsandrock@sidley.com

11 Attorneys for Canpartners Realty Holding Company IV LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 3:08-32220-TC |
| CMR MORTGAGE FUND, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: January 5, 2009<br>Time: 1:00 p.m.<br>Place: Courtroom 23<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104<br>Judge: Honorable Thomas E. Carlson |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY. PLEASE TAKE NOTICE THAT** Movant Canpartners Realty Holding Company IV LLC ("Canyon") has filed a Motion with the above-captioned Court for relief from the automatic stay in the above-captioned case (the "Motion") and that a hearing has been scheduled on the Motion for January 5, 2009 at 1:00 p.m. in Courtroom 23 of the United States Bankruptcy Court

| | |
|---|---|
| 1 | for the Northern District of California, located at 235 Pine Street, 19th Floor, San Francisco, CA |
| 2 | 94104. |
| 3 | The Motion is supported by the Memorandum of Points and Authorities in Support of |
| 4 | the Motion for Relief from the Automatic Stay, the Declaration of Jonathan P. Roth ("<u>Declaration</u>"), |
| 5 | and the Request for Judicial Notice filed on December 4, 2008, and such other testimony, pleadings |
| 6 | and arguments of counsel as may be presented to the Court at or before the hearing on the Motion. |
| 7 | **PLEASE TAKE FURTHER NOTICE** that, if you wish to receive a copy of the |
| 8 | Motion, the Memorandum of Points and Authorities, the Declaration, and/or the Request for Judicial |
| 9 | Notice, please contact counsel for Canyon, Christina Craige, at the address and phone number listed |
| 10 | on the caption page of this Notice, or email her at ccraige@sidley.com, and submit a request for such |
| 11 | copies from Ms. Craige. |
| 13 | Dated: December 4, 2008          SIDLEY AUSTIN LLP |

By: /s/ Christina M. Craige
Christina M. Craige
Attorney for Canpartners Realty Holding
Company IV LLC