1  Richard W. Havel (SBN 52922)
   Christina M. Craige (SBN 251103)
2  Jeremy E. Rosenthal (SBN 223199)
   SIDLEY AUSTIN LLP
3  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
4  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
5  Email: rhavel@sidley.com
          ccraige@sidley.com
6         jrosenthal@sidley.com

7  Ryan M. Sandrock (SBN 251781)
   SIDLEY AUSTIN LLP
8  555 California Street
   San Francisco, California 94104
9  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
10 Email: rsandrock@sidley.com

11 Attorneys for Canpartners Realty Holding Company IV LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br><br>Debtor. | Case No. 3:08-32220-TC<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CANPARTNERS REALTY HOLDING COMPANY IV LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: January 5, 2009<br>Time: 1:00 p.m.<br>Place: Courtroom 23<br>      235 Pine Street, 19th Floor<br>      San Francisco, CA 94104<br>Judge: Honorable Thomas E. Carlson |

Pursuant to Federal Rule of Evidence 201, and in support of Canpartners Realty Holding Company IV LLC's Motion for Relief from the Automatic Stay (the "Motion") filed concurrently herewith, Movant Canpartners Realty Holding Company IV LLC hereby requests that the Court take judicial notice of the following document:

Amended Findings of Fact, Conclusions of Law, and Decision and Order, entered in the Hawaii State Land Use Commission on October 1, 1996, In re Halekua Development Corporation, A92-683. A copy of the Amended Findings of Fact, Conclusions of Law, and Decision and Order is attached hereto as Exhibit A.

Dated: December 4, 2008

SIDLEY AUSTIN LLP

By: _____
Christina M. Craige
Attorney for Canpartners Realty Holding Company IV LLC

LA1 1292044v.1

Case: 08-32220   Doc# 23   Filed: 12/04/08   Entered: 12/04/08 14:03:52   Page 2 of 2