1  Richard W. Havel (SBN 52922)
   Christina M. Craige (SBN 251103)
2  Jeremy E. Rosenthal (SBN 223199)
   SIDLEY AUSTIN LLP
3  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
4  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
5  Email: rhavel@sidley.com
          ccraige@sidley.com
6         jrosenthal@sidley.com

7  Ryan M. Sandrock (SBN 251781)
   SIDLEY AUSTIN LLP
8  555 California Street
   San Francisco, California 94104
9  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
10 Email: rsandrock@sidley.com

11 Attorneys for Canpartners Realty Holding Company IV LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 3:08-32220-TC |
| CMR MORTGAGE FUND, LLC, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE
## In re CMR MORTGAGE FUND, LLC
## Case No. 3:08-32220-TC

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF SAN FRANCISCO  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On December 4, 2008, I served the following documents on interested parties in this action as indicated on the attached service list:

1. **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

2. **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

3. **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

4. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

5. **DECLARATION OF JONATHAN P. ROTH IN SUPPORT OF CANPARTNERS REALTY HOLDING COMPANY IV LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

6. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CANPARTNERS REALTY HOLDING COMPANY IV LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2008, at Los Angeles, California.

_____
Janet S. Kobayashi

Case: 08-32220    Doc# 24    Filed: 12/04/08    Entered: 12/04/08 14:10:44    Page 3 of 4

# SERVICE LIST
## In re CMR Mortgage Fund, LLC
## USBC Case No. 3:08-32220-TC

Debtor
CMR Mortgage Fund II, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105-2508

Debtor's Attorney
Michael D. Cooper
Wendel, Rosen, Black and Dean
111 Broadway, 24th Floor
P.O. Box 2047
Oakland, CA 94604-2047

U.S. Trustee
Office of the U.S. Trustee / SF
235 Pine Street, Suite 700
San Francisco, CA 94104-2736

20 Largest Creditor
Akerman Senterfitt
P.O. Box 4906
Orlando, FL 32802-4906

20 Largest Creditor
Beacon Development Co.
c/o David G. Bicknell, Esq.
2542 S. Bascom Ave., Suite 185
Campbell, CA 95008-5542

20 Largest Creditor
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050-6004

20 Largest Creditor
CMR Mortgage Fund II, LLC
62 First Street
San Francisco, CA 94105-2508

20 Largest Creditor
CMR Mortgage Fund III, LLC
62 First Street
San Francisco, CA 94105-2508

20 Largest Creditor
California Mortgage and Realty, Inc
62 First Street
San Francisco, CA 94105-2508

20 Largest Creditor
Fidelity National Title
601 California Street, Suite 1501
San Francisco, CA 94108-2820

20 Largest Creditor
Lesher Chee Stadlbauer
900 Fort Street, Suite 1503
Honolulu, HI 96813-3721

20 Largest Creditor
Orrick Herrington, et al.
P.O. Box 61000
San Francisco, CA 94105

20 Largest Creditor
Perry Smith LLP
400 Capitol Mall, Suite 1200
Sacramento, CA 95814-4434

20 Largest Creditor
Saigon Plaza
c/o Michael A. Ahrens
Sheppard, Mullin, Richter & Hampton
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4158

20 Largest Creditor
Stein & Lubin, LLP
600 Montgomery Street
San Francisco, CA 94111-2700

20 Largest Creditor
Sunstate Equipment Co.
c/o J. David Patterson, Esq.
456 E. Grand Avenue, Suite 305
Escondido, CA 92025-3322