# United States Bankruptcy Court
## Northern District of California

In re **CMR Mortgage Fund, LLC, a California limited liability company**  Case No. **08-32220**
Debtor(s)  Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CMR Mortgage Fund, LLC, a California limited liability company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 4, 2008** | **/s/ Michael D. Cooper, Bar No.** |
| Date | **Michael D. Cooper, Bar No. 042761** |
| | Signature of Attorney or Litigant |
| | Counsel for **CMR Mortgage Fund, LLC, a California limited liability company** |
| | **Wendel, Rosen, Black & Dean LLP** |
| | **1111 Broadway, 24th Floor** |
| | **Oakland, CA 94607** |
| | **(510) 834-6600 Fax:(510) 834-1928** |
| | **mcooper@wendel.com** |