1  Richard W. Havel (SBN 52922)
   Christina M. Craige (SBN 251103)
2  Jeremy E. Rosenthal (SBN 223199)
   SIDLEY AUSTIN LLP
3  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
4  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
5  Email: rhavel@sidley.com
          ccraige@sidley.com
6          jrosenthal@sidley.com

7  Ryan M. Sandrock (SBN 251781)
   SIDLEY AUSTIN LLP
8  555 California Street
   San Francisco, California 94104
9  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
10 Email: rsandrock@sidley.com

11 Attorneys for Canpartners Realty Holding Company IV LLC

12

13              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                    **SAN FRANCISCO DIVISION**

15 In re                              ) Case No. 3:08-32220-TC
                                      )
16 CMR MORTGAGE FUND, LLC,            )
                                      ) Chapter 11
17          Debtor.                   )
                                      ) **MOTION FOR RELIEF FROM THE**
18                                    ) **AUTOMATIC STAY**
                                      )
19                                    ) Date:   January 5, 2009
                                      ) Time:   1:00 p.m.
20                                    ) Place:  Courtroom 23
                                      )         235 Pine Street, 19th Floor
21                                    )         San Francisco, CA 94104
                                      ) Judge:  Honorable Thomas E. Carlson
22 _____)

23          **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

24          Canpartners Realty Holding Company IV LLC (hereinafter "Canyon"), a Delaware

25 Limited Liability Company, hereby submits this Motion for Relief from the Automatic Stay (the

26 "Motion"). Canyon seeks to complete its foreclosure upon certain limited liability membership

27

28

interests held by a non-debtor third-party. CMR Mortgage Fund, LLC ("CMR" or the "Debtor") holds, at most, a subordinated interest in the loan being enforced by Canyon.

Canyon respectfully requests that this Court grant Canyon relief from the stay to exercise any and all of its state law rights and remedies, including without limitation, its right to complete foreclosure of the Membership Interests, and for such other relief as the Court deems just and necessary. In support hereof, Canyon submits the Memorandum of Points and Authorities in Support of Canyon's Motion for Relief from the Automatic Stay, the Declaration of Jonathan P. Roth, dated December 4, 2008; and the Request for Judicial Notice, all of which are concurrently filed herewith.

In accordance with Local Rule of Bankruptcy Procedure 4001-1(a), the Debtor is hereby advised to appear personally or by counsel at the preliminary hearing scheduled at the above-captioned date and time.

DATED: December 4, 2008

Respectfully submitted,

Richard W. Havel (SBN 52922)
Christina M. Craige (SBN 251103)
Ryan M. Sandrock (SBN 251781)
Jeremy E. Rosenthal (SBN 223199)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
         ccraige@sidley.com
         rsandrock@sidley.com
         jrosenthal@sidley.com

LA1 1292348v.1
Case: 08-32220    Doc# 27    Filed: 12/08/08    Entered: 12/08/08 09:18:06    Page 2 of 2