UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: CMR Mortgage Fund, LLC

Bankruptcy No.: 3:08-32220-TC
R.S. No.:
Hearing Date:
Time:

Debtor(s)

FILED
DEC 2 2 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ORIGINAL

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: November 11, 2008   Chapter: 11
    Prior hearings on this obligation: _____   Last Day to File §523/§727 Complaints: February 23, 2009

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [X] or lessor [ ]
   Fair market value: $526,419.15          Source of value: construction services and materials
   Contract Balance: $674,540.56           Pre-Petition Default: $674,540.56
   Monthly Payment: $ n/a                  No. of months: n/a
   Insurance Advance: $ n/a                Post-Petition Default: $ n/a
                                           No. of months: n/a

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $ 2.5 million   Source of value: Appraisal   If appraisal, date: March, 2005

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.      $526,419.15      Pre-Petition Default:  $674,540.56
   As of (date): 11/11/08              No. of months:         n/a
   Mo. payment:      $ n/a             Post-Petition Default: $ n/a
   Notice of Default (date): n/a       No. of months:         n/a
   Notice of Trustee's Sale: n/a       Advances Senior Liens: $ n/a

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: Secondary | $ 5,575,000.00 | $ unknown | $ unknown |
   | 2nd Trust Deed: Tertiary | $ 1,100,000.00 | $ unknown | $ unknown |
   | 4th position | $ 2,000,000.00 | unknown | unknown |
   | Mechanic's Lien 1st position | $ 2,587,474.80 | n/a | $ 2,587,474.80 |
   |  | 9,405,411.29 | n/a | unknown |
   | (Total) $ | | $ | $ |

(D) Other pertinent information:

Dated: December 16, 2008

By: _____
David G. Bicknell
Print or Type Name

Attorney for Beacon Development, Inc.