Label Matrix for local noticing
0971-3
Case 08-32220
Northern District of California
San Francisco
Mon Dec 29 15:16:54 PST 2008

Akerman Senterfitt
P.O. Box 4906
Orlando, FL 32802-4906

Alan Frankel
9591 Jura Drive
Huntington Beach, CA 92646-6417

Alliance Title
209 Kearney Street, 2nd Floor
San Francisco, CA 94108-4502

Beacon Development, Inc.
c/o David G. Bicknell
Bicknell Law Offices
2542 So. Bascom Avenue, Suite 185
Campbell, CA 95008-5542

Beacon Development, Inc.
c/o David G. Bicknell, Esq.
BICKNELL LAW OFFICES
2542 So. Bascom Ave., #185
Campbell, CA 95008-5542

David G. Bicknell
Bicknell Law Offices
2542 So. Bascom Avenue, Suite 185
Campbell, CA 95008-5542

Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050-6004

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

CMR Mortgage Fund II, LLC
62 First Street
San Francisco, CA 94105-2508

CMR Mortgage Fund III, LLC
62 First Street
San Francisco, CA 94105-2508

CMR Mortgage Fund, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105-2508

California Mortgage and Realty, Inc.
62 First Street
San Francisco, CA 94105-2508

Canpartners Realty Holding Company IV LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4700

Casey Poldino
4473 Marlborough Avenue, #5
San Diego, CA 92116-4766

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacrament, CA 94230

Michael D. Cooper
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047

Daranne Schott
480 Greenwich Street, Apt. 3
San Francisco, CA 94133-3027

Edmundo Armendariz
1841 Alvarado Avenue
Walnut Creek, CA 94597-3040

Fidelity National Title
601 California Street, Suite 1501
San Francisco, CA 94108-2820

James Gala
62 1st Street, 4th Floor
San Francisco, CA 94105-2508

Tracy Green
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

J. & A. Dunn Schuerman
988 Leneve Place
El Cerrito, CA 94530-2748

Jack Margid
655 Corbett Avenue, #407
San Francisco, CA 94114-2209

Jan Lurie
4074 24th Street, #3
San Francisco, CA 94114-3780

Jerry Boxer
9/13-14 Tatmai Road, Bangphra
A. Muang Trat, Thailand  23000

Jerry Boxer
c/o Toby Lurie
9/13-14 Tatmai Road, Bangphra
A. Muang Trat, Thailand  23000

Lee Emerson
5309 Forest Acres Drive
Nashville, TN 37220-2120

| | | |
|---|---|---|
| Lesher Chee Stadlbauer<br>900 Fort Street, Suite 1503<br>Honolulu, HI 96813-3721 | Licha Sanabria<br>990 Baker Street<br>San Francisco, CA 94115-3811 | Michael Farr<br>1478 Page Street, #4<br>San Francisco, CA 94117-2081 |
| Michael Lai<br>2000 Los Angeles Avenue<br>Berkeley, CA 94707-2429 | Miriam Lawler<br>51 Windstone<br>San Rafael, CA 94903-1438 | Nancy E. Young<br>1083 Union Street, Apt. #6<br>San Francisco, CA 94133-2595 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2736 | Orrick Herrington, et al<br>P.O. Box 61000<br>San Francisco, CA 94105 | Patrick Dowling<br>10 Harbor Drive<br>Corte Madera, CA 94925-1847 |
| Perry Smith LLP<br>400 Capitol Mall, Suite 1200<br>Sacramento, CA 95814-4434 | Jeremy Rosenthal<br>Sidley, Austin, Brown and Wood<br>555 W 5th St.<br>Los Angeles, CA 90013-1010 | Saigon Plaza<br>c/o Michael A. Ahrens<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4158 |
| Stein & Lubin, LLP<br>600 Montgomery Street<br>San Francisco, CA 94111-2700 | Sunstate Equipment Co.<br>c/o J. David Patterson, Esq.<br>456 E. Grand Avenue, Suite 305<br>Escondido, CA 92025-3322 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Yvette Nall<br>7001 Snake Road<br>Oakland, CA 94611-1351 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Thomas E. Carlson
San Francisco

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46