Michael D. Cooper (Bar No. 042761)
Penn Ayers Butler (Bar No. 56663)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Debtor-in-Possession
CMR Mortgage Fund, LLC, a California
limited liability company

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In Re

CMR MORTGAGE FUND, LLC, a
California limited liability company

Debtor.

Tax I.D. No. 94-3401173

Case No. 08-32220
Chapter 11

**AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re  CMR Mortgage Fund, LLC, a California limited liability company     Case No. 08-32220
                                          Debtor(s)                       Chapter  11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alliance Title<br>209 Kearney Street, 2nd Floor<br>San Francisco, CA 94108 | Alliance Title<br>209 Kearney Street, 2nd Floor<br>San Francisco, CA 94108 | | Disputed | 7,060.00 |
| Beacon Development Co.<br>c/o David g. Bicknell, Esq.<br>2542 So. Bascom Avenue<br>Suite 185<br>Campbell, CA 95008 | David G. Bicknell<br>Beacon Development Co.<br>c/o David g. Bicknell, Esq.<br>2542 So. Bascom Avenue<br>Campbell, CA 95008<br>408-350-1095 | Alleged Trade Debt | Unliquidated<br>Disputed | 445,500.00 |
| Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Rob Harris<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>408-295-1700 | Legal Fees | | 5,445.00 |
| California Mortgage and Realty, Inc.<br>62 First Street<br>San Francisco, CA 94105 | Scott Curtis<br>California Mortgage and Realty, Inc.<br>62 First Street<br>San Francisco, CA 94105<br>415-974-1100 | Loan | | 688,700.00 |
| CMR Mortgage Fund II, LLC<br>62 First Street<br>San Francisco, CA 94105 | Scott Curtis<br>CMR Mortgage Fund II, LLC<br>62 First Street<br>San Francisco, CA 94105<br>415-974-1100 | Loan | | 1,180,559.00 |
| CMR Mortgage Fund III, LLC<br>62 First Street<br>San Francisco, CA 94105 | Scott Curtis<br>CMR Mortgage Fund III, LLC<br>62 First Street<br>San Francisco, CA 94105<br>415-974-1100 | Loan | | 1,572,126.00 |
| Lee Emerson<br>5309 Forest Acres Drive<br>Nashville, TN 37220 | Lee Emerson<br>5309 Forest Acres Drive<br>Nashville, TN 37220 | | Disputed | 1,162.00 |
| Micheal Farr<br>1478 Page Street, #4<br>San Francisco, CA 94117 | Micheal Farr<br>1478 Page Street, #4<br>San Francisco, CA 94117 | | Disputed | 4,400.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  CMR Mortgage Fund, LLC, a California limited liability company

Case No. 08-32220

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Fidelity National Title<br>601 California Street, Suite 1501<br>San Francisco, CA 94108 | Julie Wagner<br>Fidelity National Title<br>601 California Street, Suite 1501<br>San Francisco, CA 94108<br>415-398-2493 | Trade Debt | | 20,395.00 |
| Alan Frankel<br>9591 Jura Drive<br>Huntington Beach, CA 92646 | Alan Frankel<br>9591 Jura Drive<br>Huntington Beach, CA 92646 | | Disputed | 675.00 |
| Michael Lai<br>2000 Los Angeles Avenue<br>Berkeley, CA 94707 | Michael Lai<br>2000 Los Angeles Avenue<br>Berkeley, CA 94707 | | Disputed | 528.00 |
| Lesher Chee Stadlbauer<br>900 Fort Street, Suite 1503<br>Honolulu, HI 96813 | Steven Chee<br>Lesher Chee Stadlbauer<br>900 Fort Street, Suite 1503<br>Honolulu, HI 96813<br>808-524-1511 | Appraiser Fees | | 10,000.00 |
| Yvette Nall<br>7001 Snake Road<br>Oakland, CA 94611 | Yvette Nall<br>7001 Snake Road<br>Oakland, CA 94611 | | Disputed | 547.00 |
| Orrick Herrington, et al<br>P.O. Box 61000<br>San Francisco, CA 94105 | M.J. Prichett<br>Orrick Herrington, et al<br>P.O. Box 61000<br>San Francisco, CA 94105<br>415-298-8800 | Legal Fees | | 94,380.00 |
| Perry Smith LLP<br>400 Capitol Mall, Suite 1200<br>Sacramento, CA 95814 | Peter Wiese<br>Perry Smith LLP<br>400 Capitol Mall, Suite 1200<br>Sacramento, CA 95814<br>916-441-1000 | Accounting and Audit Fees (estimated) | | 15,000.00 |
| Saigon Plaza<br>c/o Michael A. Ahrens<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | Michael A. Ahrens<br>Saigon Plaza<br>c/o Michael A. Ahrens<br>Sheppard, Mullin, Richter & Hampton LLP<br>San Francisco, CA 94111<br>415-434-9100 | Alleged Trade Debt | Unliquidated Disputed | 2,015,667.00 |
| Daranne Schott<br>480 Greenwich Street, Apt. 3<br>San Francisco, CA 94133 | Daranne Schott<br>480 Greenwich Street, Apt. 3<br>San Francisco, CA 94133 | | Disputed | 533.00 |
| J. & A. Dunn Schuerman<br>988 Leneve Place<br>El Cerrito, CA 94530 | J. & A. Dunn Schuerman<br>988 Leneve Place<br>El Cerrito, CA 94530 | | Disputed | 3,406.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sunstate Equipment Co.<br>c/o J. David Patterson, Esq.<br>456 E. Grand Avenue, Suite 305<br>Escondido, CA 92025 | J. David Patterson<br>Sunstate Equipment Co.<br>c/o J. David Patterson, Esq.<br>456 E. Grand Avenue, Suite 305<br>Escondido, CA 92025<br>760-291-0169 | Alleged Trade Debt | Unliquidated<br>Disputed | 14,613.00 |
| Nancy E. Young<br>1083 Union Street, Apt. #6<br>San Francisco, CA 94133 | Nancy E. Young<br>1083 Union Street, Apt. #6<br>San Francisco, CA 94133 | | Disputed | 1,667.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of California Mortgage and Realty, I of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 8, 2009**     Signature   **/s/ James Gala**
                                            **James Gala**
                                            **Chief Executive Officer of California Mortgage and Realty, I**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.