1  David G. Bicknell, CSBN 087887
   **BICKNELL LAW OFFICES**
2  2542 So. Bascom Avenue, Suite 185
   Campbell, California 95008
3  Phone: (408) 559-5155
   Fax: (408) 559-5055
4
   Attorney for Secured Creditor,
5  Beacon Development, Inc.



FILED
JAN 2 6 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re <br><br> CMR MORTGAGE FUND, LLC, <br><br> Debtor <br><br>――――――――――――――― <br><br> Beacon Development, Inc., a corporation, <br><br> Plaintiff <br><br> vs. <br><br> John Le Tung, Saigon Plaza Association, LLC., CMR Mortgage Fund, LLC, et al. <br><br> Defendants | Case No. 3:08-32220-TC <br><br> ~~(Proposed)~~ <br> Order Granting Motion for Relief From Automatic Stay <br><br> Adversary Proceeding No. RG07315358 <br> Alameda Superior Court <br><br> Date: January 23, 2009 <br> Time: 1:00 pm <br> Courtroom: 23 <br> 235 Pine Street, 19th Floor <br> San Francisco, CA 94104 <br> Judge: Honorable Thomas E. Carlson |

   The Motion for Relief from Automatic Stay came on regularly for hearing on January 23, 2009 at 1:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 23 of this Court. David G. Bicknell appeared on behalf of plaintiff, Beacon Development, Inc. No other parties appeared.

   Upon proof being made to the satisfaction of the Court that the motion ought to be granted,

IT IS HEREBY ORDERED that relief from the automatic stay is hereby granted so that Beacon Development, Inc. may complete the foreclosure of its mechanics' lien upon real property owned by non-debtor, third-party Saigon Plaza Association, LLC by a sale of the real property. CMR Mortgage Fund, LLC holds, at most, a subordinated interest in the loan being enforced by Beacon.

IT IS HEREBY FURTHER ORDERED that Beacon Development, Inc. may exercise any and all of its state law rights and remedies, including without limitation, its right to complete foreclosure of the Membership Interests, and for such other relief as ~~the Court~~ deems just and necessary.

Dated: 1-26-09

The Honorable Thomas E. Carlson

~~Beacon may obtain a m~~

Any money judgment against Debtor that Beacon obtains may not be enforced against property of the Debtor or the estate, other than the real property that is the subject of the pending action, without further order of this court.

Bicknell Law Offices
2542 So. Bascom Ave. #185
Campbell, CA 95008
Phone: (408) 559-5155