Entered on Docket
February 06, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: February 05, 2009**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-32220 TEC |
| CMR MORTGAGE FUND, LLC, a California limited liability company, | Chapter 11 |
| Debtor. | |

**ORDER RE MOTION FOR RELIEF FROM STAY**

For the reasons stated in the accompanying memorandum, the court hereby issues the following order regarding the motion of Canpartners Realty Holding Company IV LLC (Canyon) for relief from the automatic stay.

1. Relief from stay is granted to permit Canyon to enforce all rights under applicable non-bankruptcy law with respect to 161.36 acres of land that is part of the Royal Kunia Phase II master planned community in Oahu, Hawaii (the Property), subject to the provisions of paragraph 2, below.

2. Neither Canyon nor any Related Party shall transfer or encumber the Property at any time before this court issues a final

ORDER RE MOTION FOR
RELIEF FROM STAY

order or judgment in CMR Mortgage Fund, LLC v. Canpartners Realty Holding Company IV LLC, et al., Adv. Proc. No. 08-3148, except as provided in paragraph 4, below. Any transfer prohibited by this order shall constitute a violation of the automatic stay and will therefore be void.

    3. For purposes of this order, the term Related Party shall mean a party other than Canyon that purchases the Property at a foreclosure sale conducted by Canyon, and in which Canyon or any officer, director, or equity interest holder in Canyon holds any interest, directly or indirectly.

    4. The court recognizes that Canyon may have legitimate need to further encumber the Property to continue development. Canyon may bring an application for permission to do so on seven days notice to Debtor and Debtor's counsel.

    5. The court invites Canyon to lodge and serve upon Debtor's counsel an amended form of this order that contains a more adequate description of the Property.

**\*\*END OF ORDER\*\***

ORDER RE MOTION FOR
RELIEF FROM STAY
-2-
Case: 08-32220  Doc# 83  Filed: 02/05/09  Entered: 02/06/09 11:31:28  Page 2 of 3

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Michael D. Cooper |
|   | Wendel, Rosen, Black and Dean |
| 4 | 1111 Broadway 24th Floor |
|   | P.O. Box 2047 |
| 5 | Oakland, CA 94604-2047 |
| 6 | Richard W. Havel, Esq. |
|   | Christina M. Craige, Esq. |
| 7 | Sidley Austin LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 8 | Los Angeles, CA 90013 |
| 9 | Ryan M. Sandrock, Esq. |
|   | Sidley Austin LLP |
| 10 | 555 California Street |
|    | San Francisco, CA 94104 |
| 11 | |
|    | Minnie Loo, Esq. |
| 12 | Office of the U.S. Trustee |
|    | 235 Pine Street, 7th Floor |
| 13 | San Francisco, CA 94104 |