HEINZ BINDER, #87907
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:  (408) 295-1531

Attorneys for Hamilton Creek, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In Re | Case No. 08-32220 TEC |
| CMR MORTGAGE FUND, LLC, | Chapter 11 |
| Debtor. | |

## WAIVER OF ALL CLAIMS

Binder & Malter, LLP hereby waives any and all claims owed to it by the Debtor, CMR Mortgage Fund, LLC.


Dated: February 25, 2009          BINDER & MALTER, LLP


                                  By:  /s/ Robert G. Harris
                                       Robert G. Harris
                                       Attorney for Hamilton Creek, LLC

F:\Clients\Hamilton Creek, LLC\Pleading\CMR POC\Waiver 022509.wpd