

Signed and Filed: March 20, 2009

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

Richard W. Havel (SBN 52922)
Christina M. Craige (SBN 251103)
Ariella T. Simonds (SBN 260940)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
ccraige@sidley.com
asimonds@sidley.com

Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rsandrock@sidley.com

Attorneys for Canpartners Realty Holding Company IV LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC, a California limited liability company,<br><br>Debtor. | Case No. 3:08-32220-TEC<br><br>Chapter 11<br><br>**AMENDED ORDER RE MOTION FOR RELIEF FROM STAY**<br><br>Date: January 5, 2009<br>Time: 1:00 p.m.<br>Place: 235 Pine Street<br>23rd Floor<br>San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

**AMENDED ORDER RE MOTION FOR RELIEF FROM STAY**

On February 6, 2009, this court entered an Order Re Motion for Relief From Stay (Docket No. 83), wherein the court invited Canpartners Realty Holding Company IV LLC ("Canyon") to lodge an amended form of order containing a more adequate description of the Property. On February 17, 2009 Canyon filed and served its Motion to Correct Memorandum Decision and to Correct Order Re Motion for Relief From Stay (the "Motion to Correct"), which proposed certain

changes and additions to the Order Re Motion for Relief from Stay. The Motion to Correct was noticed for hearing on March 20, 2009. In accordance with the Order Re Motion for Relief from Stay, and upon due consideration of the Motion to Correct, the court hereby issues the following amended order regarding Canyon's motion for relief from the automatic stay.

1. Relief from stay is granted to permit Canyon to enforce all rights under applicable non-bankruptcy law with respect to any and all property in which Canyon has a lien pursuant to the Credit Agreement (the "Collateral"), including but not limited to 161.36 acres of land that is part of the Royal Kunia Phase II master planned community in Oahu, Hawaii, as more particularly described in <u>Exhibit A</u> hereto, and certain membership interests in Halekua-Kunia, LLC held by Halekua Development Corporation. This relief is subject to paragraph 2, below.

2. In the event that Canyon or any Related Party purchases any of the Collateral at a foreclosure sale conducted by Canyon, such party shall not thereafter transfer or encumber the Collateral at any time before this court issues a final order or judgment in CMR Mortgage Fund, LLC v. Canpartners Realty Holding Company IV LLC, et al., Adv. Proc. No. 08-3148, except as provided in paragraph 5, below. Any transfer prohibited by this order shall constitute a violation of the automatic stay and will therefore be void.

3. This amendment to the court's Order Re Motion for Relief From Stay entered on February 6, 2009 (Docket No. 83) shall not extend, reset, nor otherwise increase the duration of the stay provided by Bankruptcy Rule 4001(a)(3) as to the relief granted by that order and herein, which shall expire on February 17, 2009, or shall prejudice the pending appeal of this Court's prior Order Re Relief From Stay.

4. For purposes of this order, the term Related Party shall mean a party other than Canyon that purchases the Property at a foreclosure sale conducted by Canyon (a "Purchaser"), in which Canyon or any officer, director, or equity interest holder in Canyon holds any interest, directly or indirectly. The term Related Party shall exclude any publicly held entity in which the officers, directors, and interest-holders of Canyon collectively hold less than 5 percent of shares or interests. In order to minimize the likelihood that any ambiguity in the meaning of Related Party should chill

bidding on the Property, any Purchaser or prospective Purchaser may bring an application to this court on seven days notice to Debtor and Canyon for a ruling determining whether the Purchaser or prospective Purchaser falls within the definition of Related Party for purposes of this order.

5. The court recognizes that Canyon may have legitimate need to further encumber or transfer the Collateral to continue development. Canyon may bring an application for permission to do so on seven days notice to Debtor and Debtor's counsel.

6. The Court's statement at page 2 lines 25-27 of the Memorandum Decision Re Relief from Stay of February 6, 2009 (Docket No 82) was not a finding of the Court, and was not necessary to the Court's decision to grant relief from the stay, and did not constitute a determination of either party's rights or obligations with respect to foreclosure.

**APPROVED AS TO FORM AND CONTENT**:

SIDLEY AUSTIN LLP:

By:/s/ *Richard W. Havel*
Richard W. Havel
Attorneys for Secured Creditor,
Canpartners Realty Holding Company IV LLC


WENDEL, ROSEN, BLACK & DEAN LLP:

By: _____
Penn A. Butler
Attorneys for Debtor,
CMR Mortgage Fund, LLC

**EXHIBIT A**

AMENDED ORDER RE
MOTION FOR RELIEF
FROM STAY

4

The Property is located in the County of Honolulu, State of Hawaii, and is described as follows:

ALL OF THAT CERTAIN PARCEL OF LAND (BEING PORTION(S) OF THE LAND(S) DESCRIBED IN AND COVERED BY ROYAL PATENT NUMBER 4490, LAND COMMISSION AWARD 10474, APANA 9 TO N. NAMAUU AND ROYAL PATENT NUMBER 4486, APANA 1, MAHELE AWARD TO LULUHIWALANI), SITUATE, LYING AND BEING AT HOAEAE AND WAIKELE, DISTRICT OF EWA, CITY AND COUNTY OF HONOLULU, STATE OF HAWAII, BEING LOT 2, SAME BEING A PORTION OF LOT 3 OF "ROYAL KUNIA PHASE II, INCREMENT 1 SUBDIVISION" (FILE PLAN 2171), AND THUS BOUNDED AND DESCRIBED AS PER SURVEY DATED APRIL 24, 2002, TO-WIT:

BEGINNING AT THE MOST NORTHWESTERLY CORNER OF THIS PARCEL OF LAND, BEING THE EASTERLY LINE OF KUNIA ROAD, THE COORDINATES OF POINT OF BEGINNING REFERRED TO GOVERNMENT SURVEY TRIANGULATION STATION "EWA CHURCH" BEING 4,708.80 FEET NORTH AND 20,874.67 FEET WEST AND THENCE RUNNING BY AZIMUTHS MEASURED CLOCKWISE FROM TRUE SOUTH:

1.  246° 16' 30" 22.00 FEET ALONG ROYAL KUNIA PHASE II, INCREMENT 1 SUBDIVISION (FILE PLAN 2171);

2.  THENCE ALONG THE SAME ON A CURVE TO THE LEFT HAVING A RADIUS OF 40.00 FEET THE CHORD AZIMUTH AND DISTANCE BEING:

291° 16' 30" 56.57 FEET;

3.  246° 16' 30" 1943.75 FEET ALONG THE SAME;

4.  THENCE ALONG THE SAME, ON A CURVE TO THE LEFT HAVING A RADIUS OF 1,360.00 FEET THE CHORD AZIMUTH AND DISTANCE BEING:

239° 59' 15" 297.89 FEET;

5.  233° 42' 888.15 FEET ALONG THE SAME;

6.  142° 16' 1663.48 FEET ALONG THE SAME;

7.  232° 16' 589.74 FEET ALONG LOT 2 OF ROYAL KUNIA PHASE II, INCREMENT 1 (FILE PLAN 2154);

8.  187° 16' 779.25 FEET ALONG THE SAME;

9.  234° 44' 661.78 FEET ALONG THE SAME;

10. THENCE ALONG THE SAME, ON A CURVE TO THE RIGHT HAVING A RADIUS OF 600.00 FEET THE CHORD AZIMUTH AND DISTANCE BEING:

289° 20' 978.15 FEET;

11. 343° 56' 1592.99 FEET ALONG THE SAME;

12. 8° 00' 792.41 FEET ALONG LOT 1 OF ROYAL KUNIA SUBDIVISION LOT C (FILE PLAN 2310);

13. 32° 00' 80.00 FEET ALONG LOT 4 OF ROYAL KUNIA SUBDIVISION INCREMENT E (FILE PLAN 2308);

14. 302° 00' 172.00 FEET ALONG THE SAME;

15. THENCE ALONG THE SAME, ON A CURVE TO THE RIGHT HAVING A RADIUS OF 20.00 FEET THE CHORD AZIMUTH AND DISTANCE BEING:

347° 00' 28.28 FEET;

16. 32° 00' 108.57 FEET ALONG THE SAME AND CONTINUING ALONG THE SAME NORTHWESTERLY LINE OF 'ANOIKI STREET;

17. THENCE ALONG THE NORTHWESTERLY LINE OF 'ANOIKI STREET ON A CURVE TO THE RIGHT HAVING A RADIUS OF 972.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

39° 30' 253.74 FEET;

18. 47° 00' 760.02 FEET ALONG THE SAME;

19. THENCE ALONG THE SAME, ON A CURVE TO THE RIGHT HAVING A RADIUS OF 972.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

49° 59' 101.18 FEET;

20. 52° 58' 877.02 FEET ALONG THE SAME;

21. THENCE ALONG THE REMAINDER OF LOT 3 OF ROYAL KUNIA PHASE II, INCREMENT 1 SUBDIVISION (FILE PLAN 2171), ON A CURVE TO THE LEFT HAVING A RADIUS OF 30.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

187° 58' 42.43 FEET;

22. 142° 58' 142.00 FEET ALONG THE SAME;

23. THENCE ALONG THE SAME, ON A CURVE TO THE RIGHT HAVING A RADIUS OF 1,028.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

143° 20' 13.16 FEET;

24. 143° 42' 457.70 FEET ALONG THE SAME;

25. 53° 42' 733.69 FEET ALONG THE SAME;

26. 156° 16' 30" 454.93 FEET ALONG LOT 1, AS SAID LOT IS DESCRIBED IN DEED TO HRT, LTD. RECORDED OCTOBER 25, 2001 AS REGULAR SYSTEM DOCUMENT NO. 2001-168369 OF OFFICIAL RECORDS;

27. 66° 16' 30" 697.75 FEET ALONG THE SAME;

28. THENCE ALONG THE SAME, ON A CURVE TO THE LEFT HAVING A RADIUS OF 30.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

21° 16' 30" 42.43 FEET;

29. 66° 16' 30" 56.00 FEET ALONG THE SAME;

30. THENCE ALONG LOT 2 OF ROYAL KUNIA PHASE II, INCREMENT 1 SUBDIVISION (FILE PLAN 2171), ON A CURVE TO THE LEFT HAVING A RADIUS OF 30.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

111° 16' 30" 42.43 FEET;

31. 66° 16' 30" 810.00 FEET ALONG THE SAME;

32. THENCE ALONG THE SAME, ON A CURVE TO THE LEFT HAVING A RADIUS OF 40.00 FEET, THE CHORD AZIMUTH AND DISTANCE BEING:

21° 16' 30" 56.57 FEET;

33. 66° 16' 30" 22.00 FEET ALONG THE SAME;

34. 156° 16' 30" 160.00 FEET ALONG THE SOUTHEASTERLY LINE OF KUNIA ROAD TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 161.360 ACRES, MORE OR LESS, AS SET FORTH IN AFFIDAVIT OF WAYNE M. TERUYA RECORDED MARCH 12, 2007 AS REGULAR SYSTEM DOCUMENT NO. 2007-045274 OF OFFICIAL RECORDS.

BEING ALL OF THE PREMISES CONVEYED BY LIMITED WARRANTY DEED RECORDED MARCH 12, 2007 AS REGULAR SYSTEM DOCUMENT NO. 2007-045275 OF OFFICIAL RECORDS.

GRANTOR: HALEKUA DEVELOPMENT CORPORATION, A HAWAII CORPORATION
GRANTEE: HALEKUA-KUNIA, LLC, A DELAWARE LIMITED LIABILITY COMPANY

TMK(S): (1) 9-4-002-071-0000

** END OF ORDER **

## COURT SERVICE LIST

The Honorable Thomas E. Carlson
U.S. Bankruptcy Court
Northern District of California
235 Pine Street, 23rd Floor
San Francisco, CA 94104

Daniel Rapaport, Esq.
Michael D. Cooper, Esq.
Wendel, Rosen, Black and Dean
1111 Broadway 24th Floor
P.O. Box 2047
Oakland, CA 94604-2047

Minnie Loo, Esq.
Office of the U.S. Trustee
235 Pine Street, 7th Floor
San Francisco, CA 94104

LA1 1515863v.2

AMENDED ORDER RE
MOTION FOR RELIEF
FROM STAY

8

Case: 08-32220    Doc# 125    Filed: 03/20/09    Entered: 03/20/09 12:23:58    Page 8 of 8