Michael D. Cooper  (Bar No. 042761)
Penn Ayers Butler (Bar No. 56663)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Debtor-in-Possession
CMR Mortgage Fund, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re | Case No. 08-32220 TEC |
|---|---|
| CMR MORTGAGE FUND LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **AMENDMENT TO SCHEDULE B** |

The Debtor's **Schedule B – Personal Property** is amended to add the following personal property:

| Type of Property | Description and Location of Property | Current Value of Debtor's Interest in Property without Deducting any Secured Claim or Exemption |
|---|---|---|
| 16. Accounts receivable. | See Attachment B-16 | $423,736.00 |
| 35. Other personal property of any kind not already listed. | Prepaid professional expense – Wendel, Rosen, Black & Dean LLP | $296,761.00 |

/ / /

/ / /

/ / /

/ / /

/ / /

I, Graham Seel, declare under penalty of perjury under the laws of the United States and the State of California that the herein Amendment is true and correct to the best of my knowledge, information and belief.

Dated: March 19, 2009

*/s/ Graham Seel*_____
Graham Seel
Chapter 11 Responsible Individual
For CMR Mortgage Fund, LLC

*AMENDMENT TO SCHEDULE F* 2