B6F (Official Form 6F) (12/07)

In re **CMR Mortgage Fund, LLC, a California limited liability company**     Case No. **08-32220**
                                               Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Akerman Senterfitt**<br>**P.O. Box 4906**<br>**Orlando, FL 32802** | | NA | **Legal Fees**<br>**2/14/08-10/6/08** | | | | 41.00 |
| ACCOUNT NO.<br><br>**Alliance Title**<br>**209 Kearney Street, 2nd Floor**<br>**San Francisco, CA 94108** | | NA | **7/17/08** | | | X | 7,060.00 |
| ACCOUNT NO.<br><br>**Edmundo Armendariz**<br>**1841 Alvarado Avenue**<br>**Walnut Creek, CA 94597** | | NA | **9/1/07** | | | X | 125.00 |

Sheet 1 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

In re **CMR Mortgage Fund, LLC, a California limited liability company**  
Debtor(s)

Case No **08-32220**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Beacon Development Co.**<br>**c/o David g. Bicknell, Esq.**<br>**2542 So. Bascom Avenue**<br>**Suite 185**<br>**Campbell, CA 95008** | | NA | **Alleged Trade Debt** | | X | X | 445,500.00 |
| ACCOUNT NO.<br><br>**Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**Santa Clara, CA 95050** | | NA | **Legal Fees**<br>**10/24/08** | | | | 5,445.00 |
| ACCOUNT NO.<br><br>**Jerry Boxer**<br>**9/13-14 Tatmai Road, Bangphra**<br>**A. Muang Trat, Thailand 23000** | | NA | **5/9/07** | | | X | 83.00 |
| ACCOUNT NO.<br><br>**Jerry Boxer**<br>**c/o Toby Lurie**<br>**9/13-14 Tatmai Road, Bangphra**<br>**A. Muang Trat, Thailand 23000** | | NA | **7/3/07** | | | X | 83.00 |
| ACCOUNT NO.<br><br>**CMR Mortgage Fund II, LLC**<br>**62 First Street**<br>**San Francisco, CA 94105** | | NA | **Amounts Payable - Approximate**<br>**8/27/07-11/14/08** | | | | 1,195,007.00 |

Sheet 2 of 6 total sheets in Schedule of Creditors  
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Case: 08-32220    Doc# 128    Filed: 03/20/09    Entered: 03/20/09 15:11:51    Page 2 of 6

B6F (Official Form 6F) (12/07) - Cont.

In re **CMR Mortgage Fund, LLC, a California limited liability company**  Case No **08-32220**

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CMR Mortgage Fund III, LLC <br> 62 First Street <br> San Francisco, CA 94105 | | NA | Amounts Payable - Approximate 8/24/07-11/14/08 | | | | 1,919,069.00 |
| ACCOUNT NO. <br> Patrick Dowling <br> 10 Harbor Drive <br> Corte Madera, CA 94925 | | NA | 12/31/06 | | | X | 6.00 |
| ACCOUNT NO. <br> Lee Emerson <br> 5309 Forest Acres Drive <br> Nashville, TN 37220 | | NA | 12/31/06 | | | X | 1,162.00 |
| ACCOUNT NO. <br> Micheal Farr <br> 1478 Page Street, #4 <br> San Francisco, CA 94117 | | NA | 12/31/06 | | | X | 4,400.00 |
| ACCOUNT NO. <br> Fidelity National Title <br> 601 California Street, Suite 1501 <br> San Francisco, CA 94108 | | NA | Trade Debt 6/27/08-10/9/08 | | | | 20,395.00 |
| ACCOUNT NO. <br> Alan Frankel <br> 9591 Jura Drive <br> Huntington Beach, CA 92646 | | NA | 3/3/06 | | | X | 675.00 |

Sheet 3 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael Lai <br> 2000 Los Angeles Avenue <br> Berkeley, CA 94707 | | NA | 12/31/06 | | | X | 528.00 |
| ACCOUNT NO. <br><br> Miriam Lawler <br> 51 Windstone <br> San Rafael, CA 94903 | | NA | 6/4/07 | | | X | 333.00 |
| ACCOUNT NO. <br><br> Jan Lurie <br> 4074 24th Street, #3 <br> San Francisco, CA 94114 | | NA | 12/31/06 | | | X | 158.00 |
| ACCOUNT NO. <br><br> Jack Margid <br> 655 Corbett Avenue, #407 <br> San Francisco, CA 94114 | | NA | 8/1/07 | | | X | 42.00 |
| ACCOUNT NO. <br><br> Yvette Nall <br> 7001 Snake Road <br> Oakland, CA 94611 | | NA | 8/20/07 | | | X | 547.00 |
| ACCOUNT NO. <br><br> Orrick Herrington, et al <br> P.O. Box 61000 <br> San Francisco, CA 94105 | | NA | Legal Fees <br> 8/15/08-10/15/08 | | | | 94,380.00 |

Sheet 4 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **CMR Mortgage Fund, LLC, a California limited liability company**

Debtor(s)

Case No **08-32220**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Perry Smith LLP** <br> **400 Capitol Mall, Suite 1200** <br> **Sacramento, CA 95814** | | NA | **Accounting and Audit Fees (estimated)** <br> **10/1/08** | | | | 24,626.41 |
| ACCOUNT NO. <br> **Casey Poldino** <br> **4473 Marlborough Avenue, #5** <br> **San Diego, CA 92116** | | NA | **12/31/06** | | | X | 83.00 |
| ACCOUNT NO. <br> **Saigon Plaza** <br> **c/o Michael A. Ahrens** <br> **Sheppard, Mullin, Richter & Hampton LLP** <br> **4 Embarcadero Center, 17th Floor** <br> **San Francisco, CA 94111** | | NA | **Alleged Breach of Contract** | | X | X | 2,015,667.00 |
| ACCOUNT NO. <br> **Licha Sanabria** <br> **990 Baker Street** <br> **San Francisco, CA 94115** | | NA | **3/3/06** | | | X | 400.00 |
| ACCOUNT NO. <br> **Daranne Schott** <br> **480 Greenwich Street, Apt. 3** <br> **San Francisco, CA 94133** | | NA | **12/31/06** | | | X | 533.00 |

Sheet 5 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CMR Mortgage Fund, LLC, a California limited liability company**, Debtor(s)

Case No **08-32220**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. J. & A. Dunn Schuerman, 988 Leneve Place, El Cerrito, CA 94530 | | NA | 3/6/07 | | | X | 3,406.00 |
| ACCOUNT NO. Stein & Lubin, LLP, 600 Montgomery Street, San Francisco, CA 94111 | | NA | Legal Fees 4/30/08-9/30/08 | | | | 192.00 |
| ACCOUNT NO. Sunstate Equipment Co., c/o J. David Patterson, Esq., 456 E. Grand Avenue, Suite 305, Escondido, CA 92025 | | NA | Alleged Trade Debt | | X | X | 14,613.00 |
| ACCOUNT NO. Nancy E. Young, 1083 Union Street, Apt. #6, San Francisco, CA 94133 | | NA | 10/2/07-1/3/08 | | | X | 1,667.00 |

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**5,756,226.41**

Sheet 6 of 6 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims