Matthew J. Shier (SBN 72638)
Email: mshier@pinnaclelawgroup.com
Jeremy W. Katz (SBN 119418)
Email: jkatz@pinnaclelawgroup.com
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for ANDREA CROW

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re:

CMR MORTGAGE FUND, LLC,

Debtor.

**Case No. 08-32220 TC 11**

**WITHDRAWAL OF PROOF OF CLAIM INADVERTENTLY FILED IN WRONG CASE**

Pinnacle Law Group LLP hereby withdraws Andrea Crow's Proof of Claim (Number 19) which was inadvertently filed in the wrong case.

Dated: May 6, 2009

Claim No. 19

PINNACLE LAW GROUP LLP

By: Matthew J. Shier
MATTHEW J. SHIER
Attorneys for Creditor
ANDREA CROW

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 08-32220 Doc# 176 Filed: 05/06/09 Entered: 05/06/09 16:38:53 Page 1 of 2

## CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On May 6, 2009, I served the document(s) described as:

**WITHDRAWAL OF PROOF OF CLAIM INADVERTENTLY FILED IN WRONG CASE**

on the interested parties in this action by placing [ ] the original [X] true copies thereof addressed as follows [ ] (see attached list):

*Attorney for Debtor:*
Elizabeth Berke-Dreyfuss
Michael D. Cooper
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047

[X] BY E-MAIL: Service was accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users in this case and by transmitting PDF copies of the above-listed document(s) to the email recipients listed below after the close of business, May 1, 2009.

- Elizabeth Berke-Dreyfuss edreyfuss@wendel.com
- Michael D. Cooper mcooper@wendel.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 6, 2009, at San Francisco, California.

By: /s/Mike Terry
Mike Terry