

1  Peter Bisno, Esq. #85943
   Dennette A. Mulvaney, Esq. #133423
2  **BISNO MULVANEY, LLP**
   21700 Oxnard Street, Suite 430
3  Woodland Hills, California 91367
   dmulvaney@bisnosam.com
4
   Telephone: (818) 657-0300
5  Facsimile: (818) 657-0313

Signed and Filed: June 15, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

Attorneys for IMPERIAL CAPITAL BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-32220 TEC |
| CMR MORTGAGE FUND, LLC, | RS No. DAM-046 |
| Debtor. | Chapter 11 |
| | **LIMITED ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: May 26, 2009<br>Time: 1:00 p.m.<br>Place: Courtroom 23 |

The hearing on the Motion for Relief from the automatic Stay, or Alternatively, Modification of the Automatic Stay and for Adequate Protection filed by Imperial Capital Bank ("Movant") came on regularly for hearing on May 26, 2009 at 1:00 p.m. before the Honorable Thomas Carlson, United States Bankruptcy Judge. The Court having read and considered the moving papers and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the automatic stay provisions of 11 U.S.C. Section 362 be and hereby are terminated with respect to the interest of Movant, its successors-in-interest, beneficiaries and assignees in the property commonly known as 555 and 575 California Avenue and 655 Redwood, Sand City, California 93955 and legally described as follows:

1

1  PARCEL I:

2  LOTS 12, 14, 16, 18, 20, 22, AND 24, IN BLOCK 40, AS SHOWN ON THAT CERTAIN MAP
   ENTITLED, "MAP OF EAST MONTEREY, MONTEREY COUNTY, CALIF., SURVEYED BY
3  W.C. LITTLE", FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF THE
   COUNTY OF MONTEREY, STATE OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES
4  AND TOWNS", AT PAGE 22.

5  A.P.N.: 011-194-018

6  PARCEL II:

7  LOTS 14, 15, 16, 17, 18, 19, 20, AND 22 IN BLOCK 4, AS SHOWN ON THAT CERTAIN MAP
   ENTITLED, "MAP OF SEASIDE ADDITION TO THE TOWN OF EAST MONTEREY,
8  MONTEREY COUNTY, CALIFORNIA, SURVEYED BY W.C. LITTLE, JULY 1889", FILE FOR
   RECORD JULY 16, 1889 IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY
9  OF MONTEREY, STATE OF CALIFORNIA IN VOLUME 1 OF MAPS, "CITIES AND TOWNS",
   AT PAGE 29.
10
   A.P.N.: 011-189-018
11
   PARCEL III:
12
   LOTS 24 TO 32 INCLUSIVE, IN BLOCK 4, AS SAID LOTS AND BLOCK ARE SHOWN ON
13 MAP ENTITLED, "MAP OF SEASIDE ADDITION TO THE TOWN OF EAST MONTEREY",
   FILED FOR RECORD JULY 16, 1889 IN THE OFFICE OF THE COUNTY RECORDER OF THE
14 COUNTY OF MONTEREY, STATE OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES
   AND TOWNS", AT PAGE 29.
15
   A.P.N.: 011-189-019
16
   PARCEL IV:
17
   LOTS 21 AND 23 IN BLOCK 4 AS SAID LOTS AND BLOCK ARE SHOWN ON MAP
18 ENTITLED, "MAP OF SEASIDE ADDITION TO THE TOWN OF EAST MONTEREY,
   MONTEREY COUNTY, CALIFORNIA, SURVEYED BY W.C. LITTLE, JULY 1889", FILED
19 FOR RECORD JULY 16, 1889 IN THE OFFICE OF THE COUNTY RECORDER OF THE
   COUNTY OF MONTEREY, STATE OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES
20 AND TOWNS", AT PAGE 29.

21 A.P.N.: 011-189-009

22 ("Property") for the limited purpose of recording a Notice of Default;

23     **IT IS FURTHER ORDERED** that the relief granted herein is effective retroactively as of

24 May 26, 2009 and Movant may record its Notice of Default on or after May 26, 2009;

25     **IT IS FURTHER ORDERED** that the Court will hold a continued hearing on the Motion

26 on June 29, 2009 at 1:00 p.m.

27

28                                    **END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | **DEBTOR** |
| | CMR Mortgage Fund, LLC |
| 3 | 62 First Street, Fourth Floor |
| | San Francisco, CA 94105 |
| 4 | |
| | **DEBTOR'S COUNSEL** |
| 5 | Michael D. Cooper, Esq. |
| | Wendel, Rosen, Black and Dean |
| 6 | 1111 Broadway 24th Floor |
| | P.O. Box 2047 |
| 7 | Oakland, CA 94604-2047 |
| 8 | **U.S. TRUSTEE** |
| | Julie M. Glosson |
| 9 | OFFICE OF THE U.S. TRUSTEE |
| | 235 Pine Street, Suite 700 |
| 10 | San Francisco, CA 94104 |
| 11 | **20 LARGEST CREDITORS** |
| 12 | Alliance Title |
| | 209 Kearney Street, 2nd Floor |
| 13 | San Francisco, CA 94108 |
| 14 | Beacon Development Co. |
| | c/o David G. Bicknell, Esq. |
| 15 | 2542 S. Bascom Ave., Suite 185 |
| | Campbell, CA 95008-5542 |
| 16 | |
| | Binder & Malter, LLP |
| 17 | 2775 Park Avenue |
| | Santa Clara, CA 95050-6004 |
| 18 | |
| | CMR Mortgage Fund II, LLC |
| 19 | 62 First Street, Fourth Floor |
| | San Francisco, CA 94105 |
| 20 | |
| | CMR Mortgage Fund III, LLC |
| 21 | 62 First Street, Fourth Floor |
| | San Francisco, CA 94105 |
| 22 | |
| | California Mortgage and Realty, Inc. |
| 23 | 62 First Street |
| | San Francisco, CA 94105-2508 |
| 24 | |
| | Lee Emerson |
| 25 | 5309 Forest Acres Drive |
| | Nashville, TN 37220 |
| 26 | |
| | Michael Farr |
| 27 | 1478 Page Street, #4 |
| | San Francisco, CA 94117 |
| 28 | |

| | |
|---|---|
| 1 | Fidelity National Title |
| | 601 California Street, Suite 1501 |
| 2 | San Francisco, CA 94108-2820 |
| 3 | Alan Frankel |
| | 9591 Jura Drive |
| 4 | Huntington Beach, CA 92646 |
| 5 | Michael Lai |
| | 2000 Los Angeles Avenue |
| 6 | Berkeley, CA 94707 |
| 7 | Lesher Chee Stadlbauer |
| | 900 Fort Street, Suite 1503 |
| 8 | Honolulu, HI 96813-3721 |
| 9 | Yvette Nall |
| | 7001 Snake Road |
| 10 | Oakland, CA 94611 |
| 11 | Orrick Herrington, et al. |
| | P.O. Box 61000 |
| 12 | San Francisco, CA 94105 |
| 13 | Perry Smith, LLP |
| | 400 Capital Mall, Suite 1200 |
| 14 | Sacramento, CA 95813-4434 |
| 15 | Saigon Plaza |
| | c/o Michael A. Ahrens |
| 16 | Sheppard, Mullin, Richter & Hampton |
| | 4 Embarcadero Center, 17th Floor |
| 17 | San Francisco, CA 94111-4158 |
| 18 | Daranne Schott |
| | 480 Greenwich Street, Apt. 3 |
| 19 | San Francisco,CcA 94133 |
| 20 | J.& A. Dunn Schuerman |
| | 988 Leneve Place |
| 21 | El Cerrito, CA 94530 |
| 22 | |
| | Sunstate Equipment Co. |
| 23 | c/o J. David Patterson, Esq. |
| | 333 S. Juniper Street, Suite 107 |
| 24 | Escondido, CA 92025 |
| 25 | Nancy E. Young |
| | 1083 Union Street, Apt. #6 |
| 26 | San Francisco, CA 94133 |
| 27 | |
| 28 | |

**REQUEST FOR NOTICE**
Richard W. Havel, Esq.
Christina M. Craige, Esq.
SIDLEY AUSTIN, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010

Linda Zieff
78917 Falsetto Drive
Palm Desert, CA 92211

MACDONALD & ASSOCIATES
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323