Robert Feinbaum
3001 Ashbrook Court
Oakland CA 94601
(510) 534-7008

FILED
A.M.  JUL 27 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

CMR Mortgage Fund LLC, Case # 08-32220
CMR Mortgage Fund II, LLC, Case # 09-30788
CMR Mortgage Fund III, LLC, Case # 09-30802

REQUEST
FOR
NOTICE

United States Bankruptcy Court
Northern District of California

I am a creditor of CMR Mortgage Fund I, CMR Mortgage Fund II and CMR Mortgage Fund III. I hereby request Notice of any hearings, meetings, conferences or any other proceedings involving the above entitled cases.

Please send notice to Robert Feinbaum at the above address or by Email to: bobf@att.net.

Thank you for your cooperation.

Signed: _____
Robert Feinbaum

Date: July 27, 2009