Signed and Filed: September 25, 2009

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

Penn Ayers Butler (Bar No. 056663)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Debtor in Possession
CMR Mortgage Fund, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>CMR MORTGAGE FUND, LLC, a California limited liability company,<br><br>Debtor-in-Possession. | Case No. 08-32220 TEC<br><br>Chapter 11<br><br>**ORDER GRANTING CAPITAL CALL FOR REO EXPENSES BY DEFAULT** |

Based upon the Notice and Opportunity for Hearing on Capital Call for REO Expenses ("Notice"), filed herein on August 4, 2009, and based upon the Application for Entry of Default Order Re Capital for REO Expenses, and it appearing from the declaration of counsel that no party in interest filed a request for hearing or objection to the Notice, and for good cause,

IT IS HEREBY ORDERED that the Notice and request for Capital Call for REO expenses set forth therein is approved.

**Certificate of Service Docket 252**

**END OF ORDER**

*ORDER GRANTING MOTION TO APPROVE MECHANISM FOR INTER-FUND ADVANCES TO PAY REO AND OTHER OBLIGATIONS*

015881.0003\1326322.1

1

| | | |
|---|---|---|
| 1 | **COURT SERVICE LIST** | |
| 2 | Elizabeth Berke-Dreyfuss | *Attorney for Debtor* |
| 3 | Wendel, Rosen, Black and Dean<br>1111 Broadway 24th Fl.<br>P.O. Box 2047 | |
| 4 | Oakland, CA 94604-2047 | |
| 5 | Reno F.R. Fernandez | *Attorneys for Debtor CMR Mortgage Fund III, LLC:* |
| 6 | Macdonald and Assoc.<br>221 Sansome St.<br>San Francisco, CA 94104 | |
| 7 | | |
| 8 | Robert G. Harris<br>Roya Shakoori | *Attorneys for Debtor CMR Mortgage Fund II, LLC:* |
| 9 | Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050 | |
| 10 | | |
| 11 | Graham Seel<br>California Mortgage and Realty | *Responsible Party for CMR Mortgage Fund, LLC;*<br>*CMR Mortgage Fund II, LLC; and* |
| 12 | 62 First Street<br>San Francisco, CA 94105 | *CMR Mortgage Fund III, LLC* |
| 13 | Julie M. Glosson | |
| 14 | Office of the United States Trustee<br>235 Pine St. #800<br>San Francisco, CA 94104 | |

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

015881.0003\1326322.1

*ORDER GRANTING MOTION TO APPROVE*
*MECHANISM FOR INTER-FUND ADVANCES TO PAY*
*REO AND OTHER OBLIGATIONS*

2