DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re  ) | Case No. 08-32220 TEC 11 |
| **CMR MORTGAGE FUND, LLC,**  ) | Chapter 11 |
| Debtor.  ) | |

### APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(2), the following are appointed to one committee of equity security holders in the chapter 11 bankruptcy cases of <u>In re CMR Mortgage Fund, LLC</u>, case no. 08-32220; <u>In re CMR Mortgage Fund II, LLC</u>, case no. 09-30788; and <u>In re CMR Mortgage Fund III, LLC</u>, case no. 09-30802, and each member are among those holding the largest amounts of equity securities of one or more of the aforementioned debtors and being willing to serve:

1. Spyridon J. Strouzas
   6268 Viewcrest Drive
   Oakland, CA 94619
   Phone: (510) 908-3994
   Email: dstrouzas@comcast.net

2. The Tiesso Revocable Trust
   Richard and Catherine Tiesso, Trustees
   1862 Milton Road
   Napa, CA 94559
   Phone: (707) 259-1060
   Email: rtso@aol.com

3. Brandon Gregg
   P.O. Box 428
   Belmont, CA 94002-0428
   Phone: (650) 773-4482
   Email: bgggobears@gmail.com

4. William Bergman and Srdjana Bergman
   815 Hierra Ct.
   Los Altos, CA 94024
   Phone: (408) 829-3236
   Email: wbergman@sbcglobal.net

5. John J. Sherwood
   P.O. Box 2355
   Sausalito, CA 94966
   Phone: (415) 332-1043
   Email: jjsherwood@aol.com

Dated: October 2, 2009                     Sara L. Kistler, Acting U.S. Trustee

                                           By: /s/ Donna S. Tamanaha
                                               Assistant U.S. Trustee

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached;

**APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

upon each party listed below with a mailing address by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party with a mailing address listed below.

I also serve the attached document by electronic mail to the parties with email address as indicated below.

<u>Debtors</u>
CMR Mortgage Fund, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund II, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund III, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

<u>Responsible Ind.</u>
Graham Seel
California Mortgage Realty Inc.
62 First Street, Fourth Floor
San Francisco, CA 94105

<u>Debtors' Counsel</u>
Elizabeth Berke-Dreyfuss
Wendel, Rosen, Black and Dean
1111 Broadway 24th Fl.
P.O. Box 2047
Oakland, CA 94604-2047
Email: edreyfuss@wendel.com

Robert G. Harris
Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050
Email: rob@bindermalter.com

Iain A. Macdonald
Macdonald and Associates
221 Sansome St. Third Floor
San Francisco, CA 94104
Email: iain@macdonaldlawsf.com

Equity Security Holders Committee Members
Spyridon J. Strouzas and Irene Strouzas
6268 Viewcrest Drive
Oakland, CA 94619
Email: dstrouzas@comcast.net

The Tiesso Revocable Trust
Richard and Catherine Tiesso, Trustees
1862 Milton Road
Napa, CA 94559
Email: rtso@aol.com

Brandon Gregg
P.O. Box 428
Belmont, CA 94002-0428
Email: bgggobears@gmail.com

William Bergman and Srdjana Bergman
815 Hierra Ct.
Los Altos, CA 94024
Email: wbergman@sbcglobal.net

John J. Sherwood
P.O. Box 2355
Sausalito, CA 94966
Email: jjsherwood@aol.com

  I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on October 2, 2009.

By:  /s/
  Ankey To