MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
MICHAEL A. SWEET (CSBN 184345)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Proposed Attorneys for Official Committee
of Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR Mortgage Fund, LLC,<br><br>      Debtors. | Case No. 08-32220<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF MCNUTT LAW GROUP LLP AS COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS *AND* RELATED DOCUMENTS** |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California; my business address is 188 The Embarcadero, Suite 800, San Francisco, California 94105.

On the date below, I served a copy, with all exhibits, of the following document

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF MCNUTT LAW GROUP LLP AS COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

**DECLARATION OF SCOTT H. MCNUTT IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF MCNUTT LAW GROUP LLP AS COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

on all interested parties in this action addressed as follows:

SEE ATTACHED LIST

☒ **By mail.** I caused an envelope to be deposited in the Mail at San Francisco, California with postage thereon fully prepaid. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Hand.** I caused an envelope to be delivered by hand to the addressee(s) listed above.

☐ **By Federal Express.** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **By Fax.** By use of facsimile machine telephone number (415) 995-8487, I caused a true copy to be transmitted to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on October 20, 2009.

                                                                 */s/ Jackie Jacobus*

| | | |
|---|---|---|
| Responsible Individual<br>Graham Seel<br>62 First Street<br>4th Floor<br>San Francisco, CA 94105 | Counsel for the Debtor<br>Michael D. Cooper, Esq.<br>Penn Ayers Butler, Esq.<br>Elizabeth Berke-Dreyfuss, Esq.<br>Tracy Green, Esq.<br>WENDEL ROSEN BLACK AND DEAN<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 | Office of the United States Trustee<br>Julie Glosson<br>235 Pine St., Ste. 800<br>San Francisco, CA 94105 |
| Request for Notice<br>David G. Bicknell, Esq.<br>BICKNELL LAW OFFICES<br>2542 So. Bascom Ave., Ste. 185<br>Campbell, CA 95008 | Request for Notice<br>Linda Zieff<br>78917 Falsetto Drive<br>Palm Desert, CA 92211 | Request for Notice<br>Iain A. Macdonald, Esq.<br>Reno F.R. Fernandez III, Esq.<br>MACDONALD & ASSOCIATES<br>221 Sansome Street, 3rd Floor<br>San Francisco, CA 94104 |
| Request for Notice<br>Craig C. Chiang, Esq.<br>Marilynn Tham. Esq.<br>BUCHALTER NEMER, P.C.<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105 | Request for Notice<br>Richard W. Havel, Esq.<br>Christina M. Craige, Esq.<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90013 | Request for Notice<br>Ronald F. Hyce<br>P.O. Box 756<br>Rio Linda, CA 95673 |
| Request for Notice<br>Mark J. Romeo<br>LAW OFFICES OF MARK J. ROMEO<br>235 Montgomery St., Ste. 410<br>San Francisco, CA 94104 | Request for Notice<br>Rob Harris, Esq.<br>Roya Shakoori, Esq.<br>BINDER & MALTER<br>2775 Park Ave.<br>Santa Clara. CA 95050 | Request for Notice<br>Matthew J. Shier, Esq.<br>Jeremy W. Katz, Esq.<br>PINNACLE LAW GROUP<br>425 California St., Ste 1800<br>San Francisco, CA 94104 |
| Request for Notice<br>Robert Feinbaum<br>3001 Ashbrook Court<br>Oakland, CA 94601 | | |