# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☒ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☐ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

A-M

**FILED**
NOV 2 0 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: _____

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: _ANNE P. BECKET_____
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: _255 KING ST, APT 1108_
_SAN FRANCISCO, CA 94107_
_____

New Address: _1408 CALIFORNIA ST, #303_
_SAN FRANCISCO, CA 94109_
_____

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: _Anne P. Becket_      Date: _11/17/2009_

Print Name: _ANNE P. BECKET_

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105

155395.1_1