Penn Ayers Butler (Bar No. 56663)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Debtor-in-Possession
CMR Mortgage Fund, LLC

Signed and Filed: December 15, 2009

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>CMR MORTGAGE FUND, LLC, a California limited liability company,<br><br>Debtor-in-Possession.<br><br>Tax I.D. No. 94-3401173 | Case No. 08-32220 TEC<br><br>Chapter 11<br><br>**ORDER ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR DEBTOR** |

The First Interim Application for Compensation and Reimbursement of Expenses by Counsel for Debtor ("Application"), filed by Wendel, Rosen, Black & Dean LLP ("Wendel Rosen'), came on regularly for hearing on November 30, 2009, by this Court following due and adequate notice. Elizabeth Berke-Dreyfuss, Penn A. Butler, and Daniel Rapaport of Wendel Rosen appeared on behalf of Wendel Rosen, Richard Havel and Ryan Sandrock of Sidley Austin LLP appeared on behalf of Canpartners Realty Holding Company IV, LLC ("Canyon"), Michael Sweet of the McNutt Law Group appeared on behalf of the Office Committee of Equity Holder ("Committee'), Julie Glosson appeared on behalf of the United States Trustee, and Robert Feinbaum appeared on his own behalf. Based upon the agreement of Wendel Rosen, Canyon and the Committee, and good cause appearing therefore,

015881.0003\1391786.3

*ORDER ON FIRST INTERIM APPLICATION FOR COMPENSATION*

1

IT IS HEREBY ORDERED:

1. Except as provided in Paragraph 2, below, Wendel Rosen's fees and costs as set forth in its Application are approved and allowed on an interim basis;

2. Consideration of Wendel Rosen's fees set forth in Category O of its Application, and the subcategories thereof, relating the prosecution of the Adversary Proceeding, and Canyon's Objection thereto, is deferred to a later date. Wendel Rosen may apply for allowance of such fees upon a new notice and hearing at which Canyon may raise objections, including but not limited to, the prior Objections by Canyon; and

3. Wendel Rosen is hereby authorized to apply the balance of its prepetition retainer in the amount of $300,000 to the fees approved in Paragraph 1 above.

APPROVED AS TO FORM AND CONTENT:

SIDLEY AUSTIN

/s/ Richard Havel
Richard Havel
Ryan Sandrock
Attorneys for Canpartners Realty
Holding Company IV LLC


MCNUTT LAW GROUP

/s/ Michael Sweet
Michael Sweet
Attorneys for Official Committee of Equity Holders


Robert Feinbaum

**End of Order**

Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA  94607   -4036

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Elizabeth Berke-Dreyfuss<br>Wendel, Rosen, Black & Dean |
| 3 | 1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 |
| 4 | |
| 5 | Richard Havel<br>Sidley Austin LLP<br>555 W. 5th Street, 40th Flr. |
| 6 | Los Angeles, CA 90013-1010 |
| 7 | |
| 8 | Ryan Sandrock<br>Sidley Austin LLP<br>555 California Street, Ste. 2000 |
| 9 | San Francisco, CA 94104 |
| 10 | |
| 11 | Michael Sweet<br>McNutt & Litteneker, LLP<br>188 The Embarcadero, Suite 800 |
| 12 | San Francisco, CA 94105 |
| 13 | |
| 14 | Julie Glosson<br>Office of the U.S. Trustee<br>235 Pine Street, 7th Floor |
| 15 | San Francisco, CA 94104-2745 |
| 16 | |
| 17 | Robert Feinbaum<br>3001 Ashbrook Court<br>Oakland, CA 94601-2583 |

*ORDER ON FIRST INTERIM APPLICATION FOR COMPENSATION* 3

015881.0003\1391786.3