Peter Bisno, Esq. #85943
Dennette A. Mulvaney, Esq. #133423
**BISNO MULVANEY, LLP**
21700 Oxnard Street, Suite 430
Woodland Hills, California 91367
dmulvaney@bisnosam.com

Telephone: (818) 657-0300
Facsimile: (818) 657-0313

Signed and Filed: December 29, 2009

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

Attorneys for IMPERIAL CAPITAL BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br><br>Debtor. | Case No. 08-32220 TEC<br><br>RS No. DAM-046<br><br>Chapter 11<br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: December 15, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 23 |

The hearing on the Motion for Relief from the automatic Stay, or Alternatively, Modification of the Automatic Stay and for Adequate Protection filed by Imperial Capital Bank ("Movant") came on regularly for final hearing on December 15, 2009 at 9:30 a.m. before the Honorable Thomas Carlson, United States Bankruptcy Judge. The Court having read and considered the moving papers and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the automatic stay provisions of 11 U.S.C. Section 362 be and hereby are terminated with respect to the interest of Movant, its successors-in-interest, beneficiaries and assignees in the property commonly known as 555 and 575 California Avenue and 655 Redwood, Sand City, California 93955 and legally described as follows:

PARCEL I:

LOTS 12, 14, 16, 18, 20, 22, AND 24, IN BLOCK 40, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "MAP OF EAST MONTEREY, MONTEREY COUNTY, CALIF., SURVEYED BY W.C. LITTLE", FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES AND TOWNS", AT PAGE 22.

A.P.N.: 011-194-018

PARCEL II:

LOTS 14, 15, 16, 17, 18, 19, 20, AND 22 IN BLOCK 4, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "MAP OF SEASIDE ADDITION TO THE TOWN OF EAST MONTEREY, MONTEREY COUNTY, CALIFORNIA, SURVEYED BY W.C. LITTLE, JULY 1889", FILE FOR RECORD JULY 16, 1889 IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE OF CALIFORNIA IN VOLUME 1 OF MAPS, "CITIES AND TOWNS", AT PAGE 29.

A.P.N.: 011-189-018

PARCEL III:

LOTS 24 TO 32 INCLUSIVE, IN BLOCK 4, AS SAID LOTS AND BLOCK ARE SHOWN ON MAP ENTITLED, "MAP OF SEASIDE ADDITION TO THE TOWN OF EAST MONTEREY", FILED FOR RECORD JULY 16, 1889 IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES AND TOWNS", AT PAGE 29.

A.P.N.: 011-189-019

PARCEL IV:

LOTS 21 AND 23 IN BLOCK 4 AS SAID LOTS AND BLOCK ARE SHOWN ON MAP ENTITLED, "MAP OF SEASIDE ADDITION TO THE TOWN OF EAST MONTEREY, MONTEREY COUNTY, CALIFORNIA, SURVEYED BY W.C. LITTLE, JULY 1889", FILED FOR RECORD JULY 16, 1889 IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE OF CALIFORNIA, IN VOLUME 1 OF MAPS, "CITIES AND TOWNS", AT PAGE 29.

A.P.N.: 011-189-009

("Property");

**IT IS FURTHER ORDERED** that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**IT IS FURTHER ORDERED** that the 14 day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

APPROVED AS TO FORM AND CONTENT:

                                                BINDER & MALTER, LLP

Dated: 12/21/09                          By: *Robert G Harris*
                                                  Robert G. Harris
                                                  Attorneys for CMR Mortgage Fund II, LLC

                                    \*\*END OF ORDER\*\*

COURT SERVICE LIST
**DEBTOR**
CMR Mortgage Fund, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105