Signed and Filed: January 22, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case Nos. |
| CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC, | 09-32220 TEC<br>09-30788 TEC<br>09-30802 TEC |
| Debtors. | Chapter 11 |
| ☐ Affects **FUND I** | |
| ☐ Affects **FUND II** | |
| ☐ Affects **FUND III** | Date: February 12, 2010<br>Time: 10:30 a.m.<br>Ctrm: 235 Pine St., 23rd Fl.<br>        San Francisco, CA |
| X  Affects **ALL FUNDS** | |

### ORDER RE MOTION FOR RELIEF FROM STAY

On January 15, 2010, the court held a continued hearing on the motion for relief from stay filed in each of the above-captioned cases and docketed as no. 119 in case no. 09-30802 (the Motion). Mark J. Romero appeared on behalf of movants. Robert G. Harris appeared on behalf of CMR Mortgage Fund II, LLC, and specially appeared on behalf of CMR Mortgage Fund, LLC. Reno F.R. Fernandez

-1-

appeared on behalf of CMR Mortgage Fund III, LLC.  Matthew Sweet appeared on behalf of the Equity Committee.

Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows.

(1) The court will hold a continued status conference on the Motion on February 12, 2010 at 10:30 a.m. to discuss when Indian Harbor Insurance Company anticipates issuing a determination re which filed claims are covered by Debtors' policy.

(2) The court requests counsel for Indian Harbor Insurance Company to participate at the continued status conference.

(3) Any party who wishes to appear at the hearing may appear telephonically or in person.  Parties who wish to appear telephonically should provide their contact information to Calendar Deputy Gordon Hom at 415-268-2362 or gordon_hom@canb.uscourts.gov no later than 4:00 p.m. on February 9, 2010.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | Elizabeth Berke-Dreyfuss, Esq. |
|   | Wendel, Rosen, Black and Dean |
| 3 | 1111 Broadway 24th Fl. |
|   | P.O. Box 2047 |
| 4 | Oakland, CA 94604-2047 |
| 5 | Reno F.R. Fernandez, Esq. |
|   | Macdonald and Assoc. |
| 6 | 221 Sansome St. |
|   | San Francisco, CA 94104 |
| 7 | (415)362-0449 |
| 8 | Robert G. Harris, Esq. |
|   | Law Offices of Binder and Malter |
| 9 | 2775 Park Ave. |
|   | Santa Clara, CA 95050 |
| 10 | |
|    | Michael Sweet, Esq. |
| 11 | McNutt Law Group |
|    | 188 The Embarcadero, Ste. 800 |
| 12 | San Francisco, CA 94105 |
| 13 | Mark J. Romeo, Esq. |
|    | Law Offices of Mark J. Romeo |
| 14 | 235 Montgomery St., Ste. 410 |
|    | San Francisco, CA 94104 |
| 15 | |
|    | Samuel M. Greenberg, Esq. |
| 16 | Karbal, Cohen, Economou, Silk & Dunne, LLC |
|    | 200 S. Michigan, 20th Floor |
| 17 | Chicago, IL 60604 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |