**CMR Advances to Funds II and III 4/1/09 to 1/31/10**

**Fund II**

| Date | Payment made to | Purpose | Amount |
|---|---|---|---:|
| 6/29/2009 | AICCO | REO Insurance | 6,500.00 |
| 7/28/2009 | AICCO | REO Insurance | 3,500.00 |
| 7/30/2009 | US Trustee | BK Trustee fees | 5,000.00 |
| 7/31/2009 | County recorder | Assignment of DoT | 17.60 |
| 8/20/2009 | AICCO | REO Insurance | 6,200.00 |
| 10/21/2009 | LA Commercial Group | Accounting temp services | 1,251.38 |
| 11/20/2009 | LA Commercial Group | Accounting temp services | 2,000.00 |
| 11/1/2009 | Buchalter Nemer | Insurance Attorney retainer | 4,155.00 |
| | | | 28,623.98 |

**Fund III**

| Date | Payment made to | Purpose | Amount |
|---|---|---|---:|
| 7/31/2009 | County recorder | Assignment of DoT Recording | 4.40 |
| 9/18/2009 | Macdonald & associates | Court-approved retainer | 37,500.00 |
| 10/21/2009 | LA Commercial Group | Accounting temp services | 1,251.38 |
| 11/1/2009 | Buchalter Payment | Insurance Attorney retainer | 1,825.00 |
| 11/10/2009 | AICCO | REO Insurance | 500.00 |
| 11/24/2009 | Pacific InterWest | 2 Antioch litigation expert witness | 2,500.00 |
| | | | 43,580.78 |