**CMR Fund I**
**Operating Expense Budget**
Jan 2010 to June 2010

| | Expenses booked Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 |
|---|---|---|---|---|---|---|---|
| Operating expenses: | | | | | | | |
|   Asset management fees* | 279,559.90 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 | 30,000.00 |
|   Operating expenses | 430.13 | | | | | | |
|   State Taxes | | | | | 6,000.00 | | |
|   Accounting - Tax Fees | | | 39,600.00 | | | | |
|   Professional expenses *(Other Legal not Wendel Rosen)* * | 61,506.38 | | | | | | |
|   BK Legal Fees * | 775,497.59 | 45,000.00 | 45,000.00 | 45,000.00 | 45,000.00 | 45,000.00 | 45,000.00 |
|   US Trustee Fees | - | 1,950.00 | | | 1,950.00 | | |
|   Reimbursement to CMR Inc (Post-Petition) * | 5,053.75 | | | | | | |
|   Equity Committee Professionals (TBD) * | | | | | | | |
|     Total operating expenses | 1,122,047.75 | 76,950.00 | 114,600.00 | 75,000.00 | 82,950.00 | 75,000.00 | 75,000.00 |
| REO expenses to be funded | | | | | | | |
|   Operating Expenses | 16,922.52 | 5,158.31 | 5,435.58 | 4,638.42 | 2,787.62 | 2,558.87 | 2,385.57 |
|     Total REO expenses | 16,922.52 | 5,158.31 | 5,435.58 | 4,638.42 | 2,787.62 | 2,558.87 | 2,385.57 |
| Senior debt payments | | | | | | | |
|   REO | | 69,117.87 | 69,117.87 | 69,117.87 | 69,117.87 | 69,117.87 | 69,117.87 |
|   Loans | | - | - | - | - | - | - |
|     Total Senior debt payments | - | 69,117.87 | 69,117.87 | 69,117.87 | 69,117.87 | 69,117.87 | 69,117.87 |
| Other Senior debt payments | - | | | | | | |
| Total period expense accruals | 1,138,970.27 | 151,226.18 | 189,153.45 | 148,756.29 | 154,855.49 | 146,676.74 | 146,503.44 |
| *Less: accrued or deferrable expenses* * | 1,141,884.14 | 80,941.35 | 80,594.76 | 80,421.46 | 78,515.21 | 78,341.91 | 78,168.62 |
| Net cash requirements | (2,913.87) | 70,284.83 | 108,558.69 | 68,334.83 | 76,340.28 | 68,334.83 | 68,334.83 |
| Starting cash balance | 112,132.06 | 115,045.93 | 44,761.10 | 86,202.41 | 17,867.58 | (58,472.70) | (126,807.53) |
| Less: Period cash requirements | 2,913.87 | (70,284.83) | (108,558.69) | (68,334.83) | (76,340.28) | (68,334.83) | (68,334.83) |
| Add: Anticipated Receipts | | | 150,000.00 | | | | |
| Ending cash available for administrative expenses * | 115,045.93 | 44,761.10 | 86,202.41 | 17,867.58 | (58,472.70) | (126,807.53) | (195,142.36) |

* Administrative expense payments are subject to court approval

| *REO accrued or deferrable expenses* * | 20,266.52 | 5,941.35 | 5,594.76 | 5,421.46 | 3,515.21 | 3,341.91 | 3,168.62 |

**CMR Fund II**
**Operating Expense Budget**
Jan 2010 to June 2010

| | *Expenses booked* <br> **Dec-09** | **Jan-10** | **Feb-10** | **Mar-10** | **Apr-10** | **May-10** | **Jun-10** |
|---|---:|---:|---:|---:|---:|---:|---:|
| Operating expenses: | | | | | | | |
|   Asset management fees* | 285,969.95 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
|   Operating expenses | 10,511.46 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
|   State Taxes | 3,336.35 | | | | 11,790.00 | | |
|   Accounting - Tax Fees | | | 39,600.00 | | | | |
|   Professional expenses *(Other Legal not Wendel Rosen)* * | 85,460.33 | | | | | | |
|   BK Legal Fees * | 150,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
|   US Trustee Fees | - | 4,875.00 | | | 4,875.00 | | |
|   Property Taxes - Sand City | 27,725.18 | | 14,000.00 | | | | |
|   Reimbursement to CMR Inc (Post-Petition) * | 186,883.53 | | | | | | |
|   Equity Committee Professionals (TBD) * | | | | | | | |
|     Total operating expenses | 749,886.80 | 56,575.00 | 105,300.00 | 51,700.00 | 68,365.00 | 51,700.00 | 51,700.00 |
| REO expenses to be funded | | | | | | | |
|   Operating Expenses | 2,938,541.74 | 61,592.20 | 207,183.91 | 62,271.36 | 94,179.08 | 60,919.92 | 60,875.10 |
|     Total REO expenses | 2,938,541.74 | 61,592.20 | 207,183.91 | 62,271.36 | 94,179.08 | 60,919.92 | 60,875.10 |
| Senior debt payments | | | | | | | |
|   REO | | 93,074.54 | 93,074.54 | 93,074.54 | 93,074.54 | 93,074.54 | 93,074.54 |
|   Loans | | 48,360.98 | 48,360.98 | 48,360.98 | 48,360.98 | 48,360.98 | 48,360.98 |
|     Total Senior debt payments | - | 141,435.53 | 141,435.53 | 141,435.53 | 141,435.53 | 141,435.53 | 141,435.53 |
| Other senior debt payments | - | | | | | | |
| Total period expense accruals | 3,688,428.54 | 259,602.73 | 453,919.44 | 255,406.88 | 303,979.61 | 254,055.45 | 254,010.63 |
| *Less: accrued or deferrable expenses* * | *2,339,552.67* | *103,396.40* | *103,326.77* | *104,075.56* | *102,768.94* | *102,724.12* | *102,679.30* |
| Net cash requirements | 1,348,875.87 | 156,206.32 | 350,592.67 | 151,331.32 | 201,210.67 | 151,331.32 | 151,331.32 |
| Starting cash balance | 126.75 | (1,348,749.12) | (1,104,955.44) | (1,455,548.11) | (1,606,879.44) | (1,808,090.10) | (1,959,421.43) |
| Less: Period cash requirements | (1,348,875.87) | (156,206.32) | (350,592.67) | (151,331.32) | (201,210.67) | (151,331.32) | (151,331.32) |
| Add: Anticipated Receipts | | | 400,000.00 | | | | |
| Ending cash available for administrative expenses | (1,348,749.12) | (1,104,955.44) | (1,455,548.11) | (1,606,879.44) | (1,808,090.10) | (1,959,421.43) | (2,110,752.75) |

\* Administrative expense payments are subject to court approval

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| *REO accrued or deferrable expenses* * | *1,631,238.86* | *53,396.40* | *53,326.77* | *54,075.56* | *52,768.94* | *52,724.12* | *52,679.30* |

**CMR Fund III**
**Operating Expense Budget**
Jan 2010 to June 2010

| | Expenses booked Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Operating expenses: | | | | | | | |
|   Asset management fees* | 185,446.69 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 |
|   Operating expenses | 1,968.02 | | | | | | |
|   State Taxes - Post-petition | 2,500.00 | | | | 6,000.00 | | |
|   Accounting - Tax Fees | - | | 39,600.00 | | | | |
|   Professional expenses *(Other Legal not Wendel Rosen)* * | 5,359.17 | | | | | | |
|   BK Legal Fees * | 21,139.41 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
|   US Trustee Fees | - | 325.00 | | | 325.00 | | |
|   Reimbursement to CMR Inc (Post-Petition) * | 43,580.78 | | | | | | |
|   Equity Committee Professionals (TBD) * | | | | | | | |
|   Total operating expenses | 259,994.07 | 30,325.00 | 69,600.00 | 30,000.00 | 36,325.00 | 30,000.00 | 30,000.00 |
| REO expenses to be funded | | | | | | | |
|   Operating Expenses | 556,013.14 | 61,690.56 | 138,986.64 | 61,969.27 | 47,524.90 | 44,415.15 | 43,263.45 |
|   Total REO expenses | 556,013.14 | | | | | | |
| Senior debt payments | | | | | | | |
|   REO | | 46,203.42 | 46,203.42 | 46,203.42 | 46,203.42 | 46,203.42 | 46,203.42 |
|   Loans | | 27,972.35 | 27,972.35 | 27,972.35 | 27,972.35 | 27,972.35 | 27,972.35 |
|   Total Senior debt payments | - | 74,175.77 | 74,175.77 | 74,175.77 | 74,175.77 | 74,175.77 | 74,175.77 |
| Other senior debt payments | - | | | | | | |
| Total period expense accruals | 816,007.21 | 104,500.77 | 143,775.77 | 104,175.77 | 110,500.77 | 104,175.77 | 104,175.77 |
| *Less: accrued or deferrable expenses * * | *509,878.03* | *96,877.05* | *95,223.66* | *97,155.76* | *80,753.33* | *79,601.63* | *78,449.94* |
| Net cash requirements | 306,129.19 | 7,623.72 | 48,552.10 | 7,020.01 | 29,747.44 | 24,574.13 | 25,725.83 |
| Starting cash balance | 237.90 | (305,891.29) | (13,515.00) | (62,067.11) | (69,087.12) | (98,834.56) | (123,408.69) |
| Less: Period cash requirements | (306,129.19) | (7,623.72) | (48,552.10) | (7,020.01) | (29,747.44) | (24,574.13) | (25,725.83) |
| Add: Anticipated Receipts | | 300,000.00 | | | | | |
| Ending cash available for administrative expenses | (305,891.29) | (13,515.00) | (62,067.11) | (69,087.12) | (98,834.56) | (123,408.69) | (149,134.52) |

* Administrative expense payments are subject to court approval

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| *REO accrued or deferrable expenses * * | *254,351.98* | *66,877.05* | *65,223.66* | *67,155.76* | *50,753.33* | *49,601.63* | *48,449.94* |