Entered on Docket
April 01, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 31, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
MICHAEL A. SWEET (CSBN 184345)
LINDSEY R. MORAN (CSBN 242038)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee
of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

☐ Affects **FUND I**
☐ Affects **FUND II**
☐ Affects **FUND III**
☒ Affects **ALL FUNDS**

Case Nos. 08-32220 TEC
         09-30788 TEC
         09-30802 TEC

Chapter 11

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR McNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

The FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MCNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS (the "Application") came duly for hearing at 9:30 a.m. on March 26, 2010. Michael A. Sweet of McNutt Law Group LLP appeared on behalf of the applicant. The Court has duly considered the Application, the DECLARATION OF MICHAEL A. SWEET IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MCNUTT LAW

GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, as well as several filed objections and the arguments of the counsel and unrepresented parties at the hearing.

The Court finds that the Application conforms to the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and that notice of the Application complies with Rule 2002 of the Bankruptcy Rules, Local Bankruptcy Rule 2002-1, and is otherwise appropriate under the circumstances. For the reasons set forth on the record at the hearing,

IT IS HEREBY ORDERED that McNutt Law Group LLP ("MLG") is awarded interim fees in the amount of $286,286.97 for the period October 16, 2009 through January 31, 2010. Provided, however, that 20% said award (i.e. $57,257.39) shall be held-back pending further order of the Court. The total fees and costs to be paid to MLG pursuant to this order is $229,029.57.

The Debtors are authorized and directed to pay MLG $50,000 which they are holding on reserve to cover MLG's approved fees and costs. The Debtors are further authorized and directed to pay MLG the additional $179,029.58 awarded pursuant to this order when it becomes available.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | <u>Responsible Individual</u> |
|   | Graham Seel |
| 3 | 62 First Street |
|   | 4th Floor |
| 4 | San Francisco, CA 94105 |
| 5 | |
|   | <u>Office of the United States Trustee</u> |
| 6 | Julie Glosson |
|   | 235 Pine St., Ste. 800 |
| 7 | San Francisco, CA 94105 |
| 8 | <u>Counsel for Debtor CMR Fund I</u> |
|   | Michael D. Cooper, Esq. |
| 9 | Penn Ayers Butler, Esq. |
|   | Elizabeth Berke-Dreyfuss, Esq. |
| 10 | Tracy Green, Esq. |
| 11 | WENDEL ROSEN BLACK AND DEAN |
|   | 1111 Broadway, 24th Floor |
| 12 | Oakland, CA 94607-4036 |
| 13 | <u>Counsel for Debtor CMR Fund II</u> |
|   | Rob Harris, Esq. |
| 14 | Roya Shakoori, Esq. |
| 15 | BINDER & MALTER |
|   | 2775 Park Ave. |
| 16 | Santa Clara. CA 95050 |
| 17 | <u>Counsel for Debtor CMR Fund III</u> |
|   | Iain A. Macdonald, Esq. |
| 18 | Reno F.R. Fernandez III, Esq. |
|   | MACDONALD & ASSOCIATES |
| 19 | 221 Sansome Street, 3rd Floor |
| 20 | San Francisco, CA 94104 |
| 21 | <u>Request for Notice</u> |
|   | David G. Bicknell, Esq. |
| 22 | BICKNELL LAW OFFICES |
|   | 2542 So. Bascom Ave., Ste. 185 |
| 23 | Campbell, CA 95008 |
| 24 | <u>Request for Notice</u> |
|   | Richard W. Havel, Esq. |
| 25 | Christina M. Craige, Esq. |
| 26 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Ste. 4000 |
| 27 | Los Angeles, CA 90013 |
| 28 | |

Request for Notice
Craig C. Chiang, Esq.
Marilynn Tham. Esq.
BUCHALTER NEMER, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105

Request for Notice
Linda Zieff
78917 Falsetto Drive
Palm Desert, CA 92211

Request for Notice
Mark J. Romeo
LAW OFFICES OF MARK J. ROMEO
235 Montgomery St., Ste. 410
San Francisco, CA 94104

Request for Notice
Wm. Thomas Lewis, Esq.
ROBERTSON & LEWIS
10 Almaden Blvd., Ste. 500
San Jose, CA 95113

Request for Notice
Ronald F. Hyce
P.O. Box 756
Rio Linda, CA 95673

Request for Notice
Robert Feinbaum
3001 Ashbrook Court
Oakland, CA 94601

Request for Notice
G. Michael Williams
GANZER & WILLIAMS
P.O. Box 7683
Stockton, CA 95267

Request for Notice
Matthew J. Shier, Esq.
Jeremy W. Katz, Esq.
PINNACLE LAW GROUP
425 California St., Ste 1800
San Francisco, CA 94104

| | |
|---|---|
| 1 | <u>Request for Notice</u><br>Stephen T. O'Neill, Esq. |
| 2 | Laurent Chen, Esq. |
| 3 | MURRAY & MURRAY<br>19400 Stevens Creek Blvd. |
| 4 | Ste. 200 |
| | Cupertino, CA 95014 |