

**Signed and Filed: March 30, 2010**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
In re                              )  Case Nos:
                                   )
CMR MORTGAGE FUND, LLC,            )  08-32220 TEC
CMR MORTGAGE FUND II, LLC,         )  09-30788 TEC
CMR MORTGAGE FUND III, LLC,        )  09-30802 TEC
                                   )
              Debtors.             )  Chapter 11
                                   )
                                   )
☐   Affects FUND I                 )
                                   )
                                   )
☐   Affects FUND II                )
                                   )
                                   )
☐   Affects FUND III               )
                                   )
                                   )
✔   Affects ALL FUNDS              )
                                   )
_____)
```

**ORDER RE EQUITY COMMITTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION**

On March 26, 2010, the court held a hearing regarding the Equity Committee's Motion for Substantive Consolidation (the Motion). Michael A. Sweet appeared for the Official Committee of Equity Security Holders. Elizabeth Berke-Dreyfuss appeared for CMR Mortgage Fund I. Iain A. Macdonald and Reno F.R. Fernandez

**ORDER RE MOTION FOR SUBSTANTIVE
CONSOLIDATION**

-1-

appeared for CMR Mortgage Fund III, LLC.  Richard W. Havel appeared for Canpartners Realty Holding Company IV LLC.  Craig C. Chiang appeared for Wells Fargo Capital Finance.  Julie M. Glosson appeared for the United States Trustee.  Other appearances were as noted on the record at the hearing.

Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

(1) The Motion is granted to the extent and for the purpose of Debtors and/or the Equity Committee filing a plan of reorganization that provides for payment in full of all general unsecured claims.

(2) The court makes no determination at this time regarding the proper allocation between the investors of one Fund versus another.

**\*\*END OF ORDER\*\***

**ORDER RE MOTION FOR SUBSTANTIVE CONSOLIDATION**