

Signed and Filed: May 28, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: Rob@bindermalter.com

Attorneys for Debtor and Debtor In
Possession CMR Mortgage Fund II, LLC

PENN AYERS BUTLER, #56663
LIZ BERKE DREYFUSS, #114651
WENDEL, ROSEN, BLACK & DEAN, LLP
1111 BROADWAY, 24th FLOOR
OAKLAND, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928

Attorneys for Debtor and Debtor In
Possession CMR Mortgage Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br>　　　　　　　　　Debtors.<br><br>X　Affects **FUND I**<br>X　Affects **FUND II**<br>☐　Affects **FUND III**<br>☐　Affects **ALL FUNDS** | Case Nos. 08-32220 TEC<br>　　　　　　09-30788 TEC<br>　　　　　　09-30802 TEC<br><br>Chapter 11<br><br>Date: May 17, 2010<br>Time　9:30 a.m.<br>Place: Courtroom 23rd Floor<br>　　　　235 Pine Street<br>　　　　San Francisco, California |

**ORDER APPROVING MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH SAIGON PLAZA ASSOCIATION, LLC, NEW SAIGON SUPERMARKET INC., HUE NG TO LY A.K.A. HUE NGOC TO INDIVIDUALLY AND D.B.A. CAMPUS MINI MART, MOUI TRAN, HUE TO**

On May 17, 2010, the Motion to Approve Compromise of Controversy with Saigon Plaza Association, LLC, New Saigon Supermarket Inc., Hue Ng To Ly A.k.a. Hue Ngoc To Individually and d.b.a. Campus Mini Mart, Moui Tran, Hue To (the "Motion") came on for hearing. Robert G. Harris, Esq, of Binder & Malter, LLP appeared for CMR Mortgage Fund LLC ("Fund I") and CMR Mortgage Fund II, LLC ("Fund II"). Other appearances were as stated in the record. The Court, having considered and overruled the objection of investor Robert Feinbaum and heard the arguments of the parties, hereby GRANTS the Motion as follows:

1. The compromise of controversy between California Mortgage & Realty Inc. on behalf of itself and the Servicing Agent for Fund I, First St. Commercial Mortgage, LLC, Joseph and Josephine DiBenedetto, Trustees of the Joseph and Josephine DiBenedetto 1993 Trust, West America Bank as Custodian for the Arnold H. Mentz IRA, Hammerman Family Partnership, John Hammerman and Julie Hammerman, Atul K. Tandon and Shoba Tandon, Trustees of the Atul K. Tandon and Shoba Tandon Inter Vivos Trust Dated July 19, 2001, Lucas Dang and Genevieve Dang, Trustees of the 1997 Lucas Dang and Genevieve Dang Revocable Trust and Ted W. Dang Trustee TD/CM Profit Sharing (the "Formerly Secured Parties") and obligor Saigon Plaza Association, LLC ("Saigon") and guarantors of that debt New Saigon Supermarket Inc., Hue Ng To Ly aka Hue Ngoc To, Individually and d.b.a. Campus Mini Mart, Moui Tran, Hue To (the "Guarantors") be and hereby is APPROVED.

2. All proceeds of settlement shall be held pending further order of the Court.

APPROVED AS TO FORM:

MCNUTT LAW GROUP

Date: May 28, 2010

By: /s/ Lindsey Moran
    Lindsey Moran

Attorneys for the Official Committee of
Equity Security Holders

***** END OF ORDER *****

# COURT SERVICE LIST

*All parties are registered ECF participants.