MACDONALD & ASSOCIATES
Iain A. Macdonald (SBN 051073)
Reno F.R. Fernandez III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
CMR MORTGAGE FUND III, LLC

BINDER & MALTER, LLP
Heinz Binder (SBN 087908)
Robert G. Harris (SBN 124678)
Roya Shakoori (SBN 236383)
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531

Attorneys for Debtor-in-Possession,
CMR MORTGAGE FUND II, LLC

WENDEL, ROSEN, BLACK & DEAN LLP
Penn Ayers Butler (SBN 056663)
Elizabeth Berke-Dreyfuss (SBN 114651)
Robin Dunaway (SBN 130953)
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6600
Facsimile: (510) 834-1928

Attorneys for Debtor-in-Possession,
CMR MORTGAGE FUND, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC, and<br>CMR MORTGAGE FUND III, LLC,<br><br>              Debtors.<br><br>[X] Affects **Fund I**<br>[X] Affects **Fund II**<br>[X] Affects **Fund III**<br>[X] Affects **All Debtors** | Case No. 08-32220<br>Case No. 09-30788<br>Case No. 09-30802<br><br>Chapter 11<br><br>MOTION TO APPROVE EMPLOYMENT OF JEFFERY D. TROWBRIDGE *NUNC PRO TUNC* AS OF PETITION DATES<br><br>*Tentative Hearing*<br><br>Date: July 16, 2010<br>Time: 9:30 am<br>Place: 235 Pine Street, 23rd Floor<br>          San Francisco, California<br><br>Honorable Thomas E. Carlson |

      COMES NOW CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II") and CMR Mortgage Fund III, LLC ("Fund III"), Debtors-in-Possession herein, and move for approval of employment of Jeffery D. Trowbridge, who is currently employed as special litigation counsel for the Debtors, *nunc pro tunc* to the applicable petition dates, and represents as follows:

1. Fund I commenced its case by filing a voluntary chapter 11 petition on November 19, 2008, and Funds II and III commenced their cases by filing voluntary chapter 11 petitions on March 31, 2009 (collectively, the "Petition Dates"). No trustee has been appointed and the debtors are in possession of their estates.

2. On September 26, 2001, prior to the Petition Dates, California Mortgage and Realty, Inc. ("CMRI"), Manager of the Debtors, retained Trowbridge as litigation counsel. Thereafter, Trowbridge represented the Debtors, CMRI and certain of its officers in several matters. The Debtors' interests are at stake in all such matters in which CMRI or its officers are a party by virtue of the Debtors' Operating Agreements, which provide that the Debtors shall indemnify CMRI and its officers for claims concerning actions taken by CMRI in its capacity as Manager of the Debtors.

3. CMRI compensates Trowbridge for work done for the Debtors by making advances on behalf of the Debtors, and CMRI is reimbursed by the Debtors accordingly. The Debtors have not reimbursed CMRI for any compensation paid to Trowbridge after the Petition Dates.

4. Counsel for the Debtors did not learn that Trowbridge rendered services on behalf of the Debtors until several months after the Petition Dates, when certain matters on which Trowbridge worked reached critical junctures and Trowbridge approached the Debtors to discuss compensation. Although the Debtors do not directly compensate Trowbridge, the Debtors determined that, in an abundance of caution, it would be prudent to obtain approval of Trowbridge's employment for work performed on behalf of the Debtors in order to provide for a procedure for disclosure and approval of Trowbridge's fees. Applications to approve Trowbridge's employment were filed shortly thereafter.

5. Applications to employ Trowbridge were filed on October 10, 2009 (Fund III Docket No. 116); November 11, 2009 (Fund II Docket No. 177); and November 12, 2009 (Fund I Docket No. 308). The Court entered orders approving Trowbridge's employment (Fund I Docket No. 314; Fund II Docket No. 189; Fund III Docket No. 142). Thereafter, the Debtors have followed a procedure of informing the Official Committee of Equity Security Holders of the status of matters upon which Trowbridge works and his fees, and the Debtors are informed that the Committee does not object to approval of Trowbridge's employment *nunc pro tunc*.

6. Trowbridge's defense of actions pertaining to the Debtors and prosecution of

Case: 08-32220   Doc# 373   Filed: 06/10/10   Entered: 06/10/10 13:00:34   Page 2 of 3

foreclosure proceedings is critically important in preserving assets of the estates.

7. Employment may be approved *nunc pro tunc* if the applicant has satisfactorily explained its failure to apply for court approval of its employment on a timely basis and the applicant's services have benefitted the estate. *In re Gutterman*, 239 B.R. 828, 830 (Bankr. N.D. Cal. 1999); *In re Atkins*, 69 F.3d 970, 975 (9th Cir. 1995). Such approval is within the sound discretion of the Court. *In re Atkins*, 69 F.3d at 973.

WHEREFORE, the Debtors pray for an order approving the employment of Trowbridge *nunc pro tunc* as of the applicable Petition Dates, and for such other relief as is appropriate in the premises.

DATED: June 9, 2010

MACDONALD & ASSOCIATES

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III
    Attorneys for Debtor-in-Possession,
    CMR Mortgage Fund III, LLC

BINDER & MALTER, LLP

By: /s/ Robert G. Harris
    Robert G. Harris
    Attorneys for Debtor-in-Possession,
    CMR Mortgage Fund II, LLC

WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ Robin Dunaway
    Robin Dunaway
    Attorneys for Debtor-in-Possession,
    CMR Mortgage Fund, LLC