**Entered on Docket**
**July 21, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed and Filed: July 21, 2010**

THOMAS E. CARLSON
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No(s). |
| CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC, | 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC |
| Debtors. | Chapter 11 |
| **X** Affects **FUND I** | |
| **X** Affects **FUND II** | |
| ☐ Affects **FUND III** | |
| ☐ Affects **ALL FUNDS** | |

**ORDER APPROVING DISTRIBUTION OF FUNDS RECOVERED PURSUANT TO COMPROMISE OF CONTROVERSY**

On June 14, 2010, the court held a continued hearing on the distribution of funds recovered pursuant to Debtors' Compromise of Controversy with Saigon Plaza Association, LLC, New Saigon Supermarket Inc., Hue Ng To Ly a.k.a. Hue Ngoc To Individually and d.b.a. Campus Mini Mart, Moui Tran, Hue To (the Compromise). Robert Harris appeared for CMR Fund I. Robert Feinbaum appeared <u>in</u>

pro per. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby orders as follows:

CMR Funds I and II are authorized in the ordinary course of business to distribute the proceeds recovered through the Compromise in the manner detailed in the Supplemental Declaration of Graham Seel filed on June 27, 2010. 11 U.S.C. § 363(b).

****END OF ORDER****



Case: 08-32220 Doc# 608 Filed: 07/21/10 Entered: 07/21/10 09:20:03 Page 2 of 3

**Court Service List**

Robert Feinbaum
3001 Ashbrook Court
Berkeley, CA 94601