UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CMR Mortgage Fund, LLC,<br>CMR Mortgage Fund II, LLC,<br>CMR Mortgage Fund III, LLC,<br><br>                    Debtor(s). | Case Nos. 08-32220 TEC<br>            09-30788 TEC<br>            09-30802 TEC<br><br>Chapter 11<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, _____Leslie S. Ahari_____, an active member in good standing of the bar of __see Attachment A__, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing _Indian Harbor Insurance Company_ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas H. Prouty (State Bar 238950)

TROUTMAN SANDERS LLP

5 Park Plaza, Suite 1400, Irvine, CA 92614  (949) 622-2700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __9/8/10__                                 _/s/ Leslie S. Ahari_

                                                                        Leslie S. Ahari

# ATTACHMENT A

## Courts to Which Applicant is a Member in Good Standing

### Leslie S. Ahari

| JURISDICTION: | ADMITTED IN: |
|---|---|
| Virginia | November, 1988 |
| District of Columbia | November, 1989 |
| U.S.D.C. (E.D. Virginia) | November, 1991 |
| U.S.D.C. (District of Columbia) | May, 1995 |
| U.S.C.A. (First Circuit) | December, 2008 |
| U.S.C.A. (Third Circuit) | June, 1995 |
| U.S.C.A. (Fourth Circuit) | November, 1988 |
| U.S.C.A. (Fifth Circuit) | April, 1997 |
| U.S.C.A. (Ninth Circuit) | October, 1992 |
| U.S.C.A. (Eleventh Circuit) | March, 2003 |
| U.S.C.A. (D.C. Circuit) | January, 1992 |
| United States Supreme Court | August, 2002 |

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611050633
Cashier ID: sprinka
Transaction Date: 09/15/2010
Payer Name: TROUTMAN SANDERS LLP
------------------------------------
PRO HAC VICE
 For: LESLIE S. AHARI
 Case/Party: D-CAN-3-10-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 532799
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

08-32220 TEC
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.