Entered on Docket
April 11, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
MICHAEL A. SWEET (CSBN 184345)
DALE L. BRATTON (CSBN 124328)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee of
Equity Security Holders

Signed and Filed: April 07, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos. 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR SUBSTANTIVE CONSOLIDATION OF CASES**<br><br>Date: April 4, 2011<br>Time: 2:00 p.m.<br><br>Judge: Hon. Thomas E. Carlson |

On April 4, 2011, the Court held a continued hearing on the Motion to substantively consolidate the Chapter 11 cases ("the Cases") of CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II"), and CMR Mortgage Fund III, LLC ("Fund III") (Fund I, Fund II, and Fund III collectively the "Funds") brought by Robert Feinbaum. Michael Sweet and Dale Bratton, McNutt Law Group, and Monika Lee, Lee Law Offices, appeared on behalf of the Official Committee of Equity Security Holders. Elizabeth Berke-Dreyfuss, Wendel, Rosen, Black & Dean, appeared on behalf of Fund I. Robert Harris, Binder & Malter, appeared on behalf of Fund II. Reno Fernandez, Macdonald & Associates, appeared on behalf of Fund III. Julie

1  Glosson, Office of the U.S. Trustee, appeared on behalf of the U.S. Trustee.  Robert Feinbaum
2  appeared in pro per.  Matthew Urdan, Horner & Singer, appeared on behalf of Kumiko Stevens et
3  al.  Upon due consideration, and without objection from those appearing on the matter, and for the
4  reasons stated on the record at the hearing,

5      IT IS HEREBY ORDERED that:

6      1.  The Cases are substantively consolidated for all purposes, and the assets of, and claims
7  against, the Funds shall be treated on a consolidated basis.

8      2.  After entry of this order, all further filings in the Cases shall be made in – and only in –
9  Case. No. 08-32220.

10     The Certificate of Service for the Proposed Order is Docket No. 786 (Case No. 08-32220),
11 Docket No. 657 (Case No. 09-30788), and Docket No. 615 (Case No. 09-30802).

13     * * * END OF ORDER * * *

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | *All are registered ECF participants except:* |
| 3 | Robert Feinbaum |
| | 3001 Ashbrook Court |
| 4 | Berkeley, CA 94601 |