DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 August B. Landis

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>**CMR MORTGAGE FUND, LLC,**<br>**CMR MORTGAGE FUND II, LLC,**<br>**CMR MORTGAGE FUND III, LLC,**<br>Debtors.<br><br>✓ Affects Fund I<br>✓ Affects Fund II<br>✓ Affects Fund III | Case Nos. 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Substantively Consolidated<br><br>Chapter 11 |

**APPLICATION FOR ORDER APPROVING THE
APPOINTMENT OF CHAPTER 11 TRUSTEE**

August B. Landis, Acting United States Trustee for Region 17, respectfully applies to this Court under 11 U.S.C. §1104(d) and Rule 2007.1 of the Federal Rules of Bankruptcy Procedure for an Order approving the appointment of Richard M. Kipperman as Chapter 11 Trustee in the above-captioned case and in support thereof, states the following:

 1. By an order of this Court signed and filed on April 5, 2011, the Acting United States Trustee was directed to appoint a Chapter 11 Trustee in this case.

 2. Pursuant to Fed. R. Bankr. P. 2007.1(c), the Acting United States Trustee has conferred with the following regarding this appointment:

  • Elizabeth Berke-Dreyfuss, Attorney for Debtor CMR Mortgage Fund, LLC;

  • Robert Harris, Attorney for Debtor CMR Mortgage Fund II, LLC;

APPL. FOR ORD. APPROVING THE APPOINTMENT OF CH. 11 TRUSTEE   - 1 -

- Reno F.R. Fernandez, Attorney for Debtor CMR Mortgage Fund III, LLC; and
- Dale Bratton and Michael Sweet, Attorneys for Committee of Equity Security Holders.

3. Pursuant to the Order directing the appointment of a Chapter 11 Trustee and after consultation with the parties-in-interest, the Acting United States Trustee has selected and appoints Richard M. Kipperman as the Chapter 11 Trustee in this case.

4. This application is supported by the concurrently filed declaration of Mr. Kipperman as required by Fed. R. Bankr. P. 2007.1(c). To the best of the Acting United States Trustee's knowledge, Richard M. Kipperman has no connection with the above captioned debtor, the creditors, or any other parties in interest in this case, their respective attorneys or accountants, the United States Trustee or any employee of the Office of the U.S. Trustee, except to the extent set forth in his declaration. Mr. Kipperman is a member of the panel of chapter 7 trustees in Southern District of California, San Diego, and has been appointed to serve as trustee in other chapter 11 cases.

5. The undersigned represents to the Court that Richard M. Kipperman is competent to undertake the responsibilities of a trustee in this matter, and hereby requests that this appointment be approved and that he has all the powers of a trustee under 11 U.S.C. § 1106(a).

WHEREFORE, the Acting United States Trustee requests that the Court enter an order approving the appointment of Richard M. Kipperman as Chapter 11 Trustee.

Dated: April 13, 2011

Respectfully submitted,

August B. Landis
Acting U.S. Trustee

By:    /s/ Julie M. Glosson
Julie M. Glosson
Attorney for U.S. Trustee