Richard M Kipperman
P.O. Box 3010
La Mesa, CA 91942
(619) 668-4500

Proposed Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                Debtors.<br><br>☐  Affects FUND I<br>☐  Affects FUND II<br>☐  Affects FUND III<br>■  Affects ALL FUNDS | Case No.   08-32220 TEC<br>                    09-30788 TEC<br>                    09-30802 TEC<br><br>Chapter 11<br><br>DECLARATION OF DISINTEREST<br><br>Date:  N/A<br>Time:  N/A<br>Judge: Hon. Thomas E. Carlson |

      I, Richard M Kipperman, declare as follows:

      1.    I am a disinterested person within the meaning of §101(14) of the Bankruptcy Code.

      2.    I further declare that to the best of my knowledge, I have no connections with the debtors, creditors, and other parties in interest, their respective attorneys, accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, other than by virtue of my service as a chapter 7 panel trustee.

      3.    I further declare that I am not a creditor, an equity security holder, or and insider; I am not and was not, within two years before the date of the filing of the petition, a director, officer or employee of the debtors and I do not have an interest materially

adverse to the interest of the estate or of any class of creditors or equity security holders, by reason or any direct or indirect relationship or connection with, or interest in, the debtors or for any other reason.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed at La Mesa, California.

Dated: April 13, 2011

_____
Richard M Kipperman
Proposed Trustee

CMR MORTGAGE FUND, LLC et al, BANKRUPTCY CASE NO. 08-32220 TEC
DECLARATION OF DISINTEREST AND ACCEPTANCE OF APPOINTMENT

2