DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case Nos. 08-32220 TEC |
| | 09-30788 TEC |
| **CMR MORTGAGE FUND, LLC,** | 09-30802 TEC |
| **CMR MORTGAGE FUND II, LLC,** | |
| **CMR MORTGAGE FUND III, LLC,** | Substantively Consolidated |
| Debtors. | Chapter 11 |
| ✓ Affects Fund I | |
| ✓ Affects Fund II | |
| ✓ Affects Fund III | |

## CERTIFICATE OF SERVICE

   I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached;

**APPLICATION FOR ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE**

**DECLARATION OF DISINTEREST (OF RICHARD M. KIPPERMAN)**

**[PROPOSED] ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

upon each party listed below with a mailing address by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party with a mailing address listed below.

| | |
|---|---|
| 1 | Proposed Chapter 11 Trustee<br>Richard M. Kipperman |
| 2 | P.O. Box 3010<br>La Mesa, CA 91944 |
| 3 | |
| 4 | Debtors<br>CMR Mortgage Fund, LLC<br>62 First Street, Fourth Floor |
| 5 | San Francisco, CA 94105 |
| 6 | CMR Mortgage Fund II, LLC<br>62 First Street, Fourth Floor |
| 7 | San Francisco, CA 94105 |
| 8 | CMR Mortgage Fund III, LLC<br>62 First Street, Fourth Floor |
| 9 | San Francisco, CA 94105 |
| 10 | Debtors' Counsel<br>Elizabeth Berke-Dreyfuss |
| 11 | Wendel, Rosen, Black and Dean<br>1111 Broadway 24th Fl. |
| 12 | P.O. Box 2047<br>Oakland, CA 94604-2047 |
| 13 | |
| 14 | Robert G. Harris<br>Binder and Malter<br>2775 Park Ave. |
| 15 | Santa Clara, CA 95050 |
| 16 | Iain A. Macdonald<br>Macdonald and Associates |
| 17 | 221 Sansome St. Third Floor<br>San Francisco, CA 94104 |
| 18 | |
| 19 | Counsel for Equity Security Holders Committee<br>Scott McNutt |
| 20 | McNutt Law Group<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105 |
| 21 | |
| 22 | Request for Special Notice<br>Matthew J. Shier |
| 23 | Jeremy W. Katz<br>Pinnacle Law Group LLP |
| 24 | 425 California Street, Suite 1800<br>San Francisco, CA 94104 |
| 25 | William Webb Farrer, Esq.<br>Law Offices of William Webb Farrer |
| 26 | 300 Montgomery Street, Suite 600<br>San Francisco, CA 94104 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Karol K. Denniston |
| | Jacquelyn H. Choi |
| 2 | DLA PIPER LLP (US) |
| | 550 South Hope Street, Suite 2300 |
| 3 | Los Angeles, CA 90071 |
| 4 | Richard W. Havel |
| | Christina M. Craige |
| 5 | Sidley Austin LLP |
| | 555 West Fifth Street, Suite 4000 |
| 6 | Los Angeles, CA 90013-1010 |
| 7 | David G. Bicknell |
| | Bicknell Law Offices |
| 8 | 2542 So. Bascom Ave., Suite 185 |
| | Campbell, CA 95008 |
| 9 | |
| | Linda G. Zieff |
| 10 | 78917 Falsetto Drive |
| | Palm Dessert, CA 92211 |
| 11 | |
| | Robert Feinbaum |
| 12 | 3001 Ashbrook Court |
| | Oakland, CA 94601 |
| 13 | |
| | Ronald F. Hyce |
| 14 | P.O. Box 756 |
| | Rio Linda, CA 95673 |
| 15 | |
| | Mark J. Romeo |
| 16 | Law Offices of Mark J. Romeo |
| | 235 Montgomery Street, Suite 410 |
| 17 | San Francisco, CA 94104 |
| 18 | Clifford R. Horner |
| | Horner & Singer LLP |
| 19 | 1646 N. California Blvd., Suite 250 |
| | Walnut Creek, CA 94596 |
| 20 | |
| | Stephen T. O'Neill |
| 21 | Murray & Murray |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 22 | Cupertino, CA 95014 |
| 23 | Wm. Thomas Lewis |
| | Robertson & Lewis |
| 24 | 10 Almaden Blvd., Suite 500 |
| | San Jose, CA 95113 |
| 25 | |
| | G. Michael Williams |
| 26 | Ganzer & Williams |
| | P.O. Box 7683 |
| 27 | Stockton, CA 95267 |
| 28 | |

| | |
|---|---|
| 1 | Craig C. Chiang<br>Marilynn Tham |
| 2 | Buchalter Nemer<br>333 Market Street, 25th Floor |
| 3 | San Francisco, CA 94105 |
| 4 | Daniel L. Rottinghaus<br>Anand R. Upadhye |
| 5 | Berding & Weil LLP<br>3240 Stone Valley Road West |
| 6 | Alamo, CA 94507 |
| 7 | Dennis Miller<br>Stein & Lubin LLP |
| 8 | 600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 |
| 9 | |
| 10 | Service of the above-mentioned documents was also accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users. |
| 11 | |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 13, 2011. |
| 13 | By: /s/ Ankey To<br>Ankey To |

- 4 -