

Signed and Filed: April 07, 2011

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge
_____

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
MICHAEL A. SWEET (CSBN 184345)
DALE L. BRATTON (CSBN 124328)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone:   (415) 995-8475
Facsimile:   (415) 995-8487

Attorneys for Official Committee of
Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos.   08-32220 TEC<br>             09-30788 TEC<br>             09-30802 TEC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR SUBSTANTIVE CONSOLIDATION OF CASES**<br><br>Date:   April 4, 2011<br>Time:   2:00 p.m.<br><br>Judge:  Hon. Thomas E. Carlson |

On April 4, 2011, the Court held a continued hearing on the Motion to substantively consolidate the Chapter 11 cases ("the Cases") of CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II"), and CMR Mortgage Fund III, LLC ("Fund III") (Fund I, Fund II, and Fund III collectively the "Funds") brought by Robert Feinbaum. Michael Sweet and Dale Bratton, McNutt Law Group, and Monika Lee, Lee Law Offices, appeared on behalf of the Official Committee of Equity Security Holders. Elizabeth Berke-Dreyfuss, Wendel, Rosen, Black & Dean, appeared on behalf of Fund I. Robert Harris, Binder & Malter, appeared on behalf of Fund II. Reno Fernandez, Macdonald & Associates, appeared on behalf of Fund III. Julie

212339.1

1  Glosson, Office of the U.S. Trustee, appeared on behalf of the U.S. Trustee.  Robert Feinbaum
2  appeared in pro per.  Matthew Urdan, Horner & Singer, appeared on behalf of Kumiko Stevens et
3  al.  Upon due consideration, and without objection from those appearing on the matter, and for the
4  reasons stated on the record at the hearing,

5      IT IS HEREBY ORDERED that:

6      1.  The Cases are substantively consolidated for all purposes, and the assets of, and claims
7  against, the Funds shall be treated on a consolidated basis.

8      2.  After entry of this order, all further filings in the Cases shall be made in – and only in –
9  Case. No. 08-32220.

10     The Certificate of Service for the Proposed Order is Docket No. 786 (Case No. 08-32220),
11 Docket No. 657 (Case No. 09-30788), and Docket No. 615 (Case No. 09-30802).

13              * * * END OF ORDER * * *

**COURT SERVICE LIST**

*All are registered ECF participants except:*

Robert Feinbaum
3001 Ashbrook Court
Berkeley, CA 94601

```
                         United States Bankruptcy Court
                          Northern District of California
In re:                                                          Case No. 08-32220-TEC
CMR Mortgage Fund, LLC                                          Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0971-3         User: mwalker              Page 1 of 1              Date Rcvd: Apr 11, 2011
                             Form ID: pdfeoc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
cr           +Robert Fienbaum,    3001 Ashbrook Court,    Oakland, CA 94601-2583

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                   Signature:         *Joseph Speetjens*