

1 DONNA S. TAMANAHA
  Assistant U.S. Trustee (WI#1013199)
2 JULIE M. GLOSSON, Trial Attorney (#230709) Signed and Filed: April 14, 2011
  U.S. Department of Justice
3 Office of the United States Trustee
  235 Pine Street, Suite 700
4 San Francisco, CA 94104-3484                    _____
  Telephone: (415) 705-3333                       **DENNIS MONTALI**
5 Facsimile: (415) 705-3379                       **U.S. Bankruptcy Judge**
  Email: julie.m.glosson@usdoj.gov
6
  Attorneys for Acting United States Trustee
7  August B. Landis

8

9              **UNITED STATES BANKRUPTCY COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11 In re                              )  Case Nos. 08-32220 TEC
                                      )            09-30788 TEC
12 **CMR MORTGAGE FUND, LLC,**        )            09-30802 TEC
   **CMR MORTGAGE FUND II, LLC,**    )
13 **CMR MORTGAGE FUND III, LLC,**   )  Substantively Consolidated
                                      )
14       Debtors.                     )  Chapter 11
                                      )
15                                    )
                                      )
16 ✓ Affects Fund I                   )
   ✓ Affects Fund II                  )
17 ✓ Affects Fund III                 )
   _____     )

18              **ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

19       Upon the application of the Acting United States Trustee for Region 17, and it appearing

20 that Richard M. Kipperman, a disinterested person as set forth in 11 U.S.C. § 101(14), has been

21 appointed by the Acting United States Trustee in this chapter 11 case, and after due deliberation

22 and sufficient cause appearing,

23       **IT IS HEREBY ORDERED** that the appointment of Richard M. Kipperman as Chapter 11

24 Trustee in this case is approved under 11 U.S.C. § 1104.

25       **IT IS FURTHER ORDERED** that the chapter 11 Trustee shall have all the powers of a

26 chapter 11 trustee under 11 U.S.C. § 1106(a).

27                          * * * END OF ORDER * * *

28

**COURT SERVICE LIST**

Craig C. Chiang
Marilynn Tham
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105

CMR Mortgage Fund, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund II, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund III, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

David G. Bicknell
Bicknell Law Offices
2542 So. Bascom Ave., Suite 185
Campbell, CA 95008

Karol K. Denniston
Jacquelyn H. Choi
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071

Linda G. Zieff
78917 Falsetto Drive
Palm Dessert, CA 92211

Richard M. Kipperman
P.O. Box 3010
La Mesa, CA 91944

Robert Feinbaum
3001 Ashbrook Court
Oakland, CA 94601

Ronald F. Hyce
P.O. Box 756
Rio Linda, CA 95673

William Webb Farrer, Esq.
Law Offices of William Webb Farrer
300 Montgomery Street, Suite 600
San Francisco, CA 94104