DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**CMR MORTGAGE FUND, LLC,**<br>**CMR MORTGAGE FUND II, LLC,**<br>**CMR MORTGAGE FUND III, LLC,**<br><br>Debtors.<br><br>✓ Affects Fund I<br>✓ Affects Fund II<br>✓ Affects Fund III | Case Nos. 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Substantively Consolidated<br><br>Chapter 11 |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE, RICHARD M. KIPPERMAN

**TO: Richard M. Kipperman, Chapter 11 Trustee**

Pursuant to 11 U.S.C. § 1104 and Rules 2007.1 and 2008 of the Federal Rules of Bankruptcy Procedure, August B. Landis, the Acting United States Trustee for Region 17 has appointed you to serve as Chapter 11 Trustee in the above captioned case.

You are required to notify the Office of the United States Trustee of your acceptance in writing by signing below and returning this notice within five business days from receipt of this appointment.

The amount of your bond is currently set at $100,000. You are required to inform the Office of the U.S. Trustee when there are changes to your bond.

Dated: April 16, 2011

_____
Donna S. Tamanaha, Assistant U.S. Trustee

Dated: April 15, 2011

_____
Richard M. Kipperman