

1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, California 94111-4500
   Telephone: 415/263-7000
4  Facsimile: 415/263-7010

5  E-mail:dbertenthal@pszjlaw.com
            mlitvak@pszjlaw.com

Signed and Filed: May 03, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

7  Counsel for Richard M. Kipperman,
   Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                Debtors. | Case No.: 08-32220-TEC<br>               09-30788-TEC<br>               09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL**<br><br>[No Hearing Required] |

The Court has considered the *Application of the Chapter 11 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Counsel* (the "Application") filed by Richard M. Kipperman, Chapter 11 Trustee (the "Trustee"), and the Declaration of David M. Bertenthal in support thereof. Based upon the record before the Court, it appears that Pachulski Stang Ziehl & Jones LLP ("PSZ&J") does not hold or represent any interest adverse to the estates in the matters on which it is to be employed, that PSZ&J is a disinterested person, that its employment is in the best interest of the estates, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Trustee is authorized to employ PSZ&J as its counsel herein on the terms and conditions set forth more fully in the Application, effective as of April 14, 2011. In particular, the employment arrangement approved herein contemplates that, subject to Court approval of an appropriate fee application or applications by PSZ&J, the Trustee will compensate PSZ&J at its customary hourly rates in effect from time to time and reimburse PSZ&J for its expenses according to its customary reimbursement policies.

**END OF ORDER**

## COURT SERVICE LIST

Alan Taber
4275 Persimmon Woods Dr
North Charleston, SC 29420

Anne P. Becket
1408 California St. #303
San Francisco, CA 94109

Brad Cless
Arrmanino McKenna LLP
12667 Alcosta Blvd, Ste. 500
San Ramon, CA 94583

Bradley & Riley, PC
2007 First Avenue SE
Cedar Rapids, IA 52406-2804

Briar Tazuk
2488 Spring Mountain Road
St. Helena, CA 94574

Cade L. Morrow, Trustee
733 North Dry Falls
Palm Springs, CA 92262

Clifford R. Horner
Law Offices of Berding and Weil
1646 N California Blvd #250
Walnut Creek, CA 94596

CMR Mortgage Fund II, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund III, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

Daniel L. Rottinghaus
Berding and Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507

Daniel L. Rottinhause
Anand R. Upadhye
Counsel for Certain Equity Holders
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | David Cable |
|   | 9843 Pennbridge Dr. |
| 2 | Granite Bay, CA 95746 |
| 3 | David G. Bicknell |
|   | Counsel for Beacon Development, Inc. |
| 4 | Bicknell Law Offices |
|   | 2542 So. Bascom Avenue, Suite 185 |
| 5 | Campbell, CA 95008 |
| 6 | David S. Schutt |
|   | 142 Paseo De La Concha #F |
| 7 | Redonodo Beach, CA 90277 |
| 8 | Debt Acquisition Company of America V, LLC |
|   | 1565 Hotel Circle South, #310 |
| 9 | San Diego, CA 92108 |
| 10 | Douglas R. Young |
|   | Farella, Braun and Martel |
| 11 | Russ Bldg. 30th Fl. |
|   | 235 Montgomery St. |
| 12 | San Francisco, CA 94104 |
| 13 | Fire-Matic Systems, Inc |
|   | Profit Sharing Plan Trust |
| 14 | 5165 Brandin Court |
|   | Fremont, CA 94538 |
| 15 | |
|   | Frank E. Maddocks |
| 16 | 16916 Hierba Drive, Apt. #163 |
|   | San Diego, CA 92128-2678 |
| 17 | |
|   | Gail D. Spilsbury |
| 18 | 640 Panoramic Way |
|   | Berkeley, CA 94704 |
| 19 | |
|   | Gary and Barbara B. Hunt Family Trust |
| 20 | 1010 Doane Way |
|   | Red Bluff, CA 96080 |
| 21 | |
|   | Glen H. Reid |
| 22 | 1483 Sutter St., Unit 706 |
|   | San Francisco, CA 94109-5486 |
| 23 | |
|   | Graham Seel |
| 24 | California Mortgage Realty Inc. |
|   | 62 First Street, Fourth Floor |
| 25 | San Francisco, CA 94105 |
| 26 | Harold Bowman Or Brook Bowman or Forest Bowman |
|   | Bowman Family 1992 Revocable Living Trust |
| 27 | 6683 High Valley Road |
|   | Anderson, CA 96007 |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Herbert M. & Natalie Stein<br>c/o Porter |
| 2 | 660 Logan Lane<br>Danville, CA 9452 |
| 3 | |
| 4 | Jeff Hollander<br>199 Ellis Road<br>Alstonville, NSW 247 |
| 5 | |
| 6 | Jeff J. Friedman<br>Katten Muchin Rosenman LLP<br>575 Madison Ave. |
| 7 | New York, NY 10022 |
| 8 | Jeff J. Friedman, Esq.<br>Katten Muchin Rosenman LLP |
| 9 | 575 Madison Ave.<br>New York, NY 10022 |
| 10 | |
| 11 | John S. Morken<br>Morken Law Office<br>760 Market St. #768 |
| 12 | San Francisco, CA 94012 |
| 13 | Jonathan Herschel Bornstein<br>Law Offices of Bornstein and Bornstein |
| 14 | 507 Polk Street, # 320<br>San Francisco, CA 94118-3339 |
| 15 | |
| 16 | Julie A. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 |
| 17 | |
| 18 | Kathy Guard<br>3547 Laurel St.<br>San Diego, CA 92104 |
| 19 | |
| 20 | Leah F. Davis<br>378 Van Buren Ave., #303<br>Oakland, CA 94610 |
| 21 | |
| 22 | LECG, LLC<br>2049 Century Park East<br>Suite 2300 |
| 23 | Los Angeles, CA 90067 |
| 24 | Leslie S. Ahari<br>Troutman Sanders LLP |
| 25 | 5 Park Plaza, #1400<br>Irvine, CA 92614 |
| 26 | |
| 27 | Linda G. Zieff<br>79817 Falsetto Drive<br>Palm Desert, CA 92211 |
| 28 | |

| | |
|---|---|
| 1 | Linda G. Zieff |
|   | 79817 Falsetto Drive |
| 2 | Palm Desert, CA 92211 |
| 3 | Mark Aloysius Smith Schwab |
|   | 6466 Hollis Street, Unit 337 |
| 4 | Emeryville, CA 94608 |
| 5 | Maya Brouwer |
|   | 1726 A Filbert St. |
| 6 | San Francisco, CA 94123 |
| 7 | Meghan C. Sherrill |
|   | Bryan Cave LLP |
| 8 | 120 Broadway #300 |
|   | Santa Monica, CA 90401 |
| 9 | |
|   | Michelle Mo Lee |
| 10 | 829 Folsom Street, Unit 300 |
|   | San Francisco, CA 94107 |
| 11 | |
|   | Michelle R. Generaux |
| 12 | Murtaugh Meyer Nelson Treglia LLP |
|   | 2603 Main St. 9th Fl. |
| 13 | Irvine, CA 92614-6232 |
| 14 | Paul Duggan |
|   | 2166 Northampton Dr. |
| 15 | San Jose, CA 95124 |
| 16 | Paul Schiller |
|   | 405 Davis Ct., #1506 |
| 17 | San Francisco, CA 94111-2433 |
| 18 | Richard M. Kipperman |
|   | Chapter 11 Trustee |
| 19 | PO Box 3010 |
|   | La Mesa, CA 92944 |
| 20 | |
|   | Richard Van Duzer |
| 21 | Farella, Braun and Martel |
|   | Russ Bldg. 30th Fl. |
| 22 | 235 Montgomery St. |
|   | San Francisco, CA 94104 |
| 23 | |
|   | Robert B. Campbell |
| 24 | 943 Augusta Drive |
|   | Moraga, CA 94556 |
| 25 | |
|   | Robert Feinbaum |
| 26 | 3001 Ashbrook Court |
|   | Berkeley, CA 94601 |
| 27 | |
|   | Robert Feinbaum |
| 28 | 3001 Ashbrook Court |
|   | Berkeley, CA 94601 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Robert Fienbaum<br>3001 Ashbrook Court<br>Oakland, CA 94601 |
| 2 | |
| 3 | |
| 4 | Ronald F. Hyce<br>P.O. Box 756<br>Rio Linda, CA 95673 |
| 5 | |
| 6 | Ronald F. Hyce<br>PO Box 756<br>Rio Linda, CA 95673 |
| 7 | |
| 8 | Stephen R. Volz<br>Volz Properties<br>1390 Broadway , B287<br>Placerville, CA 95667 |
| 9 | |
| 10 | Susan L. Chisena<br>1125 NW 12th Ave #903<br>Portland, OR 97209 |
| 11 | |
| 12 | Susan L. Chisena<br>1125 NW 12th Ave #903<br>Portland, OR 97209 |
| 13 | |
| 14 | Terrance H. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 |
| 15 | |
| 16 | Thomas H. Prouty<br>Troutman Sanders LLP<br>5 Park Plaza #1400<br>Irvine, CA 92614 |
| 17 | |
| 18 | |
| 19 | Todd B. Rothbard<br>4261 Norwalk Drive, #107<br>San Jose, CA 95129 |
| 20 | |
| 21 | Wells Fargo Foothill, Inc.<br>c/o Buchalter Nemer<br>Craig C. Chiang<br>333 Market St., 25th Floor<br>San Francisco, Ca 94105 |
| 22 | |
| 23 | |
| 24 | William Webb Farrer, Esq.<br>Law Offices of William Webb Farrer<br>300 Montgomery Street, Suite 600<br>San Francisco, CA 94104 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |