# EXHIBIT A

**Hourly Rate: $275**

JOEL E. EWAN

666 Upas Street, Unit #1603  Home (619) 255-2595
San Diego, CA 92103  Cell   (858) 736-7187

**WORK EXPERIENCE:**
**NEIGHBORHOOD NATIONAL BANK, National City, CA: July 2009-December 2010**

Executive Vice President, Chief Credit Office:
- The bank suffered a poor Safety & Soundness Exam and the Board requested my services
- Commenced numerous initiatives to improve the underwriting environment
- Caused the portfolio to be scrubbed and regraded
- Started aggressive problem resolution program

**CORPORATE MANAGEMENT, INC., La Mesa, CA: July 2008-Present**
- Consultant on special projects
- Analyze project economics and track reporting in Receiverships
- Assist in the management of liquidation of estate assets

**CALIFORNIA BANK & TRUST, San Diego, CA: June 1993-Retired May 2008 (Successor to Grossmont Bank)**

Executive Vice President, Commercial Credit Administration, San Diego Division
- Division has $1.4 billion in loans and $2.5 billion in deposits
- Responsible for commercial credit decisions in 30 branches
- Loan authority: $5 million secured; $2.5 million unsecured
- Periodically fill in for Commercial Chief Credit Officer
- 2000-2007 portfolio loss rate average 3.6 basis points

**CHAPMAN COLLEGE, San Diego, CA: 1983-1992**

Assistant Adjunct Professor of Business
- Taught graduate/undergraduate business courses
- Held prep course for MBA comprehensive examination – 100% pass rate

**SAN DIEGO NATIONAL BANK, San Diego, CA: July 1990-May 1993**

Senior Vice President, Manager
- Managed special assets department
- Managed corporate banking group with $36 million outstanding

<u>Vice President, Manager</u>
- Established first loan production office
- Grew loans to $35 million and deposits to $25 million

**TORREY PINES BANK, La Jolla, CA: 1987-May 1990**

<u>Vice-President, Area Manager</u>
- Managed 2 offices of 10 branch bank
- Deposits of $95 million, loans $48 million, staff 21
- Bank purchased by Wells Fargo Bank

**ARISTA FUNDING GROUP, Escondido, CA: 1987**
- Acted as CFO for privately held leasing company
- Left for opportunity at Torrey Pines Bank

**BANK OF AMERICA, Escondido and Oceanside, CA: 1983-1987**
- Assistant Vice President, Team Leader, Business Banking unit
- Completed MBA Management Training Program

**BASIC TOGS, INC., New York, NY: 1971-1980 and 1982-1983**
<u>Vice President, Operations</u>
- Ran production, purchasing, private label program
- Responsible for sale/disposal of production overruns
- Managed company to $3 million in revenues

**ABSORBA, INC., New York, NY: 1980-1982**
<u>Production and Contract Manager</u>
- Grew start-up business from $2 million to $10 million
- Responsible for sourcing from raw material to finished garments
- Managed domestic and import production

**<u>BOARD AFFILIATIONS:</u>**
Neighborhood National Bank; Board loan and ALCO committees
San Diego Private Bank: Board loan. ALCO and Audit committees
The Old Globe Theatre; Finance, Audit, Finance and Investment committees
Risk Management Association, Facilities Chair

**<u>MILITARY SERVICE</u>: May 1967- December 1971**
U.S. Navy, Nuclear submarine service
New London, CT; Lieutenant, Honorable Discharge

**<u>EDUCATION</u>:**
New York University, Master of Business Administration, Finance: **1982**
Fashion Institute of Technology (State University of New York): **1974**
University of California, Los Angeles, Bachelor of Arts, Mathematics: **1967**

**PERSONAL:**

Co-Author <u>The Complete Handbook for the Entrepreneur</u>, Prentice Hall, **1990**
California District 31 Little League Staff Umpire: Selected for Senior Softball World Series

# Hourly Rate: $200

**Teri Ferguson**  
4001 Liggett Drive  
San Diego, California 92106

**e-mail: toteri1@cox.net**  
**cell:   (619) 851-7262**

---

## Executive Biography

Ms. Ferguson has over thirty years of experience in all phases of real estate and construction management and accounting, including oversight of the development of residential and commercial properties and management of the takeover of distressed projects. She has handled all phases of construction from accounting and finance operations to asset management and project workouts. Most recently, Ms. Ferguson has been a consultant focusing in the areas of construction-related receiverships, forensic accounting, and financial planning for construction companies, including securing lines of credit, bonding capacity, and governmental pre-qualifications. She also has extensive experience creating and monitoring corporate and construction budgets and reporting work-in-progress, as well as evaluating distressed projects for work completed, code compliance and quality..

Ms. Ferguson was most recently a Managing Director for Douglas Wilson Companies, one of the largest receivership companies in California. Before that, she served as the Vice-President of Residential Asset Management for Capstone Advisors from 2001 to 2008. Prior to Capstone, Ms. Ferguson served as the Controller for Garden Communities, a national multi-family home builder, for seven years.

As Managing Director for Douglas Wilson Companies, Ms. Ferguson was responsible for the takeover, management and disposition of large scale residential and commercial real estate projects. One of the most complex projects was a 400 unit, partially completed condominium conversion in Northern California. Much of the construction had not been performed by licensed contractors, nor was the work done to code. Ms. Ferguson managed the construction inspection process, re-construction to complete the units, and the common area deferred maintenance issues. In addition she selected and managed the sales & marketing staff, supervised the sales office and model interior design improvements, and replaced the leasing and maintenance staff for the remaining apartment buildings. Ms. Ferguson was able to save the construction lender nearly $200,000 by resolving mechanics lien issues and under her management, the all construction renovations were completed under budget.. She was also able to refurbish and lease-up the apartment units which had been 50% vacant within a 90-day period, decreasing the monthly leasing and maintenance expenses.

As Vice-President of Residential Asset Management for Capstone Advisors, an equity placement firm, Ms. Ferguson was responsible for the management of over 50 projects and five staff members. For example, in 2003, Ms. Ferguson was personally tasked with the takeover of 26 partially completed estate homes in Altadena, California. At the point of takeover, the investor was faced with a $3m loss and hundreds of thousands in mechanics liens. Since the project abutted a National Forest, the homes were constructed using steel framing, in which few contractors are experienced, particularly in Altadena. A fee builder was hired to complete the homes, but it abandoned the job less than 30 days later due to the demands of the homeowners who had been foreclosed out of escrow. Together with a talented superintendent and sales manager, Ms. Ferguson was able to oversee the completion of the homes within 18 months of the initial takeover date, and deliver a $1.6m profit to the investor. Additionally, she tendered the bonds for the option deposits taken by the original builders, and was successful in recovering the entire amount of the deposits taken.

Ms. Ferguson holds a Bachelors of Science in Accounting from the University of Phoenix and is a member of the Building Industry Association, the National Apartment Association, and the California Receiver Forum. Outside the

office, she is very active in skiing, volleyball, wallyball, and triathlons. She can be reached via e-mail at toteri1@cox.net, or via cell at (619) 851-7262.

References available upon request.