

1 David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)

2 PACHULSKI STANG ZIEHL & JONES LLP Signed and Filed: June 07, 2011
150 California Street, 15th Floor

3 San Francisco, California 94111-4500
Telephone: 415/263-7000

4 Facsimile: 415/263-7010 _____
E-mail: dbertenthal@pszjlaw.com

5 mlitvak@pszjlaw.com **THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

6 Counsel for Richard M Kipperman, _____
Chapter 11 Trustee

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 In re: Case No.: 08-32220-TEC
09-30788-TEC

12 CMR MORTGAGE FUND, LLC, 09-30802-TEC
CMR MORTGAGE FUND II, LLC,

13 CMR MORTGAGE FUND III, LLC, Substantively Consolidated

14 Debtors. Chapter 11

15 **ORDER GRANTING CHAPTER 11
TRUSTEE'S APPLICATION TO**

16 **EMPLOY CORPORATE
MANAGEMENT, INC. AS**

17 **ACCOUNTANTS AND FINANCIAL
ADVISORS**

18

19 [No Hearing Required]

20

21 The Court has considered the *Chapter 11 Trustee's Application for Order Corporate*

22 *Management, Inc. as Accountants* (the "Application") filed by Richard M Kipperman, Chapter 11

23 Trustee (the "Trustee"), and the Declaration of Richard M Kipperman in support thereof. Based

24 upon the record before the Court, it appears that Corporate Management, Inc. ("Corporate

25 Management") does not hold or represent any interest adverse to the estate in the matters on which it

26 is to be employed, that Corporate Management is a disinterested person, that its employment is in the

27 best interest of the estate, and that no hearing on the Application is required. Accordingly, it is

28 hereby:

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*SAN FRANCISCO, CALIFORNIA*

1   **ORDERED** that the Trustee is authorized to employ Corporate Management as his

2   accountants and financial advisors herein on the terms and conditions set forth more fully in the

3   Application, effective as of April 15, 2011.  In particular, the employment arrangement approved

4   herein contemplates that, subject to Court approval of an appropriate fee application or applications

5   by Corporate Management, the Trustee will compensate Corporate Management at its customary

6   hourly rates in effect from time to time and reimburse Corporate Management for its expenses

7   according to its customary reimbursement policies.

8                                      **END OF ORDER**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1            <u>COURT SERVICE LIST</u>

2    Alan Taber
      4275 Persimmon Woods Dr
3    North Charleston, SC 29420

4    Anne P. Becket
      1408 California St. #303
5    San Francisco, CA 94109

6    Brad Cless
      Arrmanino McKenna LLP
7    12667 Alcosta Blvd, Ste. 500
      San Ramon, CA 94583
8

      Bradley & Riley, PC
9    2007 First Avenue SE
      Cedar Rapids, IA 52406-2804
10

      Briar Tazuk
11   2488 Spring Mountain Road
      St. Helena, CA 94574
12

      Cade L. Morrow, Trustee
13   733 North Dry Falls
      Palm Springs, CA 92262
14

      Clifford R. Horner
15   Law Offices of Berding and Weil
      1646 N California Blvd #250
16   Walnut Creek, CA 94596

17   CMR Mortgage Fund II, LLC
      62 First Street, Fourth Floor
18   San Francisco, CA 94105

19   CMR Mortgage Fund III, LLC
      62 First Street, Fourth Floor
20   San Francisco, CA 94105

21   CMR Mortgage Fund, LLC
      62 First Street, Fourth Floor
22   San Francisco, CA 94105

23   Daniel L. Rottinghaus
      Berding and Weil LLP
24   3240 Stone Valley Road West
      Alamo, CA 94507
25

      Daniel L. Rottinhause
26   Anand R. Upadhye
      Counsel for Certain Equity Holders
27   Berding & Weil LLP
      3240 Stone Valley Road West
28   Alamo, CA 94507

David Cable
9843 Pennbridge Dr.
Granite Bay, CA 95746

David G. Bicknell
Counsel for Beacon Development, Inc.
Bicknell Law Offices
2542 So. Bascom Avenue, Suite 185
Campbell, CA 95008

David S. Schutt
142 Paseo De La Concha #F
Redonodo Beach, CA 90277

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, #310
San Diego, CA 92108

Douglas R. Young
Farella, Braun and Martel
Russ Bldg. 30th Fl.
235 Montgomery St.
San Francisco, CA 94104

Fire-Matic Systems, Inc
Profit Sharing Plan Trust
5165 Brandin Court
Fremont, CA 94538

Gail D. Spilsbury
640 Panoramic Way
Berkeley, CA 94704

Gary and Barbara B. Hunt Family Trust
1010 Doane Way
Red Bluff, CA 96080

Glen H. Reid
1483 Sutter St., Unit 706
San Francisco, CA 94109-5486

Graham Seel
California Mortgage Realty Inc.
62 First Street, Fourth Floor
San Francisco, CA 94105

Harold Bowman Or Brook Bowman or Forest Bowman
Bowman Family 1992 Revocable Living Trust
6683 High Valley Road
Anderson, CA 96007

Herbert M. & Natalie Stein
c/o Porter
660 Logan Lane
Danville, CA 9452

Jeff J. Friedman
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022

Jeff J. Friedman, Esq.
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022

John S. Morken
Morken Law Office
760 Market St. #768
San Francisco, CA 94012

Jonathan Herschel Bornstein
Law Offices of Bornstein and Bornstein
507 Polk Street, # 320
San Francisco, CA 94118-3339

Julie A. Wolf
5165 Brandin Court
Fremont, CA 94538

Kathy Guard
3547 Laurel St.
San Diego, CA 92104

Leah F. Davis
378 Van Buren Ave., #303
Oakland, CA 94610

LECG, LLC
2049 Century Park East
Suite 2300
Los Angeles, CA 90067

Leslie S. Ahari
Troutman Sanders LLP
5 Park Plaza, #1400
Irvine, CA 92614

Linda G. Zieff
79817 Falsetto Drive
Palm Desert, CA 92211

Linda G. Zieff
79817 Falsetto Drive
Palm Desert, CA 92211

Mark Aloysius Smith Schwab
6466 Hollis Street, Unit 337
Emeryville, CA 94608

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    Maya Brouwer
1726 A Filbert St.
2    San Francisco, CA 94123

3    Meghan C. Sherrill
Bryan Cave LLP
4    120 Broadway #300
Santa Monica, CA 90401
5

Michelle Mo Lee
6    829 Folsom Street, Unit 300
San Francisco, CA 94107
7

Michelle R. Generaux
8    Murtaugh Meyer Nelson Treglia LLP
2603 Main St. 9th Fl.
9    Irvine, CA 92614-6232

10   Paul Duggan
2166 Northampton Dr.
11   San Jose, CA 95124

12   Paul Schiller
405 Davis Ct., #1506
13   San Francisco, CA 94111-2433

14   Richard M. Kipperman
Chapter 11 Trustee
15   PO Box 3010
La Mesa, CA 92944
16

Richard Van Duzer
17   Farella, Braun and Martel
Russ Bldg. 30th Fl.
18   235 Montgomery St.
San Francisco, CA 94104
19

Robert B. Campbell
20   943 Augusta Drive
Moraga, CA 94556
21

Robert Feinbaum
22   3001 Ashbrook Court
Berkeley, CA 94601
23

Robert Feinbaum
24   3001 Ashbrook Court
Berkeley, CA 94601
25

Robert Fienbaum
26   3001 Ashbrook Court
Oakland, CA 94601
27

Ronald F. Hyce
28   P.O. Box 756
Rio Linda, CA 95673

1

Ronald F. Hyce
2   PO Box 756
Rio Linda, CA 95673
3

Stephen R. Volz
4   Volz Properties
1390 Broadway , B287
5   Placerville, CA 95667

6   Susan L. Chisena
1125 NW 12th Ave #903
7   Portland, OR 97209

8   Susan L. Chisena
1125 NW 12th Ave #903
9   Portland, OR 97209

10  Terrance H. Wolf
5165 Brandin Court
11  Fremont, CA 94538

12  Thomas H. Prouty
Troutman Sanders LLP
13  5 Park Plaza #1400
Irvine, CA 92614
14

Todd B. Rothbard
15  4261 Norwalk Drive, #107
San Jose, CA 95129
16

Wells Fargo Foothill, Inc.
17  c/o Buchalter Nemer
Craig C. Chiang
18  333 Market St., 25th Floor
San Francisco, Ca 94105
19

William Webb Farrer, Esq.
20  Law Offices of William Webb Farrer
300 Montgomery Street, Suite 600
21  San Francisco, CA 94104

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA