*A personal note ...*

JUL 0 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

I am a creditor in CMR Case # 083220. Please change my old address to my new address:



Ms. Natalie M. Stein
5913 Horsemans Canyon Dr Apt 6B
Walnut Creek CA 94595-3921

Old address was 650 Logan Lane, Danville, CA 94526

Thank you
Natalie Stein
Stein Family Trust

Phone 925-588-5890