BUCHALTER NEMER
A Professional Corporation
  CRAIG C. CHIANG (SBN 209602)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: cchiang@buchalter.com

Attorneys for Movant
Wells Fargo Capital Finance, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No. 08-32220-TEC<br>Case No. 08-30788-TEC<br>Case No. 09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: August 8, 2011<br>Time: 1:00 p.m.<br>Place: 235 Pine Street, Courtroom 23<br>　　　　San Francisco, California |

**TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that a hearing on the Motion for Relief from the Automatic Stay ("Motion") filed and served concurrently by Wells Fargo Capital Finance, Inc., formerly known as Wells Fargo Foothill, Inc. ("Wells Fargo" or "Movant") will be held before the Honorable Thomas E. Carlson, United States Bankruptcy Judge for the Northern District of California, in his Courtroom located at 235 Pine Street, Courtroom 23, San Francisco, California, on August 8, 2011, at 1:00 p.m. or as soon thereafter as possible. This Motion is brought pursuant to 11 U.S.C. § 362(d)(1) and (2) and Local Bankruptcy Rule 4001-1.

**NOTICE IS FURTHER GIVEN** that Wells Fargo will request immediate relief from the automatic stay at the hearing set for the Motion. Pursuant to Bankruptcy Local Rule 4001-1(f) of the United States Bankruptcy Court for the Northern District of California, you are not required to file responsive pleadings, point and authorities or declarations. However, your failure to appear personally or through counsel at the hearing scheduled on the Motion or to otherwise oppose the Motion may result in the Court granting the relief requested in the Motion and authorizing Wells Fargo to exercise all of its rights and remedies under applicable law and the Loan Documents with respect to the Debtor Collateral and all related assets, as those terms are defined in the Motion.

Served concurrently herewith are copies of the Motion and the Declaration of Ajay Jagsi.

DATED: July 22, 2011

BUCHALTER NEMER
A Professional Corporation

By: /s/ Craig C. Chiang
Craig C. Chiang
Attorneys for Movant
Wells Fargo Capital Finance, Inc.