**Entered on Docket**
**September 23, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

Signed and Filed: September 22, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT WITH SPI WHEATLAND, LP, CMR INCOME FUND, LLC, CALIFORNIA MORTGAGE AND REALTY, INC. AND DAVID CHOO RELATING TO WHEATLAND AND 4 UNION PROPERTIES PURSUANT TO BANKRUPTCY RULE 9019(a)**<br><br><u>Hearing Date</u>:<br>Date: September 12, 2011<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>San Francisco, California<br>Judge: Honorable Thomas Carlson |

The Court has considered the *Motion of Chapter 11 Trustee for Approval of Settlement Agreement With SPI Wheatland, LP, CMR Income Fund, LLC, California Mortgage and Realty, Inc., and David Choo Relating to Wheatland and 4 Union Properties Pursuant to Bankruptcy Rule*

*9019(a)* (the "Motion").[1] It appears that due and sufficient notice of the Motion has been provided under the circumstances. It further appears that the relief requested in the Motion is reasonable and in the best interest of the Debtors' estate. The Court concludes that the Settlement Agreement is fair, reasonable, and in the best interest of the estate because it resolves significant potential unsecured claims in an amount that could exceed $20,000,000. The terms of the Settlement Agreement were negotiated in good faith by the parties thereto and are supported by adequate and fair consideration. The Settlement Agreement will also avoid the costs, risks and delays associated with litigating the Proof of Claim and the Scheduled Claim.

After due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Pursuant to Rule 9019 of the Federal Rule of Bankruptcy Procedure, the Settlement Agreement annexed to the Motion as Exhibit A is approved in its entirety.

3. This Order is effective immediately. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

***END OF ORDER***

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Case: 08-32220  Doc# 904  Filed: 09/22/11  Entered: 09/23/11 11:46:50  Page 2 of 6

DOCS_SF:78944.1 49666/001  2  ORDER APPROVING SETTLEMENT WITH SPI WHEATLAND, CMR INCOME FUND, ET AL.

# COURT SERVICE LIST

COURT SERVICE LIST

Alan Taber
4275 Persimmon Woods Dr
North Charleston, SC 29420

Brad Cless
Arrmanino McKenna LLP
12667 Alcosta Blvd, Ste. 500
San Ramon, CA 94583

Bradley & Riley, PC
2007 First Avenue SE
Cedar Rapids, IA 52406-2804

Briar Tazuk
2488 Spring Mountain Road
St. Helena, CA 94574

Cade L. Morrow, Trustee
733 North Dry Falls
Palm Springs, CA 92262

Clifford R. Horner
Law Offices of Berding and Weil
1646 N California Blvd #250
Walnut Creek, CA 94596

CMR Mortgage Fund III, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CSW Deferred Compensation Plan
John Farquhar, Trustee
1710 Gilbreth Road Suite 300
Burlingame, CA 94010

Daniel L. Rottinhause
Anand R. Upadhye
Counsel for Certain Equity Holders
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507

David Cable
9843 Pennbridge Dr.
Granite Bay, CA 95746

David G. Bicknell
Counsel for Beacon Development, Inc.
Bicknell Law Offices
2542 So. Bascom Avenue, Suite 185
Campbell, CA 95008

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:77894.1 49666-0001

Case: 08-32220 Doc# 904 Filed: 09/22/11 Entered: 09/23/11 11:46:50 Page 3 of 6

3

ORDER APPROVING SETTLEMENT WITH SPI WHEATLAND, CMR INCOME FUND, ET AL.

| | |
|---|---|
| 1 | David S. Schutt<br>142 Paseo De La Concha #F |
| 2 | Redonodo Beach, CA 90277 |
| 3 | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, #310 |
| 4 | San Diego, CA 92108 |
| 5 | Fire-Matic Systems, Inc<br>Profit Sharing Plan Trust |
| 6 | 5165 Brandin Court<br>Fremont, CA 94538 |
| 7 | |
| 8 | Gary and Barbara B. Hunt Family Trust<br>1010 Doane Way<br>Red Bluff, CA 96080 |
| 9 | |
| 10 | Glen H. Reid<br>1483 Sutter St., Unit 706<br>San Francisco, CA 94109-5486 |
| 11 | |
| 12 | Graham Seel<br>California Mortgage Realty Inc.<br>62 First Street, Fourth Floor |
| 13 | San Francisco, CA 94105 |
| 14 | Harold Bowman or Brook Bowman or Forest Bowman<br>Bowman Family 1992 Revocable Living Trust |
| 15 | 6683 High Valley Road<br>Anderson, CA 96007 |
| 16 | |
| 17 | Jeff J. Friedman, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave. |
| 18 | New York, NY 10022 |
| 19 | John S. Morken<br>Morken Law Office |
| 20 | 760 Market St. #768<br>San Francisco, CA 94012 |
| 21 | |
| 22 | Jonathan Herschel Bornstein<br>Law Offices of Bornstein and Bornstein<br>507 Polk Street, # 320 |
| 23 | San Francisco, CA 94118-3339 |
| 24 | Julie A. Wolf<br>5165 Brandin Court |
| 25 | Fremont, CA 94538 |
| 26 | Kathy Guard<br>3547 Laurel St. |
| 27 | San Diego, CA 92104 |
| 28 | |

DOCS_SF:77894.1 49666/0001

Case: 08-32220  Doc# 904  Filed: 09/22/11  Entered: 09/23/11 11:46:50  Page 4 of 6

4

ORDER APPROVING SETTLEMENT WITH SPI WHEATLAND, CMR INCOME FUND, ET AL.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| 1 | Leah F. Davis |
| | 378 Van Buren Ave., #303 |
| 2 | Oakland, CA 94610 |
| 3 | Leslie S. Ahari |
| | Troutman Sanders LLP |
| 4 | 5 Park Plaza, #1400 |
| | Irvine, CA 92614 |
| 5 | |
| | Linda G. Zieff |
| 6 | 79817 Falsetto Drive |
| | Palm Desert, CA 92211 |
| 7 | |
| | Mark Aloysius Smith Schwab |
| 8 | 6466 Hollis Street, Unit 337 |
| | Emeryville, CA 94608 |
| 9 | |
| | Maya Brouwer |
| 10 | 1726 A Filbert St. |
| | San Francisco, CA 94123 |
| 11 | |
| | Meghan C. Sherrill |
| 12 | Bryan Cave LLP |
| | 120 Broadway #300 |
| 13 | Santa Monica, CA 90401 |
| 14 | Michelle Mo Lee |
| | 829 Folsom Street, Unit 300 |
| 15 | San Francisco, CA 94107 |
| 16 | Michelle R. Generaux |
| | Murtaugh Meyer Nelson Treglia LLP |
| 17 | 2603 Main St. 9th Fl. |
| | Irvine, CA 92614-6232 |
| 18 | |
| | Paul Schiller |
| 19 | 405 Davis Ct., #1506 |
| | San Francisco, CA 94111-2433 |
| 20 | |
| | Richard M. Kipperman |
| 21 | Chapter 11 Trustee |
| | PO Box 3010 |
| 22 | La Mesa, CA 92944 |
| 23 | Robert B. Campbell |
| | 943 Augusta Drive |
| 24 | Moraga, CA 94556 |
| 25 | Robert Feinbaum |
| | 3001 Ashbrook Court |
| 26 | Berkeley, CA 94601 |
| 27 | Ronald F. Hyce |
| | PO Box 756 |
| 28 | Rio Linda, CA 95673 |

DOCS_SF:77894.1 49666/0001      5

Case: 08-32220   Doc# 904   Filed: 09/22/11   Entered: 09/23/11 11:46:50   Page 5 of 6
ORDER APPROVING SETTLEMENT WITH SPI WHEATLAND, CMR INCOME FUND, ET AL.

| | |
|---|---|
| 1 | Stephen R. Volz<br>Volz Properties |
| 2 | 1390 Broadway , B287<br>Placerville, CA 95667 |
| 3 | |
| 4 | Susan L. Chisena<br>1310 NW Naito Parkway, #808<br>Portland, OR 97209 |
| 5 | |
| 6 | Terrance H. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 |
| 7 | |
| 8 | Thomas H. Prouty<br>Troutman Sanders LLP<br>5 Park Plaza #1400 |
| 9 | Irvine, CA 92614 |
| 10 | Thomas E. Foutch<br>1810 Jackson Street Apt. 7 |
| 11 | San Francisco, CA 94109 |
| 12 | Todd B. Rothbard<br>4261 Norwalk Drive, #107 |
| 13 | San Jose, CA 95129 |
| 14 | William Webb Farrer, Esq.<br>Law Offices of William Webb Farrer |
| 15 | 300 Montgomery Street, Suite 600<br>San Francisco, CA 94104 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:77894.1 49666-0001

Case: 08-32220 Doc# 904 Filed: 09/22/11 Entered: 09/23/11 11:46:50 Page 6 of 6

6

ORDER APPROVING SETTLEMENT WITH SPI WHEATLAND, CMR INCOME FUND, ET AL.