UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: CMR Mortgage Fund - Consolidated (I, II, & III)

Case Nos. 08-32220-TC
09-30788
09-30802

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Aug-11     PETITION DATE: 11/19/2008 & 3/31/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $242,527 | $247,314 | |
| b. Total Assets (see schedule J, Note 1) | $69,939,029 | $69,940,433 | $129,146,926 |
| c. Current Liabilities | $21,819,380 | $21,819,380 | |
| d. Total Liabilities (Note 2) | $48,895,853 | $48,892,470 | $20,857,248 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $32 | $6,056 | $3,658,483 |
| b. Total Disbursements | $4,819 | $3,384 | $3,447,974 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($4,787) | $2,672 | $210,509 |
| d. Cash Balance Beginning of Month | $247,314 | $244,642 | $32,018 |
| e. Cash Balance End of Month (c + d) | $242,527 | $247,314 | $242,527 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($4,787) | $5,921 | ($43,837,379) |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $21,819,380 | $21,819,380 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $3,017,747 | $3,017,747 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

Note 1: Scheduled Values for Loans and advances secured by DOT are based on the face amounts of the loans, taking into account the most recent available appraisals and internal valuations, and may include adjustment for litigation or foreclosure action risk contingencies.

Note 2: See Note 6 of Liabilities and Equity

*Richard M Kipperman was appointed as chapter 11 trustee (the "Trustee") in this matter on April 14, 2011.*
*The Trustee submits this report based on the books and records of the Debtor previously available to the Trustee.*
*The Trustee does not by virtue hereof make any admissions as to the rights or claims that may be asserted against the Debtor's estate by any third parties, or waive any rights or defenses that may be available to the Trustee or the Debtor's estate. The Trustee expressly reserves any and all rights with respect to the information submitted hereby.*

Date: 9/28/2011

Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS (General Business Case)

For the Month Ended 08/31/11

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | |
| | | | | **Revenues:** | | |
| | | | 1 | Gross Sales | | |
| | | | 2 | less: Sales Returns & Allowances | | |
| $0 | | | 3 | Net Sales | $0 | |
| | | | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| - | | | 5 | Gross Profit | - | |
| - | | | 6 | Interest Pfau Pfau | 2,247,025 | |
| 32 | | | 7 | Other Income: Refund of Analysis Fees | 6,087 | |
| - | - | | 8 | Less: Servicing Fees | (272,763) | |
| | | | 9 | | | |
| 32 | - | | 10 | **Total Revenues** | $1,980,349 | |
| | | | | **Expenses:** | | |
| | | | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | | 12 | Salaries | | |
| | | | 13 | Commissions | | |
| | | | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | | 15 | Personal Property | | |
| | | | 16 | Real Property | | |
| $366 | | | 17 | Insurance | $3,059 | |
| $0 | $0 | | 18 | Management Fees | $1,776,966 | |
| | | | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | | 20 | Employer Payroll Taxes | | |
| | | | 21 | Real Property Taxes | | |
| | | | 22 | Other Taxes | | |
| $0 | | | 23 | Other Selling | | |
| 1,070 | | | 24 | Other Administrative | 3,921,040 | |
| $0 | | | 25 | Interest | 2,281,614 | |
| | | | 26 | Other Expenses: Provision for loan losses | 8,190,358 | |
| | | | 27 | Impairment for REOs | (2,842,415) | |
| | | | 28 | Write-off uncollectible note receivable | 24,977 | |
| 3,383 | | | 29 | Expenses from REOs - 2LINCDEV | $14,861,458 | |
| | | | 30 | Impairment for Notes Receivable | 2,140,027 | |
| $0 | | | 31 | Write-off Investment in Hanauma One | 46,937 | |
| | | | 32 | Write Off Sand City (Fund II)/Suleiman 06-017 (III) | 467,552 | |
| | | | 33 | Loss on Investment to Senior Lender (Fund II) | 13,261,876 | |
| | | | 34 | Miscellaneous Income-Judgement-Sand City | (30,000) | |
| $4,819 | | | 35 | **Total Expenses** | $44,103,449 | |
| ($4,787) | | | 36 | Subtotal | ($42,123,100) | |
| | | | | **Reorganization Items:** | | |
| | | | 37 | Professional Fees (Note 1) | ($1,660,266) | |
| | | | 38 | Provisions for Rejected Executory Contracts | | |
| | | | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | | 41 | U.S. Trustee Quarterly Fees | ($32,314) | |
| | | | 42 | | | |
| - | | | 43 | **Total Reorganization Items** | ($1,692,580) | |
| ($4,787) | | | 44 | Net Profit (Loss) Before Federal & State Taxes | ($43,815,680) | |
| - | | | 45 | Federal & State Income Taxes | (21,699) | |
| ($4,787) | | | 46 | **Net Profit (Loss)** | ($43,837,379) | |

Note 1: professional fees include allocation of Committee professionals

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended     08/31/11

### Assets

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $242,527 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | $0 |
| 6 | Professional retainers | | - |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | 242,527 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | I | $2,105,150 |
| 24 | Loans and advances, secured by DOT, net of allowances (Note 2, 4) | J | 20,209,386 |
| 25 | Investment in Real Estate Owned, net of allowances (Note 3) | K | 46,381,933 |
| 26 | Accounts Receivable | M | $1,000,033 |
| 27 | **Total Other Assets** | | $69,696,502 |
| 28 | **Total Assets** | | $69,939,029 |

NOTE:    Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Note 2:    Scheduled Values for Loans and advances secured by DOT are based on the face amounts of the loans, taking into account the most recent available appraisals and internal valuations, and may include adjustment for litigation or foreclosure action risk contingencies.

Note 3:    When property is acquired (Real Estate Owned), any excess of the carrying value of loan over the net realizable value of property is charged against the allowance for loan losses. Following foreclosure, valuations are performed quarterly with any subsequent writedowns recorded as a separate valuation allowance and charged to other operating expenses. Collateral values are based on results of annual appraisals, further subject to valuations derived by internal analytic model calculations.

Note 4:    Decrease in Loans and Advances due to assignment of interest to Investment in Real Estate Owned Properties

Revised 1/1/98

## Liabilities and Equity

### (General Business Case)

**Liabilities From Schedules**
  **Post-Petition**
    **Current Liabilities**

| # | Item | Ref | Amount |
|---|------|-----|--------|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | $12,797,811 |
| 35 | Accounts payable (trade) | A | $4,055,872 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | $2,687,158 |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: Post-Petition liabilities due to CMR Inc | | $1,998,554 |
| 41 | Service Fee Payable | | $219,985 |
| 42 | Note Payable-David Choo (III) | | $60,000 |
| 43 | **Total Current Liabilities** | | $21,819,380 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $21,819,380 |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | Ref | Amount |
|---|------|-----|--------|
| 46 | Secured claims | F | $20,321,658 |
| 47 | Priority unsecured claims | F | |
| 48 | General unsecured claims (Note 5) | F | $6,754,814 |
| 49 | **Total Pre-Petition Liabilities** | | 27,076,472 |
| 50 | **Total Liabilities** | | $48,895,853 |
| 51 | **Equity (Deficit)** | | |
| 52 | Retained Earnings/(Deficit) at time of filing | | ($3,503,857) |
| 53 | Capital Stock | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | (43,837,379) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | Members' Capital (Note 6) | | 68,384,412 |
| 58 | Market value adjustment | | - |
| 59 | **Total Equity (Deficit)** | | $21,043,176 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $69,939,029 |

Note 5: Significant reductions in CMR Fund II and CMR Fund III accounts payable are due to removal of under/over advances, totaling $2.4M. This accounting policy change was introduced at the end of 2009 to simplify accounting and more fairly reflect asset ownership for entities that made advances in excess of their contractual obligation on loans.

Note 6: Members' Capital is recorded net of market value adjustments as described in Notes 1, 2, 3, and 4 as required by GAAP. The total of fair value adjustments for loans and REO is $521,789.

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $0 | |
| 31-60 Days | | $0 | |
| 61-90 Days | | $81,033 | $3,017,747 |
| 91+ Days | | $2,936,714 | |
| Total accounts receivable/payable | $0 | $3,017,747 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

Inventory(ies) Balance at End of Month

**Cost of Goods Sold**

| | |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials Work-in-progress Finished goods | |
| Other - Explain | |
| **TOTAL** | $0 |

Inventory Beginning of Month
Add -
 Net purchase
 Direct labor
 Manufacturing overhead
 Freight in
 Other:

Less -
 Inventory End of Month
 Shrinkage
 Personal Use

Cost of Goods Sold                                    $0

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
 Yes _____ No _____
How often do you take a complete physical inventory?

 Weekly _____
 Monthly _____
 Quarterly _____
 Semi-annually _____
 Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
 FIFO cost       ___
 LIFO cost       ___
 Lower of cost or market  ___
 Retail method   ___
 Other           ___
  Explain

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $20,321,658 | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $6,754,814 | Note 1 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Note 1: The Debtor is unable to estimate with any certainty the allowed amount of the claims given the speculative nature of such an estimate

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo | Bank of America (Fund III) | | |
| Account Type | | | | |
| Account No. | 412-1830038 | 1459143008 | | |
| Account Purpose | DIP | | | |
| Balance, End of Month | $242,527 | $0 | | |
| Total Funds on Hand for all Accounts | $242,527 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## Schedule I
## Loans to affiliates
### (As of End of the Current Reporting Period)

| Affiliate | Balance | Allowance | Total |
|---|---:|---:|---:|
| California Mortgage and Realty, Inc - Note (Note 1) | 3,571,481 | (1,468,416) | 2,103,065 |
| California Mortgage and Realty, Inc - Note (Note 1) | 3,551 | (1,465) | 2,086 |
| **Total** | | | 2,105,150 |
| | | | *line 23* |

Note 1: unsecured portion of notes reserved for in accordance with GAAP

## Schedule J
## Loans and Advances, excluding HDC
### (As of End of the Current Reporting Period)

| Loan Number | | | Legal Balance (Note 1) | Interest Income and fee not recognized per GAAP | Allowance for Loan Losses | Book Balance |
|---|---|---|---:|---:|---:|---:|
| 00-014 | | I | 23,693 | (8,677) | - | 15,016 |
| 02-051A | | I | 14,674 | (277) | - | 14,397 |
| 04-005 | | I | 379,987 | (89,627) | (35,000) | 255,360 |
| 04-005 | | III | 2,238,265 | (519,106) | (199,000) | 1,520,158 |
| 05-020 | | II | 894 | (22) | - | 873 |
| 05-024 | | II | 282,765 | (66,905) | - | 215,859 |
| 05-024 | | III | 140,156 | (32,380) | - | 107,776 |
| 05-058 | | I | 488,555 | (226,010) | (230,528) | 32,017 |
| 05-058 | | II | 574,274 | (258,691) | (276,654) | 38,929 |
| 05-061A | | II | 8,719 | - | - | 8,719 |
| 05-061B | | I | 582,075 | (192,075) | - | 390,000 |
| 05-061B | | II | 1,440,449 | (483,129) | - | 957,319 |
| 05-061B | | III | 6,193,853 | (2,043,760) | - | 4,150,093 |
| 05-061C | | I | 9,317 | (207) | - | 9,110 |
| 05-064 | | III | 4,269 | (85) | - | 4,184 |
| 06-013 | | II | 57,600 | (13,017) | (44,583) | 0 |
| 06-013 | | III | 289,382 | (62,777) | (222,916) | 3,690 |
| 06-021 | | III | 771 | (18) | - | 753 |
| 06-023 | | II | 8,007,715 | (1,346,739) | - | 6,660,977 |
| 06-023 | | III | 4,561,615 | (737,408) | - | 3,824,207 |
| 06-038A | | II | 54,168,371 | (54,168,371) | - | - |
| 06-038A | | III | 159 | (4) | - | 155 |
| 06-038B | | I | 336,539 | (336,539) | (2) | (2) |
| 06-038B | | II | 196,550 | (196,550) | - | - |
| 06-038B | (Note 2) | III | 4,830,800 | (4,830,800) | 829,345 | 829,345 |
| 06-038C | | I | 9,844,369 | (9,844,369) | - | 0 |
| 06-038C | (Note 2) | II | 5,055,522 | (5,055,522) | 392,581 | 392,581 |
| 06-038C | (Note 2) | III | 11,212,858 | (11,212,858) | 943,448 | 943,448 |
| 06-044 | | II | 20,243 | (3,533) | (6,031) | 10,679 |
| 06-060 | | III | - | 1,950 | - | 1,950 |
| 06-061 | | I | 46,529 | (924) | - | 45,605 |
| 06-071B | | II | 29,271 | (3,432) | - | 25,839 |
| 07-017 | | I | 26,901 | (6,477) | (20,357) | 67 |
| 07-017 | | II | 128,911 | (31,897) | (96,979) | 35 |
| 07-017 | | III | 2,283,728 | (546,067) | (1,720,104) | 17,557 |
| 07-037 | | II | 250 | | | 250 |
| 07-037 | | III | 2,770,503 | (481,106) | (744,957) | 1,544,440 |
| 08-012 | | II | 585,151 | (101,806) | (483,345) | - |
| Loan Loss Reserve | | | | | (1,812,000) | (1,812,000) |
| Total | | | 116,835,682 | (92,899,214) | (3,727,082) | 20,209,386 |
| | | | | | | line 24 |

Note: Scheduled Values for Loans and advances secured by DOT may not be in accordance with GAAP: they are based on the face amounts of the loans, taking into account the most recent available appraisals and internal valuations, without adjustment for litigation or foreclosure action risk contingencies.

Note 1: Refers to legal balance adjusted for REO principal and interest not recorded on a GAAP basis.

## Schedule K
### Investment in Real Estate Owned
(As of End of the Current Reporting Period)

| | | Foreclosure Date | Investment | Allowance | Total | | |
|---|---|---|---|---|---|---|---|
| Investment in 15 SSFDEV, LLC | II | 4/9/2008 | 417,967 | (279,759) | 138,208 | | |
| Investment in 1515 Leaven, LLC | I | 8/22/2008 | 758,966 | 135,871 | 894,837 | | |
| Investment in 2 Antioch, LLC | III | 7/22/2008 | 926,872 | (1,230,391) | (303,519) | revalue impairment | |
| Investment in 2 Aster LLC | II | 1/24/2008 | (460) | (1,903) | (2,363) | | |
| Investment in 2 Aster LLC | III | 1/24/2008 | 43,074 | - | 43,074 | | |
| Investment in 2 LINCDEV, LLC | II | 6/23/2010 | 270,099 | | 270,099 | | |
| Investment in 2 LINCDEV, LLC | III | 6/23/2010 | 967,379 | - | 967,379 | 06-027 | |
| Investment in 21 Mira Mesa | II | 6/7/2007 | 8,604,692 | (8,754,441) | (149,749) | | |
| Investment in 3202 Thirty-Fifth Ave, LLC | II | 9/17/2007 | 24,619 | (14,340) | 10,279 | | |
| Investment in 3202 Thirty-Fifth Ave, LLC | III | 9/17/2007 | 102,463 | (48,000) | 54,463 | | |
| Investment in 3626 Main, LLC | III | 10/7/2008 | (10,429) | 878 | (9,551) | revalue impairment | |
| Investment in 380 - 388 12th Street, LLC | I | 8/18/2009 | 12,465 | | 12,465 | | |
| Investment in 380 - 388 12th Street, LLC | II | 8/18/2009 | 16,637 | | 16,637 | | |
| Investment in 4 Union, LLC | I | 9/16/2010 | 1,023,559 | (4,763) | 1,018,796 | | |
| Investment in 4 Union, LLC | III | 9/16/2010 | 40,754 | (4,763) | 35,991 | 05-061C | |
| Investment in 5 Casa Grande Land, LLC | I | 8/22/2008 | 230,567 | (4,041) | 226,526 | | |
| Investment in 5 Casa Grande Land, LLC | II | 9/16/2008 | (2,879,183) | (192,041) | (3,071,224) | | |
| Investment in 5 Casa Grande Land, LLC | III | 9/16/2008 | 4,679,324 | (1,163,313) | 3,516,011 | | |
| Investment in 724 Glenwood, LLC | III | 7/15/2008 | 3,208,439 | (2,226,621) | 981,818 | | |
| Investment in Dyer Management, LLC | II | 3/30/2009 | 1,683,355 | | 1,683,355 | | |
| Investment in Dyer Management, LLC | III | 3/30/2009 | 86,149 | | 86,149 | | |
| Investment in Fres Benito, LLC | II | 6/16/2010 | - | | - | | |
| Investment in Fres Benito, LLC (Note 3) | III | 6/16/2010 | - | - | - | | |
| Investment in Hamilton Creek, LLC | I | 9/16/2008 | (271,895) | (15,872) | (287,767) | | |
| Investment in Hamilton Creek, LLC | II | 7/7/2008 | 2,060,542 | (418,218) | 1,642,324 | | |
| Investment in Hamilton Creek, LLC | III | 7/7/2008 | 7,398,596 | (2,054,196) | 5,344,400 | | |
| Investment in Laurel Lakes Venice, LLC | II | 4/7/2010 | 2,562,761 | | 2,562,761 | | |
| Investment in Wheatland Holdings, LLC | II | 10/14/2008 | 30,706,656 | (6,123) | 30,700,533 | | |
| Total | | | 62,663,968 | (16,282,036) | 46,381,932 | 46,381,933 | 1 |
| | | | | | line 25 | | |

| Note: | | When property is acquired (Real Estate Owned), any excess of the carrying value of loan over the net realizable value of property is charged against the allowance for loan losses. Following foreclosure, valuations are performed quarterly with any subsequent writedowns recorded as a separate valuation allowance and charged to other operating expenses. Collateral values are based on results of annual appraisals, further subject to valuations derived by internal analytic model calculations. |
|---|---|---|
| Note 2: | | Negative investments represent Fund's pro-rata share of incurred liabilities of the REO that exceed the value of the equity, resulting in negative equity. |
| Note 3: | | Membership interests in Fres Benito charged off due to loss of assets to senior lender ING. |
| Note 4: | | Loan 05-061C assigned interest to Dyer Management in Prior Period. |
| Note 5: | | Loan 05-052A foreclosed on 4 Union, LLC. |
| Note 6: | | Loan 06-057 and 06-058 assigned interest to Fres Benito, LLC. |
| Note 7: | | 4 UNION, LLC membership interest lost to Senior Lender. |

## Schedule M
## Accounts Receivable
### (As of End of the Current Reporting Period)

|  |  | Total |
|---|---|---:|
| 1 Hegas, LLC | I | 6 |
| 15 SSF DEV | I | 1,100 |
| 15 SSFDEV, LLC | III | - |
| 1515 Leaven, LLC | I | 500 |
| 1515 Leaven, LLC | III | 247 |
| 2 LINCDEV, LLC | III | 4,322 |
| 21 Mira Mesa, LLC | I | 3,000 |
| 3 CCAM, LLC | III | 11,198 |
| 4 Union, LLC | I | 5,928 |
| 4 Union, LLC | II | 66,501 |
| 5 Casa Grande Land, LLC | I | 2,013 |
| 721 5th Street, LLC | II | 228 |
| 721 5th Street, LLC | III | 1,178 |
| 724 Glenwood, LLC | II | 12,569 |
| Advances on Portfolio | III | 250 |
| California Mortgage and Realty, Inc | I | 391,897 |
| CMR Fund I, LLC | II | 114,902 |
| CMR Fund I, LLC | III | 94,239 |
| CMR Fund III, LLC | II | 212,822 |
| First Street Commercial Mortgage Fund | II | 12,274 |
| Other receivables - REO insurance refund | II | - |
| Platinum Hwy 27 Orlando, LLC | II | 17,733 |
| Volta, LLC | I | 5,655 |
| Volta, LLC | II | 41,470 |
| **Total** |  | **1,000,033** |
|  |  | *line 27* |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 08/31/11

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $0 | $1,047,816 |
| 3 | Interest Received | $0 | $746,933 |
| 4 | Borrowings (Note 1) | $0 | $58,877 |
| 5 | 1007 University Proceeds | $0 | $12,171 |
| 6 | 3 CCAM | $0 | $25 |
| 7 | 731 Nelson Lane Proceeds | $0 | $54,079 |
| 8 | Advances from Fund I to Fund II | $0 | $4,200 |
| 9 | Advances from Fund II to Fund I | $0 | $8,681 |
| 10 | Deficiency recovery - 2006 Trustee Sales - Ross | $0 | $75,498 |
| 11 | Funds from Shareholders, Partners, or Other Insiders (Note 2) | $0 | $60,000 |
| 12 | Judgement-Sand City | $0 | $30,000 |
| 13 | Miscellaneous receipts - Refund of Analysis Fees | $32 | $57 |
| 14 | Note Receivable principal payoff | $0 | $138,959 |
| 15 | Payments on Advances | $0 | $79,238 |
| 16 | Proceeds from Asset Sales | $0 | $58,764 |
| 17 | Proceeds from re-financing of 950 Linden (II) | $0 | $290,890 |
| 18 | Proceeds from Saigon Plaza | $0 | $425,019 |
| 19 | Transfer from CMR Asset Management, LLC (to III) | $0 | $1,000 |
| 20 | Transfer from FENB Account | $0 | $45,558 |
| 21 | Transfer from closed CMR account | $0 | $7,706 |
| 22 | Transfers from REO entities | $0 | $513,012 |
| 23 | **Total Cash Receipts** | $32 | $3,658,483 |
| | **Cash Disbursements** | | |
| 24 | Payments for Inventory | 0 | |
| 25 | Selling | $0 | |
| 26 | Administrative | $1,298 | $463,161 |
| 27 | Capital Expenditures | $0 | |
| 28 | Principal Payments on Debt | $0 | |
| 29 | Interest Paid | $0 | $689,331 |
| | Rent/Lease: | | |
| 30 | Personal Property | $0 | |
| 31 | Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 32 | Salaries | $0 | |
| 33 | Draws | $0 | |
| 34 | Commissions/Royalties | $0 | |
| 35 | Expense Reimbursements | $0 | |
| 36 | Other-Bank Analysis Charges | $138 | $1,694 |
| 37 | Salaries/Commissions (less employee withholding) | $0 | |
| 38 | Management Fees | $0 | |
| | Taxes: | | |
| 39 | Employee Withholding | $0 | |
| 40 | Employer Payroll Taxes | $0 | |
| 41 | Real Property Taxes | $0 | |
| 42 | Other Taxes | $0 | $26,826 |
| 43 | Other Cash Outflows: | $0 | |
| 44 | Binder & Malter (II) | $0 | $90,070 |
| 45 | Contributions to Hamilton Creek | $0 | $1,460,561 |
| | Contributions to REO's | $0 | $214,100 |
| 46 | Loan to 21 Mira Mesa, LLC | $0 | $3,000 |
| 47 | US Trustee Fees | $0 | $38,350 |
| | McNutt Legal Group | $0 | $15,000 |
| 48 | Contribution to Hanauma One | $0 | $150 |
| 49 | Contribution to 5 Casa Grande | $0 | $10,218 |
| 50 | Contribution to 4 Union | $0 | $5,728 |
| 51 | Professional Fees Investor Committee | $0 | $79,679 |
| | Reimbursement to CMR, Inc. | $0 | $45,301 |
| | Loan Advances - 2LINC DEV | $3,383 | $14,980 |
| | MacDonald | $0 | $62,500 |
| | Transfer to Affiliates | $0 | $5,914 |
| 52 | CMR Inc (Note 3) | $0 | $127,527 |
| 53 | 15 SSF DEV | $0 | $16,636 |
| 54 | 721 5th Street, LLC | $0 | $250 |
| 55 | Advances to other funds - 2 LINC DEV | $0 | $6,335 |
| 56 | Transfer to Wheatland Holdings | $0 | $63,650 |
| 57 | Transfer from Bank of America to Wells Fargo | | $7,013 |
| 58 | **Total Cash Disbursements:** | $4,819 | $3,447,974 |
| 59 | Net Increase (Decrease) in Cash | ($4,787) | $210,509 |
| 60 | Cash Balance, Beginning of Period | $247,314 | $32,018 |
| 61 | Cash Balance, End of Period | $242,527 | $242,527 |

Note 1: Advances repaid for loan 04-052 and Intercompany Receivable from 1 Hegas, LLC
Note 2: Loan from David Choo, Pensco Roth IRA
Note 3: Court-ordered repayment of advances made by CMR Inc on behalf of loan 07-039

Revised 1/1/98

## Schedule L
## Investment in Affiliates
### (As of End of the Current Reporting Period)

|  | Acquisition Value | Allowance | Total |
|---|---|---|---|
| Hanauma One | - |  | - |
| Total | - | - | - |

*line 26*

Revised 01/98