David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com

Counsel for Richard M. Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.: 08-32220-TEC |
|---|---|
| CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC, | 09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated |
| Debtors | Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On January 17, 2012, I caused to be served the:

**CHAPTER 11 TRUSTEE'S THIRD STATUS CONFERENCE STATEMENT**

in this action by placing a true and correct copy of said document in a sealed envelope addressed as follows:

**Please see attached Service List.**

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 17, 2012, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

**U.S. Mail:**

| | | |
|---|---|---|
| Alan Taber<br>4275 Persimmon Woods Dr<br>North Charleston, SC 29420 | Thomas E. Foutch<br>1810 Jackson Street Apt. 7<br>San Francisco, CA 94109 | Brad Cless<br>Arrmanino McKenna LLP<br>12667 Alcosta Blvd, Ste. 500<br>San Ramon, CA 94583 |
| Bradley & Riley, PC<br>2007 First Avenue SE<br>Cedar Rapids, IA 52406-2804 | Briar Tazuk<br>2488 Spring Mountain Road<br>St. Helena, CA 94574 | Cade L. Morrow, Trustee<br>733 North Dry Falls<br>Palm Springs, CA 92262 |
| Clifford R. Horner<br>Law Offices of Berding and Weil<br>1646 N California Blvd #250<br>Walnut Creek, CA 94596 | CMR Mortgage Fund III, LLC<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | Daniel L. Rottinhause<br>Anand R. Upadhye<br>Counsel for Certain Equity Holders<br>Berding & Weil LLP<br>3240 Stone Valley Road West<br>Alamo, CA 94507 |
| David Cable<br>9843 Pennbridge Dr.<br>Granite Bay, CA 95746 | David G. Bicknell<br>Counsel for Beacon Development, Inc.<br>Bicknell Law Offices<br>2542 So. Bascom Avenue, Suite 185<br>Campbell, CA 95008 | David S. Schutt<br>142 Paseo De La Concha #F<br>Redonodo Beach, CA 90277 |
| Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, #310<br>San Diego, CA 92108 | William Webb Farrer, Esq.<br>Law Offices of William Webb Farrer<br>300 Montgomery Street, Suite 600<br>San Francisco, CA 94104 | Fire-Matic Systems, Inc<br>Profit Sharing Plan Trust<br>5165 Brandin Court<br>Fremont, CA 94538 |
| Todd B. Rothbard<br>4261 Norwalk Drive, #107<br>San Jose, CA 95129 | Gary and Barbara B. Hunt Family Trust<br>1010 Doane Way<br>Red Bluff, CA 96080 | Thomas H. Prouty<br>Troutman Sanders LLP<br>5 Park Plaza #1400<br>Irvine, CA 92614 |
| Graham Seel<br>California Mortgage Realty Inc.<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | Harold Bowman or Brook Bowman or Forest Bowman<br>Bowman Family 1992 Revocable Living Trust<br>6683 High Valley Road<br>Anderson, CA 96007 | **Herbert M. & Natalie Stein<br>5913 Horsemans Canyon Dr., #6B<br>Walnut Creek, CA  94595** |
| Jeff J. Friedman, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022 | John S. Morken<br>Morken Law Office<br>760 Market St. #768<br>San Francisco, CA 94012 | Jonathan Herschel Bornstein<br>Law Offices of Bornstein and Bornstein<br>507 Polk Street, # 320<br>San Francisco, CA 94118-3339 |
| Julie A. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Kathy Guard<br>3547 Laurel St.<br>San Diego, CA 92104 | Leah F. Davis<br>378 Van Buren Ave., #303<br>Oakland, CA 94610 |
| Leslie S. Ahari<br>Troutman Sanders LLP<br>5 Park Plaza, #1400<br>Irvine, CA 92614 | Linda G. Zieff<br>79817 Falsetto Drive<br>Palm Desert, CA 92211 | Mark Aloysius Smith Schwab<br>6466 Hollis Street, Unit 337<br>Emeryville, CA 94608 |
| Maya Brouwer<br>1726 A Filbert St.<br>San Francisco, CA 94123 | Meghan C. Sherrill<br>Bryan Cave LLP<br>120 Broadway #300<br>Santa Monica, CA 90401 | Michelle Mo Lee<br>829 Folsom Street, Unit 300<br>San Francisco, CA 94107 |

| Michelle R. Generaux<br>Murtaugh Meyer Nelson Treglia LLP<br>2603 Main St. 9th Fl.<br>Irvine, CA 92614-6232 | Paul S. May, Trustee<br>Revocable Trust 12/3/93<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | |
|---|---|---|
| Richard M. Kipperman<br>Chapter 11 Trustee<br>PO Box 3010<br>La Mesa, CA 92944 | Milton J. Most<br>1810 Jackson Street #7<br>San Francisco, CA 94109 | Robert B. Campbell<br>943 Augusta Drive<br>Moraga, CA 94556 |
| Robert Feinbaum<br>3001 Ashbrook Court<br>Berkeley, CA 94601 | Ronald F. Hyce<br>PO Box 756<br>Rio Linda, CA 95673 | Stephen R. Volz<br>Volz Properties<br>1390 Broadway , B287<br>Placerville, CA 95667 |
| Susan L. Chisena<br>1310 NW Naito Parkway, #808<br>Portland, OR 97209 | Terrance H. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Lodging Supply Consultants<br>Account/Investor #12168<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 |
| Frank Stein, Trustee<br>Revocable Trust 5/4/94<br>Investor # 11896<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | CSW Deferred Compensation Plan<br>John Farquhar, Trustee<br>1710 Gilbreth Road Suite 300<br>Burlingame, CA 94010 | Attorneys for Creditor, SBS Trust Deed Network<br>Nick I. Iezza<br>Spiwak & Iezza<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 |

**Via ECF:**

- Julian K. Bach    Julian@JBachlaw.com

- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com

- David M. Bertenthal    dbertenthal@pszjlaw.com, PJeffries@pszjlaw.com

- Jonathan Herschel Bornstein    , kathryn@bornsteinandbornstein.com

- Dale L. Bratton    Brattonlaw@comcast.net

- Mike C. Buckley    mbuckley@reedsmith.com

- Penn Ayers Butler    pbutler@wendel.com, pbasa@wendel.com

- Gregory J. Charles    gcharles@campeaulaw.com

- Laurent Chen    lchen@MURRAYLAW.com

- Craig C. Chiang    cchiang@buchalter.com

- Michael D. Cooper    mcooper@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com

- Christina M. Craige    ccraige@sidley.com, jkobayas@sidley.com

- Reno F.R. Fernandez    r.fernandez@macdonaldlawsf.com, Samantha@macdonaldlawsf.com
- Robert S. Gebhard    robert.gebhard@sdma.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Matthew A. Gold    courts@argopartners.net
- Douglas Graham    dgraham@ml-sf.com, jjacobus@ml-sf.com
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com
- Fredrick A. Hagen    fhagen@berding-weil.com
- Robert G. Harris    rob@bindermalter.com
- Frederick D. Holden    fholden@orrick.com
- Dieu Dao N. Huynh    dhuynh@orrick.com, cflores@orrick.com
- Nick I. Iezza    Niezza@spiwakandiezza.com
- Jeremy W. Katz    JKATZ@PINNACLELAWGROUP.COM
- Miriam Khatiblou    mkhatiblou@pszjlaw.com, efitzgerald@pszjlaw.com
- Monika P. Lee    monikalee@leelawllp.com, monikapleyer@gmail.com
- William C. Lewis    ecf@williamclewis.com
- William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com
- Maxim B. Litvak    mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Iain A. Macdonald    iain@macdonaldlawsf.com, Brenda@MacdonaldLawSF.com
- Scott H. McNutt    SMcNutt@ml-sf.com
- Dennis D. Miller    dmiller@steinlubin.com
- Kevin Montee    kmontee@hornersinger.com
- Lindsey R. Moran    lmoran@ml-sf.com, jjacobus@ml-sf.com
- Shane J. Moses    smoses@ml-sf.com, csnell@ml-sf.com
- Dennette A. Mulvaney    dmulvaney@bisnosam.com
- Stephen T. O'Neill    soneill@murraylaw.com, drsteveswim@yahoo.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

- Christopher O. Rivas    crivas@reedsmith.com
- Richard A. Rogan    rrogan@jmbm.com, jb8@jmbm.com;to1@jmbm.com
- Mark J. Romeo    romeolaw@msn.com
- Jeremy Rosenthal    jRosenthal@sidley.com
- Ryan Sandrock    rsandrock@sidley.com
- Roya Shakoori    roya@bindermalter.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com
- Michael A. Sweet    msweet@meyersnave.com, calendardept@meyersnave.com;djarest@meyersnave.com
- Edward Tredinnick    etredinnick@grmslaw.com
- Jeffrey D. Trowbridge    jdt3656@sbcglobal.net
- Racheal Turner    , karentsen@fbm.com;calendar@fbm.com
- Phyllis N. Voisenat    pvoisenat@gmail.com
- G. Michael Williams    gmw1955@softcom.net, lmh@arrival.net