Vernon L. Calder, CPA
Berkeley Research Group, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Telephone No. (310) 499-4750
Facsimile No. (310) 557-8982

Accountants and Financial Advisors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | |
|---|---|
| CMR MORTGAGE FUND, LLC,<br>Debtor. | Case No.: 08-32220 TEC<br>Chapter 11 |
| CMR Mortgage Fund II, LLC<br>Debtor. | Case No.: 09-30788 TEC<br>Chapter 11 |
| CMR Mortgage Fund III, LLC<br>Debtor. | Case No.: 09-30802 TEC<br>Chapter 11 |
| | **FIRST INTERIM APPLICATION FOR BERKELEY RESEARCH GROUP, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO RICHARD M. KIPPERMAN, CHAPTER 11 TRUSTEE**<br><br>Date: June 11, 2012<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>Courtroom 23<br>San Francisco, CA |

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE:

Berkeley Research Group, LLC ("BRG" or "Applicant"), as Accountants and Financial Advisors ("Advisors") to Richard M. Kipperman, Chapter 11 Trustee ("Trustee"), hereby applies for

1

compensation and reimbursement of expenses for the first interim fee period for the estates of CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC and CMR Mortgage Fund III, LLC (the "Debtor" or "Estate" or "CMR"), and respectfully represent:

I.

INTRODUCTION

BRG respectfully applies, pursuant to the Order Granting Chapter 11 Trustee's Application to Employ BRG, LLC, as Accountants and Financial Advisors, pursuant to 328(a) of the Bankruptcy Code, entered on or about November 9, 2011 (the "Order"), for interim approval of compensation for accounting services it has rendered from July 1, 2011 through December 31, 2011.

1. The CMR Chapter 11 Trustee's Application for Order Employing BRG, LLC as Accountants and Financial Advisors, Nunc Pro Tunc to July 1, 2011 was filed and BRG was employed as advisors pursuant to the Order entered on or about November 9, 2011.

2. BRG has not previously requested compensation in this case.

3. During the BRG period covered by this first interim application, July 1, 2011, through December 31, 2011, ("First Interim Period"), LECG incurred total fees in the amount of $28,669.00 representing 91.30 hours of services to the estate for which it seeks full approval and payment of 100% of that amount. BRG also advanced expenses for the First Interim Period

2

related to its services in the amount of $1,199.57 for which it seeks full approval and reimbursement.

4. CMR Mortgage Fund, LLC ("Fund I") filed a voluntary chapter 11 petition in this Court on November 19, 2008 as Case No. 08-32220. On March 31, 2009, CMR Mortgage Fund II, LLC ("Fund II") filed a voluntary chapter 11 petition in this Court as Case No. 09-30788, and CMR Mortgage Fund III, LLC ("Fund III") filed a voluntary chapter 11 petition in this Court as Case No. 09-30802. Fund I, Fund II and Fund III are collectively referred to herein as the "Debtors." The Debtors were private money lenders in northern California.

A. Exhibits to this Application

1. The nature and extent of BRG services during the First Interim Period are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides the detailed time entries for the services provided by category by BRG as accountants and financial advisors to the Chapter 11 Trustee as well as the detail of all costs expended.

Exhibit "B" is the summary of the monthly fees, by category of service, as well as a summary of the expenses incurred.

Exhibit "C" is a schedule that sets forth the total hours each professional and paraprofessional has expended for BRG in this case during the reporting period and the hourly rates for those services. The average hourly billing rate for BRG was $314.01.

3

Exhibit "D" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application.

Exhibit "E" is a schedule of Applicant's normal hourly billing rates during the BRG First Interim Period. These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. Costs and disbursements were also reviewed. Time was billed in tenths of an hour.

B.  Reasonableness of Rates

1.  Each year, BRG attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive. BRG is informed and believes the rates charged by its staff and accountants are fair and reasonable in light of the rates charged by comparable firms. By way of example, Mr. Calder has an hourly rate of $535 during the 2011 billing period that is among the highest rates of any professional of BRG whose time is included in this application. As set forth in Mr. Calder's resume (Exhibit "D"), Mr. Calder has nearly 29 years of public accounting experience. Applicants are informed and believe professionals at Mr. Calder's level at so-called "Big-Four"

4

accounting firms, with whom Applicant competes have hourly rates as high, or higher, than the rates of Applicant.

2. During January of each year, BRG revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above. All services included in this fee application were billed at the applicable standard hourly rates.

## II.

## BACKGROUND FACTS/DESCRIPTION OF SERVICES

A. Procedural Background

1. This case was commenced upon the filing of a voluntary Chapter 11 petition on November 19, 2008.

2. The CMR Mortgage Fund, LLC Application for Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was filed on November 11, 2009. LECG was employed as Consultants pursuant to the Order entered December 30, 2009.

In the CMR Mortgage Fund II, LLC bankruptcy case the Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was entered January 7, 2010.

In the CMR Mortgage Fund III, LLC bankruptcy case the Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was entered on January 7, 2010.

Various members of LECG, who were primarily responsible for services attendant to this case left LECG and joined BRG, effective March 1, 2011. As such, the Chapter 11 Trustee sought authority to retain BRG to serve as the Trustee's accountants and financial advisors to continue to provide services that were previously being provided by LECG.

3. The Court entered an Order on or about November 9, 2011, authorizing the employment of BRG as accountants and financial advisors to the Chapter 11 Trustee effective July 1, 2011.

B. Description of Services

Applicant has been employed to assist the Chapter 11 Trustee with performing any necessary tax work and other analysis which is required by the Trustee to properly administer the estates and conclude the cases; assisting the Trustee in preparation of federal and state income tax returns for the estates; communicating with taxing authorities on behalf of the estates; and assisting with such other financial advisory or accounting services requested by the Trustee.

The details of BRG's services for its First Interim Period are included herein as Exhibit "A" and the monthly summary is provided in Exhibit "B". Without limiting the detail given in Exhibit "A", the areas of emphasis of work are as follows:

1. <u>General Tax Analysis and Compliance (2)</u>: Applicant corresponded with the trustee, the trustee's staff and the

6

trustee's attorneys to discuss and resolve tax issues related to the case.  BRG also reviewed and analyzed plan confirmation issues and researched tax issues related to the proposed formation of Liquidating Trusts.  Applicant outlined tax issues related to the IRS requirements to be adhered to in order for investors to write off their investments prior to the conclusion of the bankruptcy proceedings.  BRG analyzed issues related to the proper accrual of legal and other fees on an ongoing basis. Applicant discussed with the trustee's staff the need to maintain separate financial records for each estate. BRG researched issues related to the valuation of investors' investments.  Applicant prepared memorandum(s) to the trustee to outline findings, issues and possible resolutions to these and other various tax-related issues.

Applicant prepared necessary attachments, correspondence and other documentation to be included with the filing copies of previously prepared income tax returns for tax year 2010.

BRG corresponded with taxing authorities in order to properly identify minimum state tax payments made on behalf of the Debtors and related REO entities.  When necessary, Applicant made adjustments to previously filed income tax returns to reflect results of these findings.  Applicant also identified payments made for tax year 2011 and determined payments required to be made for tax year 2012.

7

Applicant responded to inquires from numerous investors regarding the tax treatment of pass-through activity reported on Schedule K-1(s), which had previously been distributed to them.

Pursuant to the request of the trustee's staff, Applicant analyzed and researched ownership of certain REO entities and determined the need to amend particular income tax returns in order to properly reflect ownership as described in the Articles of Organization and other governing documents.

BRG prepared required information returns Form(s) 1099-Misc and 1096 to properly report payments made to third-party payees by REO entities for tax year 2011.

Applicant analyzed and reviewed documentation received from the prior managers and accountants of the CMR entities and provided requested documents to the trustee's office.

BRG has expended 21.0 hours resulting in fees in the amount of $6,866.00, for the purposes of general Tax Analysis and Compliance.

    2.   <u>1 Hegas, LLC Tax Preparation (3)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 1 Hegas, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.8 hours resulting in fees in the amount of $471.00for 1 Hegas, LLC Tax Preparation.

8

3. <u>2 Antioch, LLC Tax Preparation (4)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 2 Antioch, LLC. Applicant updated the return to reflect minimum tax payment being made. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.9 hours resulting in fees in the amount of $494.50 for 2 Antioch, LLC Tax Preparation.

4. <u>2 LincDev, LLC Tax Preparation (5)</u>: Applicant performed a final review on previously prepared 2009 and 2010 income tax returns of 2 LincDev, LLC. Applicant updated penalties and interest calculations related to the returns. BRG prepared all required documentation to be included with the 2009 and 2010 returns and signed the finalized returns.

BRG has expended 3.7 hours resulting in fees in the amount of $995.50 for 2 LincDev, LLC Tax Preparation.

5. <u>4 Union, LLC Tax Preparation (6)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 4 Union, LLC. Applicant updated penalties and interest calculations related to the return. Applicant analyzed issues related to ownership interest of 4 Union, LLC and updated the return to reflect proper ownership. Applicant analyzed issues related to preparing an initial federal return as a result of a change from a Single Member LLC to a multiple Member LLC. BRG

9

prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 10.5 hours resulting in fees in the amount of $4,194.00 for 4 Union, LLC Tax Preparation.

6. <u>5 Casa Grande Land, LLC Tax Preparation (7)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 5 Casa Grande Land, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.7 hours resulting in fees in the amount of $417.50 for 5 Casa Grande Land, LLC Tax Preparation.

7. <u>15 SSFDEV, LLC Tax Preparation (8)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 15 SSFDEV, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.6 hours resulting in fees in the amount of $364.00 for 15 SSFDEV, LLC Tax Preparation.

8. <u>21 Mira Mesa, LLC Tax Preparation (9)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 21 Mira Mesa, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all

required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.6 hours resulting in fees in the amount of $364.00 for 21 Mira Mesa, LLC Tax Preparation.

9. <u>21 Mira Mesa, LLC Review and Analysis (9.1)</u>: Applicant analyzed memorandum regarding pending deed in lieu of foreclosure on 21 Mira Mesa property. BRG determined tax issues associated with potential transaction. Applicant participated in conference call to discuss tax reporting requirements related to the transfer of Membership interest in exchange for staving off foreclosure on REO properties.

BRG has expended 1.1 hours resulting in fees in the amount of $496.00 for 21 Mira Mesa, LLC Review and Analysis.

10. <u>388 12th Street, LLC tax Preparation (10)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 388 12th Street, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 2.4 hours resulting in fees in the amount of $695.00 for 388 12th Street, LLC Tax Preparation.

11. <u>724 Glenwood, LLC Tax Preparation (11)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 724 Glenwood, LLC. Applicant updated penalties and

11

interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 2.0 hours resulting in fees in the amount of $578.00 for 724 Glenwood, LLC Tax Preparation.

12. <u>1515 Leaven, LLC Tax Preparation (12)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of 1515 Leaven, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.8 hours resulting in fees in the amount of $464.00 for 1515 Leaven, LLC Tax Preparation.

13. <u>CMR Mortgage Fund, LLC Tax Preparation (13)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of CMR Mortgage Fund, LLC. Applicant made revisions and corrections as was required. Applicant prepared electronic data to be included with the 505(b) "Prompt Determination" request. Applicant prepared the income tax returns for electronic filing and cleared diagnostics as was required. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns. Applicant caused the completed returns to be electronically filed with the proper taxing authorities.

BRG has expended 9.8 hours resulting in fees in the amount of $3,163.00 for CMR Mortgage Fund, LLC Tax Preparation.

14. <u>CMR Mortgage Fund II, LLC Tax Preparation (14)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of CMR Mortgage Fund II, LLC. Applicant made revisions and corrections as was required. Applicant prepared electronic data to be included with the 505(b) "Prompt Determination" request. Applicant prepared the income tax returns for electronic filing and cleared diagnostics as was required. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns. Applicant caused the completed returns to be electronically filed with the proper taxing authorities.

BRG has expended 8.7 hours resulting in fees in the amount of $1,878.50 for CMR Mortgage Fund II, LLC Tax Preparation.

15. <u>CMR Mortgage Fund III, LLC Tax Preparation (15)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of CMR Mortgage Fund III, LLC. Applicant made revisions and corrections as was required. Applicant prepared electronic data to be included with the 505(b) "Prompt Determination" request. Applicant prepared the income tax returns for electronic filing and cleared diagnostics as was required. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

Applicant caused the completed returns to be electronically filed with the proper taxing authorities.

BRG has expended 6.6 hours resulting in fees in the amount of $1,765.50 for CMR Mortgage Fund III, LLC Tax Preparation.

16. <u>Fres Benito, LLC Tax Preparation (16)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of Fres Benito, LLC. Applicant updated penalties and interest calculations related to the return. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 2.2 hours resulting in fees in the amount of $648.00 for Fres Benito, LLC Tax Preparation.

17. <u>Hamilton Creek, LLC Tax Preparation (17)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of Hamilton Creek, LLC. Applicant updated the return to reflect minimum tax payment being made. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 2.2 hours resulting in fees in the amount of $618.00 for Hamilton Creek, LLC Tax Preparation.

18. <u>Laurel Lakes Venice, LLC Tax Preparation (18)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of Laurel Lakes Venice, LLC. BRG prepared

all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.2 hours resulting in fees in the amount of $309.00 for Laurel Lakes Venice, LLC Tax Preparation.

19. <u>Wheatland Holdings, LLC Tax Preparation (20)</u>: Applicant performed a final review on previously prepared 2010 income tax returns of Wheatland Holdings, LLC. Applicant updated the return to reflect minimum tax payment being made. BRG prepared all required documentation to be included with the 2010 returns and signed the finalized returns.

BRG has expended 1.7 hours resulting in fees in the amount of $417.50 for Wheatland Holdings, LLC Tax Preparation.

20. <u>Employment Application Preparation (22)</u>: Applicant prepared a memorandum to counsel regarding the status of employment application. BRG reviewed and revised the initial draft of the employment application. Applicant corresponded with counsel in order to resolve issues with the declaration and with the employment application.

BRG has expended 2.1 hours resulting in fees in the amount of $1,123.50 for Employment Application Preparation.

21. <u>Fee Application Preparation (21)</u>: Applicant reviewed time entries related to tax work and prepared task codes to break-out tax work by specific categories as requested by the trustee. Applicant made corrections and revisions to time entries as was required.

15

BRG has expended 3.8 hours resulting in fees in the amount of $1,330.00 for Fee Application Preparation.

22. <u>Case Administration (22)</u>: Pursuant to the Trustee's request, Applicant prepared a detailed billing analysis and tax work budget.

BRG has expended 1.9 hours resulting in fees in the amount of $1,016.50 for Case Administration.

### III.
### CONCLUSION

1. Applicant believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended. Applicant believes full payment of its fees is justified when weighed against the benefit of its work, as described above.

2. No agreement exists between Applicant nor any other person for the sharing of compensation that is received in connection with this case, except for the understanding concerning compensation among its shareholder/owners.

WHEREFORE, Applicant respectfully requests full approval and reimbursement of 1) the First Interim Period compensation of fees in the amount of $28,669.00 representing 91.3 hours of services provided to the estate of which none of the amount has previously been paid for a total remaining BRG balance owed of $28,669.00 for fees for the First Interim Period; 2) approval and reimbursement of 100% of BRG expenses in the amount of $1,199.57 of which none of the expenses have previously been

16

paid for the First Interim Period; and 3) for such other further relief as the Court deems just and proper.

Dated: May 2, 2012     Respectfully submitted,

_____
Vernon L. Calder, CPA
Berkeley Research Group, LLC