**Entered on Docket**
**May 25, 2012**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

**Signed and Filed: May 24, 2012**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME ON MOTION OF CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO SELL AND SETTLE BYRON PARK RELATED ASSETS** |

Upon consideration of the application (the "Application") of Richard M Kipperman, the Chapter 11 Trustee (the "Trustee") for an order shortening time for a hearing (the "Hearing") on the *Motion of the Chapter 11 Trustee for Order Authorizing Chapter 11 Trustee to Sell and Settle Byron Park Related Assets* (the "Motion"); and having reviewed the Application, and finding that good cause and exigent circumstances exist for the shortening of time for the Hearing on the Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Hearing on the Motion shall be held on Friday, June 8, 2012 at 9:30 a.m.

DOCS_SF:80430.1 49666-0001

1

ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME ON MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO SELL AND SETTLE OF BRYON PARK RELATED ASSETS

2. Any opposition to the Motion must be filed and served upon counsel for the Trustee by Wednesday, June 6, 2012 at 4:00 p.m.

3. The Trustee shall serve this Order, the Motion, and notice of the Hearing on the parties as set forth in the Application by Friday, May 25, 2012.

**END OF ORDER**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:80430.1 49666-0001

2

ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME ON MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO SELL AND SETTLE OF BRYON PARK RELATED ASSETS

Case: 08-32220 Doc# 1025 Filed: 05/24/12 Entered: 05/25/12 14:42:03 Page 2 of 3

Court Service List

To be served by Chapter 11 Trustee pursuant to the terms of the Order.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:80430.1 49666-0001

1

ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME ON MOTION OF THE CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO SELL AND SETTLE OF BRYON PARK RELATED ASSETS