

1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  Miriam Manning (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5
   E-mail:dbertenthal@pszjlaw.com
6         mlitvak@pszjlaw.com
          mmanning@pszjlaw.com
7
   Counsel for Richard M Kipperman,
8  Chapter 11 Trustee

**Signed and Filed: August 9, 2012**

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

9

10 # UNITED STATES BANKRUPTCY COURT

11 ## NORTHERN DISTRICT OF CALIFORNIA

12 ### SAN FRANCISCO DIVISION

13 In re:

14 CMR MORTGAGE FUND, LLC,
   CMR MORTGAGE FUND II, LLC,
15 CMR MORTGAGE FUND III, LLC,

16                    Debtors.

17

Case No.: 08-32220-TEC
         09-30788-TEC
         09-30802-TEC

Substantively Consolidated
Chapter 11 Cases

**ORDER APPROVING
CONTROVERSY WITH MCCLURE
TRUST**

18

19     Upon consideration of the application ("Application") filed by Richard M Kipperman

20 ("Trustee"), the chapter 11 trustee of the above consolidated estates for entry of an order pursuant to

21 Bankruptcy Rule 9019, approving the Trustee's settlement with the William and Maryellen McClure

22 2003 Revocable Trust (the "McClure Trust"), by default, the declarations of the Trustee and Miriam

23 Manning in support thereof, the _Notice Of Compromise Of Controversy With McClure Trust And_

24 _Opportunity For Hearing_ ("Notice"), no objections to the Notice or requests for hearing having been

25 filed, and due and adequate notice of the Notice having been provided, and good cause shown,

26     **IT IS HEREBY ORDERED** that:

27     1.     The Application is GRANTED.

28     2.     The Trustee's settlement with the McClure Trust is approved.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1     3.     The Consent Agreement and Personal Property Agreement, copies of which were

2  filed with the Court on July 30, 2012 [Docket No. 1062] and incorporated herein are approved.

3  **\* \* \* END OF ORDER \* \* \***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

Case: 08-32220    Doc# 1069    Filed: 08/09/12    Entered: 08/10/12 13:43:07    Page 2 of 2