Vernon L. Calder, CPA
Berkeley Research Group, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Telephone No. (310) 499-4750
Facsimile No. (310) 557-8982

Accountants and Financial Advisors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CMR MORTGAGE FUND, LLC, | ) Case No.: 08-32220 TEC |
| Debtor. | ) Chapter 11 |
| | ) |
| CMR Mortgage Fund II, LLC | ) Case No.: 09-30788 TEC |
| Debtor. | ) Chapter 11 |
| | ) |
| CMR Mortgage Fund III, LLC | ) Case No.: 09-30802 TEC |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) **SECOND INTERIM APPLICATION FOR** |
| | ) **BERKELEY RESEARCH GROUP, LLC,** |
| | ) **AS ACCOUNTANTS AND FINANCIAL** |
| | ) **ADVISORS TO RICHARD M.** |
| | ) **KIPPERMAN, CHAPTER 11 TRUSTEE** |
| | ) |
| | ) Date:  February 19, 2013 |
| | ) Time:  9:30 a.m. |
| | ) Place: 235 Pine Street |
| | )        Courtroom 23 |
| | )        San Francisco, CA |

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY

JUDGE:

      Berkeley Research Group, LLC ("BRG" or "Applicant"),

as Accountants and Financial Advisors ("Advisors") to Richard M.

Kipperman, Chapter 11 Trustee ("Trustee"), hereby applies for

1

compensation and reimbursement of expenses for the second interim fee period for the estates of CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC and CMR Mortgage Fund III, LLC (the "Debtor" or "Estate" or "CMR"), and respectfully represents:

I.

INTRODUCTION

BRG respectfully applies, pursuant to the Order Granting Chapter 11 Trustee's Application to Employ BRG, LLC, as Accountants and Financial Advisors, pursuant to 328(a) of the Bankruptcy Code, entered on or about November 9, 2011 (the "Order"), for interim approval of compensation for accounting services it has rendered from January 1, 2012 through October 31, 2012.

1.    The CMR Chapter 11 Trustee's Application for Order Employing BRG, LLC as Accountants and Financial Advisors, Nunc Pro Tunc to July 1, 2011 was filed and BRG was employed as advisors pursuant to the Order entered on or about November 9, 2011.

2.    BRG previously sought compensation in this case for the first interim application period of July 1, 2011, through December 31, 2011, ("First Interim Period"). BRG incurred total fees in the amount of $28,336.00 representing 90.60 hours of services to the estate and advanced expenses for the First Interim Period related to its services in the amount of $1,199.57 for which it sought full approval and reimbursement.

Pursuant to the Order Granting First Interim Application of Berkeley Research Group, Inc, as Accountants and Financial Advisors to Chapter 11 Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through December 31, 2011 (the "Order"), Applicant was awarded $28,669.00 in fees and $1,199.57 in expenses for a total of $29,868.57. Applicant has been paid $29,868.57.

3.   During the BRG period covered by this second interim application, January 1, 2012, through October 31, 2012, ("Second Interim Period"), BRG incurred total fees in the amount of $162,414.00 representing 492.3 hours of services to the estate for which it seeks full approval and payment of 100% of that amount.  BRG also advanced expenses for the Second Interim Period related to its services in the amount of $7,203.49 for which it seeks full approval and reimbursement.

4.   CMR Mortgage Fund, LLC ("Fund I") filed a voluntary chapter 11 petition in this Court on November 19, 2008 as Case No. 08-32220. On March 31, 2009, CMR Mortgage Fund II, LLC ("Fund II") filed a voluntary chapter 11 petition in this Court as Case No. 09-30788, and CMR Mortgage Fund III, LLC ("Fund III") filed a voluntary chapter 11 petition in this Court as Case No. 09-30802. Fund I, Fund II and Fund III are collectively referred to herein as the "Debtors."  The Debtors were private money lenders in northern California.

A.   Exhibits to this Application

1. The nature and extent of BRG services during the Second Interim Period are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides the detailed time entries for the services provided by category by BRG as Accountants and Financial Advisors to the Chapter 11 Trustee as well as the detail of all costs expended.

Exhibit "B" is the summary of the monthly fees, by category of service, as well as a summary of the expenses incurred.

Exhibit "C" is a schedule that sets forth the total hours each professional and paraprofessional has expended for BRG in this case during the reporting period and the hourly rates for those services. The average hourly billing rate for BRG was $329.91.

Exhibit "D" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application.

Exhibit "E" is a schedule of Applicant's normal hourly billing rates during the BRG Second Interim Period. These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. Costs and

disbursements were also reviewed.  Time was billed in tenths of an hour.

  B.    Reasonableness of Rates

  1.    Each year, BRG attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive.  BRG is informed and believes the rates charged by its staff and accountants are fair and reasonable in light of the rates charged by comparable firms.  By way of example, Mr. Calder has an hourly rate of $550 during the 2012 billing period that is among the highest rates of any professional of BRG whose time is included in this application.  As set forth in Mr. Calder's resume (Exhibit "D"), Mr. Calder has nearly 30 years of public accounting experience.  Applicants are informed and believe professionals at Mr. Calder's level at so-called "Big-Four" accounting firms, with whom Applicant competes have hourly rates as high, or higher, than the rates of Applicant.

  2.    During January of each year, BRG revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above.  All services included in this fee application were billed at the applicable standard hourly rates.

II.

BACKGROUND FACTS/DESCRIPTION OF SERVICES

5

## A.    Procedural Background

1.    This case was commenced upon the filing of a voluntary Chapter 11 petition on November 19, 2008.

2.    The CMR Mortgage Fund, LLC Application for Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was filed on November 11, 2009.  LECG was employed as Consultants pursuant to the Order entered December 30, 2009.

In the CMR Mortgage Fund II, LLC bankruptcy case the Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was entered January 7, 2010.

In the CMR Mortgage Fund III, LLC bankruptcy case the Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was entered on January 7, 2010.

Various members of LECG, who were primarily responsible for services attendant to this case left LECG and joined BRG, effective March 1, 2011.  As such, the Chapter 11 Trustee sought authority to retain BRG to serve as the Trustee's accountants and financial advisors to continue to provide services that were previously being provided by LECG.

3.    The Court entered an Order on or about November 9, 2011, authorizing the employment of BRG as accountants and financial advisors to the Chapter 11 Trustee effective July 1, 2011.

Case: 08-32220    Doc# 1138    Filed: 01/29/13    Entered: 01/29/13 13:49:03    Page 6 of 23

B.   Description of Services

Applicant has been employed to assist the Chapter 11 Trustee with performing any necessary tax work and other analysis which is required by the Trustee to properly administer the estates and conclude the cases; assisting the Trustee in preparation of federal and state income tax returns for the estates; communicating with taxing authorities on behalf of the estates; and assisting with such other financial advisory or accounting services requested by the Trustee.

The details of BRG's services for its Second Interim Period are included herein as Exhibit "A" and the monthly summary is provided in Exhibit "B".  Without limiting the detail given in Exhibit "A", the areas of emphasis of work are as follows:

1.   General Tax Analysis and Compliance (2): Applicant analyzed issues related to the preparation of 2011 income tax returns and 1099 information returns.  BRG corresponded with the trustee, the trustee's staff and the trustee's attorneys to discuss and resolve tax issues related to the case.  Applicant reviewed foreclosure documents and outlined required tax reporting of said foreclosures.

Pursuant to the request of the trustee's staff, Applicant analyzed and researched ownership of certain REO entities and determined the need to amend particular income tax returns in order to properly reflect ownership as described in the Articles

7

of Organization and other governing documents. Applicant
identified which entities would need to file amended income tax
returns in order to correctly report ownership information.

BRG analyzed issues related to the non-filing of certain
REO entities' 2010 income tax returns. Applicant determined
that the prior managers of the CMR REO entities had
inadvertently failed to properly file certain 2010 income tax
returns. BRG performed an analysis to determine the tax
consequences resulting from not filing the required income tax
returns.

Applicant prepared multiple check requests and tax payment
coupons for 2012 to ensure that tax liabilities were timely
paid.

BRG researched issues related to the requirements
associated with the selection of a valid "Tax Matters Partner".
Applicant researched many complex tax issues related to the
various CMR entities. This research included, but was not
limited to, the tax treatment of the abandonment of membership
interests in the various fund entities and the proper accruing
of expenses incurred. Applicant prepared memoranda to the
trustee to outline findings, issues and possible resolutions to
these and other tax-related issues.

Applicant reviewed documentation received related to 2011
financial activities for the various CMR entities, identified
tax work to be performed and prepared a timeline of when work

8

would be completed in order to meet income tax return filing deadlines for the 2011 tax year. Applicant analyzed closing documents related to the disposition of REO properties in order to identify potential tax issues related to the sale or other disposition of said properties. BRG also prepared and provided to the Trustee a budget related to the tax work to be performed.

BRG has expended 46.0 hours resulting in fees in the amount of $16,314.50, for the purposes of general Tax Analysis and Compliance.

2. <u>1 Hegas, LLC Tax Preparation (3)</u>: Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of 1 Hegas, LLC. BRG prepared the required 2011 federal and state income tax returns of 1 Hegas, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 4.6 hours resulting in fees in the amount of $1,554.00 for 1 Hegas, LLC Tax Preparation.

3. <u>2 Antioch, LLC Tax Preparation (4)</u>: Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax

Case: 08-32220    Doc# 1138    Filed: 01/29/13    Entered: 01/29/13 13:49:03    Page 9 of 23

returns of 2 Antioch, LLC. BRG prepared the required 2011
federal and state income tax returns of 2 Antioch, LLC. The
completed returns were reviewed for completeness and accuracy.
Corrections and revisions were made as was required. BRG
prepared all required documentation to be included with the 2011
returns and signed the finalized returns. Applicant caused the
completed returns to be filed with the proper taxing
authorities.

BRG has expended 5.0 hours resulting in fees in the amount
of $1,679.00 for 2 Antioch, LLC Tax Preparation.

4. <u>2 LincDev, LLC Tax Preparation (5)</u>: Applicant
analyzed financial statements and prepared supporting work
papers to be used in conjunction with the preparation of the
2011 income tax returns of 2 LincDev, LLC. BRG prepared the
required 2011 federal and state income tax returns of 2 LincDev,
LLC. The completed returns were reviewed for completeness and
accuracy. Corrections and revisions were made as was required.
BRG prepared all required documentation to be included with the
2011 returns and signed the finalized returns. Applicant caused
the completed returns to be filed with the proper taxing
authorities.

Applicant prepared amended income tax returns for tax
year(s) 2009 and 2010 to correct Member ownership information
for 2 LincDev, LLC. The completed amended returns were reviewed
for completeness and accuracy. Corrections and revisions were

Case: 08-32220   Doc# 1138   Filed: 01/29/13   Entered: 01/29/13 13:49:03   Page 10
of 23

made as was required. BRG prepared all required documentation to be included with the 2009 and 2010 amended returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 20.4 hours resulting in fees in the amount of $6,713.00 for 2 LincDev, LLC Tax Preparation.

5.    4 Union, LLC Tax Preparation (6): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of 4 Union, LLC. BRG prepared the required 2011 federal and state income tax returns of 4 Union, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 8.5 hours resulting in fees in the amount of $2,900.50 for 4 Union, LLC Tax Preparation.

6.    5 Casa Grande Land, LLC Tax Preparation (7): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of 5 Casa Grande, LLC. BRG prepared the required 2011 federal and state income tax returns of 5 Casa Grande, LLC. The completed returns were reviewed for

Case: 08-32220    Doc# 1138    Filed: 01/29/13    Entered: 01/29/13 13:49:03    Page 11 of 23

completeness and accuracy.   Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 5.3 hours resulting in fees in the amount of $1,806.00 for 5 Casa Grande Land, LLC Tax Preparation.

7.   15 SSFDEV, LLC Tax Preparation (8):  Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of 15 SSFDEV, LLC.  BRG prepared the required 2011 federal and state income tax returns of 15 SSFDEV, LLC.  The completed returns were reviewed for completeness and accuracy.   Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns.  Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 8.2 hours resulting in fees in the amount of $3,093.00 for 15 SSFDEV, LLC Tax Preparation.

8.   21 Mira Mesa, LLC Tax Preparation (9): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of 21 Mira Mesa, LLC.  BRG prepared the required 2011 federal and state income tax returns of 21 Mira Mesa, LLC.  The

12

completed returns were reviewed for completeness and accuracy.
Corrections and revisions were made as was required. BRG
prepared all required documentation to be included with the 2011
returns and signed the finalized returns.  Applicant caused the
completed returns to be filed with the proper taxing
authorities.

Applicant prepared amended income tax returns for tax
year(s) 2009 and 2010 to correct Member ownership information
for 21 Mira Mesa, LLC.  The completed amended returns were
reviewed for completeness and accuracy.   Corrections and
revisions were made as was required. BRG prepared all required
documentation to be included with the 2009 and 2010 amended
returns and signed the finalized returns.  Applicant caused the
completed returns to be filed with the proper taxing
authorities.

BRG has expended 42.2 hours resulting in fees in the
amount of $14,346.50 for 21 Mira Mesa, LLC Tax Preparation.

9.   21 Mira Mesa, LLC Review and Analysis (9.1):
Applicant worked closely with the trustee's office in order to
determine the tax ramifications and required income tax return
reporting resulting from the prior conversion of debt to equity.
BRG performed tax research regarding tax ramifications of
conversion of certain debt to limited liability company equity.
Applicant relayed findings to the trustee and his staff.

Case: 08-32220    Doc# 1138    Filed: 01/29/13    Entered: 01/29/13 13:49:03    Page 13
of 23

BRG has expended 5.8 hours resulting in fees in the amount of $2,753.00 for 21 Mira Mesa, LLC Review and Analysis.

10.  724 Glenwood, LLC Tax Preparation (11): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of 724 Glenwood, LLC. BRG prepared the required 2011 federal and state income tax returns of 724 Glenwood, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

Applicant prepared amended income tax returns for tax year(s) 2008, 2009 and 2010 to correct Member ownership information for 724 Glenwood, LLC. The completed amended returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2008, 2009 and 2010 amended returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 29.1 hours resulting in fees in the amount of $9,335.50 for 724 Glenwood, LLC Tax Preparation.

Case: 08-32220   Doc# 1138   Filed: 01/29/13   Entered: 01/29/13 13:49:03   Page 14 of 23

11.  1515 Leaven, LLC Tax Preparation (12):  Applicant
analyzed financial statements and prepared supporting work
papers to be used in conjunction with the preparation of the
2011 income tax returns of 1515 Leaven, LLC.  BRG prepared the
required 2011 federal and state income tax returns of 1515
Leaven, LLC.  The completed returns were reviewed for
completeness and accuracy.   Corrections and revisions were made
as was required. BRG prepared all required documentation to be
included with the 2011 returns and signed the finalized returns.
Applicant caused the completed returns to be filed with the
proper taxing authorities.

BRG has expended 7.0 hours resulting in fees in the amount
of $2,001.50 for 1515 Leaven, LLC Tax Preparation.

12.  CMR Mortgage Fund, LLC Tax Preparation (13):  Applicant
analyzed financial statements and prepared supporting work
papers to be used in conjunction with the preparation of the
2011 income tax returns of CMR Mortgage Fund, LLC.  BRG prepared
the required 2011 federal and state income tax returns of CMR
Mortgage Fund, LLC.  The completed returns were reviewed for
completeness and accuracy.   Corrections and revisions were made
as was required.  BRG prepared all required documentation to be
included with the 2011 returns and signed the finalized returns.
Applicant caused the completed returns to be filed with the
proper taxing authorities.  Applicant prepared requests for

Case: 08-32220   Doc# 1138   Filed: 01/29/13   Entered: 01/29/13 13:49:03   Page 15
of 23

prompt determination of tax, pursuant to 11 USC 505(b)(2), and caused them to be filed with the proper taxing authorities.

Applicant prepared Schedule(s) K-1 to be distributed to over 360 recipients. In conjunction with the distribution of Schedule(s) K-1, BRG researched Member information in order to secure the most updated address, Taxpayer Identification Number(s) and other pertinent Member information. The tax returns were continually updated to ensure the most current information.

Applicant performed an in-depth analysis of the tax ramifications of receiving amended Schedule(s) K-1 from pass-through entities in which CMR Mortgage Fund, LLC had membership interest. In conjunction with this analysis BRG prepared amended income tax returns for tax year(s) 2009 and 2010. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. As part of the preparation of amended income tax returns Applicant was required to reconcile capital accounts for over 360 individual Members for each year amended.

Applicant prepared and filed information returns, IRS Form(s) 1099-Misc., pursuant to IRS requirements.

BRG has expended 62.5 hours resulting in fees in the amount of $21,358.50 for CMR Mortgage Fund, LLC Tax Preparation.

13. CMR Mortgage Fund II, LLC Tax Preparation (14):
Applicant analyzed financial statements and prepared supporting

16

work papers to be used in conjunction with the preparation of the 2011 income tax returns of CMR Mortgage Fund II, LLC.  BRG prepared the required 2011 federal and state income tax returns of CMR Mortgage Fund II, LLC.  The completed returns were reviewed for completeness and accuracy.  Corrections and revisions were made as was required.  BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns.  Applicant caused the completed returns to be filed with the proper taxing authorities.  Applicant prepared requests for prompt determination of tax, pursuant to 11 USC 505(b)(2), and caused them to be filed with the proper taxing authorities.

Applicant prepared Schedule(s) K-1 to be distributed to over 900 recipients.  In conjunction with the distribution of Schedule(s) K-1, BRG researched Member information in order to secure the most updated address, Taxpayer Identification Number(s) and other pertinent Member information.  The tax returns were continually updated to ensure the most current information.

Applicant performed an in-depth analysis of the tax ramifications of receiving amended Schedule(s) K-1 from pass-through entities in which CMR Mortgage Fund II, LLC had membership interest.  In conjunction with this BRG prepared amended income tax returns for tax year 2009.  The completed returns were reviewed for completeness and accuracy. Corrections

17

1  and revisions were made as was required.  As part of the

2  preparation of amended income tax returns Applicant was required

3  to reconcile capital accounts for over 900 individual Members.

4

5      Applicant prepared and filed information returns, IRS

6  Form(s) 1099-Misc., pursuant to IRS requirements.

7      BRG has expended 68.1 hours resulting in fees in the amount

8  of $21,690.00 for CMR Mortgage Fund II, LLC Tax Preparation.

9

10     14.  CMR Mortgage Fund III, LLC Tax Preparation (15):

11 Applicant analyzed financial statements and prepared supporting

12 work papers to be used in conjunction with the preparation of

13 the 2011 income tax returns of CMR Mortgage Fund III, LLC.  BRG

14 prepared the required 2011 federal and state income tax returns

15 of CMR Mortgage Fund III, LLC.  The completed returns were

16 reviewed for completeness and accuracy.   Corrections and

17 revisions were made as was required.  BRG prepared all required

18 documentation to be included with the 2011 returns and signed

19 the finalized returns.  Applicant caused the completed returns

20 to be filed with the proper taxing authorities.  Applicant

21 prepared requests for prompt determination of tax, pursuant to

22 11 USC 505(b)(2), and caused them to be filed with the proper

23 taxing authorities.

24     Applicant prepared Schedule(s) K-1 to be distributed to

25 over 740 recipients.  In conjunction with the distribution of

26 Schedule(s) K-1, BRG researched Member information in order to

27 secure the most updated address, Taxpayer Identification

28

Case: 08-32220   Doc# 1138   Filed: 01/29/13   Entered: 01/29/13 13:49:03   Page 18 of 23

Number(s) and other pertinent Member information. The tax returns were continually updated to ensure the most current information.

Applicant performed an in-depth analysis of the tax ramifications of receiving amended Schedule(s) K-1 from pass-through entities in which CMR Mortgage Fund III, LLC had membership interest. In conjunction with this BRG prepared amended income tax returns for tax year 2009. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. As part of the preparation of amended income tax returns Applicant was required to reconcile capital accounts for over 740 individual Members.

Applicant prepared and filed information returns, IRS Form(s) 1099-Misc. and IRS Form(s) 1099-S, pursuant to IRS requirements.

BRG has expended 76.2 hours resulting in fees in the amount of $23,247.50 for CMR Mortgage Fund III, LLC Tax Preparation.

15. <u>Fres Benito, LLC Tax Preparation (16)</u>: Applicant prepared amended income tax returns for tax year 2010 to properly reflect final return status for Fres Benito, LLC. The completed amended returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2010 amended returns and signed the finalized returns.

Case: 08-32220    Doc# 1138    Filed: 01/29/13    Entered: 01/29/13 13:49:03    Page 19 of 23

Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 7.0 hours resulting in fees in the amount of $2,106.50 for Fres Benito, LLC Tax Preparation.

16. Hamilton Creek, LLC Tax Preparation (17): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of Hamilton Creek, LLC. Applicant analyzed foreclosure documents received and prepared gain/loss supporting work papers. BRG prepared the required 2011 federal and state income tax returns of Hamilton Creek, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 returns and signed the finalized returns. Applicant caused the completed returns to be filed with the proper taxing authorities.

BRG has expended 11.7 hours resulting in fees in the amount of $4,261.50 for Hamilton Creek, LLC Tax Preparation.

17. Wheatland Holdings, LLC Tax Preparation (20): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2011 income tax returns of Wheatland Holdings, LLC. BRG prepared the required 2011 state income tax return of Wheatland Holdings, LLC. The completed return was reviewed for

Case: 08-32220    Doc# 1138    Filed: 01/29/13    Entered: 01/29/13 13:49:03    Page 20 of 23

completeness and accuracy.   Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2011 return and signed the finalized return. Applicant caused the completed return to be filed with the proper taxing authorities.

BRG has expended 5.2 hours resulting in fees in the amount of $1,770.00 for Wheatland Holdings, LLC Tax Preparation.

**18.**   Correspondence with Taxing Authorities (21): BRG analyzed numerous correspondence received from federal and state taxing authorities.  Applicant researched income tax return filing dates and tax payments made in order to determine valid tax liabilities of almost all of the CMR entities in order to dispute proposed assessments made by taxing authorities. Applicant prepared numerous abatement requests, additional information requests, and general response letters as a result of said correspondence received.  BRG worked very closely with the trustee's office, the California Franchise Tax Board and the IRS in order to resolve ongoing issues related to the CMR entities.

BRG has expended 19.9 hours resulting in fees in the amount of $5,532.50 for correspondence with taxing authorities.

19.  Investor Inquiries (22):  Applicant responded to inquires from numerous investors regarding the tax treatment of pass-through activity reported on Schedule(s) K-1, which had previously been distributed to them.

BRG has expended 24.5 hours resulting in fees in the amount of $8,786.50 for Investor Inquiries.

20. <u>Fee Application Preparation (23)</u>: Applicant prepared the First Interim Fee Application, including all pertinent and required attachments and exhibits. In conjunction with preparation of the fee application Applicant also reviewed time entries related to tax work performed and prepared task codes to break-out tax work by specific categories as requested by the trustee. Applicant made corrections and revisions to time entries as was required.

Applicant appeared telephonically at hearing on First Interim Application for Berkeley Research Group, LLC.

BRG has expended 35.1 hours resulting in fees in the amount of $11,164.50 for Fee Application Preparation.

III.

CONCLUSION

1. Applicant believes compensation awarded herein will account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended. Applicant believes full payment of its fees is justified when weighed against the benefit of its work, as described above.

2. No agreement exists between Applicant nor any other person for the sharing of compensation that is received in connection with this case, except for the understanding concerning compensation among its shareholder/owners.

Case: 08-32220   Doc# 1138   Filed: 01/29/13   Entered: 01/29/13 13:49:03   Page 22 of 23

WHEREFORE, Applicant respectfully requests full approval
and reimbursement of 1) the Second Interim Period compensation
of fees in the amount of $162,414.00 representing 492.3 hours of
services provided to the estate for the Second Interim Period,
of which none of the amount has previously been paid; 2)
approval and reimbursement of 100% of BRG expenses in the amount
of $7,203.49, of which none of the expenses have previously been
paid for the Second Interim Period; and 3) for such other
further relief as the Court deems just and proper.

Dated: January _18_, 2013          Respectfully submitted,


Vernon L. Calder, CPA
Berkeley Research Group, LLC

Case: 08-32220   Doc# 1138   Filed: 01/29/13   Entered: 01/29/13 13:49:03   Page 23 of 23