# EXHIBIT B

**BRG** BERKELEY RESEARCH GROUP

**CMR Mortgage Fund, LLC - Accountants**
**Summary of Fees and Expenses**
January 1, 2012 through October 31, 2012

| | Category | Jan 1-31 2012 | Feb 1-29 2012 | Mar 1-31 2012 | Apr 1-30 2012 | May 1-31 2012 | Jun 1-30 2012 | Jul 1-31 2012 | Aug 1-31 2012 | Sep 1-30 2012 | Oct 1-31 2012 | Total Category Fees | Total Category Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 | General Tax Analysis and Compliance | 216.00 | 6,442.50 | 2,697.50 | 1,988.00 | 817.00 | 558.00 | | 720.00 | 216.00 | 2,659.50 | $ 16,314.50 | 46.00 |
| 3.0 | 1 Hegas, LLC Tax Preparation | | 792.00 | 599.00 | 127.00 | 36.00 | | | | | | 1,554.00 | 4.60 |
| 4.0 | 2 Antioch, LLC Tax Preparation | | | 1,516.00 | 127.00 | 36.00 | | | | | | 1,679.00 | 5.00 |
| 5.0 | 2 LincDev, LLC Tax Preparation | | | 5,678.00 | 927.00 | 108.00 | | | | | | 6,713.00 | 20.40 |
| 6.0 | 4 Union, LLC Tax Preparation | | | 2,479.00 | 385.50 | 36.00 | | | | | | 2,900.50 | 8.50 |
| 7.0 | 5 Casa Grande Land, LLC Tax Preparation | | | 1,643.00 | 127.00 | 36.00 | | | | | | 1,806.00 | 5.30 |
| 8.0 | 15 SSFDEV, LLC Tax Preparation | | | 2,663.00 | 182.00 | 36.00 | | | 110.00 | 102.00 | | 3,093.00 | 8.20 |
| 9.0 | 21 Mira Mesa, LLC Tax Preparation | 3,826.00 | 3,283.00 | 1,935.00 | 5,194.50 | 108.00 | | | | | | 14,346.50 | 42.20 |
| 9.1 | 21 Mira Mesa, LLC Review and Analysis | 2,753.00 | | | | | | | | | | 2,753.00 | 5.80 |
| 11.0 | 724 Glenwood, LLC Tax Preparation | | | 8,157.00 | 1,070.50 | 108.00 | | | | | | 9,335.50 | 29.10 |
| 12.0 | 1515 Leaven, LLC Tax Preparation | | | | 157.00 | 1,696.00 | | | | 148.50 | | 2,001.50 | 7.00 |
| 13.0 | CMR Fund, LLC Tax Preparation | 280.50 | | 12,332.50 | 6,563.00 | | | | 229.50 | 597.00 | 1,356.00 | 21,358.50 | 62.50 |
| 14.0 | CMR Fund II, LLC Tax Preparation | 204.00 | | 8,818.50 | 11,312.00 | 144.00 | | | 306.00 | 649.50 | 256.00 | 21,690.00 | 68.10 |
| 15.0 | CMR Fund III, LLC Tax Preparation | 331.50 | | 9,080.50 | 11,705.00 | | 837.00 | | 306.00 | 676.50 | 311.00 | 23,247.50 | 76.20 |
| 16.0 | Fres Benito, LLC Tax Preparation | | | | | 1,958.00 | | | | 76.50 | 72.00 | 2,106.50 | 7.00 |
| 17.0 | Hamilton Creek, LLC Tax Preparation | | | 3,840.00 | 385.50 | 36.00 | | | | | | 4,261.50 | 11.70 |
| 20.0 | Wheatland Holdings, LLC Tax Preparation | | | 1,607.00 | 127.00 | 36.00 | | | | | | 1,770.00 | 5.20 |
| 21.0 | Correspondence With Taxing Authorities | 108.00 | | | | 204.00 | 110.00 | | | 3,642.00 | 1,468.50 | 5,532.50 | 19.90 |
| 22.0 | Investor Inquiries | 144.00 | | | 7,450.00 | 360.00 | | | | 184.50 | 648.00 | 8,786.50 | 24.50 |
| 23.0 | Fee Application Preparation | | | 121.50 | 7,998.00 | 1,701.00 | 479.50 | 756.50 | | | 108.00 | 11,164.50 | 35.10 |
| | | | | | | | | | | | | - | |
| | **Total Monthly Fees** | **$7,863.00** | **$10,517.50** | **$63,167.50** | **$55,826.00** | **$7,456.00** | **$1,984.50** | **$756.50** | **$1,671.50** | **$6,292.50** | **$6,879.00** | **$162,414.00** | **492.30** |

| Expenses | Amount |
|---|---|
| Data Retrieval - CCH ProSystem fx | $ 215.57 |
| Data Retrieval - Pacer Service Center | 2.32 |
| Express Messenger - Federal Express | 24.16 |
| Meals - Overtime | 256.88 |
| Outside Printing - Salt Lake Legal, LLC | 2,784.09 |
| Postage | 3,064.90 |
| Supplies for 1099 and K-1 Mailings | 855.57 |
| **Total** | **$7,203.49** |

| | |
|---|---|
| **TOTAL FEES** | $162,414.00 |
| **TOTAL HOURS** | 492.30 |
| **TOTAL FEES & EXPENSES** | $169,617.49 |
| **AVERAGE BILLING RATE** | $329.91 |