# EXHIBIT C



## CMR Mortgage Fund, LLC
January 1, 2012 through October 31, 2012
PROFESSIONAL SERVICES - TIMEKEEPER SUMMARY

|  | 2012 RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Director** | | | |
| Vernon Calder | $ 550.00 | 70.4 | 38,720.00 |
| **Senior Managing Consultant** | | | |
| Leif Larsen | 360.00 | 265.1 | 95,436.00 |
| **Senior Associate** | | | |
| Garrit Dahl | 255.00 | 77.5 | 19,762.50 |
| **Paraprofessional** | | | |
| Connie Allred | 170.00 | 5.2 | 884.00 |
| Amanda Belloff | 140.00 | 2.5 | 350.00 |
| Kathy McKee | 140.00 | 6.0 | 840.00 |
| Evelyn Perry | 135.00 | 11.5 | 1,552.50 |
| Chelsea McManus | 90.00 | 54.1 | 4,869.00 |
| **TOTALS** | | **492.3** | **$ 162,414.00** |