David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dbertenthal@pszjlaw.com
    mlitvak@pszjlaw.com
    mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**DECLARATION OF MAXIM B. LITVAK IN SUPPORT OF SECOND INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2012 THROUGH OCTOBER 31, 2012**<br><br>Date:   Tuesday, February 19, 2013<br>Time:   9:30 a.m.<br>Place:  United States Bankruptcy Court<br>        235 Pine Street, Courtroom 23<br>        San Francisco, CA<br>Judge:  Honorable Thomas E. Carlson |

I, Maxim B. Litvak, hereby declare as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"). I submit this declaration in support of the *Second Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2012 through October 31, 2012* (the "Application").

2. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. PSZ&J customarily charges $0.20 per page for photocopying expenses and $0.10 per page for scanning and printing charges. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis. Whenever feasible, PSZ&J sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

4. PSZ&J normally charges $1.00 per page for out-going facsimile transmissions. Pursuant to the guidelines promulgated by the Office of the United States Trustee, however, PSZ&J has agreed not to charge for outgoing faxes. Fax receipts are charged at $0.20 per page, the same costs as PSZ&J charges for photocopies.

5. PSZ&J does not charge for local or long distance telephone calls placed by attorneys from their offices. PSZ&J only bills its clients for the actual costs charged PSZ&J by teleconferencing services in the event that a multiple party teleconference is initiated through PSZ&J.

6. Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual cash charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

7. PSZ&J believes the foregoing rates for expenses are the market rates that the majority of law firms charge clients for such services.

8. PSZ&J has not been paid or promised any compensation from any other source for services rendered in connection with this case.

2

DECLARATION IN SUPPORT OF PSZ&J's SECOND INTERIM FEE APPLICATION

9. PSZ&J has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

10. PSZ&J believes that the compensation and expense reimbursement sought herein is in conformity with the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.*

11. The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by PSZ&J and generally accepted by the Firm's clients.

12. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

Executed under penalty of perjury under the laws of the United States of America.

Executed this 29th day of January, 2013, at San Francisco, California.

*/s/ Maxim B. Litvak*
Maxim B. Litvak