Entered on Docket
February 20, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 19, 2013

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

CORPORATE MANAGEMENT, INC.
Richard M. Kipperman
Post Office Box 3010
La Mesa, California 91944-3010
Telephone: 619-668-4500
Facsimile: 619-668-9014
rmk@corpmgt.cm

Accountants and Financial Advisor to the
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING SECOND INTERIM APPLICATION OF CORPORATE MANAGEMENT, INC. AS ACCOUNTANTS AND FINANCIAL ADVISOR TO CHAPTER 11 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2012 THROUGH OCTOBER 31, 2012**<br><br>Date: Tuesday, February 19, 2013<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>235 Pine Street, Courtroom 23<br>San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of the *Second Interim Application of Corporate Management Inc. as Accountants and Financial Advisor to Chapter 11 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2012 Through October 31, 2012* (the "Application") filed and served on January 29, 2013.

1   **THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the
2   Application was duly given, that such notice was appropriate and sufficient under the particular
3   circumstances, and that no objections to the Application were timely filed or served.
4   It appears to the Court that good cause exists for the interim approval of the fees and
5   expenses requested in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and
6   Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses
7   requested in the Application are reasonable and have been earned.
8   **THEREFORE, IT IS HEREBY ORDERED:**
9   1. The Application is granted on an interim basis.
10  2. The Court allows Corporate Management, Inc. on an interim basis, fees and
11  reimbursement of expenses incurred in the amount of $198,427.81, consisting of $195,989.00 in fees
12  and $2,483.81 in expenses.
13  3. The Trustee is authorized to pay to the unpaid balance of such allowed fees and
14  expenses for the Application out of estate funds.
15  **END OF ORDER**