

Signed and Filed: February 19, 2013

_____

**THOMAS E. CARLSON
U.S. Bankruptcy Judge**

1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  Miriam Manning (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5
   E-mail:dbertenthal@pszjlaw.com
6          mlitvak@pszjlaw.com
           mmanning@pszjlaw.com
7
   Counsel for Richard M Kipperman,
8  Chapter 11 Trustee

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                 **SAN FRANCISCO DIVISION**

12  In re:                              Case No.: 08-32220-TEC
                                                   09-30788-TEC
13  CMR MORTGAGE FUND, LLC,                        09-30802-TEC
    CMR MORTGAGE FUND II, LLC,
14  CMR MORTGAGE FUND III, LLC,         Substantively Consolidated

15                  Debtors.            Chapter 11

16                                      **ORDER GRANTING SECOND INTERIM
                                        APPLICATION OF PACHULSKI STANG
17                                      ZIEHL & JONES LLP, FOR
                                        ALLOWANCE AND PAYMENT OF
18                                      COMPENSATION AND
                                        REIMBURSEMENT OF EXPENSES FOR
19                                      THE PERIOD JANUARY 1, 2012
                                        THROUGH OCTOBER 31, 2012**
20
                                        Date:    Tuesday, February 19, 2013
21                                      Time:    9:30 a.m.
                                        Place:   United States Bankruptcy Court
22                                               235 Pine Street, Courtroom 23
                                                 San Francisco, CA
23                                      Judge:   Honorable Thomas E. Carlson

24

25          **THIS MATTER** came before the Court at the above-referenced time and place upon

26  consideration of *Second Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance of*

27  *Compensation and Reimbursement of Expenses for the Period January 1, 2012 through October 31,*

28  *2012* (the "Application") filed and served on January 29, 2013.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    **THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the

2    Application was duly given, that such notice was appropriate and sufficient under the particular

3    circumstances, and that no objections to the Application were timely filed or served.

4    It appears to the Court that good cause exists for the interim approval of the fees and

5    expenses requested in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and

6    Federal Rule of Bankruptcy Procedure 2016.  The Court further finds that the fees and expenses

7    requested in the Application are reasonable and have been earned.

8    **THEREFORE, IT IS HEREBY ORDERED:**

9    1.    The Application is granted on an interim basis.

10    2.    The Court hereby allows Pachulski Stang Ziehl & Jones LLP on an interim basis, fees

11    and reimbursement of expenses incurred in the amount of $345,835.59, consisting of $331,957.00 in

12    fees and $13,878.59 in expenses.

13    3.    The Trustee is authorized to pay to the unpaid balance of such allowed fees and

14    expenses for the Application out of estate funds.

15    **END OF ORDER**

16

17

18

19

20

21

22

23

24

25

26

27

28