# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☑ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☑ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☐ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

Date: 2/13/13

From: Susan Louie
(Name as it appears on Mailing Matrix)

**FILED FEB 20 2013 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

Please update the mailing matrix with the following address information:

Old Address: 800 Sea Spray Ln #116
Foster City CA 94404

New Address: 616 Ansel Rd, #1
Burlingame, CA 94010

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: /s/ Susan Louie      Date: 2/13/13

Print Name: Susan Louie

**Mail ORIGINAL document to:**

Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**Mail a COPY to:**

Richard M. Kipperman
CMR Trustee
Corporate Management, Inc.
P.O. Box 3939
La Mesa, CA 91944-3939

155395.1_1