MONIKA PLEYER LEE, SBN 117019
**LEE LAW OFFICES**
1700 South El Camino Real, Suite 505
San Mateo, California 94402
Telephone: (650) 212-3400
Facsimile: (650) 212-3414

Special Insurance Counsel
for Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos. 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Chapter 11<br><br>**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**<br><br>Date: April 12, 2013<br>Time:<br>Place: 235 Pine Street<br>Courtroom 23<br>San Francisco, CA 94104 |

## I. SUMMARY OF RELIEF REQUESTED

Lee Law Offices ("Lee Law" or "Applicant"), special insurance counsel for the Official Committee of Equity Security Holders (the "Committee") of CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II") and CMR Mortgage Fund III, LLC ("Fund III") (collectively the "Funds" or "Debtors") in the above-captioned cases, hereby presents its final application, seeking an order for allowance of the total amount of $92,616.00 to Lee Law (the

"Final Application").

Included in this amount is the amount of $34,010.00, for fees and expenses incurred during the period April 1, 2010, through July 31, 2010. This Court previously approved payment of that amount pursuant to Lee Law Offices First Interim Fee Application. Lee Law Offices has not received any payment to date.

The instant application specifically adresses the period August 1, 2010, through March 5, 2013, during which time Lee Law expended 133.4 hours rendering services to the Committee, incurring $58,502.50 in fees and $103.50 in expenses. Lee Law seeks approval of these additional amounts, and requests that the Court issue an order for allowance of the total amount of $92,616.00 to Lee Law.

Lee Law submits this Application in accordance with the ORDER AUTHORIZING EMPLOYMENT OF LEE LAW OFFICES AS INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS ("Employment Order") entered on April 19, 2010, in all Funds [Doc. No. 523 in Fund I's case] (attached as Exhibit A); Federal Rule of Bankruptcy Procedure 2016; the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursements of Professionals and Trustees ("Court Guidelines"); and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 ("UST Guidelines").

## II. NOTICE OF APPLICATION

Notice of this Application, in the form attached as Exhibit A to the Application of McNutt Law Group for hearing on the same date as this Application, is being sent concurrently with its filing to all creditors. Full copies of the Application are being transmitted by mail to the United States Trustee, Debtors' counsel, and parties who have requested special notice. Applicant respectfully submits that no further notice is required in this matter.

## III. BACKGROUND AND BASIS FOR RELIEF REQUESTED

A.  Background

The Funds are California limited liability companies that were previously managed by California Mortgage and Realty, Inc. ("CMRI" or the "Manager"), a Delaware corporation. They

were formed for the purpose of making or investing in business loans secured by deeds of trust on real estate properties - predominately commercial income producing structures and land held by businesses located primarily in California. The principal assets of the Funds were interests in limited liability corporations that own real property acquired by foreclosure.

On November 18, 2008, Fund I filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and on March 31, 2009, Fund II and Fund III filed their respective voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

On October 2, 2009, the United States Trustee appointed the Committee to serve in the Fund I, Fund II, and Fund III bankruptcy cases, as reflected in the Appointment of Official Committee of Unsecured Creditors filed with this Court on October 2, 2009. The Committee hired McNutt Law Group ("MLG") as counsel ("Committee Counsel") on October 16, 2009, and LECG as financial advisors ("Committee Financial Advisors") on November 2, 2009. On April19, 2010, the Court authorized the Committee to employ and retain Lee Law Offices – effective as of April 1, 2010 – to represent the Committee pursuant to Bankruptcy Code section 1103(a) and to compensate Lee Law Offices pursuant to the Bankruptcy Code and any additional procedures established by this Court, subject to approval by the Court pursuant to Bankruptcy Code Sections 330 and 331.

**B.     Prior Payments to Applicant**

Lee Law submitted its FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, covering the period April 1, 2010 through July 31, 2010, on September 10, 2010. On October 5, 2010 this Court issued its ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, approving payment in the amount of $34,010.00 to Lee Law Offices. Lee Law has not received that payment or any other payments.

**C.     Available Funds and Administrative Expenses**

Lee Law is informed and believes that there may not presently be sufficient assets held

by the estates to produce funds to pay Lee Law's fees and costs. Applicant respectfully requests that the fees sought herein be awarded, and paid by the Trustee to the extent of available funds, pro rata with other Chapter 11 administrative expenses.

### IV. SUMMARY OF FEES AND COST REIMBURSEMENT

From August 1, 2010, through March 15, 2013, Lee Law rendered the services described in this Final Application and in the invoice attached to the DECLARATION OF MONIKA P. LEE IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS filed concurrently herewith ("Lee Decl."). Lee Law also incurred the actual and necessary expenses itemized in the invoice. Lee Law expended a total of 133.4 hours rendering services to the Committee during the period specifically covered by this Final Application, for which it seeks $58,502.50 in compensation. Lee Law also seeks $103.50 in reimbursement of expenses incurred during the period.

Lee Law also seeks final approval and payment of the amount of $34,010.00 previously approved by this Court, for a total of $92,616.00.

### V. REQUIRED DISCLOSURE

Lee Law has not entered into any agreement for the purpose of fixing the fees or other compensation to be paid for services rendered and expenses incurred in connection with this case. Lee Law has not agreed to share the compensation to be received for the services rendered in this case with any other entity. *See* Lee Decl., ¶ 7.

The names and hourly rates of the professionals and paraprofessionals of Lee Law who billed time for the period covered by this Application are as follows:

| PROFESSIONAL | INITIALS | POSITION | DATE ADMITTED | RATE AS OF 02/01/2009 |
|---|---|---|---|---|
| Monika P. Lee | MPL | Attorney | 1984 | $450 |
| Anne T. Kirkland | ATK | Paralegal | | $125 |
| Jenifer Delk | JD | Paralegal | | $125 |

The hourly rates charged by Lee Law are the customary rates charged by comparably skilled practitioners in cases other than cases under Title 11. Lee Law's rates in this case are not

greater than those charged to its other clients for comparable services.

As set forth below, Lee Law has compiled a task-based itemization of services rendered based upon its contemporaneous daily records during the period specifically covered by this Final Application.

The following chart summarizes project billing categories and the total hours expended for each category during the period specifically covered by this Final Application, and is followed by a narrative and detail.

| Category | Total Hours Billed | Total Fees |
|---|---|---|
| A. Meetings and Communications with Committee | | |
| a. Review Committee communications, materials | 1.8 | 810.00 |
| b. Prepare for and attend meetings | 20.5 | 9,225.00 |
| B. Fee/Employment Applications | 6.2 | 1,425.00 |
| C. Insurance Issues | | |
| a. Indian Harbor Motion for Relief from Stay | 28.0 | 12,600.00 |
| b. First CMRI/Choo Motion for Modification of Stay | 39.3 | 17,522.50 |
| c. Second CMRI/Choo Motion for Modification of Stay | 26.4 | 11,880.00 |
| d. Advice re insurance issues | 4.4 | 1,980.00 |
| D. Plan and Disclosure Statement | | |
| a. Implementation of Plan | 5.8 | 2,610.00 |
| b. Insurance aspects of failure of Plan | 1 | 450.00 |
| TOTAL | 133.4 | 58,502.00 |

## VI. SERVICES RENDERED

**A. Meetings and Communications with Committee**

Lee Law was retained to assist the Committee in connection with matters involving insurance coverage. In this role, Lee Law reviewed and analyzed relevant insurance policies and communications with insurers, performed research, and provided advice to the Committee

regarding insurance issues. The Committee used the advice thus provided to formulate its strategies for maximizing recovery of the losses incurred by investors whose interests are represented by the Committee. Ultimately, the Committee was advised that an action against Choo and CMRI, framed as a suit by investor plaintiffs on behalf of the Funds derivatively and on behalf of a class of all similarly situated investors, was likely to maximize potential recoveries. Three committee members elected to file a class and derivative action. This action was settled, and the settlement was approved by this Court by Order dated December 20, 2012.

Lee Law participated in a number of Committee meetings to provide advice regarding insurance issues. After the class and derivative action was filed, Choo and CMRI, or their insurer, three times moved for relief from stay for the purpose of invading insurance proceeds to fund the cost of defending against a number of actions brought against them by investors, including the class and derivative action, as well as three state court actions. Lee Law was actively engaged in responding to these motions and, from time to time, informed the Committee about the implications of these attempts by Choo and CMRI on available insurance funds, reviewed relevant materials, and updated the Committee on the status of the motions. The fees incurred in this category are as follows. *See* Lee Decl., Ex. A.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 22.30 | $10,035.00 |

**B.     Fee/Employment Applications**

Time incurred in this category concerns the instant fee application. The fees incurred in this category are as follows. *See* Lee Decl., Ex. A.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 2 | $900.00 |
| Anne Kirkland/Jenifer Delk | 4.2 | $525.00 |

**C.     Insurance Issues**

The Committee identified proceeds from insurance policies providing coverage for the professional services provided by the Manager of the Funds as a potential source of recovery for

the Committee's constituency, equity investors in the Funds. The policies consisted of a Financial Services Liability Policy issued by Indian Harbor Insurance Company with limits of $5,000,000 and a Mortgage Bankers and Mortgage Brokers Professional Liability Insurance Policy issued by Certain Underwriters at Lloyd's, London, with limits of $3,000,000. Lee Law assisted the Committee by analyzing the insurance policies and through correspondence with the insurers, researching applicable law, and providing advice in formulating the Committee's strategy.

Lee Law also assisted the Committee in opposing several motions made by Indian Harbor Insurance Company, and by Choo and CMRI, for Relief from Stay, as follows:

(1) a Motion by Indian Harbor Insurance Company for Relief from the Automatic Stay to Allow Advancement of Defense Expenses under Liability Insurance Policy, with a hearing date of October 25, 2010 (subsequently withdrawn by Indian Harbor);

(2) a Motion by CMRI and Choo for Modification of Automatic Stay and Injunction in Confirmation Order, with a hearing date of January 10, 2011, and

(3) a Second Motion by CMRI and Choo For Modification of Automatic Stay, with a hearing date of June 27, 2011.

Lee Law communicated with counsel for Indian Harbor Insurance Company and other interested parties regarding the motions; researched and briefed the issues raised by these motions; and represented the Committee at the hearing of the motions.

The fees incurred in this category are as follows. *See* Lee Decl., Ex. A.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 97.6 | $43,920.00 |
| Anne Kirkland | 0.5 | $62.50 |

D. **Plan and Disclosure Statement**

During the period covered by this Application the Committee worked on the implementation of a joint wind down Plan that had been approved by this Court on June 24, 210. Lee Law provided review and advice regarding certain portions of the Plan and the Disclosure

Statement that had the potential of impacting insurance issues. Lee Law further provided advice relevant to the Committee's negotiations with the Debtors over various provisions of the joint Plan and Disclosure Statement.

The fees incurred in this category are as follows. *See* Lee Decl., Ex. A.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 6.8 | $3,060.00 |

## VII. SUMMARY OF EXPENSES

Lee Law does not charge for incidental in-house copying, faxes, de minimis postage, or long-distance phone charges. Lee Law does charge for expenses incurred with third party vendors, at Lee Law's actual cost. Lee Law charges for attorney travel expenses.

The total expenses incurred by Lee Law in this case for the period covered by this Application are as follows. *See* Lee Decl., Ex. A.

| CATEGORY | | EXPENSES BILLED |
|---|---|---|
| A. | Travel and Parking | $103.50 |
| **TOTAL EXPENSES BILLED:** | | **$103.50** |

## VIII. RESPONSIBLE PERSONNEL

The services subject to this Application were performed by attorney Monika Pleyer Lee. A description of Ms. Lee's experience and qualifications is set forth in the accompanying declaration of Monika P. Lee. *See* Lee Decl., Ex. B. Ms. Lee was assisted by paralegals Anne Kirkland and Jenifer Delk.

## IX. ESTABLISHMENT OF FEES

"A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee." *In re Manoa Finance Company*, 853 F.2d 687 (9th Cir. 1988). Establishing a reasonable hourly rate requires consideration of market rates in the relevant community which are, in turn, at least partly a function of the type of services rendered and the lawyer's experience, skill, and reputation. Lee Law has more than 25 years of experience representing policy holders and beneficiaries in litigation involving insurance coverage issues and in providing legal advice concerning insurance

matters to companies and individuals, including individuals and companies affected by or involved in Chapter 11 proceedings. See Lee Decl., Ex. B. For this level of skill and experience, the hourly rate charged by Lee Law is within the normal range for attorneys in the San Francisco area legal market. See Lee Decl., ¶ 6.

## X. CONCLUSION

WHEREFORE, Applicant requests that the Court approve an award of attorneys' fees in the amount of $58,502.50 in fees and reimbursement of $103.50 on account of Lee Law's services rendered to the Committee for the period August 1, 2010, through March 15, 2013, and that it order the allowance of the total amount of $92,616.00 to Lee Law for fees and costs for the period April 1, 2010 through March 15, 2013.

Dated: March 21, 2013     LEE LAW OFFICES

By: /s/ Monika P. Lee
Monika P. Lee
Special Insurance Counsel for Official Committee of Equity Security Holders