

1 | McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
2 | SHANE J. MOSES (CSBN 250533)
188 The Embarcadero, Suite 800
3 | San Francisco, California 94105
Telephone: (415) 995-8475
4 | Facsimile: (415) 995-8487

Signed and Filed: April 17, 2013

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

5 | Attorneys for Official Committee of
Equity Security Holders

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | In re                                    | Case Nos.   08-32220 TEC

12 | CMR MORTGAGE FUND, LLC,                  | (Substantively consolidated with Case Nos.
CMR MORTGAGE FUND II, LLC,                    | 09-30788 TEC and 09-30802 TEC)
13 | CMR MORTGAGE FUND III, LLC,

14 |                          Debtors.        | Chapter 11

15 |                                          | **ORDER GRANTING SECOND AND
FINAL APPLICATION FOR
16 |                                          | COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF
17 |                                          | LECG, LLC AS FINANCIAL
CONSULTANTS TO THE EQUITY
18 |                                          | COMMITTEE**

19 |                                          | Date:      April 12, 2013
Time:      9:30 a.m.
20 |                                          | Place:     235 Pine Street
Courtroom 24
21 |                                          | San Francisco, CA 94104
Judge:     Hon. Thomas E. Carlson
22

23          On March 22, 2013, LECG, LLC, former financial consultants to the Official Committee

24 of Equity Security Holders in the above-captioned case, filed its SECOND AND FINAL APPLICATION

25 FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LECG, LLC, AS FINANCIAL

26 CONSULTANTS TO THE EQUITY COMMITTEE [Docket No. 1228] (the "Application").  The

27 Application came duly for hearing at 9:30 a.m. on April 12, 2013.  F. Wayne Elggren, a director of

28 the applicant, appeared for the applicant.  Other appearances were as noted on the record.

The Court has duly considered the Application, the Declaration of F. Wayne Elggren filed with the Application, and the representations made at the hearing. The Court finds that the Application conforms to the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and that notice of the Application complies with Rule 2002 of the Bankruptcy Rules, Local Bankruptcy Rule 2002-1, and is otherwise appropriate under the circumstances.

It appears to the Court that good cause exists for the final approval of the fees and expenses requested in the Application pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned. For the reasons set forth above and on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The Application is granted on a final basis.

2. LECG, LLC is awarded compensation on a final basis in the amount of $627,236.20 in fees for the period from February 1, 2010 through April 24, 2011.

3. Fees and expenses of LECG, LLC previously approved on an interim basis are hereby approved on a final basis.

4. The Trustee is authorized, in his discretion, to pay LECG, LLC fees and expenses awarded herein, as well as previously awarded and unpaid fees and expenses, out of estate assets to the extent of available funds.

* * * END OF ORDER * * *

000160094

Case: 08-32220    Doc# 1250    Filed: 04/17/13    Entered: 04/18/13 10:08:43    Page 2 of 3

ORDER GRANTING LECG FINAL
APPLICATION FOR COMPENSATION

**COURT SERVICE LIST**

*All Registered ECF Participants*

00016004 Case: 08-32220    Doc# 1250    Filed: 04/17/13    Entered: 04/18/13 10:08:43    Page 3 of
3