

MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee of
Equity Security Holders

Signed and Filed: April 17, 2013

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case Nos. 08-32220 TEC<br><br>(Substantively consolidated with Case Nos. 09-30788 TEC and 09-30802 TEC)<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF NAVIGANT CONSULTING, INC., AS FINANCIAL CONSULTANTS TO THE EQUITY COMMITTEE**<br><br>Date: April 12, 2013<br>Time: 9:30 a.m.<br>Place: 235 Pine Street<br>Courtroom 24<br>San Francisco, CA 94104<br>Judge: Hon. Thomas E. Carlson |

On March 22, 2013, Navigant Consulting, Inc., financial consultants to the Official Committee of Equity Security Holders in the above-captioned case, filed its FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF NAVIGANT CONSULTING, INC., AS FINANCIAL CONSULTANTS TO THE EQUITY COMMITTEE [Docket No. 1229] (the "Application"). The Application came duly for hearing at 9:30 a.m. on April 12, 2013. F. Wayne

Elggren, a managing director of the applicant, appeared for the applicant.  Other appearances were as noted on the record.

The Court has duly considered the Application, the Declaration of F. Wayne Elggren filed with the Application, and the representations made at the hearing.  The Court finds that the Application conforms to the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and that notice of the Application complies with Rule 2002 of the Bankruptcy Rules, Local Bankruptcy Rule 2002-1, and is otherwise appropriate under the circumstances.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016.  The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.  For the reasons set forth above and on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The Application is granted on an interim basis.

2. Navigant Consulting, Inc., is awarded interim compensation in the amount of $54,437.50 in fees for the period from April 25, 2011, through April 30, 2012.

3. The Trustee is authorized, in his discretion, to pay Navigant Consulting, Inc. fees and expenses awarded herein out of estate assets to the extent of available funds.

* * * END OF ORDER * * *

Case: 08-32220    Doc# 1251    Filed: 04/17/13    Entered: 04/18/13 10:10:32    Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | *All Registered ECF Participants* |