

Entered on Docket
April 18, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 17, 2013

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee of
Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

Case Nos. 08-32220 TEC

(Substantively consolidated with Case Nos. 09-30788 TEC and 09-30802 TEC)

Chapter 11

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

Date:   April 12, 2013
Time:   9:30 a.m.
Place:  235 Pine Street
        Courtroom 24
        San Francisco, CA 94104
Judge:  Hon. Thomas E. Carlson

On March 22, 2013, Lee Law Offices, special insurance counsel for the Official Committee of Equity Security Holders in the above-captioned case, filed its FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS [Docket No. 1230] (the "Application"). The Application came duly for hearing at 9:30 a.m. on April 12, 2013.

Scott H. McNutt of McNutt Law Group LLP appeared on behalf of the applicant. Other appearances were as noted on the record.

The Court has duly considered the Application, Declaration of Monika Pleyer Lee filed concurrently with the Application, and the representations of counsel at the hearing. The Court finds that the Application conforms to the requirements of Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and that notice of the Application complies with Rule 2002 of the Bankruptcy Rules, Local Bankruptcy Rule 2002-1, and is otherwise appropriate under the circumstances.

It appears to the Court that good cause exists for the final approval of the fees and expenses requested in the Application pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned. For the reasons set forth above and on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The Application is granted on a final basis.

2. Lee Law Offices is awarded compensation on a final basis in the amount of $58,502.50 in fees for the period from August 1, 2010 through March 5, 2013. Lee Law Offices is further awarded reimbursement of expenses requested in the amount of $103.50 for the same period.

3. Fees and expenses of Lee Law Offices previously approved on an interim basis, in the amount of $34,010.00, are hereby approved on a final basis. The total amount of fees and expenses approved on a final basis is $92,616.00, including the compensation previously awarded on an interim basis, and the compensation awarded herein on the Application.

4. The Trustee is authorized, in his discretion, to pay Lee Law Offices fees and expenses awarded herein, as well as previously awarded and unpaid fees and expenses, out of estate assets to the extent of available funds.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

*All Registered ECF Participants*