1  SIMON ARON (State Bar No. 108183)
   saron@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100     Signed and Filed: May 29, 2013
4  Facsimile:   (310) 479-1422

5  Attorneys for Secured Creditor,
   American Liberty Investments, LL
6
                                    _____
7                                   THOMAS E. CARLSON, U.S. Bankruptcy Judge
   UNITED STATES BANKRUPTCY COURT
8
   NORTHERN DISTRICT OF CALIFORNIA
9
   SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.  08-32220-TEC |
| CMR MORTGAGE FUND, LLC, CMR MORTGAGE FUND, II, LLC, CMR MORTGAGE FUND III, LLC, | 08-30788-TEC<br>08-30802-TEC<br><br>Substantively Consolidated |
| Debtors. | Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY ENTERED INTO BY AND BETWEEN AMERICAN LIBERTY INVESTMENTS, LLC, AND CHAPTER 11 TRUSTEE REGARDING 353 GRAND AVENUE, OAKLAND, CALIFORNIA** |

The Court having considered the *Request for Entry of Order by Default Approving Stipulation for Relief From the Automatic Stay by and between American Liberty Investments, LLC, and Chapter 11 Trustee Regarding 353 Grand Avenue, Oakland, California,* (the "Default Request") filed by secured creditor American Liberty Investments, LLC ("American Liberty") pursuant to which American Liberty requests entry of an order by default granting the *Motion of Secured Creditor American Liberty*

*Investments, LLC, for Approval of Order on Stipulation for Relief From the Automatic Stay Regarding the Real Property Located at 353 Grand Avenue, Oakland, California,* (the "Motion")[1] which seeks Court approval of a Stipulation entered into by and between the Trustee, Richard M. Kipperman, and American Liberty in order that American Liberty be permitted to complete its non-judicial foreclosure sale of the real property commonly known as 353 Grand Avenue, Oakland, California, the declaration of counsel to American Liberty in support of the Motion, and the *Notice and Opportunity to Object and Request on the Stipulation for Relief From the Automatic Stay Entered into by and between American Liberty, Investments, LLC, and Chapter 11 Trustee Regarding 353 Grand Avenue, Oakland, California,* (the "Notice"), no objections to the Motion or requests for hearing having been filed, and the Notice providing due and adequate notice of the Motions, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Default Request and Motion are granted.

2. The Stipulation entered into by and between American Liberty and the Trustee, a copy of which was filed with the Court on April 25, 2013 as Exhibit "A" to the Motion [Dkt No. 1257] and is incorporated herein, is approved.

3. Upon entry of this Order, the automatic stay in the above-entitled consolidated cases is immediately terminated and extinguished for all purposes as to American Liberty, its assignees and/or successors-in-interest with respect to the real property commonly known as 353 Grand Avenue, Oakland, California (the "Grand Property") and American Liberty may proceed with foreclosure of the Grand Property pursuant to applicable state law, and may commence any action necessary to obtain complete possession and control over the Grand Property.

---

[1] Capitalized terms used herein shall have the meaning proscribed to them in the Motion.

4. American Liberty shall pay over to the Trustee the total amount of Ten Thousand ($10,000) Dollars within ten (10) days of the entry of this Order.

5. This Order shall be effective immediately and the 14-day stay provided by Bankruptcy Rule 4001(a)(1) is hereby waived.

**END OF ORDER**