| | |
|---|---|
| David M. Bertenthal (CA Bar No. 167624)<br>Maxim B. Litvak (CA Bar No. 215852)<br>Miriam Manning (CA Bar No. 178584)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4500<br>Telephone: 415/263-7000<br>Facsimile: 415/263-7010<br><br>E-mail:dbertenthal@pszjlaw.com<br>       mlitvak@pszjlaw.com<br>       mmanning@pszjlaw.com<br><br>Counsel for Richard M Kipperman,<br>Chapter 11 Trustee | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                    Debtors. | Case No.: 08-32220-TEC<br>           09-30788-TEC<br>           09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On August 12, 2013, I caused to be served the

**CHAPTER 11 TRUSTEE'S FOURTH STATUS CONFERENCE STATEMENT**

in this action by placing a true and correct copy of said document in sealed envelopes addressed as follows:

*See Attached Service List.*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on August 12, 2013, at San Francisco, California.

*/s/ Kati L. Suk*
Kati L. Suk

**Via Email:**

- Simon Aron    saron@wrslawyers.com
- Julian K. Bach    Julian@JBachlaw.com
- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com
- David M. Bertenthal    dbertenthal@pszjlaw.com, PJeffries@pszjlaw.com
- Matthew Borden    borden@braunhagey.com, mccoy@braunhagey.com
- Jonathan Herschel Bornstein    jonathan@bornsteinandbornstein.com, kathryn@bornsteinandbornstein.com
- Jonathan Herschel Bornstein    , kathryn@bornsteinandbornstein.com
- Dale L. Bratton    Brattonlaw@comcast.net
- Mike C. Buckley    mbuckley@reedsmith.com
- Penn Ayers Butler    pbutler@wendel.com, pbasa@wendel.com
- Gregory J. Charles    greg@gregcharleslaw.com
- Laurent Chen    lchen@MURRAYLAW.com
- Craig C. Chiang    cchiang@buchalter.com
- Michael D. Cooper    mcooper@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com
- Christina M. Craige    ccraige@sidley.com
- Susan S. Davis    SDavis@coxcastle.com
- Reno F.R. Fernandez    reno@macfern.com, samantha@macfern.com
- Robert S. Gebhard    robert.gebhard@sdma.com, quintella.griffinpitts@sedgwicklaw.com
- Julie M. Glosson    julie.m.glosson@usdoj.gov
- Matthew A. Gold    courts@argopartners.net
- Douglas Graham    dgraham@ml-sf.com, jjacobus@ml-sf.com
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com
- Fredrick A. Hagen    fhagen@berding-weil.com
- Robert G. Harris    rob@bindermalter.com
- Frederick D. Holden    fholden@orrick.com, cflores@orrick.com
- Dieu Dao N. Huynh    dhuynh@orrick.com, cflores@orrick.com
- Nick I. Iezza    Niezza@spiwakandiezza.com
- Jeremy W. Katz    jkatz@shierkatz.com, mterry@shierkatz.com
- Miriam Khatiblou    mkhatiblou@pszjlaw.com, efitzgerald@pszjlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Monika P. Lee    monikalee@leelawllp.com, monikapleyer@gmail.com
- William C. Lewis    ecf@williamclewis.com
- William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com
- Maxim B. Litvak    mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Patricia H. Lyon    phlyon@frenchandlyon.com, mwoodward@frenchandlyon.com
- Iain A. Macdonald    iain@macfern.com, brenda@macfern.com
- Scott H. McNutt    SMcNutt@ml-sf.com
- Dennis D. Miller    dmiller@steinlubin.com
- Kevin Montee    kmontee@hornersinger.com, ecf@hornersinger.com
- Shane J. Moses    smoses@ml-sf.com, csnell@ml-sf.com
- Dennette A. Mulvaney    dmulvaney@bisnosam.com
- Stephen T. O'Neill    ONeill.Stephen@Dorsey.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Christopher O. Rivas    crivas@reedsmith.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:83796.1 49666/001  CERTIFICATE OF SERVICE

- Richard A. Rogan, jb8@jmbm.com
- Mark J. Romeo romeolaw@msn.com
- Jeremy Rosenthal jRosenthal@sidley.com
- Ryan Sandrock rsandrock@sidley.com
- Roya Shakoori roya@bindermalter.com
- Matthew J. Shier mshier@shierkatz.com, mterry@shierkatz.com
- Michael A. Sweet msweet@foxrothschild.com, DdelaRocha@foxrothschild.com
- Michael A. Sweet msweet@meyersnave.com, DdelaRocha@foxrothschild.com
- Edward Tredinnick etredinnick@grmslaw.com
- Jeffrey D. Trowbridge jdt3656@sbcglobal.net
- Racheal Turner, karentsen@fbm.com;calendar@fbm.com
- Phyllis N. Voisenat pvoisenat@gmail.com
- G. Michael Williams gmw1955@softcom.net, lmh@arrival.net

**Via U.S. Mail:**

| | | |
|---|---|---|
| Attorneys for Creditor, SBS Trust Deed Network<br>Nick I. Iezza<br>Spiwak & Iezza<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | Thomas E. Foutch<br>1810 Jackson Street Apt. 7<br>San Francisco, CA 94109 | Brad Cless<br>Arrmanino McKenna LLP<br>12667 Alcosta Blvd, Ste. 500<br>San Ramon, CA 94583 |
| Bradley & Riley, PC<br>2007 First Avenue SE<br>Cedar Rapids, IA 52406-2804 | Briar Tazuk<br>2488 Spring Mountain Road<br>St. Helena, CA 94574 | Cade L. Morrow, Trustee<br>1375 N. Rose Avenue<br>Palm Springs, CA 92262 |
| Clifford R. Horner<br>Law Offices of Berding and Weil<br>1646 N California Blvd #250<br>Walnut Creek, CA 94596 | CMR Mortgage Fund III, LLC<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | Daniel L. Rottinhause<br>Anand R. Upadhye<br>Counsel for Certain Equity Holders<br>Berding & Weil LLP<br>3240 Stone Valley Road West<br>Alamo, CA 94507 |
| David Cable<br>9843 Pennbridge Dr.<br>Granite Bay, CA 95746 | David G. Bicknell<br>Counsel for Beacon Development, Inc.<br>Bicknell Law Offices<br>2542 So. Bascom Avenue, Suite 185<br>Campbell, CA 95008 | David S. Schutt<br>142 Paseo De La Concha #F<br>Redonodo Beach, CA 90277 |
| Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, #310<br>San Diego, CA 92108 | CSW Deferred Compensation Plan<br>John Farquhar, Trustee<br>1710 Gilbreth Road Suite 300<br>Burlingame, CA 94010 | Fire-Matic Systems, Inc<br>Profit Sharing Plan Trust<br>5165 Brandin Court<br>Fremont, CA 94538 |
| Todd B. Rothbard<br>4261 Norwalk Drive, #107<br>San Jose, CA 95129 | Gary and Barbara B. Hunt Family Trust<br>1010 Doane Way<br>Red Bluff, CA 96080 | Thomas H. Prouty<br>Troutman Sanders LLP<br>5 Park Plaza #1400<br>Irvine, CA 92614 |
| Graham Seel<br>California Mortgage and Realty, Inc.<br>1540 Market Street, Lower Level<br>San Francisco, CA | Harold Bowman or Brook Bowman or Forest Bowman<br>Bowman Family 1992 Revocable Living Trust<br>6683 High Valley Road<br>Anderson, CA 96007 | Natalie Stein, Trustee<br>Stein Family Trust<br>5913 Horsemans Canyon Dr., #6B<br>Walnut Creek, CA 94595 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| Jeff J. Friedman, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022 | John S. Morken<br>Morken Law Office<br>760 Market St. #768<br>San Francisco, CA 94012 | Jonathan Herschel Bornstein<br>Law Offices of Bornstein and Bornstein<br>507 Polk Street, # 320<br>San Francisco, CA 94118-3339 |
| Julie A. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Kathy Guard<br>3547 Laurel St.<br>San Diego, CA 92104 | Leah F. Davis<br>378 Van Buren Ave., #303<br>Oakland, CA 94610 |
| Leslie S. Ahari<br>Troutman Sanders LLP<br>5 Park Plaza, #1400<br>Irvine, CA 92614 | Linda G. Zieff<br>79817 Falsetto Drive<br>Palm Desert, CA 92211 | Mark Aloysius Smith Schwab<br>6466 Hollis Street, Unit 337<br>Emeryville, CA 94608 |
| Michelle R. Generaux<br>Murtaugh Meyer Nelson Treglia LLP<br>2603 Main St. 9th Fl.<br>Irvine, CA 92614-6232 | Meghan C. Sherrill<br>Bryan Cave LLP<br>120 Broadway #300<br>Santa Monica, CA 90401 | Michelle Mo Lee<br>829 Folsom Street, Unit 300<br>San Francisco, CA 94107 |
| Richard M. Kipperman<br>Chapter 11 Trustee<br>PO Box 3010<br>La Mesa, CA 92944 | Paul S. May, Trustee<br>Revocable Trust 12/3/93<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | Doug and Angela Volz<br>2525 N 4th St<br>Washougal, WA 98671 |
| Robert Feinbaum<br>3001 Ashbrook Court<br>Berkeley, CA 94601 | Milton J. Most<br>1810 Jackson Street #7<br>San Francisco, CA 94109 | Robert B. Campbell<br>659 Augusta Drive<br>Moraga, CA 94556 |
| Susan L. Chisena<br>1310 NW Naito Parkway, #808<br>Portland, OR 97209 | Ronald F. Hyce<br>PO Box 756<br>Rio Linda, CA 95673 | Stephen R. Volz<br>Volz Properties<br>1390 Broadway , B287<br>Placerville, CA 95667 |
| Frank Stein, Trustee<br>Revocable Trust 5/4/94<br>Investor # 11896<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | Terrance H. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Lodging Supply Consultants<br>Account/Investor #12168<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 |
| Phyllis G. Potter<br>133 Echo Ave., #3<br>Oakland, CA 94611 | CMR Mortgage Fund II, LLC<br>Attn: Graham Seel<br>1540 Market Street<br>Lower Level<br>San Francisco, CA 94102 | |