MCNUTT LAW GROUP LLP
SCOTT H. MCNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee of
Equity Security Holders

Signed and Filed: August 22, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case Nos. 08-32220 TEC<br><br>(Substantively consolidated with Case Nos. 09-30788 TEC and 09-30802 TEC)<br><br>Chapter 11<br><br>**ORDER SETTING STATUS CONFERENCE REGARDING STATUS OF RELEASE OF DEFENSE COST SET ASIDE UNDER CLASS AND DERIVATIVE ACTION SETTLEMENT**<br><br><u>Continued Status Conference Set For:</u><br><br>Date: August 30, 2013<br>Time: 9:00 a.m.<br>Place: 235 Pine Street<br>Courtroom 24<br>San Francisco, CA 94104<br>Judge: Hon. Thomas E. Carlson |

On August 19, 2013, at 9:30 a.m. the Court held a regularly scheduled status conference in the above-captioned substantively consolidated cases (the "Status Conference"). Appearances were as noted on the record.

At the Status Conference, counsel for the Official Committee of Equity Security Holders (the "Committee") represented to the Court that although considerable progress had been made in

obtaining release of certain funds held by Indian Harbor Insurance Company ("Indian Harbor") pursuant to the Class and Derivative Action Settlement Agreement approved by this Court on December 31, 2012 (the "Settlement Agreement"), final agreement had not yet been reached. The Settlement Agreement provides for these funds to be held as "Defense Cost Set Aside," subject to release on certain conditions or agreement of the parties.

The Court having considered the pleadings on file herein, and having heard the statements and representations of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. **A further status conference is hereby set for August 30, 2013, at 9:00 a.m.**, specifically regarding the status of release of the Defense Cost Set Aside funds (the "Continued Status Conference").

2. Unless the Court is notified in advance that an agreement for release of the Defense Cost Set Aside funds has been executed by Indian Harbor and all parties, counsel for Indian Harbor shall appear at the Continued Status Conference (appearance by telephone is acceptable).

* * * END OF ORDER * * *

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | Leslie S. Ahari<br>Troutman Sanders LLP |
| 4 | 5 Park Plaza, #1400<br>Irvine, CA  92614 |
| 5 | |
| 6 | Leslie S. Ahari<br>Troutman Sanders LLP |
| 7 | 1850 Towers Crescent Plaza<br>Suite 500 |
| 8 | McLean,  VA  22182 |