Vernon L. Calder, CPA
Berkeley Research Group, LLC
2049 Century Park East, Suite 2525
Los Angeles, CA 90067
Telephone No. (310) 499-4750
Facsimile No. (310) 557-8982

Accountants and Financial Advisors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CMR MORTGAGE FUND, LLC, | ) Case No.: 08-32220 TEC |
| Debtor. | ) Chapter 11 |
| | ) |
| CMR Mortgage Fund II, LLC | ) Case No.: 09-30788 TEC |
| Debtor. | ) Chapter 11 |
| | ) |
| CMR Mortgage Fund III, LLC | ) Case No.: 09-30802 TEC |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) **THIRD INTERIM APPLICATION FOR** |
| | ) **BERKELEY RESEARCH GROUP, LLC,** |
| | ) **AS ACCOUNTANTS AND FINANCIAL** |
| | ) **ADVISORS TO RICHARD M.** |
| | ) **KIPPERMAN, CHAPTER 11 TRUSTEE** |
| | ) |
| | ) Date:    September 16, 2013 |
| | ) Time:    9:30 a.m. |
| | ) Place: 235 Pine Street |
| | )            Courtroom 23 |
| | )            San Francisco, CA |

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY

JUDGE:

      Berkeley Research Group, LLC ("BRG" or "Applicant"),

as Accountants and Financial Advisors ("Advisors") to Richard M.

Case: 08-32220   Doc# 1297   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 1 of
23

Kipperman, Chapter 11 Trustee ("Trustee"), hereby applies for compensation and reimbursement of expenses for the third interim fee period for the estates of CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC and CMR Mortgage Fund III, LLC (the "Debtor" or "Estate" or "CMR"), and respectfully represents:

I.

INTRODUCTION

BRG respectfully applies, pursuant to the Order Granting Chapter 11 Trustee's Application to Employ BRG, LLC, as Accountants and Financial Advisors, pursuant to 328(a) of the Bankruptcy Code, entered on or about November 9, 2011 (the "Order"), for interim approval of compensation for accounting services it has rendered from November 1, 2012 through June 30, 2013.

1.    The CMR Chapter 11 Trustee's Application for Order Employing BRG, LLC as Accountants and Financial Advisors, Nunc Pro Tunc to July 1, 2011 was filed and BRG was employed as advisors pursuant to the Order entered on or about November 9, 2011.

2.    BRG previously sought compensation in this case for the first interim application period of July 1, 2011, through December 31, 2011, ("First Interim Period"). BRG incurred total fees in the amount of $28,336.00 representing 90.60 hours of services to the estate and advanced expenses for the First

2

Interim Period related to its services in the amount of $1,199.57 for which it sought full approval and reimbursement. Pursuant to the Order Granting First Interim Application of Berkeley Research Group, Inc, as Accountants and Financial Advisors to Chapter 11 Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 1, 2011 through December 31, 2011, Applicant was awarded $28,669.00 in fees and $1,199.57 in expenses for a total of $29,868.57. Applicant has been paid $29,868.57.

3. BRG also previously sought compensation in this case for the second interim application, January 1, 2012, through October 31, 2012, ("Second Interim Period"), BRG incurred total fees in the amount of $162,414.00 representing 492.3 hours of services to the estate for which it sought full approval and payment of 100% of that amount. BRG also advanced expenses for the Second Interim Period related to its services in the amount of $7,203.49 for which it sought full approval and reimbursement. Pursuant to the Order Granting Second Interim Application of Berkeley Research Group, Inc, as Accountants and Financial Advisors to Chapter 11 Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2012, through October 31, 2012 (the "Order"), Applicant was awarded $162,414.00 in fees and $7,203.49 in expenses for a total of $169,617.49. Applicant has been paid $144,196.95.

3

4.     During the BRG period covered by this third interim application, November 1, 2012 through June 30, 2013 ("Third Interim Period"), BRG incurred total fees in the amount of $72,262.60 representing 209.6 hours of service to the estate for which it seeks full approval and payment of 100% of that amount. BRG also advanced expenses for the Third Interim Period related to its services in the amount of $867.19 for which it seeks full approval and reimbursement.

5.     CMR Mortgage Fund, LLC ("Fund I") filed a voluntary chapter 11 petition in this Court on November 19, 2008 as Case No. 08-32220. On March 31, 2009, CMR Mortgage Fund II, LLC ("Fund II") filed a voluntary chapter 11 petition in this Court as Case No. 09-30788, and CMR Mortgage Fund III, LLC ("Fund III") filed a voluntary chapter 11 petition in this Court as Case No. 09-30802. Fund I, Fund II and Fund III are collectively referred to herein as the "Debtors." The Debtors were private money lenders in northern California.

A.   Exhibits to this Application

1.     The nature and extent of BRG services during the Third Interim Period are described in subsequent paragraphs and in the following exhibits to this Application:

Exhibit "A" provides the detailed time entries for the services provided by category by BRG as Accountants and Financial Advisors to the Chapter 11 Trustee as well as the detail of all costs expended.

Exhibit "B" is the summary of the monthly fees, by category of service, as well as a summary of the expenses incurred.

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 4 of
23

Exhibit "C" is a schedule that sets forth the total hours each professional and paraprofessional has expended for BRG in this case during the reporting period and the hourly rates for those services. The average hourly billing rate for BRG was $344.76.

Exhibit "D" includes the resumes that describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application.

Exhibit "E" is a schedule of Applicant's normal hourly billing rates during the BRG Third Interim Period. These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative. Costs and disbursements were also reviewed. Time was billed in tenths of an hour.

B.    Reasonableness of Rates

1.    Each year, BRG attempts to gather accurate information about rates charged by comparable accounting firms for comparable services to ensure its rates are competitive. BRG is informed and believes the rates charged by its staff and accountants are fair and reasonable in light of the rates charged by comparable firms. By way of example, Mr. Calder has an hourly rate of $550 during the 2013 billing period that is

5

among the highest rates of any professional of BRG whose time is included in this application. As set forth in Mr. Calder's resume (Exhibit "D"), Mr. Calder has 30 years of public accounting experience. Applicants are informed and believe professionals at Mr. Calder's level at so-called "Big-Four" accounting firms, with whom Applicant competes have hourly rates as high, or higher, than the rates of Applicant.

2. During January of each year, BRG revises its billing rates for new cases accepted thereafter and for pending cases in the coming year based on facts described above. All services included in this fee application were billed at the applicable standard hourly rates.

II.

BACKGROUND FACTS/DESCRIPTION OF SERVICES

A.    Procedural Background

1. This case was commenced upon the filing of a voluntary Chapter 11 petition on November 19, 2008.

2. The CMR Mortgage Fund, LLC Application for Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was filed on November 11, 2009. LECG was employed as Consultants pursuant to the Order entered December 30, 2009.

In the CMR Mortgage Fund II, LLC bankruptcy case the Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was entered January 7, 2010.

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 6 of 23

In the CMR Mortgage Fund III, LLC bankruptcy case the Order Authorizing Employment of LECG, LLC as Financial Consultants to the Equity Committee was entered on January 7, 2010.

Various members of LECG, who were primarily responsible for services attendant to this case left LECG and joined BRG, effective March 1, 2011. As such, the Chapter 11 Trustee sought authority to retain BRG to serve as the Trustee's accountants and financial advisors to continue to provide services that were previously being provided by LECG.

3. The Court entered an Order on or about November 9, 2011, authorizing the employment of BRG as accountants and financial advisors to the Chapter 11 Trustee effective July 1, 2011.

B. Description of Services

Applicant has been employed to assist the Chapter 11 Trustee with performing any necessary tax work and other analysis which is required by the Trustee to properly administer the estates and conclude the cases; assisting the Trustee in preparation of federal and state income tax returns for the estates; communicating with taxing authorities on behalf of the estates; and assisting with such other financial advisory or accounting services requested by the Trustee.

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 7 of 23

The details of BRG's services for its Third Interim Period are included herein as Exhibit "A" and the monthly summary is provided in Exhibit "B".  Without limiting the detail given in Exhibit "A", the areas of emphasis of work are as follows:

1.  General Tax Analysis and Compliance (2): Applicant reviewed CMR and related entities in order to identify entities for which 2013 estimated state income tax payment(s) and extensions of time to file would be required.

BRG researched tax issues related to cash distributions made to IRA account holders and prepared a memorandum to the trustee to relay the findings.  Applicant analyzed and researched tax issues related to converting direct investments into pooled investments.  Applicant performed in-depth research of tax reporting requirements related to insurance proceeds received as part of a court ordered settlement agreement.  BRG consulted with the trustee's office on proper reporting requirements related to transfer of partnership interests related to deceased investors, abandoned interests and other forms of transfers.  Applicant analyzed methodology to be used to allocate 2012 activity to various LLC Members.

BRG has expended 9.0 hours resulting in fees in the amount of $3,428.80, for the purposes of general Tax Analysis and Compliance.

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 8 of 23

2.   2 Antioch, LLC Tax Preparation (4): BRG prepared the California Minimum tax payment coupon for 2013 for 2 Antioch, LLC.

Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 2 Antioch, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related to 2 Antioch, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. BRG prepared the required 2012 income tax returns of 2 Antioch, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

BRG has expended 7.5 hours resulting in fees in the amount of $2,650.00 for 2 Antioch, LLC Tax Preparation.

3.   2 LincDev, LLC Tax Preparation (5): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for 2 LincDev, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 2 LincDev, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank

9

accounts in order to identify receipts and disbursements related to 2 LincDev, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. Applicant prepared transfer of partnership interest schedules for the 2012 2 LincDev, LLC income tax returns. BRG resolved issues regarding reporting rental income and disposition of remaining cash as part of preparation of final income tax returns of 2 LincDev, LLC. BRG prepared the required 2012 federal and state income tax returns of 2 LincDev, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns. BRG caused the 2012 Schedule(s) K-1 to be properly distributed to the relevant LLC Members.

BRG has expended 16.0 hours resulting in fees in the amount of $5,838.00 for 2 LincDev, LLC Tax Preparation.

4. 4 Union, LLC Tax Preparation (6): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for 4 Union, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 4 Union, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related

10

to 4 Union, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. BRG prepared the required 2012 federal and state income tax returns of 4 Union, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

BRG has expended 10.1 hours resulting in fees in the amount of $3,812.50 for 4 Union, LLC Tax Preparation.

5.    5 Casa Grande Land, LLC Tax Preparation (7): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 5 Casa Grande, LLC. BRG contacted the trustee's office in order to secure information necessary to complete the 2012 income tax returns.

BRG has expended 1.3 hours resulting in fees in the amount of $487.50 for 5 Casa Grande Land, LLC Tax Preparation.

6.    15 SSFDEV, LLC Tax Preparation (8): Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 15 SSFDEV, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related to 15 SSFDEV, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. BRG

11

prepared the required 2012 income tax returns of 15 SSFDEV, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

BRG has expended 8.4 hours resulting in fees in the amount of $3,242.00 for 15 SSFDEV, LLC Tax Preparation.

7. <u>21 Mira Mesa, LLC Tax Preparation (9)</u>: BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for 21 Mira Mesa, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant prepared the California Minimum tax payment coupon for 2013 for 21 Mira Mesa, LLC.

BRG has expended 1.1 hours resulting in fees in the amount of $320.00 for 21 Mira Mesa, LLC Tax Preparation.

8. <u>388 12th Street, LLC Tax Preparation (10)</u>: BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for 388 12th Street, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant prepared the California Minimum tax payment coupon for 2013 for 388 12th Streeet, LLC.

Applicant analyzed prior year returns, prepared by previous tax professionals, and financial statements and prepared supporting work papers to be used in conjunction with the

12

preparation of the 2012 income tax returns of 388 12th Street, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related to 388 12th Street, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. Applicant researched tax refund received by third party and resolved issues regarding the proper reporting of said refund. BRG prepared the required 2012 federal and state income tax returns of 388 12th Street, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

BRG has expended 20.3 hours resulting in fees in the amount of $7,377.00 for 388 12th Street, LLC Tax Preparation.

9. 724 Glenwood, LLC Tax Preparation (11): Applicant analyzed electronic tax return acceptance documentation associated with the 2011 income tax returns of 724 Glenwood, LLC.

BRG has expended .2 hours resulting in fees in the amount of $18.60 for 724 Glenwood, LLC Tax Preparation.

10. 1515 Leaven, LLC Tax Preparation (12): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for 1515 Leaven, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Case: 08-32220   Doc# 1297   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 13
of 23

Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 1515 Leaven, LLC.

BRG has expended 2.2 hours resulting in fees in the amount of $787.50 for 1515 Leaven, LLC Tax Preparation.

11. CMR Mortgage Fund, LLC Tax Preparation (13): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for CMR Mortgage Fund, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant prepared the California Minimum tax payment coupon for 2013 for CMR Mortgage Fund, LLC.

BRG analyzed information needed for 2012 Form 1099 preparation. Applicant prepared extension of time to provide information returns to recipients. BRG prepared required Form(s) 1099 and 1096. The completed returns were reviewed to ensure completeness and accuracy. BRG caused the completed returns to be distributed to the recipients and to be filed with the proper taxing authorities.

Applicant analyzed issues related to providing certain tax statements to various Schedule K-1 recipients and resolved issues related to proposed contribution of assets by direct investors.

BRG prepared detailed beneficiary Schedule K-1 schedules and provided the schedules to the trustee's office. Applicant

14

resolved issues related to properly allocating financial activity among the investors.

BRG has expended 4.4 hours resulting in fees in the amount of $1,414.10 for CMR Mortgage Fund, LLC Tax Preparation.

12. CMR Mortgage Fund II, LLC Tax Preparation (14): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for CMR Mortgage Fund II, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant prepared the California Minimum tax payment coupon for 2013 for CMR Mortgage Fund II, LLC.

BRG analyzed information needed for 2012 Form 1099 preparation. Applicant prepared extension of time to provide information returns to recipients. BRG prepared required Form(s) 1099 and 1096. The completed returns were reviewed to ensure completeness and accuracy. BRG caused the completed returns to be distributed to the recipients and to be filed with the proper taxing authorities.

BRG prepared detailed beneficiary Schedule K-1 schedules and provided the schedules to the trustee's office. Applicant resolved issues related to properly allocating financial activity among the investors.

BRG has expended 4.3 hours resulting in fees in the amount of $1,280.00 for CMR Mortgage Fund II, LLC Tax Preparation.

13. CMR Mortgage Fund III, LLC Tax Preparation (15): BRG prepared Form 4868, extension of time to file federal income tax

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 15 of 23

return, for 2012 for CMR Mortgage Fund III, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant prepared the California Minimum tax payment coupon for 2013 for CMR Mortgage Fund III, LLC.

Applicant prepared amended income tax returns for 2011 for CMR Mortgage Fund III, LLC to correct beneficiary information received from investors. The completed returns were reviewed to ensure completeness and accuracy.

BRG analyzed information needed for 2012 Form 1099 preparation. Applicant prepared extension of time to provide information returns to recipients. BRG prepared required Form(s) 1099 and 1096. The completed returns were reviewed to ensure completeness and accuracy. BRG caused the completed returns to be distributed to the recipients and to be filed with the proper taxing authorities.

BRG prepared detailed beneficiary Schedule K-1 schedules and provided to the trustee's office. Applicant resolved issues related to properly allocating financial activity among the investors.

BRG has expended 6.5 hours resulting in fees in the amount of $2,154.40 for CMR Mortgage Fund III, LLC Tax Preparation.

14. <u>Hamilton Creek, LLC Tax Preparation (17)</u>: BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for Hamilton Creek, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Case: 08-32220   Doc# 1297   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 16 of 23

Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of Hamilton Creek, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related to Hamilton Creek, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. BRG prepared the required 2012 federal and state income tax returns of Hamilton Creek, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

BRG has expended 9.3 hours resulting in fees in the amount of $3,407.50 for Hamilton Creek, LLC Tax Preparation.

15. Laurel Lakes Venice, LLC Tax Preparation (18): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for Laurel Lakes Venice, LLC. Applicant also prepared Form F-7004, application for extension of time to file return, for the state of Florida.

Applicant analyzed prior year returns, prepared by previous tax professionals, and financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of Laurel Lakes Venice, LLC. Applicant analyzed transaction ledgers of the CMR

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 17 of 23

pooled bank accounts in order to identify receipts and disbursements related to Laurel Lakes Venice, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. Applicant prepared transfer of partnership interest schedules for the 2012 Laurel Lakes Venice, LLC income tax returns. BRG prepared the required 2012 federal and state income tax returns of Laurel Lakes Venice, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

Applicant worked with the trustee's office in order to ensure proper reporting of membership interest in Laurel Lakes Venice, LLC and finalized the 2012 Schedule(s) K-1 for distribution.

BRG has expended 17.2 hours resulting in fees in the amount of $6,286.50 for Laurel Lakes Venice, LLC Tax Preparation.

16. Platinum Hwy 27 Orlando, LLC Tax Preparation (19): BRG prepared Form 4868, extension of time to file federal income tax return, for 2012 for Platinum Hwy 27 Orlando, LLC. The completed Form was reviewed to ensure completeness and accuracy.

Applicant prepared the California Minimum tax payment coupon for 2013 for Platinum Hwy 27 Orlando, LLC.

Applicant analyzed prior year returns, prepared by previous tax professionals, and financial statements and prepared

Case: 08-32220   Doc# 1297   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 18 of 23

supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of Platinum Hwy 27 Orlando, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related to Platinum Hwy 27 Orlando, LLC. BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity. Applicant prepared transfer of partnership interest schedules for the 2012 Platinum Hwy 27 Orlando, LLC income tax returns. BRG prepared the required 2012 federal and state income tax returns of Platinum Hwy 27 Orlando, LLC. The completed returns were reviewed for completeness and accuracy. Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.

Applicant worked with the trustee's office in order to ensure proper reporting of membership interest in Platinum Hwy 27 Orlando, LLC and finalized the 2012 Schedule(s) K-1 for distribution.

BRG has expended 16.2 hours resulting in fees in the amount of $5,788.00 for Platinum Hwy 27 Orlando, LLC Tax Preparation.

17. <u>Wheatland Holdings, LLC Tax Preparation (20)</u>: Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of Wheatland Holdings, LLC. BRG

19

contacted the trustee's office in order to secure information necessary to complete the 2012 income tax returns.

BRG analyzed the reporting requirements related to certain asset dispositions in 2012.

BRG has expended 1.5 hours resulting in fees in the amount of $580.00 for Wheatland Holdings, LLC Tax Preparation.

18. <u>Correspondence with Taxing Authorities (21)</u>: BRG continued to work very closely with the trustee's office, the California Franchise Tax Board and the IRS in order to resolve ongoing issues related to the CMR entities. Applicant analyzed numerous correspondence received from federal and state taxing authorities. Applicant researched income tax return filing dates and tax payments made in order to determine valid tax liabilities for almost all of the CMR entities in order to dispute proposed assessments made by taxing authorities. Applicant prepared numerous abatement requests, additional information requests, and general response letters as a result of correspondence received.

BRG has expended 11.7 hours resulting in fees in the amount of $3,852.70 for correspondence with taxing authorities.

19. <u>Investor Inquiries (22)</u>: Applicant responded to inquires from investors regarding the tax treatment of pass-through activity reported on Schedule(s) K-1, which had previously been distributed to them.

Case: 08-32220    Doc# 1297    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 20 of 23

BRG has expended 2.4 hours resulting in fees in the amount of $826.00 for Investor Inquiries.

20. <u>Fee Application Preparation (23)</u>: Applicant prepared the Second Interim Fee Application, including all pertinent and required attachments and exhibits. In conjunction with preparation of the fee application Applicant also reviewed time entries related to tax work performed and prepared task codes to break-out tax work by specific categories as requested by the trustee. Applicant made corrections and revisions to time entries as was required.

Applicant appeared telephonically at hearing on Second Interim Application for Berkeley Research Group, LLC.

BRG has expended 37.3 hours resulting in fees in the amount of $10,117.00 for Fee Application Preparation.

21. <u>1132 Masonic, LLC Tax Preparation (24)</u>: BRG prepared Form SS-4 to request a Taxpayer Identification Number for 1132 Masonic, LLC. In conjunction with this request, BRG researched the formation date and other relevant information regarding 1132 Masonic, LLC. Applicant analyzed various formation documents in order to properly identify the members of 1132 Masonic, LLC.

Applicant analyzed financial statements and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns of 1132 Masonic, LLC. Applicant analyzed transaction ledgers of the CMR pooled bank accounts in order to identify receipts and disbursements related

21

to 1132 Masonic, LLC.  BRG prepared work papers to properly record the relevant transactions in order to report all pertinent activity.  BRG prepared the required 2012 federal and state income tax returns of 1132 Masonic, LLC.  The completed returns were reviewed for completeness and accuracy.  Corrections and revisions were made as was required. BRG prepared all required documentation to be included with the 2012 returns.  Applicant finalized the 2012 Schedule(s) K-1 for distribution.

BRG has expended 14.4 hours resulting in fees in the amount of $5,093.50 for 1132 Masonic, LLC Tax Preparation.

22.  CMR Qualified Settlement Fund Tax Preparation (25):  BRG prepared Form SS-4 to request a Taxpayer Identification Number for CMR Qualified Settlement Fund.  The completed Form was reviewed to ensure completeness and accuracy.

Applicant reviewed IRS Regulation guidelines regarding required taxation of Qualified Settlement Funds.  In conjunction with this review, BRG performed research to identify reporting requirements and the proper tax treatment associated with contributions made to a Qualified Settlement Fund from an LLC.

BRG has expended 8.3 hours resulting in fees in the amount of $3,501.00 for CMR Qualified Settlement Fund Tax Preparation.

III.

CONCLUSION

     1.   Applicant believes compensation awarded herein will
account for the quality of services rendered, the complexity of
the issues at hand, the desirability of employment, the results
obtained and the contingency thereof, as well as the actual
hours expended.  Applicant believes full payment of its fees is
justified when weighed against the benefit of its work, as
described above.

     2.   No agreement exists between Applicant or any other
person for the sharing of compensation that is received in
connection with this case, except for the understanding
concerning compensation among its shareholder/owners.

     WHEREFORE, Applicant respectfully requests full approval
and reimbursement of 1) the Third Interim Period compensation of
fees in the amount of $72,262.60 representing 209.6 hours of
services provided to the estate for the Third Interim Period, of
which none of the amount has previously been paid; 2) approval
and reimbursement of 100% of BRG expenses in the amount of
$867.19, for the Third Interim Period, of which none of the
expenses have previously been paid; and 3) for such other
further relief as the Court deems just and proper.


Dated: August  23, 2013              Respectfully submitted,




                                     Vernon L. Calder, CPA
                                     Berkeley Research Group, LLC

23