## DECLARATION OF VERNON L. CALDER

I, Vernon L. Calder, declare as follows:

1. I am a Certified Public Accountant and am a director in the firm of Berkeley Research Group, LLC ("BRG"). I have read the foregoing Third Interim Application for Berkeley Research Group, LLC, as Accountants and Financial Advisors to Richard M. Kipperman, the Chapter 11 Trustee (the "Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true.

2. The Application of BRG seeks full compensation for the period November 1, 2012, through June 30, 2013 ("Third Interim Period") totaling $72,262.60 for fees representing 209.6 hours of services provided to the estate. The time billed in the Application is based on records kept in the ordinary course of BRG's business, and it is the customary practice of the professionals and paraprofessionals to record their time on a substantially contemporaneous basis.

3. The Application seeks reimbursement of costs totaling $867.19. It is customary for BRG to charge its clients for photocopies at $.20 per copy. BRG also customarily charges its clients for toll and long-distance phone charges, faxes, overnight mail, courier services, and other such expenses at their cost.

4. I believe Applicant's Application substantially complies with the U.S. Trustee Guidelines ("the Guidelines") concerning professionals' fee applications.

5. On August 23, 2013, a copy of the Application was provided via e-mail to the Chapter 11 Trustee and his counsel. The Chapter 11 Trustee has been given the opportunity to review the Application prior to the Application being filed and has approved the amounts requested.

I declare under penalty of perjury under the laws of the United States of America that the facts stated herein are true and correct to the best of my knowledge. Executed this 23rd day of August 2013, at Salt Lake City, Utah.

/s/ Vernon L. Calder
Vernon L. Calder, CPA