# EXHIBIT A



## CMR Mortgage Fund, LLC
**November 1, 2012 through June 30, 2013**

| | | |
|---|---|---|
| Professional Services | $ | 72,262.60 |
| Expenses Incurred | | 867.19 |
| **Professional Services & Expenses** | **$** | **73,129.79** |

AMOUNTS ARE STATED IN U.S. DOLLARS

BRG, LLC Fed ID No. 27-1451273

**Please remit payments by check to:**

Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville CA 94608

**Please remit payments by wire to:**

PNC Bank, N.A.
East New Brunswick, NJ
SWIFT: PNCCUS33ENJ
ABA#: 031207607
Name: Berkeley Research Group, LLC
Acct#: 8026286672
Remittance advices are to be sent to:
dfleetwood@brg-expert.com



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TASK CODE SUMMARY**

| TASK CODE | DESCRIPTION | AVERAGE RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 2.00 | General Tax Analysis and Compliance | $ 380.98 | 9.0 | $ 3,428.80 |
| 4.00 | 2 Antioch, LLC Tax Preparation | 353.33 | 7.5 | 2,650.00 |
| 5.00 | 2 LincDev, LLC Tax Preparation | 364.88 | 16.0 | 5,838.00 |
| 6.00 | 4 Union, LLC Tax Preparation | 377.48 | 10.1 | 3,812.50 |
| 7.00 | 5 Casa Grande Land, LLC Tax Preparation | 375.00 | 1.3 | 487.50 |
| 8.00 | 15 SSFDEV, LLC Tax Preparation | 385.95 | 8.4 | 3,242.00 |
| 9.00 | 21 Mira Mesa, LLC Tax Preparation | 290.91 | 1.1 | 320.00 |
| 10.00 | 388 12th Street, LLC Tax Preparation | 363.40 | 20.3 | 7,377.00 |
| 11.00 | 724 Glenwood, LLC Tax Preparation | 93.00 | 0.2 | 18.60 |
| 12.00 | 1515 Leaven, LLC Tax Preparation | 357.95 | 2.2 | 787.50 |
| 13.00 | CMR Fund, LLC Tax Preparation | 321.39 | 4.4 | 1,414.10 |
| 14.00 | CMR Fund II, LLC Tax Preparation | 297.67 | 4.3 | 1,280.00 |
| 15.00 | CMR Fund III, LLC Tax Preparation | 331.45 | 6.5 | 2,154.40 |
| 17.00 | Hamilton Creek, LLC Tax Preparation | 366.40 | 9.3 | 3,407.50 |
| 18.00 | Laurel Lakes Venice, LLC Tax Preparation | 365.49 | 17.2 | 6,286.50 |
| 19.00 | Platinum Hwy 27 Orlando, LLC Tax Preparation | 357.28 | 16.2 | 5,788.00 |
| 20.00 | Wheatland Holdings, LLC Tax Preparation | 386.67 | 1.5 | 580.00 |
| 21.00 | Correspondence With Taxing Authorities | 329.29 | 11.7 | 3,852.70 |
| 22.00 | Investor Inquiries | 344.17 | 2.4 | 826.00 |
| 23.00 | Fee Application Preparation | 271.23 | 37.3 | 10,117.00 |
| 24.00 | 1132 Masonic, LLC Tax Preparation | 353.72 | 14.4 | 5,093.50 |
| 25.00 | CMR Qualified Settlement Fund Tax Preparation | 421.81 | 8.3 | 3,501.00 |
| | **Total Professional Services** | **$ 344.76** | **209.6** | **$ 72,262.60** |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 3 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code: 02.0** | | **General Tax Analysis and Compliance** | | | |
| 11/09/12 | L Larsen | Updated the tax tracking database to account for 2012 tax filings. | 0.40 | 360.00 | 144.00 |
| 12/28/12 | L Larsen | Analyzed tax issues related to insurance settlement proceeds. | 0.30 | 360.00 | 108.00 |
| 01/02/13 | L Larsen | Analyzed tax issues related to converting direct investment into pooled investments. | 0.30 | 375.00 | 112.50 |
| 01/21/13 | C M Tripp | Reviewed historical tax records. | 0.60 | 93.00 | 55.80 |
| 01/22/13 | V Calder | Resolved issues regarding methodology to be used to determine allocation of 2012 activity to various LLC members. | 0.50 | 550.00 | 275.00 |
| 02/25/13 | L Larsen | Analyzed tax issues related to cash distributions to IRA accounts. | 0.60 | 375.00 | 225.00 |
| 02/25/13 | V Calder | Resolved issues regarding required tax reporting to LLC members who are IRAs. | 0.20 | 550.00 | 110.00 |
| 02/27/13 | L Larsen | Analyzed tax issues related to cash distributions to IRA accounts and prepared memorandum to trustee to relate findings. | 0.40 | 375.00 | 150.00 |
| 02/27/13 | V Calder | Resolved issues regarding required reporting of distributions from LLC to IRA accounts. | 0.20 | 550.00 | 110.00 |
| 02/28/13 | G Dahl | Analyzed entities requiring 2013 California Minimum tax payments. | 0.90 | 265.00 | 238.50 |
| 03/13/13 | L Larsen | Analyzed transfer issues related to deceased investors and corresponded with client. | 0.50 | 375.00 | 187.50 |
| 03/25/13 | L Larsen | Analyzed tax issues related to filing extensions for 2012. | 0.30 | 375.00 | 112.50 |
| 03/25/13 | V Calder | Resolved issues regarding scheduling preparation of 2012 income tax returns for CMR entities. | 0.20 | 550.00 | 110.00 |
| 04/15/13 | L Larsen | Reviewed CMR entities to ensure that all required extensions of time to file were properly prepared. | 0.60 | 375.00 | 225.00 |
| 05/22/13 | V Calder | Determined proper income tax reporting of membership of REO entity. | 0.20 | 550.00 | 110.00 |
| 05/28/13 | V Calder | Worked with tax staff to resolve outstanding issues related to 2012 income tax return preparation. | 0.20 | 550.00 | 110.00 |
| 06/05/13 | L Larsen | Reviewed K-1s prior to distribution. | 0.50 | 375.00 | 187.50 |
| 06/07/13 | L Larsen | Contacted trustee's office and followed up on transfer issues in REO entities and researched tax issues. | 1.40 | 375.00 | 525.00 |
| 06/07/13 | V Calder | Resolved various outstanding issues related to preparation of 2012 income tax returns. | 0.20 | 550.00 | 110.00 |
| 06/11/13 | V Calder | Determined proper income tax return reporting of disposition of real estate and associated reimbursement of fees previously paid. | 0.20 | 550.00 | 110.00 |
| 06/17/13 | L Larsen | Followed up on distribution of 2012 Schedule K-1s. | 0.30 | 375.00 | 112.50 |
| | | **Total for Task Code 02.0** | **9.0** | **$** | **3,428.80** |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 4 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code: 04.0** | | **2 Antioch, LLC Tax Preparation** | | | |
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for 2 Antioch. | 0.40 | 265.00 | 106.00 |
| 05/23/13 | L Larsen | Analyzed 2012 financial information of 2 Antioch, LLC and prepared supporting work papers to be used in the preparation of the 2012 income tax returns. | 1.50 | 375.00 | 562.50 |
| 05/23/13 | L Larsen | Prepared the 2012 income tax returns of 2 Antioch, LLC. | 1.60 | 375.00 | 600.00 |
| 05/23/13 | V Calder | Resolved issues regarding proper income tax return reporting of land impairment adjustments on 2012 income tax returns - 2 Antioch, LLC. | 0.10 | 550.00 | 55.00 |
| 05/28/13 | L Larsen | Reviewed and referenced the 2012 income tax returns and related work papers of 2 Antioch, LLC. | 1.40 | 375.00 | 525.00 |
| 05/29/13 | L Larsen | Analyzed 2012 financial information of CMR Fund pooled accounts to identify transactions related to 2 Antioch, LLC and prepared supporting work papers to be used in the preparation of the 2012 income tax returns. | 0.70 | 375.00 | 262.50 |
| 06/03/13 | E Perry | Assembled Tax Form 568, California Limited Liability Company Return of Income for 2012 for submittal to trustee for filing - 2 Antioch, LLC. | 0.60 | 140.00 | 84.00 |
| 06/03/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 2 Antioch, LLC. | 0.70 | 550.00 | 385.00 |
| 06/17/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for 2 Antioch LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| | | **Total for Task Code 04.0** | **7.5** | **$** | **2,650.00** |
| | | | | | |
| **Task Code: 05.0** | | **2 LincDev, LLC Tax Preparation** | | | |
| 03/25/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for 2 LincDev. | 0.50 | 265.00 | 132.50 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - 2 LincDev, LLC. | 0.10 | 550.00 | 55.00 |
| 04/16/13 | L Larsen | Analyzed 2012 financial activity of 2 LincDev, LLC and prepared work papers to be used in conjunction with the preparation of the 2012 income tax returns. | 2.70 | 375.00 | 1,012.50 |
| 04/16/13 | V Calder | Resolved issues regarding reporting rental income and disposition of remaining cash as part of preparation of final income tax return - 2 Lincdev, LLC. | 0.10 | 550.00 | 55.00 |
| 04/17/13 | L Larsen | Prepared the 2 LincDev, LLC 2012 final income tax returns. | 2.50 | 375.00 | 937.50 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 5 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/17/13 | L Larsen | Researched information needed to finalize the 2012 2 LincDev income tax return and requested additional information from the trustee's office. | 0.60 | 375.00 | 225.00 |
| 04/23/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 2 LincDev, LLC. | 0.80 | 550.00 | 440.00 |
| 04/23/13 | L Larsen | Reviewed and referenced the 2012 2 LincDev, LLC work papers and income tax returns. | 0.90 | 375.00 | 337.50 |
| 04/23/13 | L Larsen | Updated the 2012 2 LincDev, LLC work papers and income tax returns to include the relevant CMR Fund activity. | 2.10 | 375.00 | 787.50 |
| 04/24/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 2 LincDev, LLC. | 0.30 | 550.00 | 165.00 |
| 04/25/13 | L Larsen | Cleared review notes related to 2 LincDev, LLC 2012 income tax returns. | 0.60 | 375.00 | 225.00 |
| 04/30/13 | V Calder | Verified clearance of review notes on 2012 income tax returns - 2 LincDev, LLC. | 0.20 | 550.00 | 110.00 |
| 06/05/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing for 2 Lincdev. | 0.80 | 265.00 | 212.00 |
| 06/10/13 | L Larsen | Prepared transfer of partnership interest for the 2012 2 LincDev, LLC income tax returns. | 0.80 | 375.00 | 300.00 |
| 06/11/13 | L Larsen | Worked with client to ensure proper reporting of membership interest in 2 LincDev, LLC and finalized 2012 Schedule K-1s for distribution. | 0.80 | 375.00 | 300.00 |
| 06/13/13 | V Calder | Reviewed tax return reporting of transfer of membership interest - 2 Linc Dev, LLC. | 0.30 | 550.00 | 165.00 |
| 06/17/13 | G Dahl | Updated 2012 Schedules K-1 for 2 Lincdev. | 0.50 | 265.00 | 132.50 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for 2 Lincdev, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/19/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing to recipients for 2 Lincdev. | 0.40 | 265.00 | 106.00 |
| 06/20/13 | E Perry | Prepared documentation for trustee to have Form 1065 United States LLC Return of Partnership Income Return for 2012 for 2 Lincdev, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| | | **Total for Task Code 05.0** | **16.0** | **$** | **5,838.00** |
| | | | | | |
| **Task Code: 06.0** | | **4 Union, LLC Tax Preparation** | | | |
| 01/25/13 | L Larsen | Analyzed tax issues related to the abandonment of property in 4 Union, LLC. | 0.60 | 375.00 | 225.00 |
| 01/25/13 | V Calder | Resolved issues regarding proper income tax return reporting of surrender of asset to primary lender - 4 Union, LLC. | 0.30 | 550.00 | 165.00 |
| 03/25/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for 4 Union. | 0.50 | 265.00 | 132.50 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 6 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - 4 Union, LLC. | 0.10 | 550.00 | 55.00 |
| 06/05/13 | L Larsen | Analyzed 2012 financial information of 4 Union, LLC and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns. | 1.60 | 375.00 | 600.00 |
| 06/07/13 | V Calder | Determined proper income tax return reporting of real estate disposition - 4 Union, LLC. | 0.10 | 550.00 | 55.00 |
| 06/11/13 | L Larsen | Analyzed 2012 CMR Fund pooled cash receipts and disbursements to identify transactions related to 4 Union, LLC and implemented said transaction into the 2012 income tax returns and related work papers. | 0.60 | 375.00 | 225.00 |
| 06/11/13 | L Larsen | Cleared review notes related to the 2012 income tax returns of 4 Union, LLC. | 0.50 | 375.00 | 187.50 |
| 06/11/13 | L Larsen | Prepared the 2012 4 Union, LLC income tax returns. | 2.10 | 375.00 | 787.50 |
| 06/11/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 4 Union, LLC. | 1.00 | 550.00 | 550.00 |
| 06/11/13 | L Larsen | Reviewed and referenced the 2012 4 Union, LLC income tax returns and related work papers. | 1.40 | 375.00 | 525.00 |
| 06/13/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - 4 Union, LLC. | 0.30 | 550.00 | 165.00 |
| 06/20/13 | E Perry | Prepared documentation for trustee to have Form 1065 United States LLC Return of Partnership Income Return for 2012 for 4 Union, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/20/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for 4 Union, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| | | **Total for Task Code 06.0** | **10.1** | **$** | **3,812.50** |

**Task Code: 07.0     5 Casa Grande Land, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/12/13 | L Larsen | Analyzed 2012 financial information of 5 Casa Grande, LLC and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns and contacted client to secure information needed to complete return. | 1.30 | 375.00 | 487.50 |
| | | **Total for Task Code 07.0** | **1.3** | **$** | **487.50** |

**Task Code: 08.0     15 SSFDEV, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/29/13 | L Larsen | Analyzed 2012 financial information of 15 SSFDev, LLC and prepared supporting work papers to be used in the preparation of the 2012 income tax returns. | 2.60 | 375.00 | 975.00 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 7 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/29/13 | L Larsen | Analyzed 2012 financial information of CMR Fund pooled accounts to identify transactions related to 15 SSFDev, LLC and prepared supporting work papers to be used in the preparation of the 2012 income tax returns. | 0.90 | 375.00 | 337.50 |
| 05/29/13 | L Larsen | Prepared the 2012 income tax returns of 15 SSFDev, LLC. | 1.80 | 375.00 | 675.00 |
| 05/29/13 | L Larsen | Reviewed and referenced the 2012 income tax returns and related work papers of 15 SSFDev, LLC. | 0.70 | 375.00 | 262.50 |
| 05/30/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 15SSFDEV, LLC. | 1.30 | 550.00 | 715.00 |
| 05/31/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - 15 SSFDEV, LLC. | 0.30 | 550.00 | 165.00 |
| 06/11/13 | E Perry | Assembled and prepared documentation for Trustee for Form 568 California Income Tax Return for 2012 for 15 SSFDEV, LLC. | 0.40 | 140.00 | 56.00 |
| 06/11/13 | E Perry | Assembled and prepared documentation for Trustee for Form 1065 Federal Income Tax Return for 2012 for 15 SSFDEV, LLC. | 0.40 | 140.00 | 56.00 |
| | | **Total for Task Code 08.0** | **8.4** | **$** | **3,242.00** |

**Task Code: 09.0    21 Mira Mesa, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/25/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for 21 Mira Mesa. | 0.50 | 265.00 | 132.50 |
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for 21 Mira Mesa. | 0.50 | 265.00 | 132.50 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - 21 Mira Mesa, LLC. | 0.10 | 550.00 | 55.00 |
| | | **Total for Task Code 09.0** | **1.1** | **$** | **320.00** |

**Task Code: 10.0    388 12th Street, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/25/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for 388 12th Street. | 0.50 | 265.00 | 132.50 |
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for 388 12th Street. | 0.50 | 265.00 | 132.50 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - 388 12th Street, LLC. | 0.10 | 550.00 | 55.00 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 8 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/07/13 | L Larsen | Analyzed prior year tax returns and financial statement of 388 12th Street, LLC and prepared work papers to be used in conjunction with the preparation of 2012 income tax returns. | 2.60 | 375.00 | 975.00 |
| 05/08/13 | L Larsen | Analyzed 2012 transactions of the Fund pool to identify activity related to 388 12th Street, LLC to be included with-in the 2012 income tax returns. | 1.40 | 375.00 | 525.00 |
| 05/08/13 | L Larsen | Prepared an initial draft of the 2012 income tax returns of 388 12th Street, LLC and requested additional information needed to finalize the returns. | 2.50 | 375.00 | 937.50 |
| 05/20/13 | L Larsen | Analyzed 388 12th Street, LLC transactions and determined appropriate reporting of said transactions for the 2012 tax return. | 1.40 | 375.00 | 525.00 |
| 05/20/13 | V Calder | Determined proper income tax return reporting of state tax refund and subsequent distribution - 388 12th Street. LLC. | 0.20 | 550.00 | 110.00 |
| 05/20/13 | V Calder | Resolved issues regarding properly accounting for 2012 financial activity in 388 12th Street, LLC. | 0.30 | 550.00 | 165.00 |
| 05/21/13 | L Larsen | Reviewed and referenced the 2012 work papers and income tax returns of 388 12th Street, LLC. | 1.70 | 375.00 | 637.50 |
| 05/21/13 | L Larsen | Updated the 2012 work papers and income tax returns of 388 12th Street, LLC to include correct information from pooled accounts and additional information received from the trustee's office. | 2.70 | 375.00 | 1,012.50 |
| 05/28/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 388 12th Street, LLC. | 1.50 | 550.00 | 825.00 |
| 05/29/13 | L Larsen | Cleared review notes related to the 2012 income tax returns of 388 12th Street, LLC. | 0.70 | 375.00 | 262.50 |
| 05/29/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 388 12th Street, LLC. | 0.40 | 550.00 | 220.00 |
| 05/30/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - 388 12th Street, LLC. | 0.30 | 550.00 | 165.00 |
| 05/31/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - 388 12th Street, LLC. | 0.20 | 550.00 | 110.00 |
| 06/05/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing for 388 12th Street. | 0.60 | 265.00 | 159.00 |
| 06/14/13 | E Perry | Assembled file and client copies to prepare for e-filing of Form 1065, U.S. Return of Partnership Income for 2012 for 388 12th Street, LLC.. | 0.60 | 140.00 | 84.00 |
| 06/14/13 | E Perry | Assembled file and client copies to prepare for e-filing of Form 568, California Return of Partnership Income for 2012 for 388 12th Street. LLC. | 0.60 | 140.00 | 84.00 |
| 06/14/13 | E Perry | Prepared for delivery of Shedule K-1 to Shareholders for 388 12th Street, LLC. | 0.70 | 140.00 | 98.00 |



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/17/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for 388 12th Street LLC electronically filed. | 0.40 | 140.00 | 56.00 |
| 06/19/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing to recipients for 388 12th street. | 0.40 | 265.00 | 106.00 |
| | | **Total for Task Code 10.0** | **20.3** | $ | **7,377.00** |

**Task Code: 11.0**      **724 Glenwood, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 01/22/13 | C M Tripp | Reviewed 724 Glenwood 2008 Form 568 acceptance. | 0.10 | 93.00 | 9.30 |
| 01/22/13 | C M Tripp | Reviewed 724 Glenwood, LLC 2008 Form 1065 acceptance. | 0.10 | 93.00 | 9.30 |
| | | **Total for Task Code 11.0** | **0.2** | $ | **18.60** |

**Task Code: 12.0**      **1515 Leaven, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/25/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for 1515 Leaven. | 0.50 | 265.00 | 132.50 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - 1515 Leaven, LLC. | 0.10 | 550.00 | 55.00 |
| 05/30/13 | L Larsen | Analyzed 2012 financial information of 1515 Leaven, LLC and prepared supporting work papers to be used in the preparation of the 2012 income tax returns. | 1.60 | 375.00 | 600.00 |
| | | **Total for Task Code 12.0** | **2.2** | $ | **787.50** |

**Task Code: 13.0**      **CMR Fund, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 11/12/12 | L Larsen | Analyzed issues related to providing tax statements to certain CMR Fund Schedule K-1 recipients. | 0.50 | 360.00 | 180.00 |
| 01/02/13 | V Calder | Resolved tax issues related to proposed contribution of assets to CMR Fund I by direct investor. | 0.30 | 550.00 | 165.00 |
| 01/03/13 | G Dahl | Analyzed information needed for 2012 Form 1099 preparation. | 0.20 | 265.00 | 53.00 |
| 01/17/13 | G Dahl | Prepared extension of time to provide information returns to recipients. | 0.30 | 265.00 | 79.50 |
| 01/17/13 | L Larsen | Reviewed extension of time to file Forms 1099 for 2012 for CMR Mortgage Fund I. | 0.10 | 375.00 | 37.50 |
| 01/18/13 | C M Tripp | Reviewed CMR 2011 Form 1065 505(b) acceptance. | 0.10 | 93.00 | 9.30 |
| 01/18/13 | C M Tripp | Reviewed CMR 2011 Form 568 505(b) acceptance. | 0.10 | 93.00 | 9.30 |
| 01/22/13 | L Larsen | Analyzed the beneficiary export schedules for CMR Mortgage Fund I, LLC and distributed to the trustee's office for review in order to prepare for use with the preparation of the 2012 income tax returns. | 0.60 | 375.00 | 225.00 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 10 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 01/23/13 | L Larsen | Reviewed the 2012 Schedule K-1 export schedules and discussed process with trustee's assistant as to how to prepare allocation schedules for 2012 for CMR Mortgage Fund I. | 0.20 | 375.00 | 75.00 |
| 01/24/13 | G Dahl | Prepared 2012 Form 1099-Misc for CMR. | 0.60 | 265.00 | 159.00 |
| 01/25/13 | L Larsen | Reviewed the 2012 Forms 1099 and 1096 and supporting file to ensure completeness and accuracy for CMR Mortgage Fund I, LLC. | 0.20 | 375.00 | 75.00 |
| 03/21/13 | G Dahl | Filed 2012 Form 1099-Misc with the Internal Revenue Service - CMR I. | 0.10 | 265.00 | 26.50 |
| 03/27/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for CMR Mortgage Fund. | 0.50 | 265.00 | 132.50 |
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for CMR Mortgage Fund. | 0.50 | 265.00 | 132.50 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - CMR Mortgage Fund, LLC. | 0.10 | 550.00 | 55.00 |
| | | **Total for Task Code 13.0** | **4.4** | **$** | **1,414.10** |

**Task Code: 14.0**      **CMR Fund II, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 01/14/13 | C M Tripp | Prepared files for 1099 reporting for 2012 - CMR II. | 0.20 | 93.00 | 18.60 |
| 01/17/13 | L Larsen | Reviewed extension of time to file Forms 1099 for 2012 for CMR Mortgage Fund II. | 0.10 | 375.00 | 37.50 |
| 01/18/13 | C M Tripp | Reviewed CMR II 2011 Form 1065 505(b) acceptance. | 0.10 | 93.00 | 9.30 |
| 01/18/13 | C M Tripp | Reviewed CMR II 2011 Form 568 505(b) acceptance. | 0.20 | 93.00 | 18.60 |
| 01/22/13 | L Larsen | Analyzed the beneficiary export schedules for CMR Mortgage Fund II, LLC and distributed to the trustee's office for review in order to prepare for use with the preparation of the 2012 income tax returns. | 0.70 | 375.00 | 262.50 |
| 01/23/13 | L Larsen | Reviewed the 2012 Schedule K-1 export schedules and discussed process with trustee's assistant as to how to prepare allocation schedules for 2012 for CMR Mortgage Fund II. | 0.20 | 375.00 | 75.00 |
| 01/24/13 | G Dahl | Prepared 2012 Form 1099-Misc for CMR II. | 0.60 | 265.00 | 159.00 |
| 01/25/13 | L Larsen | Reviewed the 2012 Forms 1099 and 1096 and supporting file to ensure completeness and accuracy for CMR Mortgage Fund II, LLC. | 0.20 | 375.00 | 75.00 |
| 03/21/13 | G Dahl | Filed 2012 Form 1099-Misc with the Internal Revenue Service - CMR II. | 0.20 | 265.00 | 53.00 |
| 03/27/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for CMR Mortgage Fund II. | 0.60 | 265.00 | 159.00 |
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for CMR Mortgage Fund II. | 0.50 | 265.00 | 132.50 |



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/01/13 | L Larsen | Analyzed historical records of CMR Fund II to determine history of certain investors. | 0.60 | 375.00 | 225.00 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - CMR Mortgage Fund II, LLC. | 0.10 | 550.00 | 55.00 |
| | | **Total for Task Code 14.0** | **4.3** | **$** | **1,280.00** |

**Task Code: 15.0**      **CMR Fund III, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 11/12/12 | L Larsen | Prepared 2011 amended returns for CMR Mortgage Fund III, LLC to correct beneficiary information. | 1.70 | 360.00 | 612.00 |
| 11/13/12 | L Larsen | Reviewed correspondence received, corresponded with client and revised the 2011 amended income tax return for CMR Mortgage Fund III, LLC. | 1.10 | 360.00 | 396.00 |
| 11/16/12 | V Calder | Reviewed 2011 amended income tax returns and related tax file - CMR III, LLC. | 0.10 | 550.00 | 55.00 |
| 01/17/13 | L Larsen | Reviewed extension of time to file Forms 1099 for 2012 for CMR Mortgage Fund III. | 0.10 | 375.00 | 37.50 |
| 01/18/13 | C M Tripp | Reviewed CMR III 2011 Form 1065 505(b) acceptance. | 0.10 | 93.00 | 9.30 |
| 01/18/13 | C M Tripp | Reviewed CMR III 2011 Form 568 505(b) acceptance. | 0.20 | 93.00 | 18.60 |
| 01/22/13 | L Larsen | Analyzed the beneficiary export schedules for CMR Mortgage Fund III, LLC and distributed to the trustee's office for review in order to prepare for use with the preparation of the 2012 income tax returns. | 0.70 | 375.00 | 262.50 |
| 01/23/13 | L Larsen | Reviewed the 2012 Schedule K-1 export schedules and discussed process with trustee's assistant as to how to prepare allocation schedules for 2012 for CMR Mortgage Fund III. | 0.20 | 375.00 | 75.00 |
| 01/24/13 | G Dahl | Prepared 2012 Form 1099-Misc for CMR III. | 0.60 | 265.00 | 159.00 |
| 01/25/13 | L Larsen | Reviewed the 2012 Forms 1099 and 1096 and supporting file to ensure completeness and accuracy for CMR Mortgage Fund III, LLC. | 0.20 | 375.00 | 75.00 |
| 03/21/13 | G Dahl | Filed 2012 Form 1099-Misc with the Internal Revenue Service - CMR III. | 0.20 | 265.00 | 53.00 |
| 03/27/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for CMR Mortgage Fund III. | 0.60 | 265.00 | 159.00 |
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for CMR Mortgage Fund III. | 0.50 | 265.00 | 132.50 |
| 04/11/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - CMR Mortgage Fund III, LLC. | 0.10 | 550.00 | 55.00 |
| 06/04/13 | V Calder | Reviewed 2011 amended income tax returns - CMR Mortgage Fund III, LLC. | 0.10 | 550.00 | 55.00 |
| | | **Total for Task Code 15.0** | **6.5** | **$** | **2,154.40** |



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **Task Code: 17.0** | | **Hamilton Creek, LLC Tax Preparation** | | | |
| 03/27/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for Hamilton Creek. | 0.50 | 265.00 | 132.50 |
| 04/15/13 | V Calder | Reviewed 2012 IRS Form 4868, Application for Automatic Extension to File Income Tax Return - Hamilton Creek. LLC. | 0.10 | 550.00 | 55.00 |
| 06/12/13 | L Larsen | Analyzed 2012 CMR Fund pooled cash receipts and disbursements to identify transactions related to Hamilton Creek, LLC and implemented said transaction into the 2012 income tax returns and related work papers. | 0.70 | 375.00 | 262.50 |
| 06/12/13 | L Larsen | Analyzed 2012 financial information of Hamilton Creek, LLC and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns. | 1.70 | 375.00 | 637.50 |
| 06/12/13 | L Larsen | Prepared the 2012 Hamilton Creek, LLC income tax returns. | 1.90 | 375.00 | 712.50 |
| 06/12/13 | L Larsen | Reviewed and referenced the 2012 Hamilton Creek, LLC income tax returns and related work papers. | 1.20 | 375.00 | 450.00 |
| 06/13/13 | L Larsen | Cleared review notes related to the 2012 Hamilton Creek, LLC income tax returns. | 1.10 | 375.00 | 412.50 |
| 06/13/13 | V Calder | Reviewed 2012 income tax returns and related tax file - Hamilton Creek, LLC. | 0.80 | 550.00 | 440.00 |
| 06/17/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - Hamilton Creek, LLC. | 0.30 | 550.00 | 165.00 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 1065 United States LLC Return of Partnership Income Return for 2012 for Hamilton Creek,, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for Hamilton Creek LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| | | **Total for Task Code 17.0** | **9.3** | **$** | **3,407.50** |
| **Task Code: 18.0** | | **Laurel Lakes Venice, LLC Tax Preparation** | | | |
| 04/01/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for Laurel Lakes Venice. | 0.50 | 265.00 | 132.50 |
| 04/01/13 | G Dahl | Prepared extension of time to file Florida income tax return for 2012 for Laurel Lakes Venice. | 0.50 | 265.00 | 132.50 |



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/08/13 | L Larsen | Analyzed prior year tax returns and financial statement of Laurel Lakes Venice, LLC and prepared work papers to be used in conjunction with the preparation of 2012 income tax returns. | 2.80 | 375.00 | 1,050.00 |
| 05/09/13 | L Larsen | Analyzed 2012 transactions of the Fund pool to identify activity related to Laurel Lakes Venice, LLC to be included with-in the 2012 income tax returns. | 1.60 | 375.00 | 600.00 |
| 05/09/13 | L Larsen | Prepared an initial draft of the 2012 income tax returns of Laurel Lakes Venice, LLC and requested additional information needed to finalize the returns. | 2.60 | 375.00 | 975.00 |
| 05/21/13 | L Larsen | Updated the 2012 work papers and income tax returns of Laurel Lakes Venice, LLC to include correct information from pooled accounts and additional information received from the trustee's office. | 1.60 | 375.00 | 600.00 |
| 05/22/13 | L Larsen | Reviewed and referenced the 2012 work papers and income tax returns of Laurel Lakes Venice, LLC. | 1.60 | 375.00 | 600.00 |
| 05/31/13 | V Calder | Reviewed 2012 income tax returns and related tax file - Laurel Lakes Venice, LLC. | 1.50 | 550.00 | 825.00 |
| 06/05/13 | L Larsen | Cleared review notes related to the 2012 income tax returns of Laurel Lakes Venice, LLC. | 0.50 | 375.00 | 187.50 |
| 06/05/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - Laurel Lakes Venice, LLC. | 0.10 | 550.00 | 55.00 |
| 06/10/13 | L Larsen | Prepared transfer of partnership interest for the 2012 Laurel Lakes, LLC income tax returns. | 0.80 | 375.00 | 300.00 |
| 06/11/13 | L Larsen | Worked with client to ensure proper reporting of membership interest in Laurel Lakes Venice, LLC and finalized 2012 Schedule K-1s for distribution. | 0.80 | 375.00 | 300.00 |
| 06/13/13 | V Calder | Reviewed tax return reporting of transfer of membership interest - Laurel Lakes Venice, LLC. | 0.20 | 550.00 | 110.00 |
| 06/17/13 | G Dahl | Updated 2012 Schedules K-1 for Laurel Lakes Venice. | 0.50 | 265.00 | 132.50 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 1065 United States LLC Return of Partnership Income Return for 2012 for Laurel Lakes Venice, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form F-1065, Florida Partnership Information Return for 2012 for Laurel Lakes Venice, LLC filed. | 0.60 | 140.00 | 84.00 |
| 06/19/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing to recipients for Laurel Lake Venice. | 0.50 | 265.00 | 132.50 |
| | | **Total for Task Code 18.0** | **17.2** | **$** | **6,286.50** |

**Task Code: 19.0**   **Platinum Hwy 27 Orlando, LLC Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 03/29/13 | G Dahl | Prepared California minimum tax payment request for Platinum Hwy 27 Orlando. | 0.60 | 265.00 | 159.00 |

Case: 08-32220   Doc# 1297-2   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 14 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 04/01/13 | G Dahl | Prepared extension of time to file federal income tax return for 2012 for Platinum Hwy 27 Orlando. | 0.50 | 265.00 | 132.50 |
| 05/09/13 | L Larsen | Analyzed prior year tax returns and financial statement of Platinum Hwy 27 Orlando, LLC and prepared work papers to be used in conjunction with the preparation of 2012 income tax returns. | 2.60 | 375.00 | 975.00 |
| 05/13/13 | L Larsen | Analyzed 2012 transactions of the Fund pool to identify activity related to Platinum Hwy 27 Orlando, LLC to be included with-in the 2012 income tax returns. | 0.90 | 375.00 | 337.50 |
| 05/13/13 | L Larsen | Prepared an initial draft of the 2012 income tax returns of Platinum Hwy 27 Orlando, LLC and requested additional information needed to finalize the returns. | 2.40 | 375.00 | 900.00 |
| 05/23/13 | L Larsen | Reviewed and referenced the 2012 work papers and income tax returns of Platinum Hwy 27 Orlando, LLC. | 1.30 | 375.00 | 487.50 |
| 05/23/13 | L Larsen | Updated the 2012 work papers and income tax returns of Platinum Hwy 27 Orlando, LLC to include correct information from pooled accounts and additional information received from the trustee's office. | 1.90 | 375.00 | 712.50 |
| 05/29/13 | L Larsen | Cleared review notes related to the 2012 income tax returns of Platinum Hwy 27 Orlando, LLC. | 0.50 | 375.00 | 187.50 |
| 05/29/13 | V Calder | Reviewed 2012 income tax returns and related tax file - Platinum Hwy 27 Orlando, LLC. | 0.50 | 550.00 | 275.00 |
| 05/29/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - Platinum Hwy 27 Orlando, LLC. | 0.70 | 550.00 | 385.00 |
| 06/05/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing for Platinum Highway 27. | 0.70 | 265.00 | 185.50 |
| 06/10/13 | L Larsen | Prepared transfer of partnership interest for the 2012 Platinum Hwy 27 Orlando, LLC income tax returns. | 0.70 | 375.00 | 262.50 |
| 06/11/13 | L Larsen | Worked with client to ensure proper reporting of membership interest in Platinum Hwy 27 Orlando, LLC and finalized 2012 Schedule K-1s for distribution. | 0.80 | 375.00 | 300.00 |
| 06/13/13 | V Calder | Reviewed tax return reporting of transfer of membership interest - Platinum Hwy 27 Orlando, LLC. | 0.20 | 550.00 | 110.00 |
| 06/17/13 | G Dahl | Updated 2012 Schedules K-1 for Platinum Highway 27. | 0.50 | 265.00 | 132.50 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 1065 United States LLC Return of Partnership Income Return for 2012 for Platinum Hwy 27 Orlando, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/19/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing to recipients for Platinum Highway 27. | 0.40 | 265.00 | 106.00 |

Case: 08-32220   Doc# 1297-2   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 15 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/20/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for Platinum Hwy 27 Orlando, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| | | **Total for Task Code 19.0** | **16.2** | **$** | **5,788.00** |
| **Task Code: 20.0** | | **Wheatland Holdings, LLC Tax Preparation** | | | |
| 06/12/13 | L Larsen | Analyzed 2012 financial information of Wheatland Holdings, LLC and prepared supporting work papers to be used in conjunction with the preparation of the 2012 income tax returns and contacted client to secure information needed to complete return. | 1.40 | 375.00 | 525.00 |
| 06/13/13 | V Calder | Determined proper income tax return reporting of asset disposition - Wheatland, LLC. | 0.10 | 550.00 | 55.00 |
| | | **Total for Task Code 20.0** | **1.5** | **$** | **580.00** |
| **Task Code: 21.0** | | **Correspondence With Taxing Authorities** | | | |
| 11/12/12 | V Calder | Reviewed and analyzed correspondence received from the IRS. | 0.20 | 550.00 | 110.00 |
| 11/14/12 | L Larsen | Analyzed correspondence and signed prepared response letters for various related entities. | 0.60 | 360.00 | 216.00 |
| 11/14/12 | G Dahl | Prepared correspondence for the Internal Revenue Service regarding Fres Benito penalties. | 0.50 | 255.00 | 127.50 |
| 11/14/12 | G Dahl | Prepared correspondence for the Internal Revenue Service regarding Laurel Lakes Venice penalties. | 0.50 | 255.00 | 127.50 |
| 11/14/12 | C M Tripp | Prepared IRS Response for Fres Benito to be mailed. | 0.20 | 90.00 | 18.00 |
| 11/14/12 | C M Tripp | Prepared IRS Response for Laurel Lakes Venice to be mailed. | 0.20 | 90.00 | 18.00 |
| 11/14/12 | G Dahl | Reviewed correspondence from taxing authorities. | 0.50 | 255.00 | 127.50 |
| 11/28/12 | G Dahl | Reviewed correspondence from taxing authorities for various entities. | 0.50 | 255.00 | 127.50 |
| 11/30/12 | L Larsen | Analyzed correspondence received and reviewed and signed prepared response letters. | 0.60 | 360.00 | 216.00 |
| 12/03/12 | L Larsen | Analyzed correspondence received and reviewed prepared responses and discussed tax issues with tax partner regarding 21 Mira Mesa. | 0.60 | 360.00 | 216.00 |
| 12/03/12 | G Dahl | Prepared correspondence for the Internal Revenue Service regarding 2010 penalty abatement for 21 Mira Mesa. | 0.70 | 255.00 | 178.50 |
| 12/03/12 | V Calder | Reviewed and revised correspondence to Franchise Tax Board to contest disallowance of request for abatement of late filing penalties - 21 Mira Mesa, LLC. | 0.40 | 550.00 | 220.00 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 16 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 12/05/12 | G Dahl | Updated correspondence for the Internal Revenue Service regarding 21 Mira Mesa 2010 penalty abatement. | 0.20 | 255.00 | 51.00 |
| 12/06/12 | V Calder | Reviewed and revised correspondence to Franchise Tax Board to request reconsideration of request for abatement of assessed penalties - 21 Mira Mesa, LLC. | 0.90 | 550.00 | 495.00 |
| 12/06/12 | G Dahl | Updated correspondence for the Internal Revenue Service regarding 21 Mira Mesa 2010 penalty abatement. | 0.10 | 255.00 | 25.50 |
| 12/10/12 | V Calder | Reviewed and revised correspondence to the IRS to request abatement of proposed penalties - 21 Mira Mesa, LLC. | 0.30 | 550.00 | 165.00 |
| 01/15/13 | G Dahl | Analyzed correspondence from the Internal Revenue Service regarding penalties for 2 LincDev | 0.20 | 265.00 | 53.00 |
| 01/15/13 | G Dahl | Prepared formal appeal correspondence for abatement of 2009 and 2010 penalties related to the Form 1065 for 21 Mira Mesa. | 0.70 | 265.00 | 185.50 |
| 01/16/13 | V Calder | Reviewed and revised appeal to be provided to IRS to request abatement on assessed late filing penalties - 21 Mira Mesa, LLC. | 0.20 | 550.00 | 110.00 |
| 01/16/13 | G Dahl | Updated appeal for penalty correspondence for the Internal Revenue Service for 21 Mira Mesa. | 0.90 | 265.00 | 238.50 |
| 01/18/13 | G Dahl | Prepared correspondence for 2 LincDev regarding 2009 and 2010 Internal Revenue Service penalties. | 1.30 | 265.00 | 344.50 |
| 01/22/13 | C M Tripp | Reviewed and filed prepared Form 1065 response to IRS 2 LincDev, LLC. | 0.20 | 93.00 | 18.60 |
| 01/25/13 | C M Tripp | Prepared and mailed 21 Mira Mesa Penalty Appeal 2010. | 0.20 | 93.00 | 18.60 |
| 01/25/13 | V Calder | Reviewed and revised Appeal to be submitted to IRS requesting reconsideration of request for abatement of late filing penalties - 21 Mira Mesa, LLC. | 0.30 | 550.00 | 165.00 |
| 02/05/13 | V Calder | Read Notice of Filing of Federal Lien against 2 Lincdev, LLC. | 0.10 | 550.00 | 55.00 |
| 05/17/13 | L Larsen | Analyzed correspondence received from various taxing authorities for various CMR entities. | 0.60 | 375.00 | 225.00 |
| | | **Total for Task Code 21.0** | **11.7** | **$** | **3,852.70** |
| | | | | | |
| **Task Code: 22.0** | | **Investor Inquiries** | | | |
| 11/09/12 | L Larsen | Responded to Schedule K-1 recipient inquiries and corresponded with client regarding amended returns. | 0.50 | 360.00 | 180.00 |
| 11/12/12 | V Calder | Resolved issues regarding investor request for explanation of income reported on 2011 Schedule K-1. | 0.30 | 550.00 | 165.00 |



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 12/03/12 | L Larsen | Corresponded with Schedule K-1 recipients regarding transfer of capital to new beneficiaries. | 0.60 | 360.00 | 216.00 |
| 01/10/13 | G Dahl | Analyzed 2009 Schedule K-1 issued to First Street Commercial Mortgage from 388 12th Street, LLC. | 0.50 | 265.00 | 132.50 |
| 01/10/13 | G Dahl | Analyzed 2009 Schedule K-1 issued to investor Gregg from CMR Mortgage Fund II. | 0.50 | 265.00 | 132.50 |
| | | **Total for Task Code 22.0** | **2.4** | **$** | **826.00** |

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| **Task Code: 23.0** | | **Fee Application Preparation** | | | |
| 12/03/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 1.60 | 135.00 | 216.00 |
| 12/04/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 1.90 | 135.00 | 256.50 |
| 12/05/12 | L Larsen | Analyzed time entry descriptions for the period of March 1, 2012 through October 31, 2012 to ensure completeness and accuracy and to assign task codes. | 3.30 | 360.00 | 1,188.00 |
| 12/05/12 | V Calder | Reviewed and revised detailed time description in conjunction with preparation of fee application. | 2.40 | 550.00 | 1,320.00 |
| 12/06/12 | L Larsen | Made revisions to task codes for time entries for the period of March 1, 2012 through October 31, 2012. | 0.40 | 360.00 | 144.00 |
| 12/06/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 2.40 | 135.00 | 324.00 |
| 12/07/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 2.20 | 135.00 | 297.00 |
| 12/10/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 2.70 | 135.00 | 364.50 |
| 12/11/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 2.80 | 135.00 | 378.00 |
| 12/11/12 | L Larsen | Prepared narrative to be included with the second interim fee application. | 3.30 | 360.00 | 1,188.00 |
| 12/11/12 | C Allred | Researched information and prepared draft 2nd fee application for BRG. | 2.00 | 170.00 | 340.00 |
| 12/11/12 | V Calder | Reviewed and revised pleading for Second Interim Period for Berkeley Research Group. | 3.20 | 550.00 | 1,760.00 |
| 12/12/12 | V Calder | Finalized draft pleading for BRG Second Interim Fee Application. | 0.90 | 550.00 | 495.00 |
| 12/13/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. | 3.40 | 135.00 | 459.00 |
| 12/13/12 | E Perry | Researched and prepared schedules required for the fee application exhibits. | 1.20 | 135.00 | 162.00 |



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 12/14/12 | E Perry | Prepared and reconciled fee and cost schedules through October 31, 2012 for the fee application. Delivered draft schedules for review. | 1.10 | 135.00 | 148.50 |
| 01/18/13 | E Perry | Assisted with finalizing exhibits for the fee application. | 0.60 | 140.00 | 84.00 |
| 01/18/13 | V Calder | Finalized and signed BRG 2nd Interim Fee Application. | 1.20 | 550.00 | 660.00 |
| 01/25/13 | V Calder | Discussed via telephone with Max Litvak regarding process for requesting compensation for Chapter 11 professional fees. | 0.10 | 550.00 | 55.00 |
| 02/19/13 | V Calder | Telephonically attended hearing on second interim fee application. | 0.30 | 550.00 | 165.00 |
| 04/29/13 | L Larsen | Reviewed fee application schedules and corresponded with client. | 0.30 | 375.00 | 112.50 |
| | | **Total for Task Code 23.0** | **37.3** | **$** | **10,117.00** |
| **Task Code: 24.0** | | **1132 Masonic, LLC Tax Preparation** | | | |
| 04/01/13 | G Dahl | Prepared request for Federal Tax Identification number for 1132 Masonic. | 0.70 | 265.00 | 185.50 |
| 04/10/13 | G Dahl | Analyzed creation date for 1132 Masonic. | 0.50 | 265.00 | 132.50 |
| 05/13/13 | L Larsen | Analyzed financial statements and transaction ledgers of 1132 Masonic, LLC and prepared work papers to be used in conjunction with the preparation of 2012 income tax returns. | 2.80 | 375.00 | 1,050.00 |
| 05/14/13 | L Larsen | Prepared an initial draft of the 2012 income tax returns of 1132 Masonic, LLC and requested additional information needed to finalize the returns. | 2.70 | 375.00 | 1,012.50 |
| 05/20/13 | L Larsen | Analyzed 1132 Masonic transactions and determined appropriate reporting of Members for the 2012 tax return. | 0.80 | 375.00 | 300.00 |
| 05/20/13 | V Calder | Determined proper supporting documentation to be used to verify members of 1132 Masonic, LLC. | 0.10 | 550.00 | 55.00 |
| 05/21/13 | L Larsen | Updated the 2012 work papers and income tax returns of 1132 Masonic, LLC to include correct information from pooled accounts and additional information received from the trustee's office. | 1.50 | 375.00 | 562.50 |
| 05/22/13 | L Larsen | Reviewed and referenced the 2012 work papers and income tax returns of 1132 Masonic, LLC. | 1.50 | 375.00 | 562.50 |
| 05/29/13 | L Larsen | Cleared review notes related to the 2012 income tax returns of 1132 Masonic, LLC. | 0.60 | 375.00 | 225.00 |
| 05/29/13 | V Calder | Reviewed 2012 income tax returns and related tax file - 1132 Masonic, LLC. | 0.80 | 550.00 | 440.00 |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 19 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**PROFESSIONAL SERVICES - TIME DESCRIPTIONS**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/30/13 | V Calder | Verified clearance of review notes on 2012 income tax returns and related tax file - 1132 Masonic, LLC. | 0.20 | 550.00 | 110.00 |
| 06/05/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing for 1132 Masonic. | 0.70 | 265.00 | 185.50 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 1065 United States LLC Return of Partnership Income Return for 2012 for 1132 Masonic,, LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/18/13 | E Perry | Prepared documentation for trustee to have Form 568, California LLC Return of Income Tax Return for 2012 for 1132 Masonic. LLC electronically filed. | 0.50 | 140.00 | 70.00 |
| 06/19/13 | G Dahl | Prepared 2012 Schedules K-1 for mailing to recipients for 1320 Masonic. | 0.50 | 265.00 | 132.50 |
| | | **Total for Task Code 24.0** | **14.4** | **$** | **5,093.50** |

**Task Code: 25.0**     **CMR Qualified Settlement Fund Tax Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 05/22/13 | L Larsen | Researched IRS Regulation guidelines on Qualified Settlement Funds. | 2.20 | 375.00 | 825.00 |
| 05/22/13 | V Calder | Resolved issues regarding tax reporting requirements for Qualified Settlement Funds and distributions to investors from Qualified Settlement Funds. | 0.50 | 550.00 | 275.00 |
| 05/23/13 | V Calder | Performed tax research regard tax reporting requirements of Qualified Settlement Fund. | 1.00 | 550.00 | 550.00 |
| 05/23/13 | G Dahl | Prepared Form SS-4 for the CMR Settlement Fund. | 0.90 | 265.00 | 238.50 |
| 05/24/13 | V Calder | Performed tax research regarding taxation of contributions to and distributions from Qualified Settlement Funds. | 1.60 | 550.00 | 880.00 |
| 06/04/13 | G Dahl | Prepared online Form SS-4 application for tax payer identification number for the CMR Qualified Settlement Fund. | 0.50 | 265.00 | 132.50 |
| 06/04/13 | L Larsen | Reviewed SS-4 for CMR Qualified Settlement Fund and researched Transferor requirements for tax reporting purposes. | 1.60 | 375.00 | 600.00 |
| | | **Total for Task Code 25.0** | **8.3** | **$** | **3,501.00** |
| | | **Total Professional Services** | **209.6** | **$** | **72,262.60** |

Case: 08-32220     Doc# 1297-2     Filed: 08/26/13     Entered: 08/26/13 16:41:35     Page 20 of 21



**CMR Mortgage Fund, LLC**
**November 1, 2012 through June 30, 2013**
**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20/12 | Data Retrieval - CCH | 10.00 |
| 11/30/12 | Express Messenger - Federal Express | 11.07 |
| 12/20/12 | Supplies - Greatland - Tax Return Supplies | 645.71 |
| 12/31/12 | Postage | 200.41 |
| | **Total Expenses** | $ **867.19** |

Case: 08-32220    Doc# 1297-2    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 21
of 21