# EXHIBIT B

**BRG** BERKELEY RESEARCH GROUP

**CMR Mortgage Fund, LLC - Accountants**
**Summary of Fees and Expenses**
November 1, 2012 through June 30, 2013

| | Category | Nov 1-30 2012 | Dec 1-31 2012 | Jan 1-31 2013 | Feb 1-28 2013 | Mar 1-31 2013 | Apr 1-30 2013 | May 1-31 2013 | Jun 1-30 2013 | Total Category Fees | Total Category Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 | General Tax Analysis and Compliance | 144.00 | 108.00 | 443.30 | 833.50 | 410.00 | 225.00 | 220.00 | 1,045.00 | $ 3,428.80 | 9.00 |
| 4.0 | 2 Antioch, LLC Tax Preparation | | | | | 106.00 | | 2,005.00 | 539.00 | 2,650.00 | 7.50 |
| 5.0 | 2 LincDev, LLC Tax Preparation | | | | | 132.50 | 4,350.00 | | 1,355.50 | 5,838.00 | 16.00 |
| 6.0 | 4 Union, LLC Tax Preparation | | | 390.00 | | 132.50 | 55.00 | | 3,235.00 | 3,812.50 | 10.10 |
| 7.0 | 5 Casa Grande Land, LLC Tax Preparation | | | | | | | | 487.50 | 487.50 | 1.30 |
| 8.0 | 15 SSFDEV, LLC Tax Preparation | | | | | | | 3,130.00 | 112.00 | 3,242.00 | 8.40 |
| 9.0 | 21 Mira Mesa, LLC Tax Preparation | | | | | 265.00 | 55.00 | | | 320.00 | 1.10 |
| 10.0 | 388 12th Street, LLC Tax Preparation | | | | | 265.00 | 55.00 | 6,470.00 | 587.00 | 7,377.00 | 20.30 |
| 11.0 | 724 Glenwood, LLC Tax Preparation | | | 18.60 | | | | | | 18.60 | 0.20 |
| 12.0 | 1515 Leaven, LLC Tax Preparation | | | | | 132.50 | 55.00 | 600.00 | | 787.50 | 2.20 |
| 13.0 | CMR Fund, LLC Tax Preparation | 180.00 | | 887.60 | | 291.50 | 55.00 | | | 1,414.10 | 4.40 |
| 14.0 | CMR Fund II, LLC Tax Preparation | | | 655.50 | | 344.50 | 280.00 | | | 1,280.00 | 4.30 |
| 15.0 | CMR Fund III, LLC Tax Preparation | 1,063.00 | | 636.90 | | 344.50 | 55.00 | | 55.00 | 2,154.40 | 6.50 |
| 17.0 | Hamilton Creek, LLC Tax Preparation | | | | | 132.50 | 55.00 | | 3,220.00 | 3,407.50 | 9.30 |
| 18.0 | Laurel Lakes Venice, LLC Tax Preparation | | | | | | 265.00 | 4,650.00 | 1,371.50 | 6,286.50 | 17.20 |
| 19.0 | Platinum Hwy 27 Orlando, LLC Tax Preparation | | | | | 159.00 | 132.50 | 4,260.00 | 1,236.50 | 5,788.00 | 16.20 |
| 20.0 | Wheatland Holdings, LLC Tax Preparation | | | | | | | | 580.00 | 580.00 | 1.50 |
| 21.0 | Correspondence With Taxing Authorities | 1,088.00 | 1,351.00 | 1,133.70 | 55.00 | | | 225.00 | | 3,852.70 | 11.70 |
| 22.0 | Investor Inquiries | 345.00 | 216.00 | 265.00 | | | | | | 826.00 | 2.40 |
| 23.0 | Fee Application Preparation | | 9,040.50 | 799.00 | 165.00 | | 112.50 | | | 10,117.00 | 37.30 |
| 24.0 | 1132 Masonic, LLC Tax Preparation | | | | | | 318.00 | 4,317.50 | 458.00 | 5,093.50 | 14.40 |
| 25.0 | CMR Qualified Settlement Fund Tax Preparation | | | | | | | 2,768.50 | 732.50 | 3,501.00 | 8.30 |
| | **Total Monthly Fees** | $2,820.00 | $10,715.50 | $5,229.60 | $1,053.50 | $2,715.50 | $6,068.00 | $28,646.00 | $15,014.50 | $72,262.60 | 209.60 |

| Expenses | Amount |
|---|---|
| Data Retrieval - CCH ProSystem fx | $ 10.00 |
| Express Messenger - Federal Express | 11.07 |
| Postage | 200.41 |
| Supplies for 1099 and K-1 Mailings | 645.71 |
| **Total** | **$ 867.19** |

| | |
|---|---|
| TOTAL FEES | $72,262.60 |
| TOTAL HOURS | 209.60 |
| TOTAL FEES & EXPENSES | $73,129.79 |
| AVERAGE BILLING RATE | $344.76 |