# EXHIBIT C



## CMR Mortgage Fund, LLC
November 1, 2012 through June 30, 2013
PROFESSIONAL SERVICES - TIMEKEEPER SUMMARY

|  | 2012 RATE | 2013 RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **Director** | | | | |
| Vernon Calder | $ 550.00 | | 8.7 | 4,785.00 |
| Vernon Calder | | 550.00 | 22.7 | 12,485.00 |
| **Senior Managing Consultant** | | | | |
| Leif Larsen | 360.00 | | 13.9 | 5,004.00 |
| Leif Larsen | | 375.00 | 99.9 | 37,462.50 |
| **Senior Associate** | | | | |
| Garrit Dahl | 255.00 | | 3.0 | 765.00 |
| Garrit Dahl | | 265.00 | 26.6 | 7,049.00 |
| **Paraprofessional** | | | | |
| Connie Allred | 170.00 | | 2.0 | 340.00 |
| Evelyn Perry | 135.00 | | 19.3 | 2,605.50 |
| Evelyn Perry | | 140.00 | 10.9 | 1,526.00 |
| Chelsea M Tripp | 90.00 | | 0.4 | 36.00 |
| Chelsea M Tripp | | 93.00 | 2.2 | 204.60 |
| **TOTALS** | | | **209.6** | **$ 72,262.60** |