# EXHIBIT D



## Vernon L. Calder, Director

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct:   801.321.0053
Fax:       801.364.6230
Email:    vcalder@brg-expert.com

### Summary

Vernon L. Calder, a Director with Berkeley Research Group ("BRG"), has thirty years of experience in public accounting specializing in tax services. Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA). For more than twenty two years he has specialized in bankruptcy tax compliance and planning. Prior to joining BRG Vernon was a director of LECG, LLC ("LECG"), which acquired Neilson Elggren LLP in 2005. Prior to the acquisition of NE by LECG, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career. His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates. Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

Case: 08-32220    Doc# 1297-5    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 2 of 11



**Case Examples**

- Estate Financial, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting. Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

Case: 08-32220　　Doc# 1297-5　　Filed: 08/26/13　　Entered: 08/26/13 16:41:35　　Page 3 of 11



### Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing

- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

### Education

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

### Professional Memberships

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

### Instruction, Presentations & Publications

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.



## Leif M. Larsen, Senior Managing Consultant

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct: 801.321.0080
Fax: 801.364.6230
Email: llarsen@brg-expert.com

**Summary**

Leif M. Larsen, a Senior Managing Consultant with Berkeley Research Group, LLC has over 14 years experience in tax return preparation. Prior to working at Berkeley Research Group, LLC he was with LECG, LLC, working as Senior Managing Consultant and prior to that he was with Neilson Elggren, LLP, working as a Tax Manager. Mr. Larsen is a Certified Public Accountant and is an Enrolled Agent. Mr. Larsen is also a Certified Insolvency Restructuring Advisor. His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

A few of the cases in which Mr. Larsen has been involved include:

- Le-Nature's, Inc. – Accountants to the Trustee. Prepared original and amended corporate income tax returns and numerous information returns for related entities. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over four hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Leslie Todd Bankruptcy Estate – Accountants to the Trustee. Prepared initial and final fiduciary tax returns for Individual bankruptcy case. Analyzed treatment of settlement proceeds received from breach of contract related to sale of debtors business to an outside party.

- Reed Slatkin – Accountants to the Trustee. Prepared individual and S Corporation tax returns and numerous information returns for pass through entities, including Partnerships, and LLCs. Analyzed the many tax issues relating to the formation of a Liquidating Trust pursuant to the plan confirmation. Also prepared Liquidating Trust returns having over three hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

- Metropolitan Mortgage & Securities Co., Inc. – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over seven thousand beneficiaries.

- National Summit Corporation – Accountants to the Trustee. Prepared consolidated income tax returns and prepared Liquidating Trust returns having over two thousand beneficiaries.

- Michael G. Tyson – Accountants to the Debtor in Possession. Prepared individual and S Corporation tax returns. Also prepared Liquidating Trust returns having over one hundred beneficiaries and prepared and maintained databases to track all pertinent beneficiary information.

11/9/2011	www.brg-expert.com	Page 1 of 2

Case: 08-32220   Doc# 1297-5   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 5 of 11



- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee. Analyzed many tax documents relating to the Internal Revenue Service' audit of multiple tax years. Prepared corporate tax return.

- Webvan Group, Inc. and Subsidiaires – Accountants to the Trustee. Prepared consolidated corporate tax returns which included assets of over one billion dollars.

### Licenses & Certifications

Certified Public Accountant – Licensed in the state of California
Enrolled Agent – Internal Revenue Service
Certified Insolvency & Restructuring Advisor - Association of Insolvency and Restructuring Advisors
Certified in Financial Forensics – American Institute of Certified Public Accountants

### Education

Bachelor of Science in Accounting, University of Utah

### Professional Memberships

California Society of CPAs
American Institute of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute

### Employment History

| | |
|---|---|
| 2011 – Present | **Berkeley Research Group, LLC**<br>Senior Managing Consultant (2011 – Present) |
| 2005 – 2011 | **LECG, LLC**<br>Senior Managing Consultant (2011 – 2011)<br>Managing Consultant (2007 – 2010)<br>Consultant (2005 - 2006) |
| 2001 – 2005 | **Neilson Elggren LLP**<br>Manager (2005)<br>Experienced Senior (2002 - 2005)<br>Senior (2000 – 2001) |
| 1996 – 2001 | **Interwest Business Group, Inc.**<br>Manager (1999 - 2001)<br>Staff Accountant (1996 – 1998) |

Case: 08-32220    Doc# 1297-5    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 6 of 11



## Garrit Dahl, Senior Associate

201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Phone:  801.364.6233
Fax:      801.364.6230
Email:  gdahl@brg-expert.com

### Summary

Garrit Dahl is a Senior Associate with the Berkeley Research Group tax department in the Salt Lake City, Utah office. Mr. Dahl is a Certified Public Accountant with over five years of public accounting experience in the fields of income tax preparation, investigative accounting, litigation services, and bankruptcy accounting.

Prior to joining Berkeley Research Group, Mr. Dahl worked with LECG, LLC and Neilson Elggren, LLP.

Mr. Dahl has investigated issues with and prepared returns for individual bankruptcy estates, partnership bankruptcies and corporate bankruptcies. Mr. Dahl has also provided both civil and criminal litigation support services related to the investigation of fraud and mismanagement, tracing of funds, and financial record reconstruction.  His experience also includes all areas of payroll taxes and sales & use taxes, including return preparation.

### Case Examples

- California Target Entities—Prepared S-corporation returns.  Determined the allocation amounts for each entity and amount of payables and receivables between entities.  Also prepared estate returns for the bankruptcy estates of Gary & Grace Lazar, individuals having 50% to 100% interest in the California Target Entities.  Issues in the bankruptcy estates of Gary & Grace Lazar included determining at risk losses, calculating basis in the s-corporations, and preparing the net operating loss schedules for both federal and state.

- JMS Automotive Rebuilders, Inc. – Accountants to the Trustee.  Prepared corporate tax return.

- Bonded Mortgage – Accountants to the Trustee.  Prepared corporation tax return.

- Broadway Enterprises General Partnership – Accountants to the trustee.  Prepared partnership tax returns for multiple years.  Analyzed tax issues related to the final administration of bankruptcy estate assets.

- National School Fitness Foundation/School Fitness Systems – Accountants to the trustee. Prepared information returns for not for profit entity and partnership.  Analyzed tax issues related to the allocation of receipts and expenses made necessary by the consolidation of the bankruptcy estates.

- Le-Nature's, Inc. – Accountants to the Trustee.  Analyzed financial and non-financial data, and traced funds to reconstruct financial records.  Analyzed tax records for multiple years to determine tax refunds due to the Bankruptcy Estate from various state taxing authorities.



**Employment History**

March 2011 – Present          **Berkeley Research Group, LLC**
                              Senior Associate

November 2005 – February 2011 **LECG, LLC**
                              Associate

May 2005-October 2005         **Neilson Elggren, LLP**
                              Accounting Analyst

**Education**

Master of Professional Accountancy, University of Utah
Bachelor of Science in Accounting, University of Utah



## Connie C. Allred, Paraprofessional

201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Direct: 801.321.0076
Fax: 801.364.6230
Email: callred@brg-expert.com

### Summary

Connie Allred is a member of Berkeley Research Group ("BRG") with over twenty-three years experience in the areas of Bankruptcy and Litigation Law. Prior to joining BRG she was with LECG, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division, Neilson Elggren Durkin & Company, and was a paralegal at the law firm of Callister, Duncan & Nebeker.

Ms. Allred has been involved in Chapter 7, Chapter 11, and Chapter 13 bankruptcy cases where services performed have been for creditors, debtors, examiners and trustees. She has performed adversary proceeding services, assisted in litigation matters and has been involved in major cases requiring drafting of pleadings, document control, indexing and research of thousands of related documents.

### Case Examples

A few of the cases in which Ms. Allred has been involved include:

- Triad America Corporation (diversified international corporate holdings including real estate, oil & gas and aviation)—Trustee and Accountants to the Trustee

- Bruce P. McNall (diversified corporate holdings including professional sports, entertainment, horse racing and breeding, rare coin & antiquities dealer)—Accountants to the Trustee

- Magic Ford (large full service Ford Dealership)—Accountants to the Trustee

- Entertainment Specialties, Inc. (producer of indoor motor racing events)—Trustee and Accountants to the Trustee

- La Mansion (a small hotel chain in the San Antonio area) - Expert Witness

- United Underwriters, Inc. (Insurance industry) - Liquidating Agent

- Reed E. Slatkin (One of California's largest ponzi schemes) -Accountants to the Trustee

- Adelphia – Forensic Accountants to the Creditor Committee

- Kenetech Windpower, Inc. – Accountants to the Liquidating Trustee

### Education

Westminster College, Legal Assistant Program in the School of Professional Studies.

Case: 08-32220   Doc# 1297-5   Filed: 08/26/13   Entered: 08/26/13 16:41:35   Page 9 of 11



## Evelyn S. Perry, Paraprofessional

201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Direct:  801.321.0082
Fax:      801.364.6230
Email:  eperry@brg-expert.com

### Summary

Evelyn Perry is a member of Berkeley Research Group, LLC ("BRG") with over twenty-three years experience in the areas of Bankruptcy and Tax. Prior to joining BRG she was with LECG LLC, Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Evelyn's responsibilities include the preparation and submission of fee application pleadings to the bankruptcy court as well assisting with assembly and submission of tax returns. Other responsibilities include reconciliation and assembly of billings to litigation, tax and other clients, reconciliation of client bank accounts and related support duties assisting professionals.

### Case Examples

Several of the cases in which Evelyn has been involved include:

- Kenetech Windpower - Engagement wherein the firm represents the creditors committee in the ongoing litigation of the largest windpower manufacturer in the United States.

- Death Row Records—Trustee and Accountants to the Trustee.

- LeNature — Accountants to the Trustee.

- Robert B. Solomon – Chapter 11 Debtor-in-possession.

- Estate Financial – Accountants to the Trustee.

- Reed E. Slatkin (One of California's largest ponzi schemes) -Accountants to the Trustee.

- Adelphia – Forensic Accountants to the Creditor Committee.

### Education

Ricks College, Associates Degree in Business Education

Case: 08-32220    Doc# 1297-5    Filed: 08/26/13    Entered: 08/26/13 16:41:35    Page 10 of 11



## Chelsea E. Tripp, Para-Professional

201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Direct:   801.321.6337
Fax:      801.364.6230
Email:   cmcmanus@brg-expert.com

### Summary

Chelsea McManus is a member of Berkeley Research Group, LLC ("BRG") in the Salt Lake City office. Prior to joining BRG she was a para-professional at LECG and she worked in a real estate brokerage where she assisted in documentation organization, quality control, and research.

### Case Examples

- LeNature's
- Tri-Valley Distributing
- Estate Financial, Inc
- Suncrest

### Employment History

**LECG, LLC**
Executive Assistant/Para-Professional

**Coldwell Banker Residential Brokerage**
Administrative Assistant

### Education

Associates in Business, Salt Lake Community College (Currently Attending)