# EXHIBIT E

**Berkeley Research Group, LLC ("BRG")**
**Schedule of Billing Rates**
**2012**

| Position | Rate |
|---|---:|
| Directors | $500 - 680 |
| Managing Consultant | 325 - 380 |
| Consultant | 255 - 325 |
| Junior Staff | 200 - 255 |
| Paraprofessional | 90 - 170 |

**Berkeley Research Group, LLC ("BRG")**
**Schedule of Billing Rates**
**2013**

| Position | Rate |
|---|---:|
| Directors | $500 - 680 |
| Managing Consultant | 335 - 395 |
| Consultant | 270 - 335 |
| Junior Staff | 200 - 265 |
| Paraprofessional | 90 - 180 |