David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Counsel for Richard M. Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**OMNIBUS NOTICE OF HEARING ON THIRD INTERIM APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ESTATE PROFESSIONALS**<br><br>Date: September 16, 2013<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>235 Pine Street, Courtroom 23<br>San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

**NOTICE IS HEREBY GIVEN** that on **September 16, 2013 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Thomas E. Carlson, United States Bankruptcy Judge, at 235 Pine Street, Courtroom 23, San Francisco, California, the applications for interim approval of compensation and reimbursement of expenses (collectively, the "Applications") set forth below will be considered by the Court. The hearing on the Applications may be continued

from time to time without further notice except for the announcement of any adjourned dates and times at the hearing.

The applicants seek interim allowance and payment of compensation for services rendered and reimbursement of expenses incurred in the amounts set forth below:

| Professional | Fees | Expenses | Total |
|---|---|---|---|
| CHAPTER 11 TRUSTEE'S COUNSEL<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 263-7000<br>Attn: David M. Bertenthal<br>Third Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 Through June 30, 2013 | $172,189.50 | $11,901.50 | $184,091.00 |
| CHAPTER 11 TRUSTEE<br>Richard M Kipperman<br>Corporate Management, Inc.<br>Post Office Box 3010<br>La Mesa, CA 91944-3010<br>Tel.: 619-668-4500<br>Third Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 Through June 30, 2013 | $115,933.06 | $711.64 | $116,644.70 |
| ACCOUNTANTS AND FINANCIAL ADVISORS TO CHAPTER 11 TRUSTEE<br>Corporate Management, Inc.<br>Richard M Kipperman<br>Post Office Box 3010<br>La Mesa, CA 91944-3010<br>Tel.: 619-668-4500<br>Third Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 Through June 30, 2013 | $151,898.00 | $2,513.76 | $154,411.76 |
| ACCOUNTANTS AND FINANCIAL ADVISORS TO TRUSTEE<br>Berkeley Research Group, LLC<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Tel.: 310.556-0709<br>Attn: Vernon L. Calder<br>Third Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 Through June 30, 2013 | $72,262.60 | $867.19 | $73,129.79 |

**NOTICE IS FURTHER GIVEN** that any party with an objection to any of the Applications must file such objection with the Court and serve a copy of the objection on the appropriate applicant and counsel for the Chapter 11 Trustee on or before **September 9, 2013**. Any objection must be accompanied by any declarations, memoranda of law or other evidence that the objecting party wishes to present in support of its position. Failure to timely file and serve an objection shall be deemed consent to the relief requested. The Applications are on file with the Clerk, United States

| | |
|---|---|
| 1 | Bankruptcy Court, 235 Pine Street, San Francisco, California, and are available for review by any |
| 2 | interested party, or may be obtained directly from the applicants. |
| 3 | ANY QUESTIONS ABOUT ANY PARTICULAR APPLICATION MUST BE DIRECTED |
| 4 | TO THE APPLICANT AT THE PHONE NUMBER LISTED ABOVE. |

Dated: August 26, 2013              PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ David M. Bertenthal*
          David M. Bertenthal
          Attorneys for Richard M Kipperman
          Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA