Entered on Docket
September 03, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
   mlitvak@pszjlaw.com
   mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

Signed and Filed: August 30, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER APPROVING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING TRUSTEE'S CONSENT TO SALE OF DYER PROPERTY AND RELATED AGREEMENTS**<br><br>Date: August 30, 2013<br>Time: 9:00 AM<br>Place: U.S. Bankruptcy Court<br>   235 Pine Street<br>   San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

On August 30, 2013, the Court considered the Motion of Chapter 11 Trustee for Order Approving Trustee's Consent to Sale of Dyer Property And Related Agreements (the "Motion") filed by Richard M Kipperman, the duly appointed chapter 11 trustee (the "Trustee") of the above-captioned substantively consolidated debtors seeking Court approval, pursuant to sections 105 and 363(b) of title 11 of the United States Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Trustee's consent to a *Timberlands Purchase and Sale Agreement*, dated May 13, 2013 (the "Sale Agreement") involving the sale of undeveloped real property by Dyer Management, LLC and two separate release agreements authorizing the mutual release of certain loans and claims

DOCS_SF:83796.1 49666/0001

CHAPTER 11 TRUSTEE'S MOTION FOR ORDER APPROVING TRUSTEE'S CONSENT TO SALE OF DYER PROPERTY

Case: 08-32220  Doc# 1305  Filed: 08/30/13  Entered: 09/03/13 11:03:07  Page 1 of 2

encumbering and/or relating to the real property, in exchange for a cash payment to the estate. An objection to the Motion was filed by Richard Feinbaum (the "Objection") and appearances were noted on the record at the hearing on the Motion. Due and adequate notice of the Motion having been provided, and good cause shown,

IT IS HEREBY ORDERED that:

1. The Objection is OVERRULED.

2. Motion is GRANTED.

3. The Trustee's consent to the Sale Agreement is approved.

4. The compromise of claims set forth in the *Release Agreement (Dyer Property) Senior Lien/Standstill* (the "Senior Release") and *Release Agreement (Dyer Property) - Junior Lien* ("Junior Release"), copies of which were filed with the Court on August 9, 2013 [Docket No. 1286] and incorporated herein, are approved.

5. The Trustee may execute all papers or documents, and take and perform any and all further actions and steps that are deemed necessary, desirable and proper in connection with the sale of the Dyer Property to the Buyer under the Sale Agreement and as may be required and necessary under the Senior Release and Junior Release.

6. Notwithstanding any otherwise applicable provision of the Federal Rules of Bankruptcy Procedure that would stay the effectiveness of this Order, this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

**\* \* \* END OF ORDER \* \* \***