David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
         mlitvak@pszjlaw.com
         mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S REAL PROPERTY SUMMARY REPORT**<br><br>No Hearing Date: |

Richard M Kipperman, the duly appointed chapter 11 trustee (the "Trustee") of the above-captioned substantively consolidated debtors (collectively, the "Debtors"), hereby submits a summary of his current analysis of the estate' real estate interests, attached hereto as **Exhibit A**. As previously disclosed, it remains unclear to the Trustee whether sufficient value can be realized from the Debtors' real estate interests to provide a material return to investors.

Dated: September 12, 2013           PACHULSKI STANG ZIEHL & JONES LLP

                                    By    */s/ Miriam Manning*
                                          Attorneys for Richard M. Kipperman,
                                          Chapter 11 Trustee

# EXHIBIT A

Case: 08-32220    Doc# 1312    Filed: 09/12/13    Entered: 09/12/13 21:07:42    Page 2 of 13

# EXHIBIT A TO TRUSTEE'S SUMMARY REAL PROPERTY REPORT

### ANALYSIS OF DEBTORS' REAL ESTATE INTERESTS

September 9, 2013

In the preparation of the following summaries, the Trustee has reflected values based on the estate's current lack of funds to support holding costs, entitlement fees and future development. Should funds become available, a strategy of holding for market recovery may maximize return to the estate.

1. **21 MIRA MESA, LLC – Loan #05-068**

21 Mira Mesa, LLC ("Mira Mesa") holds title to approximately 14 acres of undeveloped land located on Mira Mesa Boulevard in San Diego County, California (the "Property"). The Debtors have a majority interest in the Mira Mesa as well as an interest in a certain junior $6M note. Prior to the appointment of the Trustee, the Debtors began a process to obtain entitlements for the Property which were envisioned to permit, among other things, development of 540,000 square feet of Class "A" office space on the Property (the "Entitlements"). The Trustee understands that the proposed commercial use of the Property is the best use of the Property in that it is expected to yield the highest return to investors and lenders alike. The Trustee understands that the Property is worth, on an "as is" basis (without entitlements), approximately $4,000,000. However, once entitled, it is estimated that the Property may be worth as high as $16,000,000.

In 2009, Mira Mesa borrowed the total sum of $600,000 from a group of lenders in order to obtain the Entitlements (the "Entitlement Loan"). The Debtors and lenders also entered into a Forbearance and Modification Agreement which provided, among other things, the priming of the Entitlement Loan and the extension of the maturity date on the $6M note to 2011. The Entitlements were not completed by the time of the Trustee's appointment. However, the same group of lenders agreed to provide an additional $580,000 in funding to complete the Entitlements and further agreed to extend the maturity date on the $6M note. To obtain Court approval of the additional funding and

Case: 08-32220    Doc# 1312    Filed: 09/12/13    Entered: 09/12/13 21:07:42    Page 3 of 13

related matters, the Trustee moved for and obtained Court approval in April 2013 to (i) to incur $580,000 in additional funding to complete the Entitlements, (ii) to amend the Forbearance and Modification Agreement to reflect a new forbearance date for repayment of the $6M note, (iii) to re-subordinate the $6M Loan to all amounts advanced under the Amended Entitlement Loan, and (iv) to enter into a Development Agreement. The Trustee is finalizing the documentation for the transactions contemplated by the motion.

As noted above, if the Property were sold in its current state for the sum of $4,000,000 and assuming after payment of property taxes, the Entitlement Loan, estimated selling costs of 10% of the purchase price, and other expenses, the estate could net approximately $800,000. If the property is fully entitled, the estate could receive up to $3,000,000 although there is no guarantee of future value.

2. **15 SSFDEV, LLC – Loan #05-062**

The Debtors owned 100% of 15 SSFDEV, LLC due to a foreclosure of loan 05-062. The property owned by this entity is a commercial warehouse located at 950 Linden Avenue, South San Francisco, CA 94080. The property was sold pursuant to Court approved short-sale and escrow was closed in April 2012. The sales price was $2,450,000. The 1st trust deed payoffs totaled $2,024,209. The property taxes totaled $204,854, legal fees were $5,226.25, commissions paid were $183,750, Oxford Asset Management Fees were $12,150, and the closing costs were $4,810. The first lien holder paid $15,000 to the estate to effectuate the sale.

3. **2 LINCDEV, LLC – Loan #06-027**

The Debtors owned 78.25% of 2 LINCDEV, LLC due to a foreclosure of loan 06-027. The property owned by this entity was 115 acres located at 2660 Moore Road, Lincoln, CA 95640, zoned for 58 residential lots. The property was sold for $850,000 pursuant to Court order and escrow closed in June 2012. The sale generated net proceeds to the estate of $469,942 ($850,000 less $25,500

DOCS_SF:83882.3 49666-001
Case: 08-32220    Doc# 1312    Filed: 09/12/13    Entered: 09/12/13 21:07:42    Page 4 of 13

broker's commission, $663 closing costs, $196,680 property taxes, $26,591.71 taxes/insurance, and less $130,623 to direct investors).

**4.     2 ANTIOCH, LLC – Loan #06-071B**

The Debtors hold a 100% membership interest in 2 Antioch, LLC ("Antioch") due to a foreclosure of loan 06-071B. The property owned by this entity is 50 acres of raw land located at 3941 Neroly Road, Antioch, CA 94561. The property is subject to a 1st trust deed of approximately $6.65 million due to loan 06-071A (Debtors own 0% of this loan). The property has been valued at approximately $5.5 million once fully entitled, but will require an additional $1 million to effect such entitlements. In addition, defaulted property taxes exceed $530,000.

On February 2012, the senior lenders obtained an order granting relief from the automatic stay. A notice of trustee sale was slated for 7/26/12. On behalf of Antioch, the manager filed a chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of California (Sacramento) on or about 7/25/12 (Case No. 12-33698). The Trustee is informed that the senior lenders foreclosed on the property and that an adversary proceeding was filed by Antioch against the senior lenders seeking to quiet title and for other remedies.

**6.     BYRON PARK – Loan #07-017**

The Debtors owned 100% of loan 07-017 which is supported by 4 pieces of collateral with various senior liens:

(a)     11844 Old Tunnel Road, Grass Valley, CA (5.33 acres raw land, commercial) subject to: (i) a 1st trust deed of approximately $362,000 due to Heritage Bank; and (ii) a 2nd trust deed of approximately $3.6 million (loan 05-064) (Debtors own 0%).

The property has been valued at $490,000 and has no value to the estate. Heritage Bank has foreclosed on its 1st deed of trust.

(b) 455-471 8th St. & 721-741 Broadway, Oakland, CA (15,000 square feet operated as a parking lot) subject to: (i) a 1st trust deed of approximately $3.6 million (loan 05-041) (Debtors own 0%); and (ii) a 2nd trust deed of $3.64 million loan 05-064 (Debtors own 0%).

Estimated value of this property is approximately $1.9 million. Trustee is analyzing the abandonment of the property as it has no value to the estate.

(c) Byron Park I, LP is the 80% pledge of the operating agreement for a 187 bed senior facility. The 1st TD holder, Credit Lyonnais, has foreclosed on its loan.

(d) Byron Park II (2.67 acres adjacent to (2) above) is subject to a 1st trust deed of $3.6 million (loan 05-064) (Debtors own 0%). Original appraised value as of January 2006 was $2.75 million. Current value is estimated at $1.375 million. Oxford has foreclosed, and CMRI has filed an adversary complaint.

**7. 1 HELGAS, LLC – Loan #05-062**

The Debtors owned 100% of 1 Helgas, LLC due to a foreclosure of loan 05-062. The property owned by this entity was a gas station on 0.73 acres located at 6010 Mariposa Road, Oak Hills, CA 92344. The station was dark. The property was subject to a 1st trust deed of approximately $529,000 due to Desert Community Bank. Desert Community Bank foreclosed on 4/26/11, and the property sold on 5/18/11.

**8. LAUREL LAKES VENICE, LLC – Loan #06-032**

The Debtors own 39.28% of Laurel Lakes Venice, LLC due to a foreclosure of loan 06-032. The property owned by this entity is 161 acres located in Venice, FL 34293 planned for 725 +/- residential lots. There are only 70 usable acres on the property, because there are two bodies of water in the center portion. The property is clear of encumbrances with the exception of current property taxes in the amount of $41,570. The property has been valued at $1,500,000. Subject to 10% closing

4 of 11
DOCS_SF:83882.3 49666-001
Case: 08-32220    Doc# 1312    Filed: 09/12/13    Entered: 09/12/13 21:07:42    Page 6 of 13

costs, the Debtors could net approximately $513,933. ($1,500,000 less $150,000, less $41,570 times 39.28%). The Manager/Broker of the LLC has listed the property, and has received an initial offer. The Manager/Broker will continue to solicit additional offers and require a "best and final" from all offerees.

9.  **5 CASA GRANDE LAND, LLC – Loan #06-038A, 06-038C**

The Debtors own 100% of 5 Casa Grande Land, LLC due to a foreclosure of loan 06-038A. The property owned by this entity is a five-phase project of 907 acres known as Eagle Meadows located in Casa Grande, AZ 85222 proposed for 3,300 residential lots. The property is subject to: (a) a 1st trust deed of approximately $27.7 million (23.5% owned by the Debtors, of which 22% is subject to the Standstill Agreement with Oxford), and (b) a 2nd trust deed of $26.1 million (100% owned by the Debtors). A judgment in the amount of $37,118.57 by the Superior Court of the State of Arizona was granted on October 3, 2011 in favor of Integral Property Tax Services, LLC for property tax appeal services.

The property has been valued at $7.74 million. Property taxes are in default at about $420,000. Subject to 10% closing costs, the Debtors could net approximately $1,535,000. The Trustee is currently attempting to negotiate a resolution of issues with Oxford Investment Partners, who own 69% of the 1st trust deed and who have sought – but have not yet obtained - relief from the automatic stay to foreclose against the property.

10. **8th & BROADWAY, LLC – Loan #05-041**

The Debtors do not own 8Th & Broadway, LLC, but are in third position on two pieces of property:

DOCS_SF:83882.3 49666-001

Case: 08-32220    Doc# 1312    Filed: 09/12/13    Entered: 09/12/13 21:07:42    Page 7 of 13

(a) 11844 Old Tunnel Road, Grass Valley, CA (5.33 acres raw land, commercial) subject to: (i) a 1st trust deed of approximately $362,000 due to Heritage Bank, and (ii) a 2nd trust deed of approximately $3.6 million (loan 05-064) (Debtors own 0%).

The property is valued at approximately $490,000 and currently has no value to the estate. In October 2011, Heritage Bank obtained relief from the automatic stay to foreclose on its 1st deed of trust.

(b) 455-471 8th St. & 721-741 Broadway, Oakland, CA (15,000 square feet operated as a parking lot) subject to: (i) a 1st trust deed of approximately $3.6 million (loan 05-041) (Debtors own 0%); and (ii) a 2nd trust deed of $3.64 million loan 05-064 (Debtors own 0%).

Estimated value of this property is approximately $1.9 million. The Trustee may request permission to abandon this asset as it has no value to the estate.

## 11. PLATINUM HWY 27 ORLANDO, LLC – Loan #05-032

The Debtors own 51.1779% of Platinum Hwy 27 Orlando, LLC. The property *originally* owned by this entity was 91 acres of raw land located on US Hwy 27, North of CR 54, Venice, FL 33896 proposed for 284 residential lots aka Winslow Estates. 16.6365% of this LLC is owned by First Street Commercial Mortgage Fund, LLC (FSCMF). A 5.2 acre piece was sold to the County (the proceeds of $675,000 were used to stave off property tax sale), leaving 85.8 acres, of which 66 are usable. The property has recently been listed by the Manager/Broker without pricing to encourage the highest offers. The Manager/Broker has received an offer for the property. The property is subject to current and defaulted property taxes of approximately $67,751, but has no other debt. The Manager/Broker has received approval from the majority of investors and is proceeding to move forward with the purchase contract. The Trustee will seek Court approval of its consent to the sale once the purchase agreement has been finalized.

## 12.  DYER MOUNTAIN *ASSOC*, LLC (*aka* DYER HOLDINGS, LLC) – Loan #05-061A, 05-061B

Dyer Management, LLC ("DM") owns approximately 7,130 acres of undeveloped real property and timberlands located in Lassen and Plumas Counties, California commonly referred to as the "Dyer Property." The Debtors own 66.7% of DM. Dyer Holdings LLC ("Dyer Holdings") owns 33.3% of DM. Frontier Ridge Global Fund LP ("Frontier") is the manager of DM.

The Dyer Property is encumbered by two outstanding loans. The senior loan, in the principal amount of $10,000,000 [Loan 05-061A] (the "Senior Loan"), is secured by two first priority deeds of trust filed against the Dyer Property. The Debtors do not have any interest in the first priority deed of trust. The senior lenders assert that over $18,000,000 is due and owing under the Senior Loan, inclusive of interest and fees. The Dyer Property is also encumbered by a second priority deed of trust, in the original principal amount of $10,000,000 [Loan 05-061B] (the "Junior Loan"). The Debtors are the holders of a 55% interest in the Junior Loan.

The property is 7,025 acres of raw land located in Lassen & Plumas Counties, CA envisioned as a year-round recreation facility consisting of golf courses, ski areas, residential and commercial properties. There are past due property taxes owing of approximately $3.4 million.

In June 2013, the senior lenders received an order granting relief from the automatic stay to foreclose against the real property. A tax sale was also pending against the property. Despite these issues plaguing the property, the manager of DM, the Trustee and others negotiated the sale of the property for the sum of $17.165M, subject to certain adjustments and certain related release agreements . The pending offer amounts to a short-sale that is expected to generate substantial recoveries for the senior lenders and the estate on account of its interest in the Junior Not.

On August 30, 2013 the Court entered an order approving the Trustee's consent to the short-sale and of the related release agreements. If the sale of the Dyer Property is consummated and the release agreements approved, the estate stands to recover more than $600,000 on account of the

estate's interest in the Junior Loan free and clear of any claims that could have been asserted by third parties, including parties to a certain Amended and Restated Standstill Agreement. The release agreements will result in the release of all claims by the estate, the secured creditors against the Dyer Property, and other third parties, and protect the recoveries that the estate expects to receive from the sale of this asset.

**13.    MB PROPERTY DEVELOPMENT II, LLC - Loan #06-021, 06-022, 06-023, 07-037**

There are four loans on the property; 06-021, 06-022, 06-023 and 07-037. The Debtors own none of loans 06-021 and 06-022, but own 100% of loan 06-023 and 40% of loan 07-037. It was intended that loan 07-037 would be foreclosed and the property placed into a newly formed entity, MB Property Development II, LLC. To date, this has not happened and the property remains in the name of the original borrower. The property is 224 acres located in Myrtle Beach, SC 29577 proposed for between 694-816 residential lots. The property has been valued at $21.6 million. Defaulted property taxes amount to approximately $300,000. The 1st trust deed has a balance of approximately $14.8 million and the 2nd trust deed has a balance of approximately $5.0 million. Assuming the value estimate is correct and 10% selling costs, net to the Debtors would be negative $600,000, with the 4th trust deed receiving nothing.

Oxford Investment Properties, an investor in this property, contends that if the estate sells or refinances the property, the Debtors' estate will be liable to pay Oxford a Transfer Payment, in the amount of $4.5M, pursuant to a certain Standstill Agreement entered into prior to the Trustee's appointment in these Chapter 11 cases. The City of Myrtle Beach is moving to force the borrower to pay the $100,000 outstanding PUD fee. Also, there are a number of unfinished homes that have been deemed an "attractive nuisance," and Oxford is exploring steps to remove the borrower. The Trustee has been in ongoing negotiations for a global resolution with Oxford Investment Properties.

**14.    3202 THIRTY-FIFTH, LLC – Loan #05-018**

The Debtors own 30% of 3202 Thirty-Fifth, LLC. The property owned by this entity is a commercial building, known as the Onipede Building, located at 3202 35th Avenue, Oakland, CA 94619. The property, which is free and clear of liens, is currently valued at approximately $250,000 by McDowell. Subject to 10% all in closing costs, the Debtors could net between $61,624 and 74,250.00. The property has been maintained as a rental because of the current property market in that area, and is receiving $1,500 per month. McDowell Properties, the managing partner, will investigate marketing the property for sale during the first half of 2014.

**15.    2 ASTER, LLC – Loan #06-012**

The Debtors own 11.17% of 2 Aster, LLC. The property owned by this entity is 29 acres of raw land located in Victorville, CA 92392, zoned as residential. As of January 2, 2012, McDowell Properties, the managing partner, listed the property for sale with Land Advisors at $500,000, and sold the property on June 29, 2012 for $290,000. The Debtors received $11,113.04 in proceeds from McDowell Properties after property taxes, accounting costs, and legal fees.

**16.    388 12TH STREET, LLC – Loan #05-058**

The Debtors own 16.3% of 388 12th Street, LLC. The property owned by this entity is located at 380-388 12th Street, Oakland, CA 94607. The property is a 6-story, partially constructed mixed use condominium over retail space building designed for 13 condominium units and one 1,700 sq. ft. retail space located at 388 12th Street in Oakland, California. The property was valued at $814,350 as of 9/24/11, and there are two offers pending. The $227,751.17 in previously outstanding property taxes were paid March 7, 2013 to avoid a tax sale – a capital call was made to all investors, and covered the total taxes. The estate could net more than $50,000 if the property is sold to the current potential buyers.

### 17. PATRICK D. FITZGERALD - Loan #05-024

The Debtors own 30% of this loan. Borrower Fitzgerald filed a chapter 11 bankruptcy case on December 11, 2007. The loan principal balance is $1.0 million plus accrued interest and penalties and is secured by a 1st trust deed on 10,303 acre cattle ranch located in Vya, Nevada. The property has been valued at $3.2 million. Borrower Fitzgerald paid off the loan as of 12/31/12.

### 18. SAIGON PLAZA (a/k/a JOHN LE TUNG) - Loan #05-058

The Debtors own *11.425*% of this 2nd trust deed loan subject to a 1st trust deed loan of approximately $155,000 due to United Commercial Bank. Property #1 is a single family residence located at 1132 Masonic Avenue, Albany, CA 94706 that has been valued at $500,000. After a deduction of 10% sales costs, the Debtors could net approximately $28,038 ($500,000 less $50,000, less $155,000, multiplied by 11.425%). The property has not been listed because the tenant has refused to vacate the property and has filed consecutive legal actions. As of July 2, 2013, the owner prevailed in the arbitration, and the Manager/Broker has been working with an attorney to pursue eviction.

### 19. PAULA R. MULUGETA - Loan #06-013

The Debtors own 24% of this 1st trust deed loan. Borrower Mulugeta filed a chapter 11 bankruptcy case on March 18, 2009. The loan is supported by 5 separate properties. One of the properties, 240 O'Keefe Street, East Palo Alto, CA is a 2nd trust deed filed behind a 1st trust deed in the amount of $*1.568* million held by Sterling Savings Bank, now American Liberty Investments. The building was sold at a Trustee Sale on November 2, 2011 (a relief from stay was granted in late

summer of 2011 and all offers to buy the property by third parties were withdrawn or rejected). There were no proceeds available after payment to the 1st trust deed holder.

The second property, located on Grand Avenue in Oakland, is a 23 unit apartment building with a 2nd trust deed filed behind a $1.678 M 1st trust deed held by Sterling Savings Bank, now American Liberty Investments. The Trustee entered into a stipulation with American Liberty to authorize relief from stay in order to complete a non-judicial foreclosure. The property was subsequently sold for an assumed sale price of $2,700,000, and the estate is to receive $10,000 for attorney's fees.