CORPORATE MANAGEMENT, INC.
Richard M. Kipperman
Post Office Box 3010
La Mesa, California 91944-3010
Telephone: 619-668-4500
Facsimile: 619-668-9014
rmk@corpmgt.cm

Accountants and Financial Advisor to the
Chapter 11 Trustee

Signed and Filed: September 16, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

Case No.: 08-32220-TEC
09-30788-TEC
09-30802-TEC

Substantively Consolidated

Chapter 11

**ORDER GRANTING THIRD INTERIM APPLICATION OF CORPORATE MANAGEMENT, INC. AS ACCOUNTANTS AND FINANCIAL ADVISOR TO CHAPTER 11 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2012 THROUGH JUNE 30, 2013**

Date: September 16, 2013
Time: 9:30 a.m.
Place: United States Bankruptcy Court
235 Pine Street, Courtroom 23
San Francisco, CA
Judge: Honorable Thomas E. Carlson

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of the *Third Interim Application of Corporate Management Inc. as Accountants and Financial Advisor to Chapter 11 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 Through June 30, 2013* (the "Application") filed and served on August 26, 2013 [Docket No. 1298].

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is granted on an interim basis.

2. The Court allows Corporate Management, Inc. on an interim basis, fees and reimbursement of expenses incurred in the amount of $154,411.76, consisting of $151,898.00 in fees and $2,513.76 in expenses.

3. The Trustee is authorized to pay to the unpaid balance of such allowed fees and expenses for the Application out of estate funds.

**END OF ORDER**