1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  Miriam Manning (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5
   E-mail: dbertenthal@pszjlaw.com
6          mlitvak@pszjlaw.com
           mmanning@pszjlaw.com
7
   Counsel for Richard M Kipperman,
8  Chapter 11 Trustee

Signed and Filed: September 16, 2013

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>　　　　　　Debtors. | Case No.: 08-32220-TEC<br>　　　　　　09-30788-TEC<br>　　　　　　09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING THIRD INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2012 THROUGH JUNE 30, 2013**<br><br>Date:　　September 16, 2013<br>Time:　　9:30 a.m.<br>Place:　　United States Bankruptcy Court<br>　　　　　235 Pine Street, Courtroom 23<br>　　　　　San Francisco, CA<br>Judge:　　Honorable Thomas E. Carlson |

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of *Third Interim Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 through June 30, 2013* (the "Application") filed and served on August 26, 2013 [Docket No. 1300].

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is granted on an interim basis.

2. The Court hereby allows Pachulski Stang Ziehl & Jones LLP on an interim basis, fees and reimbursement of expenses incurred in the amount of $184,091.00, consisting of $172,189.50 in fees and $11,901.50 in expenses.

3. The Trustee is authorized to pay to the unpaid balance of such allowed fees and expenses for the Application out of estate funds.

**END OF ORDER**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA