Entered on Docket
September 17, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Berkeley Research Group, LLC
Attn: Vernon L. Calder
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone.: 310.556-0709

Accountants and Financial Advisor to the
Chapter 11 Trustee

Signed and Filed: September 16, 2013

_____
THOMAS E. CARLSON U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING THIRD INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO RICHARD M. KIPPERMAN, CHAPTER 11 TRUSTEE**<br><br>Date: Monday, September 16, 2013<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>235 Pine Street, Courtroom 23<br>San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of the *Third Interim Application of Berkeley Research Group, LLC as Accountants and Financial Advisors to Richard M. Kipperman, Chapter 11 Trustee* (the "Application") filed and served on August 26, 2013.

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is granted on an interim basis.

2. The Court hereby allows the applicant on an interim basis, fees and reimbursement of expenses incurred in the amount of $73,129.79, consisting of $72,262.60 in fees and $867.19 in expenses.

3. The Trustee is authorized to pay to the unpaid balance of such allowed fees and expenses for the Application out of estate funds.

**END OF ORDER**