MACDONALD FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104-3930
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor
CMR MORTGAGE FUND III, LLC

Signed and Filed: September 30, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re:

CMR MORTGAGE FUND, LLC
CMR MORTGAGE FUND II, LLC, and
CMR MORTGAGE FUND III, LLC,

          Debtor.

Substantively Consolidated

Case No. 08-32220-TEC-11 (Lead Case)
Case No. 09-30788-TEC-11
Case No. 09-30802-TEC-11

Chapter 11

ORDER GRANTING FIRST AND FINAL APPLICATION OF MACDONALD FERNANDEZ LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR DEBTOR

Date: September 30, 2013
Time: 9:30 am
Place: 235 Pine Street, 23rd Floor
          San Francisco, California

Honorable Thomas E. Carlson

    A hearing on the First and Final Application of Macdonald Fernandez LLP for Approval of Compensation and Reimbursement of Expenses as Attorneys for Debtor (CMR Mortgage Fund III, LLC) was held on September 30, 2013. Reno F.R. Fernandez III appeared for the applicant; other appearances were as noted on the record. The Court, having reviewed and considered the Application, no opposition having been made, finding that notice was proper, and good cause

appearing,

IT IS HEREBY ORDERED that:

1. The Application is granted;

2. Compensation in the amount of $243,386.50 is approved and allowed;

3. Reimbursement of expenses in the amount of $10,661.13 is approved and allowed; and

4. The trustee is authorized to pay said compensation and reimburse said expenses, after deducting any retainers previously paid, from the assets of the estate.

*** END OF ORDER ***

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | Robert Feinbaum |
| 3 | 3001 Ashbrook Court<br>Oakland, CA 94601 |
| 4 | |
| 5 | All other parties entitled to receive notice are registered CM/ECF filers. |