Susan L Chisena
937 NW Glisan
Portland, OR 97209



FILED
OCT - 1 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

San Francisco Bankruptcy Court
235 Pine Street
#19
San Francisco, CA 94104

RE: **CASE #:** ~~13-32220~~ 08-32220
**CHANGE OF ADDRESS**

Gentlemen:

I would like to request an immediate change of address based on the following information:

REQUESTER: Susan L Chisena

OLD ADDRESS: 1310 NW Naito Parkway - #808
Portland, OR 97209

NEW ADDRESS: 937 NW Glisan St - #434
Portland, OR 97209

Thank you for your assistance in this matter.

Sincerely,

Susan L Chisena