

Penn Ayers Butler (SBN 56663)
Daniel Rapaport (SBN 67217)
Elizabeth Berke-Dreyfuss (SBN 114651)
**WENDEL, ROSEN, BLACK
 & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Debtor-In-Possession
CMR MORTGAGE FUND, LLC

Signed and Filed: October 10, 2013

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No. 08-32220 TEC<br>Case No. 09-30788<br>Case No. 09-30802<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR DEBTOR**<br><br>Date: September 30, 2013<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, Courtroom 23<br>   San Francisco, California<br>Judge: Hon. Thomas E. Carlson |

  The Second and Final Application for Compensation and Reimbursement of Expenses by Counsel for Debtor ("Second Application"), filed by Wendel, Rosen, Black & Dean LLP ("Wendel Rosen"), came on regularly for hearing on September 30, 2013, by this Court following due and adequate notice. Elizabeth Berke-Dreyfuss of Wendel Rosen appeared on behalf of Wendel Rosen, Maxim B. Litvak of Pachulski, Stang, Ziehl & Jones appeared on behalf of the Trustee, Richard Kipperman and Robert Feinbaum appeared on his own behalf, and such other

015881.0003\3290973.2

Order Approving Second and Final Application for Compensation
and Reimbursement of Expenses by Counsel for Debtor

Case: 08-32220  Doc# 1328  Filed: 10/10/13  Entered: 10/10/13 16:25:05  Page 1 of 4

appearances were made as may have been noted in the record. For the reason stated on the record, and for good cause show,

IT IS HEREBY ORDERED:

1. The objections raised by Mr. Feinbaum are overruled in their entirety;

2. Wendel Rosen's Second and Final Application for Compensation and Reimbursement of Expenses is granted;

3. Wendel Rosen's fees and costs as set forth in the Second Application for the period from September 1, 2009, through and including April 30, 2011 ("Second Application Period"), are approved and allowed in the amount of $318,352.00 for services rendered, and $15,506.28 for costs advanced, pursuant to Bankruptcy Code § 330(a);

4. Wendel Rosen's fees set forth in Category O of the First Application for the period from November 19, 2008, through and including August 31, 2009 ("First Application Period"), are approved and allowed in the amount of $283,014.84 for services rendered, pursuant to Bankruptcy Code § 330(a);

5. Wendel Rosen's fees and costs in the amount of $236,058.00 previously approved and unpaid as part of the First Application are approved and allowed pursuant to Bankruptcy Code § 330(a);

6. All of Wendel Rosen's previously approved fees and costs as part of the First Application are approved and allowed herein pursuant to Bankruptcy Code § 330(a) and the fees and costs approved herein as part of the Second Application are approved and allowed on a final basis in the total amount of $852,931.37;

7. The Trustee is authorized to pay such sums to Wendel Rosen from funds of the estate; and

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  8. The fees and costs previously allowed to Wendel Rosen as part of its First
2 Application in the total amount of $536,058.25 and the application of the prepetition retainer of
3 $300,000, as reflected in the Order on First Interim Application for Compensation and
4 Reimbursement of Expenses by Counsel for Debtor (Docket No. 350) are approved on a
5 final basis.

\* \* \* END OF ORDER \* \* \*

COURT SERVICE LIST

ECF Registered Recipients

015881.0003\3290973.2
Order Approving Second and Final Application for Compensation
and Reimbursement of Expenses by Counsel for Debtor
4

Case: 08-32220    Doc# 1328    Filed: 10/10/13    Entered: 10/10/13 16:25:05    Page 4 of 4