1  Dennis D. Miller (SBN 138669)
   STEIN & LUBIN LLP
2  Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 981-0550
4  Facsimile:    (415) 981-4343
   dmiller@steinlubin.com
5
   Special Counsel for Debtors CMR M
6  FUND II, LLC and CMR MORTGA
   LLC
7

**Signed and Filed: October 10, 2013**

*/s/ T. E. Carlson*

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

8             UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  In re                                    Case No. 08-32220
                                             Case No. 09-30788
13  CMR MORTGAGE FUND, LLC,                  Case No. 09-30802
    CMR MORTGAGE FUND II, LLC, and
14  CMR MORTGAGE FUND III, LLC,              Chapter 11

15          Debtors.                         **ORDER APPROVING SECOND AND
                                             FINAL APPLICATION FOR
16  ☐ Affects **Fund I**                     COMPENSATION AND
    ☐ Affects **Fund II**                    REIMBURSEMENT OF EXPENSES BY
17  ☐ Affects **Fund III**                   STEIN & LUBIN LLP AS SPECIAL
    ☒ Affects **All Debtors**                COUNSEL TO DEBTORS CMR
18                                           MORTGAGE FUND II, LLC AND CMR
                                             MORTGAGE FUND III, LLC**
19
                                             Date:   September 30, 2013
20                                           Time:   9:30 a.m.
                                             Place:  235 Pine Street, Crtm. 24
21                                                   San Francisco, CA
                                             Judge:  Honorable Thomas E. Carlson
22

23

24

25

26

27

28

14730062/503022v1

ORDER APPROVING SECOND AND FINAL APPLICATION OF SPECIAL COUNSEL STEIN & LUBIN LLP

The Second and Final Application for Compensation for Reimbursement of Expenses by Stein & Lubin LLP as Special Counsel for CMR Mortgage Fund II, LLC and CMR Mortgage Fund III, LLC (the "Final Application") came on for hearing on September 30, 2013 at 9:30 a.m. in the above-referenced court, the Honorable Thomas E. Carlson, presiding. Mark L. Lubin appeared on behalf of Special Counsel Stein & Lubin LLP ("Stein & Lubin"), the moving party and all other appearances were as noted on the record. The Court has considered the Final Application and the evidence submitted in the Declaration of Mark L. Lubin in support thereof, oral argument on the Final Application and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Service of the Final Application is proper.

2. The First Interim Application of Stein & Lubin LLP for Compensation and Reimbursement of Expenses filed in *In re CMR Mortgage Fund II, LLC*, Case No. 09-30788-TEC, which was approved on an interim basis on January 11, 2010, is now approved on a final basis.

3. The First Interim Application of Stein & Lubin LLP for Compensation and Reimbursement of Expenses filed in *In re CMR Mortgage Fund III, LLC*, Case No. 09-30802-TEC, which was approved on an interim basis on January 11, 2010, is now also approved on a final basis.

4. The Final Application of Stein & Lubin is hereby approved and the Chapter 11 Trustee is authorized to pay Stein & Lubin its final attorneys' fees of $149,608.00 and its final costs incurred totaling $1,056.96 for a total of $150,664.96.

* * * END OF ORDER * * *

APPROVED AS TO FORM

PACHULSKI, STANG, ZIEHL AND JONES

By: */s/ Maxim B. Litvak*
Maxim B. Litvak, Counsel for
Chapter 11 Trustee, Richard M. Kipperman

**COURT SERVICE LIST**

Dennis D. Miller
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Elizabeth Berke-Dreyfuss
Wendel, Rosen, Black and Dean
1111 Broadway, 24th Floor
Oakland, CA 94604-2047

Graham Seel
California Mortgage Realty Inc.
62 First Street, Fourth Floor
San Francisco, CA 94105

Julie Glosson
Office of the United States Trustee
235 Pine Street, Suite 800
San Francisco, CA 94105

Maxim B. Litvak
Pachulski, Stang, Ziehl and Jones
150 California St. 15th Fl.
San Francisco, CA 94111-4500

Reno F.R. Fernandez, III
MacDonald & Associates
221 Sansome Street, Third Fl.
San Francisco, CA 94104

Richard M. Kipperman
P.O. Box 3010
La Mesa, CA 91944

Robert G. Harris
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Scott McNutt
McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105