# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

**FILED**

Re: ☒ **In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC**   NOV 20 2013
☐ **In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC**
☐ **In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC**   UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

Date: _11/18/13_

From: _THE DOBBIN FAMILY TRUST_
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: _683 HILLCREST TERR._
_FREMONT, CA 94589_

New Address: _3551 STREAMSIDE CIR., #101_
_PLEASANTON, CA 94588_

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: _William J Dobbin, TTEE_   Date: _11/18/13_

Print Name: _WILLIAM J. Dobbin_

**Mail ORIGINAL document to:**

Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**Mail a COPY to:**

Richard M. Kipperman
CMR Trustee
Corporate Management, Inc.
P.O. Box 3939
La Mesa, CA 91944-3939