David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**NOTICE REGARDING MOTION FOR ORDER APPROVING TRUSTEE'S CONSENT TO SALE OF PLATINUM PROPERTY**<br><br>Date: March 30, 2014<br>Time: 9:30 AM<br>Place: U.S. Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA<br><br>Judge: Honorable Thomas E. Carlson |

**TO THOSE WHO HAVE REQUESTED SPECIAL NOTICE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES**:

**PLEASE TAKE NOTICE THAT** Richard M Kipperman, the duly appointed chapter 11 trustee (the "Trustee") of the above-captioned substantively consolidated debtors, has filed a motion (the "Motion") for entry of an order pursuant to 11 U.S.C. §§ 105 and 363(b) of the Federal Rules of Bankruptcy Procedure, authorizing his consent to *Purchase and Sale Agreement*, dated November 21, 2013 involving the sale of undeveloped real property by Platinum Hwy 27 Orlando, LLC for the sum of $2,343,600. The Debtors' estate is expected to receive approximately $1,000,000 in net proceeds from the sale of the property on account of its approximate 53% membership interest in

Platinum Hwy 27 Orlando, LLC.  The exact amount of the proceeds will be determined at the closing.

The Trustee believes that his consent to the pending sale of the property is in the best interests of the estate, represents a sound business judgment and should be approved.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held before the Honorable Thomas Carlson at the United States Bankruptcy Court, 235 Pine Street, San Francisco, California 94104 on **March 30, 2014 at 9:30 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT** anyone who wishes to object to the proposed settlement must do so in conformity with Rule 9014-1 of the Bankruptcy Local Rules of the Northern District of California.  Rule 9014-1 requires an objecting party to file a written objection with the Clerk of the United States Bankruptcy Court, 235 Pine Street, 19th Floor, San Francisco, California 94104, and to serve a copy on counsel for the Trustee at the address below **no less than seven (7) days before the hearing date on the Motion.**  If no timely response or opposition to the Motion is received, the Court may enter an order granting the relief requested in the Motion without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, electronic filing became mandatory in the United States Bankruptcy Court for the Northern District of California.  Those persons who may wish to object but are not qualified to file documents electronically with the Bankruptcy Court should check the Bankruptcy Court's website (www.canb.uscourts.gov) for guidance.

Dated:   February 14, 2014                PACHULSKI STANG ZIEHL & JONES LLP


By: */s/ Miriam Manning*
    Miriam Manning
    Attorneys for Richard M Kipperman Chapter 11 Trustee