David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
   mlitvak@pszjlaw.com
   mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                Debtors. | Case No.: 08-32220-TEC<br>             09-30788-TEC<br>             09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT IN SUPPORT OF TRUSTEE'S CHAPTER 11 PLAN OF LIQUIDATION DATED FEBRUARY 26, 2014**<br><br><u>Disclosure Statement Hearing:</u><br><br>Date: April 18, 2014<br>Time: 9:30 a.m.<br>Place: 235 Pine Street, 23rd Floor<br>        San Francisco, California<br>Judge: Honorable Thomas Carlson |

**PLEASE TAKE NOTICE** that on **April 18, 2014, at 9:30 a.m.**, or as soon thereafter as the matter may be heard in the United States Bankruptcy Court, located 235 Pine Street, 23rd Floor, San Francisco, California 94104, a hearing (the "Hearing") will be held, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3017 of the Federal Rules of Bankruptcy Procedure, to:

Case: 08-32220 Doc# 1376 Filed: 02/26/14 Entered: 02/26/14 16:23:12 Page 1 of 3

(1) consider approval of the *Disclosure Statement in Support of Trustee's Chapter 11 Plan of Liquidation*, filed on February 26, 2014, as amended or supplemented (the "Disclosure Statement"); and

(2) establish transmittal, voting and confirmation procedures for the *Trustee's Chapter 11 Plan of Liquidation,* filed on February 26, 2014, as amended or supplemented (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that Richard M Kipperman (the "Trustee"), trustee in each of the substantively-consolidated chapter 11 estates of CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC, and CMR Mortgage Fund III, LLC, will request at the Hearing that the Court, among other matters: (i) approve the Disclosure Statement as containing adequate information for purposes of section 1125 of the Bankruptcy Code; (ii) authorize the solicitation of votes to accept or reject the Plan and fix a date by which such solicitation shall take place (including a deadline for ballots to be submitted), (iii) fix a date for the hearing to consider confirmation of the Plan and approve the scope and format of the notice to be provided regarding such hearing, and (iv) address any other procedural or administrative matters relating to approval of the Disclosure Statement or solicitation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will request at the Hearing, pursuant to Rule 3017(d) of the Federal Rules of Bankruptcy Procedure, that the Court exempt the Plan proponent from transmitting the Plan and Disclosure Statement to holders of equity interests and unimpaired classes of creditors.

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to the proposed Disclosure Statement must file such objection with the Court and serve a copy of the objection on counsel for the Trustee by no later than fourteen (14) days prior to the Hearing or **April 4, 2014**. Any objection must be accompanied by any declarations, memoranda of law or other evidence that the objecting party wishes to present in support of its position. Failure to timely file and serve an objection may be deemed approval to the form of Disclosure Statement proposed by the Trustee.

///

///

///

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to obtain a copy of the proposed Disclosure Statement may do so by written request to counsel for the Trustee.

Dated: February 26, 2014

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Maxim B. Litvak*
   Maxim B. Litvak

Counsel for Richard M Kipperman,
Chapter 11 Trustee

DOCS_SF:84545.1 49666/001

Case: 08-32220   Doc# 1376   Filed: 02/26/14   Entered: 02/26/14 16:23:12   Page 3 of 3