1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  Miriam Manning (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California  94111-4500
4  Telephone: 415/263-7000
   Facsimile:  415/263-7010
5
   E-mail:dbertenthal@pszjlaw.com
6         mlitvak@pszjlaw.com
          mmanning@pszjlaw.com
7
   Counsel for Richard M Kipperman,
8  Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                Debtors. | Case No.: 08-32220-TEC<br>              09-30788-TEC<br>              09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
| | ) |
| 3 | CITY OF SAN FRANCISCO ) |

I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On February 26, 2014, I caused to be served the

**TRUSTEE'S CHAPTER 11 PLAN OF LIQUIDATION DATED FEBRUARY 26, 2014**

**NOTICE OF SUBMISSION OF DISCLOSURE STATEMENT IN SUPPORT OF TRUSTEE'S CHAPTER 11 PLAN OF LIQUIDATION DATED FEBRUARY 26, 2014**

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT IN SUPPORT OF TRUSTEE'S CHAPTER 11 PLAN OF LIQUIDATION DATED FEBRUARY 26, 2014**

in this action by placing a true and correct copy of said document in sealed envelopes addressed as follows:

*See Attached Service List.*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on February 26, 2014, at San Francisco, California.

           */s/ Kati L. Suk*
           Kati L. Suk

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:84828.1 49666/001  CERTIFICATE OF SERVICE
Case: 08-32220 Doc# 1377 Filed: 02/26/14 Entered: 02/26/14 16:26:40 Page 2 of 5

**Via Email:**

- Simon Aron     saron@wrslawyers.com
- Julian K. Bach     Julian@JBachlaw.com
- Elizabeth Berke-Dreyfuss     edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com
- David M. Bertenthal     dbertenthal@pszjlaw.com, PJeffries@pszjlaw.com
- Matthew Borden     borden@braunhagey.com, mccoy@braunhagey.com
- Jonathan Herschel Bornstein     jonathan@bornsteinandbornstein.com, kathryn@bornsteinandbornstein.com
- Jonathan Herschel Bornstein     , kathryn@bornsteinandbornstein.com
- Dale L. Bratton     Brattonlaw@comcast.net
- Mike C. Buckley     mbuckley@reedsmith.com
- Penn Ayers Butler     pbutler@wendel.com, pbasa@wendel.com
- Gregory J. Charles     greg@gregcharleslaw.com
- Laurent Chen     lchen@MURRAYLAW.com
- Craig C. Chiang     cchiang@buchalter.com
- Michael D. Cooper     mcooper@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com
- Christina M. Craige     ccraige@sidley.com
- Susan S. Davis     SDavis@coxcastle.com
- Reno F.R. Fernandez     reno@macfern.com, samantha@macfern.com
- Robert S. Gebhard     robert.gebhard@sdma.com, quintella.griffinpitts@sedgwicklaw.com
- Julie M. Glosson     julie.m.glosson@usdoj.gov
- Matthew A. Gold     courts@argopartners.net
- Douglas Graham     dgraham@ml-sf.com, jjacobus@ml-sf.com
- Tracy Green     tgreen@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com
- Fredrick A. Hagen     fhagen@berding-weil.com
- Robert G. Harris     rob@bindermalter.com
- Frederick D. Holden     fholden@orrick.com, cflores@orrick.com
- Dieu Dao N. Huynh     dhuynh@orrick.com, cflores@orrick.com
- Nick I. Iezza     Niezza@spiwakandiezza.com
- Jeremy W. Katz     , mterry@shierkatz.com
- Michael Lauter     mlauter@sheppardmullin.com
- Monika P. Lee     monikalee@leelawllp.com, monikapleyer@gmail.com
- William C. Lewis     ecf@williamclewis.com
- William Thomas Lewis     wtl@roblewlaw.com, kimwrenn@msn.com
- Maxim B. Litvak     mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Patricia H. Lyon     phlyon@frenchandlyon.com, mwoodward@frenchandlyon.com
- Iain A. Macdonald     iain@macfern.com, brenda@macfern.com
- Miriam Manning     mmanning@pszjlaw.com, ksuk@pszjlaw.com
- Scott H. McNutt     SMcNutt@ml-sf.com
- Dennis D. Miller     dmiller@steinlubin.com
- Kevin Montee     kmontee@hornersinger.com, ecf@hornersinger.com
- Shane J. Moses     smoses@ml-sf.com, csnell@ml-sf.com
- Stephen T. O'Neill     ONeill.Stephen@Dorsey.com
- Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- Christopher O. Rivas     crivas@reedsmith.com
- Richard A. Rogan     , jb8@jmbm.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| 1 | - Mark J. Romeo     romeolaw@msn.com |
| 2 | - Jeremy Rosenthal     jRosenthal@sidley.com |
| | - Ryan Sandrock     rsandrock@sidley.com |
| 3 | - Roya Shakoori     roya@bindermalter.com |
| 4 | - Matthew J. Shier     , mterry@shierkatz.com |
| | - Michael A. Sweet     msweet@foxrothschild.com, DdelaRocha@foxrothschild.com |
| 5 | - Edward Tredinnick     etredinnick@grmslaw.com |
| 6 | - Jeffrey D. Trowbridge     jdt3656@sbcglobal.net |
| | - Racheal Turner     , karentsen@fbm.com;calendar@fbm.com |
| 7 | - Phyllis N. Voisenat     pvoisenat@gmail.com |
| | - G. Michael Williams     gmw1955@softcom.net, lmh@arrival.net |

**Via U.S. Mail:**

| | | |
|---|---|---|
| Attorneys for Creditor, SBS Trust Deed Network<br>Nick I. Iezza<br>Spiwak & Iezza<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | Thomas E. Foutch<br>1810 Jackson Street Apt. 7<br>San Francisco, CA 94109 | Brad Cless<br>Arrmanino McKenna LLP<br>12667 Alcosta Blvd, Ste. 500<br>San Ramon, CA 94583 |
| Bradley & Riley, PC<br>2007 First Avenue SE<br>Cedar Rapids, IA 52406-2804 | Briar Tazuk<br>2488 Spring Mountain Road<br>St. Helena, CA 94574 | Cade L. Morrow, Trustee<br>1375 N. Rose Avenue<br>Palm Springs, CA 92262 |
| Clifford R. Horner<br>Law Offices of Berding and Weil<br>1646 N California Blvd #250<br>Walnut Creek, CA 94596 | CMR Mortgage Fund III, LLC<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | Daniel L. Rottinhause<br>Anand R. Upadhye<br>Counsel for Certain Equity Holders<br>Berding & Weil LLP<br>3240 Stone Valley Road West<br>Alamo, CA 94507 |
| David Cable<br>9843 Pennbridge Dr.<br>Granite Bay, CA 95746 | David G. Bicknell<br>Counsel for Beacon Development, Inc.<br>Bicknell Law Offices<br>2542 So. Bascom Avenue, Suite 185<br>Campbell, CA 95008 | David S. Schutt<br>142 Paseo De La Concha #F<br>Redonodo Beach, CA 90277 |
| Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, #310<br>San Diego, CA 92108 | CSW Deferred Compensation Plan<br>John Farquhar, Trustee<br>1710 Gilbreth Road Suite 300<br>Burlingame, CA 94010 | Fire-Matic Systems, Inc<br>Profit Sharing Plan Trust<br>5165 Brandin Court<br>Fremont, CA 94538 |
| Todd B. Rothbard<br>4261 Norwalk Drive, #107<br>San Jose, CA 95129 | Gary and Barbara B. Hunt Family Trust<br>1010 Doane Way<br>Red Bluff, CA 96080 | Thomas H. Prouty<br>Troutman Sanders LLP<br>5 Park Plaza #1400<br>Irvine, CA 92614 |
| Graham Seel<br>California Mortgage and Realty, Inc.<br>1540 Market Street, Lower Level<br>San Francisco, CA | Harold Bowman or Brook Bowman or Forest Bowman<br>Bowman Family 1992 Revocable Living Trust<br>3211 Lake Redding Drive<br>Redding, CA 96003 | Natalie Stein, Trustee<br>Stein Family Trust<br>5913 Horsemans Canyon Dr., #6B<br>Walnut Creek, CA 94595 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| Jeff J. Friedman, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022 | John S. Morken<br>Morken Law Office<br>760 Market St. #768<br>San Francisco, CA 94012 | Jonathan Herschel Bornstein<br>Law Offices of Bornstein and Bornstein<br>507 Polk Street, # 320<br>San Francisco, CA 94118-3339 |
|---|---|---|
| Julie A. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Kathy Guard<br>3547 Laurel St.<br>San Diego, CA 92104 | Leah F. Davis<br>378 Van Buren Ave., #303<br>Oakland, CA 94610 |
| Leslie S. Ahari<br>Troutman Sanders LLP<br>5 Park Plaza, #1400<br>Irvine, CA 92614 | Linda G. Zieff<br>79817 Falsetto Drive<br>Palm Desert, CA 92211 | Mark Aloysius Smith Schwab<br>6466 Hollis Street, Unit 337<br>Emeryville, CA 94608 |
| Michelle R. Generaux<br>Murtaugh Meyer Nelson Treglia LLP<br>2603 Main St. 9th Fl.<br>Irvine, CA 92614-6232 | Meghan C. Sherrill<br>Bryan Cave LLP<br>120 Broadway #300<br>Santa Monica, CA 90401 | Michelle Mo Lee<br>829 Folsom Street, Unit 300<br>San Francisco, CA 94107 |
| Richard M. Kipperman<br>Chapter 11 Trustee<br>PO Box 3010<br>La Mesa, CA 92944 | Paul S. May, Trustee<br>Revocable Trust 12/3/93<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | Doug and Angela Volz<br>2525 N 4th St<br>Washougal, WA 98671 |
| Robert Feinbaum<br>3001 Ashbrook Court<br>Berkeley, CA 94601 | Milton J. Most<br>1810 Jackson Street #7<br>San Francisco, CA 94109 | Robert B. Campbell<br>659 Augusta Drive<br>Moraga, CA 94556 |
| Susan L. Chisena<br>973 NW Glisan St. #434<br>Portland, OR 97209-3264 | Ronald F. Hyce<br>PO Box 756<br>Rio Linda, CA 95673 | Stephen R. Volz<br>Volz Properties<br>1390 Broadway , B287<br>Placerville, CA 95667 |
| Frank Stein, Trustee<br>Revocable Trust 5/4/94<br>Investor # 11896<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | Terrance H. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Lodging Supply Consultants<br>Account/Investor #12168<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 |
| Phyllis G. Potter<br>133 Echo Ave., #3<br>Oakland, CA 94611 | CMR Mortgage Fund II, LLC<br>Attn: Graham Seel<br>1540 Market Street<br>Lower Level<br>San Francisco, CA 94102 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:84828.1 49666/001            CERTIFICATE OF SERVICE