David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
　　　　　mlitvak@pszjlaw.com
　　　　　mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>　　　　　　　　Debtors. | Case No.: 08-32220-TEC<br>　　　　　　09-30788-TEC<br>　　　　　　09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF TRUSTEE'S FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION**<br><br><u>Plan Confirmation Hearing</u>:<br><br>Date:　July 11, 2014<br>Time:　9:30 a.m.<br>Place:　235 Pine Street, 23rd Floor<br>　　　　San Francisco, California<br>Judge:　Honorable Thomas Carlson |

**PLEASE TAKE NOTICE** that, on **July 11, 2014, at 9:30 a.m.**, or as soon thereafter as the matter may be heard in the United States Bankruptcy Court, located at 235 Pine Street, 23rd Floor, San Francisco, California 94111, a hearing (the "Hearing") will be held, pursuant to section 1128 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3020 of the Federal Rules of Bankruptcy Procedure, to consider confirmation of the *Trustee's First Amended Chapter 11 Plan of Liquidation Dated May 12, 2014*, as amended or modified (the "Plan"). The Court may continue the

Hearing from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that Richard M Kipperman (the "Trustee"), the chapter 11 trustee of the above-captioned debtors, will request at the Hearing that the Court, among other matters, determine that the Plan satisfies the requirements of section 1129 of the Bankruptcy Code and enter an order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that, following a hearing on May 9, 2014, the Court entered an *Order (1) Approving Disclosure Statement in Support of Trustee's First Amended Plan of Liquidation; and (2) Establishing Transmittal and Voting Procedures for Confirmation of the Plan*, pursuant to which the Court approved the Disclosure Statement in support of the Plan as containing adequate information to enable creditors to make an informed judgment in determining whether to vote to accept or reject the Plan, and authorized the Trustee to solicit acceptances of the Plan.

**PLEASE TAKE FURTHER NOTICE** that any party who wishes to obtain a copy of the proposed Disclosure Statement, the Plan or the other solicitation materials may do so by written request to counsel for the Trustee.

**PLEASE TAKE FURTHER NOTICE** that **June 27, 2014**, is the deadline imposed by the Court for submitting written acceptances or rejections of the Plan. All ballots must be mailed or delivered to the balloting agent designated on the ballots so that they are actually received on or before the voting deadline. The Trustee will tabulate all acceptances and rejections of the Plan and will report the results of such tabulation to the Court at least three (3) business days prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to confirmation of the Plan must file such objection with the Court and serve a copy of the objection on counsel for the Trustee by no later than **June 27, 2014**. Any objection must be accompanied by any declarations, memoranda of law or other evidence that the objecting party wishes to present in support of its position. Objections that are not timely filed and served will not be considered and will be overruled. The Trustee may file and serve a reply brief to any objections at least two (2) business days prior to the Hearing.

| | | |
|---|---|---|
| Dated: May 14, 2014 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ Maxim B. Litvak* |
| | | Maxim B. Litvak |
| | | Counsel for Richard M Kipperman, Chapter 11 Trustee |