David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                   Debtors. | Case No.: 08-32220-TEC<br>             09-30788-TEC<br>             09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
CITY OF LOS ANGELES )

I, Patricia Jeffries, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Flr. Los Angeles, CA 90067.

On May 29, 2014, I caused to be served the

- **CHAPTER 11 TRUSTEE'S THIRD OMNIBUS OBJECTION TO INVESTOR EQUITY INTERESTS ASSERTED AS CREDITOR CLAIMS**
- **DECLARATION OF RICHARD M. KIPPERMAN IN SUPPORT OF CHAPTER 11 TRUSTEE'S THIRD OMNIBUS OBJECTION TO INVESTOR EQUITY INTERESTS ASSERTED AS CREDITOR CLAIMS**
- **NOTICE AND OPPORTUNITY TO OBJECT AND FOR HEARING ON CHAPTER 11 TRUSTEE'S THIRD OMNIBUS OBJECTION TO INVESTOR EQUITY INTERESTS ASSERTED AS CREDITOR CLAIMS**

in this action by placing a true and correct copy of said document in sealed envelopes addressed as follows:

JCKM Yao Family Foundation
Attn: Hui Lee, Chief Financial Officer
1027 Crescent Terrace
Milpitas, CA 95035-7828

| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|---|---|
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on May 29, 2014, at Los Angeles, California.

*/s/ Patricia Jeffries*
Patricia Jeffries