DOLORES J. DOOLITTLE
PINAL COUNTY TREASURER
Lori Ashford
Accounting Supervisor
P. O. Box 729
Florence, AZ 85132
Telephone: 520-866-6051
Lori.Ashford@pinalcountyaz.gov

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND II, LLC<br><br>Debtors. | Case No.: 08-32220-TEC<br>     09-30788-TEC<br>     09-30802-TEC<br>Substantively Consolidated<br><br>Chapter: 11<br><br>WITHDRAWAL OF CLAIM |

Dolores J. Doolittle, Pinal County Treasurer, hereby withdraws the Treasurer's original claim in Fund II #234 and Fund I #68 filed in this matter on or about May 27, 2014 and March 4, 2014 respectively.

RESPECTFULLY SUBMITTED this 12th day of June, 2014.

         DOLORES J. DOOLITTLE
         PINAL COUNTY TREASURER

         */s/ Lori Ashford*
         Creditor's Authorized Agent
         Accounting Supervisor

**FILED**
JUN 20 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Dated: 06/12/2014

Clerk United States Bankruptcy Court
Northern District of San Francisco
235 Pine St 19th Floor
San Francisco, CA 94120-7341

NOTICE will be mailed to
the following recipients:

David M Bertenthal
Maxim B Litvak
Miriam Manning
PACHULSKI STANG ZIEHL & JONES LLP
150 California St 15th Floor
San Francisco, CA 94111-4500
*Attorney for Debtor*

Trustee:
Pro Se Trustee

By: _____