| | |
|---|---|
| 1 | David M. Bertenthal (CA Bar No. 167624) |
| 2 | Maxim B. Litvak (CA Bar No. 215852) |
| | Miriam Manning (CA Bar No. 178584) |
| 3 | PACHULSKI STANG ZIEHL & JONES LLP |
| | 150 California Street, 15th Floor |
| 4 | San Francisco, CA 94111-4500 |
| | Telephone: 415/263-7000 |
| 5 | Facsimile: 415/263-7010 |
| 6 | E-mail: dbertenthal@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| 7 | mmanning@pszjlaw.com |
| 8 | Counsel for Richard M Kipperman, |
| | Chapter 11 Trustee |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-32220-TEC |
| | 09-30788-TEC |
| CMR MORTGAGE FUND, LLC, | 09-30802-TEC |
| CMR MORTGAGE FUND II, LLC, | |
| CMR MORTGAGE FUND III, LLC, | Substantively Consolidated |
| Debtors. | Chapter 11 |
| | **NOTICE AND OPPORTUNITY TO OBJECT OR FOR HEARING ON CHAPTER 11 TRUSTEE'S EIGHTH OMNIBUS OBJECTION TO RELEASED OR SATISFIED CLAIMS** |
| | [NO HEARING DATE SET] |

**TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE AND THE CLAIMANTS IDENTIFIED IN THE OBJECTION:**

**PLEASE TAKE NOTICE** that Richard M Kipperman, chapter 11 trustee for the above estate (the "Trustee") has objected ("Objection") to the proofs of claim identified in Exhibit A (the "Claims") attached to the *Declaration of Richard M Kipperman In Support of Chapter 11 Trustee's Eighth Omnibus Objection to Released or Satisfied Claims* filed on June 24, 2014. The Trustee seeks to disallow the Claims on the grounds that they have been waived, released or otherwise satisfied. The Objection is based on the Declaration of Richard M Kipperman filed in support thereof, the exhibits attached thereto, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that **your claim may be eliminated. You should review the Objection and related documents carefully and discuss them with your attorney if you have one.** If you do not want the Court to eliminate your claim, then you or your lawyer must comply with the procedures for filing an opposition or requesting a hearing set forth below.

**PLEASE TAKE FURTHER NOTICE THAT** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed. Pursuant to Local Rule 9014-1(b)(3), any party wishing to respond to the Objection or request a hearing on the matter must file a written response to the Objection with the Bankruptcy Court (located at 235 Pine Street, San Francisco, California 94104) and served upon counsel for the Trustee (at the address provided above) **within twenty-one (21) days from the date of the mailing of this Notice.** Any opposition or request for hearing must be accompanied by any declarations or memoranda of law the party responding or requesting a hearing wishes to present in support of its position. If an opposition or request for hearing is timely filed and served, the Trustee will set the matter for hearing and will provide at least fourteen (14) days' written notice of the hearing to the opposing or requesting party. **If there is no timely opposition or request for hearing, the Court may decide that you do not oppose the objection to your claim and may grant the relief requested in the Objection by default.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 3007-1, where a factual dispute is involved, the initial hearing (if any) shall be deemed a status conference at which the Court will not receive evidence. Where only a matter of law is involved, the matter may be argued at the initial hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 3007-1, where a factual dispute is involved, the initial hearing (if any) on an objection shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing.

Dated: June 24, 2014                    PACHULSKI STANG ZIEHL & JONES LLP

                                        By      */s/ Miriam Manning*
                                                Miriam Manning
                                                Attorneys for Richard M Kipperman
                                                Chapter 11 Trustee