Form OCP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: CMR Mortgage Fund, LLC | Case No.: 08–32220 TEC 11 |
| Debtor(s) | Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 07/14/2014 confirming the plan of reorganization filed on 5/12/2014 .

Dated: 7/14/14

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court