1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  Miriam Manning (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, California 94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010

Signed and Filed: July 14, 2014

6  E-mail:dbertenthal@pszjlaw.com
        mlitvak@pszjlaw.com
        mmanning@pszjlaw.com

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

8  Counsel for Richard M Kipperman,
   Chapter 11 Trustee

9          **UNITED STATES BANKRUPTCY COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12  In re:                                    Case No.:  08-32220-TEC
                                                          09-30788-TEC
13  CMR MORTGAGE FUND, LLC,                               09-30802-TEC
    CMR MORTGAGE FUND II, LLC,
14  CMR MORTGAGE FUND III, LLC,               Substantively Consolidated

15                                            Chapter 11

16              Debtors.                      **ORDER GRANTING REQUEST FOR
                                              ENTRY OF ORDER DISALLOWING
17                                            CLAIMS IDENTIFIED ON THE
                                              TRUSTEE'S SIXTH OMNIBUS
18                                            OBJECTION TO INVESTOR CLAIMS
                                              BY DEFAULT**

19

20          The Court has considered the *Chapter 11 Trustee's Sixth Omnibus Objection To Investor*

21  *Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Request for Entry of*

22  *Order Disallowing Claims Identified On The Trustee's Sixth Omnibus Objection To Claims By*

23  *Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default

24  Request.  Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in

25  the Omnibus Objection or the Default Request, as applicable.

26          The Court finds that notice of the Omnibus Objection was appropriate and sufficient.

27          Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection

28  and in support of the Default Request, and sufficient cause appearing therefore;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

It is hereby **ORDERED,** as follows:

1.      The Default Request is GRANTED and the following claims identified in the Omnibus Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Debt Acquisition Company of America V, LLC | Fund II | 72 |
| Roy and Judith Alper | Fund III | 61 |

2.      The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

**\* \* \* END OF ORDER \* \* \***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# COURT SERVICE LIST

| **Fund II - Claim 72**<br>Debt Acquisition Company of<br>America V, LLC<br>Attn: Andrew Whatnall<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | **Fund III – Claim 61**<br>Roy and Judith Alper<br>4305 Webster Street<br>Oakland, CA 94609 | |

PACHULSKI STANG ZIEHL & JONES LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO, CALIFORNIA

DOCS_SF:83858.1 04966/006   ORDER GRANTING DEBTOR'S SIXTH<br>OMNIBUS OBJECTION BY DEFAULT

3