| | |
|---|---|
| 1 | David M. Bertenthal (CA Bar No. 167624) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| 2 | Miriam Manning (CA Bar No. 178584) |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | 150 California Street, 15th Floor |
| | San Francisco, California 94111-4500 |
| 4 | Telephone: 415/263-7000 |
| | Facsimile: 415/263-7010 |

Signed and Filed: July 14, 2014



**THOMAS E. CARLSON U.S. Bankruptcy Judge**



E-mail: dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-32220-TEC |
| CMR MORTGAGE FUND, LLC, | 09-30788-TEC |
| CMR MORTGAGE FUND II, LLC, | 09-30802-TEC |
| CMR MORTGAGE FUND III, LLC, | Substantively Consolidated |
| Debtors. | Chapter 11 |

**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS IDENTIFIED ON THE TRUSTEE'S FIRST OMNIBUS OBJECTION TO INVESTOR CLAIMS BY DEFAULT**

The Court has considered the *Chapter 11 Trustee's First Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Claims Identified On The Trustee's First Omnibus Objection To Claims By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Omnibus Objection or the Default Request, as applicable.

The Court finds that notice of the Omnibus Objection was appropriate and sufficient.

Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore; it is hereby

**ORDERED** as follows:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Agnes Halpern | Fund II | 123 |
| Alan and Carole Frankel, trustee The Frankel 2004 | Fund I | 5 |
| Alan Frankel | Fund I | 4 |
| Alan Kay | Fund II | 15 |
| Alan Kubler, Trustee Franey Kubler Family Trust | Fund III | 98 |
| Alan P. Cade | Fund II | 131 |
| Alan P. Cade | Fund III | 39 |
| Alan Winick or Pamela A. Handley | Fund II | 129 |
| Alejandro Rossini | Fund II | 22 |
| Allan W. Blair Rochelle L. Blair | Fund II | 79 |
| Allen Fox or Harriet Fox, TTE Fox Family Trust Allen & Harriet Fox, TTES | Fund II | 51 |
| ALT Charitable Trust Teresa J. Pucci, Trustee | Fund II | 56 |
| Amelia Franzen | Fund III | 67 |
| Annette D'Antonio | Fund III | 33 |
| Anshul Kundani | Fund III | 64 |
| Anthony K. Barnette | Fund I | 16 |
| Anthony K. Barnette | Fund II | 2 |
| Anthony K. Barnette | Fund I | 17 |
| Anthony K. Barnette | Fund I | 18 |
| Argo Partners | Fund I | 31 |
| Argo Partners | Fund II | 35 |
| Argo Partners | Fund II | 74 |
| Argo Partners | Fund II | 92 |
| Argo Partners | Fund II | 98 |
| Argo Partners | Fund II | 139 |
| Argo Partners | Fund II | 146 |
| Argo Partners | Fund II | 147 |
| Argo Partners | Fund II | 173 |
| Argo Partners | Fund II | 184 |
| Argo Partners | Fund II | 266 |
| Argo Partners | Fund III | 17 |
| Argo Partners | Fund III | 19 |
| Argo Partners | Fund III | 47 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Argo Partners | Fund III | 48 |
| Argo Partners | Fund II | 206 |
| Arthur M. Liu, M.D. | Fund II | 240 |
| Arthur M. Liu, M.D., Inc PROFIT SHARING TRUST | Fund III | 89 |
| Atul and Shobha Tandon | Fund III | 62 |
| Atul K Shobha Tandon | Fund II | 189 |
| Barbara Binder | Fund II | 166 |
| Barbara J. Gregory | Fund II | 21 |
| Barbara N. Hofstein | Fund II | 169 |
| Barbara or Maurice Engel | Fund II | 155 |
| Barbara Strouzas | Fund I | 50 |
| Barbara Wirth | Fund II | 101 |
| Barbara Wirth | Fund III | 21 |
| Barnes, Stork and Associates | Fund II | 269 |
| Barulieh-Neri Spouse's Trust<br>Gene J Neri, Trustee | Fund II | 54 |
| Baxter H. Armstrong<br>Helen H. Armstrong | Fund II | 42 |
| Baxter H. Armstrong<br>Helen H. Armstrong | Fund II | 43 |
| Beach Survivor's Trust<br>Lucile F. Beach, Trustee, c/o Teresa L Stocking | Fund II | 50 |
| Ben Hur | Fund III | 43 |
| Ben Hur | Fund III | 44 |
| Bertha Thomas | Fund III | 18 |
| Betsie Strouzas | Fund I | 35 |
| Betsie Strouzas | Fund III | 53 |
| Betty H. Cablk | Fund II | 73 |
| Brian D. and Charlane Tinsley | Fund II | 261 |
| Brian R. Hawes and Amy K Hawes | Fund II | 64 |
| Buck Ware & Lidiya Leonova | Fund II | 143 |
| Candy Neal | Fund II | 268 |
| Carla Thomas or Robert Thomas, Jr. | Fund II | 75 |
| Carlos Anibal Cordero | Fund II | 219 |
| Carlos Anibal Cordero | Fund III | 83 |
| Carol F. Schwyzer | Fund II | 157 |
| Carole Frankel | Fund I | 6 |
| Cathleen C. Moran<br>Moran Law Group | Fund II | 97 |
| Cellu Sal Wan | Fund II | 264 |
| Charlane A and Brian Tinsley | Fund II | 260 |
| Charles & Patricia Townsend Living Trust | Fund II | 112 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Charles L. Townsend | | |
| Charles E. Spiva | Fund II | 224 |
| Charles Edwin Dalgleish Ttee Dalgleish 1991 Rev. Living Trust c/o: Ronald B. Balgleish | Fund III | 101 |
| Charles S. Loughran, Esq. | Fund II | 26 |
| Chris A. De Vos | Fund II | 211 |
| Christopher Pepper | Fund III | 51 |
| Claremont Towers Apts. A CA L.P. c/o Spyridon Strouzas | Fund I | 34 |
| Curtis J. Rigor | Fund II | 4 |
| Daniel & Nancy Altman | Fund II | 115 |
| Daniel M. Leibsohn | Fund II | 128 |
| Daranne Schott | Fund II | 233 |
| Darius Kraus | Fund II | 62 |
| David Dingman and Treacy Colbert | Fund III | 84 |
| David Dingman and Treacy Colbert | Fund II | 210 |
| David H. Schiff & Tiphanie K. Schiff | Fund III | 35 |
| David H. Schiff and Tiphanie K. Schiff | Fund II | 119 |
| David H. Schiff | Fund III | 36 |
| David N. Barron | Fund II | 156 |
| David Wong & Donald Wong | Fund II | 214 |
| David Wong & Donald Wong | Fund III | 87 |
| Deborah Z. Samii | Fund II | 144 |
| Debt Acquisition Company of America V, LLC | Fund I | 25 |
| Debt Acquisition Company of America V, LLC | Fund III | 14 |
| Dennis A. Rohne | Fund III | 29 |
| Devincenzi Family Trust Gerald Devincenzi (Trustee) | Fund II | 57 |
| Dolores P. Welsh Trust | Fund III | 34 |
| Dolores P. Welsh Trust Dolores P. Welsh | Fund II | 90 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

* * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

**CLAIMANTS**

| | | |
|---|---|---|
| Fund II Claim No. 123<br>Agnes Halpern<br>2307 Derby St.<br>Berkeley, CA 94705 | Fund I Claim No. 5<br>Alan and Carole Frankel, Trustee<br>The Frankel 2004<br>9591 Jura Drive<br>Huntington Beach, CA 92646 | Fund I Claim No. 4<br>Alan Frankel<br>9591 Jura Drive<br>Huntington Beach, CA 92646 |
| Fund II Claim No. 15<br>Alan Kay<br>19 Dorian WAy<br>San Rafael, CA 94901 | Fund III Claim No. 98<br>Alan Kubler, Trustee<br>Franey Kubler Family Trust<br>922 Pomona Avenue<br>Albany, CA 94706 | Fund II Claim No. 131<br>Fund III Claim No. 39<br>Alan P. Cade<br>12296 Lakeshore North<br>Auburn, CA 95602 |
| Fund II Claim No. 129<br>Alan Winick or Pamela A. Handley<br>282 Hans Ave.<br>Mountain View, CA 94040 | Fund II Claim No. 22<br>Alejandro Rossini<br>128 San Rafael Ave<br>San Rafael, CA 94901 | |
| Fund II Claim No. 79<br>Allan W. Blair<br>Rochelle L. Blair<br>560 Hillside Road<br>Redwood City, CA 94062 | Fund II Claim No. 51<br>Allen Fox or Harriet Fox, TTE Fox Family Trust<br>Allen & Harriet Fox, TTES<br>1976 Brooktree Way<br>Pleasanton, CA 94566-5508 | Fund II Claim No. 56<br>ALT Charitable Trust<br>Teresa J. Pucci, Trustee<br>6369 Stone Bridge Rd.<br>Santa Rosa, CA 95409 |
| Fund III Claim No. 67<br>Amelia Franzen<br>100 Saint Beatrice Ct<br>Danville, CA 94526 | Fund III Claim No. 33<br>Annette D'Antonio<br>397 Crest Avenue<br>Alamo, CA 94507 | Fund III Claim No. 64<br>Anshul Kundani<br>12558 Corellian Court<br>Cerritos, CA 90703 |
| Fund I Claim No. 16, 17 & 18<br>Fund II Claim No. 2<br>Anthony K. Barnette<br>1514 Fifth St<br>Livermore, CA 94550 | Fund I Claim No. 31<br>Fund II Claim No. 35, 74, 92, 98, 139, 146, 147, 173, 184, 266<br>Fund III Claim No. 17, 19, 47, 48 & 206<br>Argo Partners<br>Attn: Matthew A. Gold<br>12 West 37th Street, 9th Fl<br>New York, NY 10018 | Fund II Claim No. 240<br>Arthur M. Liu, M.D.<br>288 E. Lomond St.<br>Boulder Creek, CA 95006 |
| Fund III Claim No. 89<br>Arthur M. Liu, M.D., Inc PROFIT SHARING TRUST<br>288 E. Lomond St.<br>Boulder Creek, CA 95006 | Fund II Claim No. 189<br>Fund III Claim No. 62<br>Atul and Shobha Tandon<br>29909 Bello View Place<br>Hayward, CA 94544 | Fund II Claim No. 166<br>Barbara Binder<br>1663 Holly Circle<br>Pleasanton, CA 94566 |
| Fund II Claim No. 21<br>Barbara J. Gregory<br>602 Sherree Dr.<br>Martinez, CA 94553 | Fund II Claim No. 169<br>Barbara N. Hofstein<br>1011 Whitehall Lane<br>Redwood City, CA 94061 | Fund II Claim No. 155<br>Barbara or Maurice Engel<br>3554 Arcadian CT.<br>Castro Valley, CA 94546 |
| Fund I Claim No. 50<br>Barbara Strouzas<br>4468 Linda Way<br>Pleasanton, CA 94566 | Fund II Claim No. 101<br>Fund III Claim No. 21<br>Barbara Wirth<br>1690 Broadway #205<br>San Francisco, CA 94109 | Fund II Claim No. 269<br>Barnes, Stork and Associates<br>648 Menlo Ave., Suite 11<br>Menlo Park, CA 94025 |

| Fund II Claim No. 54<br>Barulieh-Neri Spouse's Trust<br>Gene J Neri, Trustee<br>1079 W. Iowa Ave<br>Sunnyvale, CA 94086 | Fund II Claim No. 42 & 43<br>Baxter H. Armstrong<br>Helen H. Armstrong<br>4339 Miranda Ave<br>Palo Alto, CA 94306 | Fund II Claim No. 50<br>Beach Survivor's Trust<br>Lucile F. Beach, Trustee, c/o Teresa L Stocking<br>851 Carmel Avenue<br>Livermore, CA 94550-5330 |
|---|---|---|
| Fund III Claim No. 43 & 44<br>Ben Hur<br>408 Day Lilly Lane<br>Lincoln, CA 95648 | Fund III Claim No. 18<br>Bertha Thomas<br>73 Ardilla Rd.<br>Orinda, CA 94563 | Fund I Claim No. 35<br>Fund III Claim No. 53<br>Betsie Strouzas<br>508 Westfield Way<br>Oakland, CA 94619 |
| Fund II Claim No. 73<br>Betty H. Cablk<br>1661 Pine St., Apt. 735<br>San Francisco, CA 94109 | Fund II Claim No. 260 & 261<br>Brian D. and Charlane Tinsley<br>19 Rousseau Street<br>Hayward, CA 94544 | Fund II Claim No. 64<br>Brian R. Hawes and Amy K Hawes<br>813 Orchid Ave.<br>Capitola, CA 95010 |
| Fund II Claim No. 143<br>Buck Ware & Lidiya Leonova<br>1710 Citrus Avenue<br>Chico, CA 95926 | Fund II Claim No. 268<br>Candy Neal<br>8120 Barton Rd<br>Granite Bay, CA 95746 | Fund II Claim No. 75<br>Carla Thomas or Robert Thomas, Jr.<br>PO Box 1168<br>Eastsound, WA 98245 |
| Fund II Claim No. 219<br>Fund III Claim No. 83<br>Carlos Anibal Cordero<br>25 Homer Ln<br>Menlo Park, CA 94025 | Fund II Claim No. 157<br>Carol F. Schwyzer<br>1740 Hillside Rd<br>Santa Barbara, CA 93101 | Fund I Claim No. 6<br>Carole Frankel<br>9591 Jura Drive<br>Huntington Beach, CA 92646 |
| Fund II Claim No. 97<br>Cathleen C. Moran<br>Moran Law Group<br>1674 N. Shoreline Blvd., Suite 140<br>Mountain View, CA 94943 | Fund II Claim No. 264<br>Cellu Sal wan<br>696 E. Lewelling Boulevard<br>Hayward, CA 94541 | Fund II Claim No. 112<br>Charles & Patricia Townsend Living Trust<br>Charles L. Townsend<br>8065 Cristobal Ave<br>Atascadero, CA 93422 |
| Fund II Claim No. 224<br>Charles E. Spiva<br>3530 Starview Dr<br>Camino, CA 95709 | Fund III Claim No. 101<br>Charles Edwin Dalgleish Ttee<br>Dalgleish 1991 Rev. Living Trust<br>c/o: Ronald B. Balgleish<br>1672 Honfleur Dr<br>Sunnyvale, CA 94087 | Fund II Claim No. 26<br>Charles S. Loughran, Esq.<br>6318 Bullard Dr.<br>Oakland, CA 94611 |
| Fund II Claim No. 211<br>Chris A. De Vos<br>1955 Venice Dr<br>South Lake Tahoe, CA 96150 | Fund III Claim No. 51<br>Christopher Pepper<br>4980 Carriage Lane<br>Santa Rosa, CA 95403 | Fund I Claim No. 34<br>Claremont Towers Apts. A CA L.P.<br>c/o Spyridon Strouzas<br>6268 Viewcrest Drive<br>Oakland, CA 94619 |
| Fund II Claim No. 4<br>Curtis J. Rigor<br>35679 Barnard Drive<br>Fremont, CA 94536 | Fund II Claim No. 115<br>Daniel & Nancy Altman<br>2544 Etna St<br>Berkeley, CA 94704 | Fund II Claim No. 128<br>Daniel M. Leibsohn<br>256 Alvarado Road<br>Berkeley, CA 94705 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| Fund II Claim No. 233<br>Daranne Schott<br>480 Greenwich Street Apt 3<br>San Francisco, CA 94133 | Fund II Claim No. 62<br>Darius Kraus<br>PO Box 31283<br>Oakland, CA 94604 | Fund II Claim No. 210<br>Fund III Claim No. 84<br>David Dingman and Treacy Colbert<br>1241 E Marshall Pl<br>Long Beach, CA 90807-3711 |
| Fund II Claim No. 119<br>Fund III Claim No. 35<br>David H. Schiff and Tiphanie K. Schiff<br>792 Rowland Blvd.<br>Novato, CA 94947-4601 | Fund III Claim No. 36<br>David H. Schiff<br>792 Rowland Blvd<br>Novato, CA 94947-4601 | Fund II Claim No. 156<br>David N. Barron<br>1965 Ayers Rd<br>Concord, CA 94521 |
| Fund II Claim No. 214<br>Fund III Claim No. 87<br>David Wong & Donald Wong<br>225 Palm Drive<br>Piedmont, CA 94610 | Fund II Claim No. 144<br>Deborah Z. Samii<br>158 Treeview Drive<br>Daly City, CA 94014 | Fund I Claim No. 25<br>Fund III Claim No. 14<br>Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108<br>Attn: Andrew Whatnall |
| Fund III Claim No. 29<br>Dennis A. Rohne<br>127 Enchanted Way<br>San Ramon, CA 94583 | Fund II Claim No. 57<br>Devincenzi Family Trust<br>Gerald Devincenzi (Trustee)<br>39 Dartmouth Dr.<br>Larkspur, CA 94939 | Fund II Claim No. 90<br>Fund III Claim No. 34<br>Dolores P. Welsh Trust<br>Dolores P. Welsh<br>835 University Street<br>San Francisco, CA 94134 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:85592.1 49666/001