David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
　　　　mlitvak@pszjlaw.com
　　　　mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

Signed and Filed: July 14, 2014



**THOMAS E. CARLSON U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>　　　　　　Debtors. | Case No.: 08-32220-TEC<br>　　　　　　09-30788-TEC<br>　　　　　　09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS IDENTIFIED ON THE TRUSTEE'S SECOND OMNIBUS OBJECTION TO INVESTOR CLAIMS BY DEFAULT** |

The Court has considered the *Chapter 11 Trustee's Second Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Claims Identified On The Trustee's Second Omnibus Objection To Claims By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Omnibus Objection or the Default Request, as applicable.

The Court finds that notice of the Omnibus Objection was appropriate and sufficient.

Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore; it is hereby

**ORDERED** as follows:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Burton Berry | Fund II | 282 |
| David Guerland and Nancy Guerland | Fund I | 30 |
| David H. Schiff | Fund III | 3 |
| David H. Schiff | Fund III | 8 |
| David H. Schiff & Tiphanie K. Schiff | Fund III | 4 |
| David H. Schiff & Tiphanie K. Schiff | Fund III | 6 |
| David H. Schiff and Tiphanie K. Schiff | Fund II | 18 |
| David H. Schiff and Tiphanie K. Schiff | Fund II | 30 |
| Dennis McCarty | Fund I | 62 |
| Dennis McCarty | Fund II | 295 |
| Dennis McCarty | Fund III | 116 |
| Donald & Carrie Vermeer | Fund II | 19 |
| Donald and Marguerite Klaiss Living Trust dated 8-19-98 c/o Michael J. McQuaid, Esq. | Fund III | 85 |
| Donald M & Suzanne C. Thompson | Fund II | 6 |
| Donald P. & Blythe T. Bacci | Fund II | 270 |
| Donald P. & Blythe T. Bacci | Fund III | 107 |
| Donald P. & Blythe T. Bacci | Fund III | 108 |
| Donn or Eileen Trousdale / Donn Trousdale | Fund II | 104 |
| Donn Trousdale | Fund III | 27 |
| Doris B. Lund | Fund II | 152 |
| Douglas Menke | Fund II | 96 |
| Dr. Victor Garfinkle & Henrietta Garfinkle, Trustees | Fund II | 102 |
| Dr. Victor Garfinkle & Henrietta Garfinkle, Trustee | Fund III | 24 |
| Duane P. Beyer (Beyer Family Trust) | Fund III | 49 |
| Earl and Sonia Bates | Fund II | 262 |
| Edward Dermott | Fund II | 170 |
| Edward Dermott | Fund III | 59 |
| Edward I Kim, 2003 Kim Family Trust | Fund II | 221 |
| Edward Keiller | Fund II | 276 |
| Eileen Huang | Fund I | 22 |
| Eileen Huang | Fund II | 45 |
| Eileen Huang | Fund III | 9 |
| Emery and Denise Woo | Fund II | 230 |
| Eric Behrens | Fund III | 56 |
| F. Mazaheri | Fund II | 272 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| F. Mazaheri | Fund III | 102 |
| Farhad Samii | Fund II | 161 |
| Farhad Samii | Fund III | 50 |
| Frank & Catherine Locke, TTE | Fund I | 54 |
| Frank & Catherine Locke, TTE | Fund II | 257 |
| Frank E. Maddocks | Fund II | 162 |
| Frank E. Maddocks | Fund II | 163 |
| Fred L. Taber, Jr. | Fund III | 30 |
| Fred L. Taber, Jr. | Fund III | 31 |
| Frederick Ferber Sr. Trust U/D/T 4/10/01 c/o David Booker, Trustee | Fund I | 48 |
| Frederick Franzen | Fund III | 80 |
| Frederick R. Franzen, Co-Trustee | Fund II | 204 |
| Fruitvale Gardens LLC c/o Daniel Altman | Fund II | 116 |
| Gail M. Allison | Fund II | 285 |
| Garry M Samuels | Fund II | 188 |
| Garry M Samuels | Fund II | 190 |
| Garry M Samuels | Fund II | 191 |
| Garry M Samuels | Fund II | 192 |
| Garry M Samuels | Fund II | 193 |
| Garry M Samuels | Fund II | 194 |
| Garry M. Samuels | Fund III | 73 |
| Garry M. Samuels | Fund III | 74 |
| Garry M. Samuels | Fund III | 75 |
| Garry M. Samuels | Fund III | 76 |
| Garry M. Samuels | Fund III | 77 |
| Garry M. Samuels | Fund III | 78 |
| Gary Gand Barbara B. Hunt Family Trust Gary and Barbara Hunt | Fund II | 78 |
| George & Carol LaFlamme | Fund II | 49 |
| George and Maria Chilianis | Fund II | 177 |
| Gerald Cera M.D. | Fund II | 183 |
| Gerald Cera, MD | Fund I | 37 |
| Gerald DeVincenzi The Devincenzi Family Trust dated June 30, 1992 | Fund I | 26 |
| Gerald DeVincenzi The Devincenzi Family Trust dated June 30, 1992 | Fund I | 27 |
| Geri Keiller | Fund II | 280 |
| Gilbert P. Mendoza and Herlinda Mendoza | Fund II | 145 |
| Glenda E. Parkin | Fund I | 11 |
| Gregory Kemnitz | Fund II | 133 |
| Gretchen B. McEvoy Family Trust Gretchen B. McEvoy | Fund II | 130 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| H. & R. Winick, Trustees of Winick Family Trust c/o Law Offices of Stephen Benda | Fund II | 135 |
| H. & R. Winick, Trustees of Winick Family Trust c/o Law Offices of Stephen Benda | Fund III | 45 |
| Harriet A. Besser | Fund II | 68 |
| Harriet A. Besser | Fund II | 69 |
| Helene R. Smith and Leland R. Smith | Fund II | 180 |
| Herbert & Marliyn Friedman Trust Herbert Friedman | Fund II | 108 |
| Herbert Friedman | Fund I | 28 |
| Hui Lee | Fund III | 25 |
| Ina Rice | Fund II | 226 |
| IRA Services Trust Company Custodian FBO Patricia Fong Traditional IRA | Fund II | 299 |
| IRA Services Trust Company, Custodian FBO Patricia Fong Traditional IRA | Fund I | 65 |
| IRA Services Trust Company, Custodian FBO Patricia Fong Traditional IRA | Fund III | 120 |
| Irene Strouzas | Fund I | 33 |
| J. David Hawes Trust | Fund II | 103 |
| Jack A. Klein | Fund II | 76 |
| Jacobs/ Lum Family Trust Robert Jacobs | Fund II | 66 |
| Jacquelyn Pidge | Fund II | 142 |
| James & Margaret Ann Watson | Fund II | 126 |
| James & Margaret Ann Watson | Fund III | 38 |
| James G. Pattillo & C. Liberty Walker Pattillo James G. Pattillo | Fund II | 11 |
| James M. Hage | Fund II | 28 |
| James O. and Kay Miller, Trustees | Fund II | 168 |
| Jane Stavropoulos | Fund I | 52 |
| Jane Stavropoulos | Fund II | 251 |
| Janet Harris | Fund II | 275 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

\* \* \* **END OF ORDER** \* \* \*

## COURT SERVICE LIST

| | | |
|---|---|---|
| **Fund II - Claim # 282**<br>Burton Berry<br>1501 Greenwich Street<br>Apt. 604<br>San Francisco, CA 94123 | **Fund I - Claim # 30**<br>David Guerland and Nancy Guerland<br>23804 Lakeview Court<br>Auburn, CA 95602 | **Fund II - Claim # 18 & 30**<br>**Fund III - Claim # 3, 4, 6 & 8**<br>David H. Schiff<br>792 Rowland Blvd<br>Novato, CA 94947-4601 |
| **Fund I - Claim # 62**<br>**Fund II - Claim # 295**<br>**Fund III - Claim # 116**<br>Dennis McCarty<br>3232 Millsview Ave<br>Oakland, CA 94619 | **Fund II - Claim # 19**<br>Donald & Carrie Vermeer<br>1213 Horizon Lane<br>Medford, OR 97504 | **Fund III - Claim # 85**<br>Donald and Marguerite Klaiss Living Trust dated 8-19-98<br>c/o Michael J. McQuaid, Esq.<br>Carr, McClellan, et al.<br>216 Park Road<br>Burlingame, CA 94010 |
| **Fund II - Claim # 6**<br>Donald M & Suzanne C. Thompson<br>7551 Abbey Circle<br>Elk Grove, CA 95757 | **Fund II - Claim # 270**<br>**Fund III - Claim # 107 & 108**<br>Donald P. & Blythe T. Bacci<br>19261 Citrus Lane<br>Saratoga, CA 95070 | **Fund II - Claim # 104**<br>**Fund III - Claim # 27**<br>Donn or Eileen Trousdale<br>Donn Trousdale<br>6358 Estates Dr<br>Oakland, CA 94611-3121 |
| **Fund II - Claim # 152**<br>Doris B. Lund<br>350 Calloway Dr. # 248A<br>Bakersfield, CA 93312 | **Fund II - Claim # 96**<br>Douglas Menke<br>883 Rouke Way<br>Palo Alto, CA 94303-4410 | **Fund II - Claim # 102**<br>**Fund III - Claim # 24**<br>Dr. Victor Garfinkle & Henrietta Garfinkle Trustees<br>641 Sandalwood Isle<br>Alameda, CA 94501 |
| **Fund III - Claim # 49**<br>Duane P. Beyer (Beyer Family Trust)<br>18129 Walnut Road<br>Castro Valley, CA 94546 | **Fund II - Claim # 262**<br>Earl and Sonia Bates<br>1810 First Avenue<br>Walnut Creek, CA 94597 | **Fund II - Claim # 170**<br>**Fund III - Claim # 59**<br>Edward Dermott<br>1401 Fountain Grove Pkwy #215<br>Santa Rosa, CA 95403 |
| **Fund II - Claim # 221**<br>Edward I Kim<br>2003 Kim Family Trust<br>1275 Inverness Dr.<br>Pasadena, CA 91103 | **Fund II - Claim # 276**<br>Edward Keiller<br>1501 India Street #512<br>San Diego, CA 92101 | **Fund I - Claim # 22**<br>**Fund II - Claim # 45**<br>**Fund III - Claim # 9**<br>Eileen Huang<br>7 Place Jussieu<br>75005 Paris<br>FRANCE |
| **Fund II - Claim # 230**<br>Emery and Denise Woo<br>229 Brannan St 4D<br>San Francisco, CA 94107 | **Fund III - Claim # 56**<br>Eric Behrens<br>241 Hillside Avenue<br>Piedmont, CA 94611-4011 | **Fund II - Claim # 272**<br>**Fund III - Claim # 102**<br>F. Mazaheri<br>52 Mira Loma Rd.<br>Orinda, CA 94563 |
| **Fund II - Claim # 161**<br>**Fund III - Claim # 50**<br>Farhad Samii<br>127 Westgate Dr.<br>San Francisco, CA 94127 | **Fund I - Claim # 54**<br>**Fund II - Claim # 257**<br>Frank & Catherine Locke, TTE<br>847 Terra California Dr, #3<br>Walnut Creek, CA 94595 | **Fund II - Claim # 162 & 163**<br>Frank E. Maddocks<br>16916 Hierba Drive, Apt. 163<br>San Diego, CA 92128 |
| **Fund III - Claim # 30 & 31**<br>Fred L. Taber, Jr.<br>336 Borica Drive<br>Danville, CA 94526 | **Fund I - Claim # 48**<br>Frederick Ferber Sr. Trust U/D/T 4/10/01<br>c/o David Booker, Trustee<br>PO Box 1443<br>San Luis Obispo, CA 93406 | **Fund II - Claim # 204**<br>**Fund III - Claim # 80**<br>Frederick Franzen<br>100 Saint Beatrice Ct<br>Danville, CA 94526 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| **Fund II - Claim # 116**<br>Fruitvale Gardens LLC<br>c/o Daniel Altman<br>2544 Etna St.<br>Berkeley, CA 94704 | **Fund II - Claim # 285**<br>Gail M. Allison<br>19102 NW Snoqualimie Street<br>Bearverton, OR 97006 | **Fund II - Claim # 188, 190, 191, 192, 193 & 194**<br>**Fund III - Claim # 73, 74, 75, 76, 77 & 78**<br>Garry M Samuels<br>PO Box 129<br>Pleasanton, CA 94566 |
| **Fund II - Claim # 49**<br>George & Carol LaFlamme<br>77714 Woodhaven Dr. No.<br>Palm Desert,CA 92211 | **Fund II - Claim # 78**<br>Gary Gand Barbara B. Hunt Family Trust<br>Gary and Barbara Hunt<br>PO Box 262<br>Mineral,CA 96063 | **Fund II - Claim # 49**<br>George & Carol LaFlamme<br>77714 Woodhaven Dr. No.<br>Palm Desert,CA 92211 |
| **Fund II - Claim # 177**<br>George and Maria Chilianis<br>1758 Via Ventana<br>San Lorenzo, CA 94580 | **Fund I - Claim # 37**<br>**Fund II - Claim # 183**<br>Gerald Cera, MD<br>666 S. El Monte Ave. #17<br>Los Altos, CA 94022 | **Fund I - Claim # 26 & 27**<br>Gerald DeVincenzi<br>The Devincenzi Family Trust dated June 30, 1992<br>39 Dartmouth Drive<br>Larkspur, CA 94939 |
| **Fund II - Claim # 280**<br>Geri Keiller<br>1501 India Street #512<br>San Diego, CA 92101 | **Fund II - Claim # 145**<br>Gilbert P. Mendoza and Herlinda Mendoza<br>4312 Florence Avenue<br>Bell, CA 90201 | **Fund I - Claim # 11**<br>Glenda E. Parkin<br>970 Capitola Way<br>Santa Clara, CA 95051 |
| **Fund II - Claim # 133**<br>Gregory Kemnitz<br>1370 Montecito Ave # A<br>Mountain View, CA 94043 | **Fund II - Claim # 130**<br>Gretchen B. McEvoy Family Trust<br>Gretchen B. McEvoy<br>4415 Dogwood Lane #C<br>Redding, CA 96003 | **Fund III - Claim # 45**<br>**Fund II - Claim # 135**<br>H. & R. Winick, Trustees of Winick Family Trust<br>c/o Law Offices of Stephen Benda<br>750 Menlo Ave., Suite 350<br>Menlo Park, CA 94025 |
| **Fund II - Claim # 68 & 69**<br>Harriet A. Besser<br>100 Bay Place, Apt. 801<br>Oakland, CA 94610 | **Fund II - Claim # 180**<br>Helene R. Smith and Leland R. Smith<br>363 Dolphin Isle<br>Foster City, 94404 | **Fund I - Claim # 28**<br>**Fund II - Claim # 108**<br>Herbert & Marilyn Friedman Trust<br>Herbert Friedman<br>1643 Trestle Glen Rd<br>Oakland, CA 94610 |
| **Fund III - Claim # 25**<br>Hui Lee<br>1027 Crescent Terrace<br>Milpitas, CA 95035 | **Fund II - Claim # 226**<br>Ina Rice<br>16 Pila Ave<br>Piedmont, CA 94611 | **Fund I - Claim # 65**<br>**Fund II - Claim # 299**<br>**Fund III - Claim # 120**<br>IRA Services Trust Company, Custodian<br>FBO Patricia Fong Traditional IRA<br>42629 Montevideo Court<br>Fremont, CA 94539 |
| **Fund I - Claim # 33**<br>Irene Strouzas<br>6268 Viewcrest Drive<br>Oakland, CA 94619 | **Fund II - Claim # 103**<br>J. David Hawes Trust<br>515 Larsen Rd<br>Aptos, CA 95003 | **Fund II - Claim # 76**<br>Jack A. Klein<br>50 Horgan Avenue, Unit #51<br>Redwood City, CA 94061 |
| **Fund II - Claim # 66**<br>Jacobs/ Lum Family Trust<br>Robert Jacobs<br>2501 Tassajara Ave<br>El Cerrito, CA 94530 | **Fund II - Claim # 142**<br>Jacquelyn Pidge<br>51 Dowitcher Way<br>San Rafael, CA 94901-8418 | **Fund II - Claim # 126**<br>**Fund III - Claim # 38**<br>James & Margaret Ann Watson<br>990 Mee Lane<br>St. Helena, CA 94574 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| **Fund II - Claim # 11**<br>James G. Pattillo & C. Liberty Walker Pattillo<br>James G. Pattillo<br>821 Knapp Drive<br>Santa Barbara, CA 93108 | **Fund II - Claim # 28**<br>James M. Hage<br>816 Columbia Avenue<br>Salinas, CA 93901 | **Fund II - Claim # 168**<br>James O. and Kay Miller, Trustees<br>78476 Gorham Lane<br>Palm Desert, CA 92211-1500 |
|---|---|---|
| **Fund I - Claim # 52**<br>**Fund II - Claim # 251**<br>Jane Stavropoulos<br>901 1/2 North Point Street<br>San Francisco, CA 94109 | **Fund II - Claim # 275**<br>Janet Harris<br>12865 Via Grimaldi<br>Del Mar, CA 92014 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA