

Signed and Filed: July 14, 2014

**THOMAS E. CARLSON U.S. Bankruptcy Judge**



| | |
|---|---|
| 1 | David M. Bertenthal (CA Bar No. 167624) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| 2 | Miriam Manning (CA Bar No. 178584) |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | 150 California Street, 15th Floor |
| | San Francisco, California 94111-4500 |
| 4 | Telephone: 415/263-7000 |
| | Facsimile: 415/263-7010 |
| 5 | |
| | E-mail: dbertenthal@pszjlaw.com |
| 6 | mlitvak@pszjlaw.com |
| | mmanning@pszjlaw.com |
| 7 | |
| | Counsel for Richard M Kipperman, |
| 8 | Chapter 11 Trustee |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| In re: | | Case No.: | 08-32220-TEC |
| | | | 09-30788-TEC |
| CMR MORTGAGE FUND, LLC, | | | 09-30802-TEC |
| CMR MORTGAGE FUND II, LLC, | | | |
| CMR MORTGAGE FUND III, LLC, | | Substantively Consolidated | |
| | | | |
| | | Chapter 11 | |
| Debtors. | | | |
| | | **ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS IDENTIFIED ON THE TRUSTEE'S FIFTH OMNIBUS OBJECTION TO INVESTOR CLAIMS BY DEFAULT** | |

The Court has considered the *Chapter 11 Trustee's Fifth Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Claims Identified On The Trustee's Fifth Omnibus Objection To Claims By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Omnibus Objection or the Default Request, as applicable.

The Court finds that notice of the Omnibus Objection was appropriate and sufficient. Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED** that:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Spyridon Strouzas | Fund I | 36 |
| Spyridon Strouzas | Fund III | 54 |
| Stanley and Patricia Fong, Trustees The Fong Family Trust | Fund I | 66 |
| Stanley and Patricia Fong, Trustees The Fong Family Trust | Fund II | 298 |
| Stanley and Patricia Fong, Trustees The Fong Family Trust | Fund III | 119 |
| Stephen and Sue Klein | Fund II | 31 |
| Stephen R. Binder | Fund II | 165 |
| Steven D. Lankford | Fund II | 83 |
| Steven Kaplan | Fund II | 71 |
| Steven L. Acen, Trustee | Fund III | 7 |
| Steven T. Savage | Fund III | 16 |
| Sudhir Patel | Fund III | 57 |
| Sue Todd Lanier | Fund II | 237 |
| Sumi Lim | Fund II | 241 |
| Susan Lindstrom | Fund II | 217 |
| Susan Louie | Fund II | 212 |
| TD Ameritrade FBO Robert R. Jacobs IRA | Fund II | 67 |
| Teresa J. Pucci Trust | Fund II | 55 |
| Teresa Muzick | Fund II | 178 |
| Thomas & Edith Lewis, Trustees c/o Wm. Thomas Lewis, Esq., Robertson & Lewis | Fund II | 111 |
| Thomas M. Finn | Fund III | 92 |
| Tillie Molho, Trustee R&M Molho Family Trust | Fund I | 32 |
| Tillie Molho, Trustee R&M Molho Family Trust | Fund II | 160 |
| Tom Neal | Fund II | 267 |
| Tom Neal | Fund III | 104 |
| Venkaram J. Aiyar, Trustee Annis V. Aiyar, Trustee | Fund III | 32 |
| Vernon Sullivan Trustee | Fund III | 91 |
| Vernon Sullivan, Trustee | Fund II | 238 |
| Virginia D. Simpson | Fund II | 86 |
| Walter R. Fraser | Fund II | 38 |
| Wendy Woo and Daniel Bennett | Fund III | 58 |
| Wendy Wooters | Fund II | 70 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Wesley & Dorothea French, Tte | Fund II | 290 |
| William & Jacqueline Ogdon William Ogdon | Fund II | 82 |
| William D. Fraser | Fund II | 36 |
| William H. Cleland, Turstee of the William H. Cleland Living Trust | Fund II | 48 |
| William J. Dobbin | Fund II | 297 |
| William J. Dobbin | Fund III | 118 |
| William J. Dobbin | Fund I | 64 |
| William J. Spain | Fund II | 254 |
| William L. Fung | Fund II | 244 |
| William Ogden | Fund III | 15 |
| William R. Dana, Trustee William & Ruth Dana Declaration of Trust | Fund II | 118 |
| William R. Mitchell | Fund II | 65 |
| William West | Fund III | 46 |
| Wilma Atlas, Trustee of the Atlas Family Trust DTD 09/01/1995 c/o Law Offices of George W. Collins, Inc. | Fund III | 88 |
| Zengier Survivors Trust Eleanor Zengier | Fund II | 41 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

**\* \* \* END OF ORDER \* \* \***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# COURT SERVICE LIST

| | | |
|---|---|---|
| Fund I - Claim # 36<br>Fund III - Claim # 54<br>Spyridon Strouzas<br>6268 Viewcrest Drive<br>Oakland, CA 94619 | Fund I - Claim # 66<br>Fund II - Claim # 298<br>Fund III - Claim # 119<br>Stanley and Patricia Fong, Trustees<br>The Fong Family Trust<br>42629 Montevideo Court<br>Fremont, CA 94539 | Fund II - Claim # 31<br>Stephen and Sue Klein<br>10748 Ashworth Cir.<br>Cerritos, CA 90703 |
| Fund II - Claim # 165<br>Stephen R. Binder<br>42 Vista Encantada<br>Rancho Mirage, CA 92270 | Fund II - Claim # 83<br>Steven D. Lankford<br>4900 Rosehedge Dr. #408<br>La Mesa, CA 91942 | Fund III - Claim # 91<br>Fund II - Claim # 238<br>Vernon Sullivan Trustee<br>1801 Clemens Road<br>Oakland, CA 94602 |
| Fund III - Claim # 7<br>Steven L. Acen, Trustee<br>3260 Garfield Ave.<br>Alameda, CA 94501-1714 | Fund III - Claim # 16<br>Steven T. Savage<br>1433 Washington Ave<br>Albany, CA 94706 | Fund III - Claim # 57<br>Sudhir Patel<br>20-6th St<br>San Francisco, CA 94103 |
| Fund II - Claim # 237<br>Sue Todd Lanier<br>204 East 2nd Avenue # 908<br>San Mateo, CA 94401 | Fund II - Claim # 241<br>Sumi Lim<br>1815 Spruce Street #230<br>Berkeley, CA 94709 | Fund II - Claim # 217<br>Susan Lindstrom<br>329 Mullet Court<br>Foster City, CA 94404 |
| Fund II - Claim # 212<br>Susan Louie<br>800 Sea Spray Ln #116<br>Foster City, CA 94404 | Fund II - Claim # 67<br>TD Ameritrade FBO<br>Robert R. Jacobs IRA<br>2501 Tassajara Ave.<br>El Cerrito, CA 94530 | Fund II - Claim # 55<br>Teresa J. Pucci Trust<br>6369 Stone Bridge Rd.<br>Santa Rosa, CA 95409 |
| Fund II - Claim # 178<br>Teresa Muzick<br>PO Box 3729<br>Oakland, CA 94609 | Fund II - Claim # 111<br>Thomas & Edith Lewis, Trustees<br>c/o Wm. Thomas Lewis, Esq., Robertson & Lewis<br>10 Almaden Blvd., Suite 500<br>San Jose, CA 95113 | Fund III - Claim # 92<br>Thomas M. Finn<br>310 Portola Dr.<br>San Mateo, CA 94403 |
| Fund I - Claim # 32<br>Tillie Molho, Trustee<br>R&M Molho Family Trust<br>3075 Grey Eagle Drive<br>Walnut Creek, CA 94595 | Fund II - Claim # 160<br>Tillie Molho, Trustee<br>R&M Molho Family Trust<br>3075 Grey Eagle Drive<br>Walnut Creek, CA 94595 | Fund II - Claim # 267<br>Tom Neal<br>8120 Barton Rd<br>Granite Bay, CA 95746 |
| Fund III - Claim # 104<br>Tom Neal<br>8120 Barton Rd<br>Granite Bay, CA 95746 | Fund III - Claim # 32<br>Venkaram J. Aiyar, Trustee/Annis V. Aiyar, Trustee<br>4847 Geranium Place<br>Oakland, CA 94619 | Fund II - Claim # 65<br>William R. Mitchell<br>1200 Woodrow Ave. #9-B<br>Modesto, CA 95350 |
| Fund II - Claim # 86<br>Virginia D. Simpson<br>230 Frisbie Street<br>Oakland, CA 94611 | Fund II - Claim # 38<br>Walter R. Fraser<br>11128 Densmar Rd.<br>Oak Hills, CA 92344 | Fund III - Claim # 58<br>Wendy Woo and Daniel Bennett<br>1730 Vallejo Street, #12<br>San Francisco, CA 94123 |
| Fund II - Claim # 71<br>Steven Kaplan<br>641 Windsor Dr<br>Benicia, CA 94510 | Fund II - Claim # 290<br>Wesley & Dorothea French, Tte<br>1210 Whitehall Ave.<br>San Jose, CA 95128 | Fund II - Claim # 82<br>William & Jacqueline Ogdon<br>William Ogdon<br>10510 Davison Avenue<br>Cupertino, CA 95014 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:85608.1 49666/001

4

Case: 08-32220   Doc# 1512   Filed: 07/14/14   Entered: 07/16/14 07:55:11   Page 4 of 5

ORDER GRANTING TRUSTEE'S FIFTH OMNIBUS OBJECTION BY DEFAULT

| | | |
|---|---|---|
| Fund II - Claim # 36<br>William D. Fraser<br>11128 Densmar Rd.<br>Oak Hills, CA 92344 | Fund II - Claim # 48<br>William H. Cleland, Turstee of the William H. Cleland Living Trust<br>PO Box 1401<br>Ukiah, CA 95482 | Fund I - Claim # 64<br>Fund II - Claim # 297<br>Fund III - Claim # 118<br>William J. Dobbin<br>683 Hillcrest Terrace<br>Femont, CA 94539 |
| Fund II - Claim # 254<br>William J. Spain<br>1000 Bear Gulch Rd<br>Woodside, CA 94062-4436 | Fund II - Claim # 244<br>William L. Fung<br>1027 Belmont Drive<br>Belmont, CA 94002 | Fund III - Claim # 15<br>William Ogden<br>10510 Davison Avenue<br>Cupertino, CA 95014 |
| Fund II - Claim # 118<br>William R. Dana, Trustee<br>William & Ruth Dana<br>Declaration of Trust<br>1036 College Ave<br>Alameda, CA 94501 | Fund II - Claim # 70<br>Wendy Wooters<br>641 Windsor Drive<br>Benicia, CA 94510 | Fund III - Claim # 46<br>William West<br>16173 Via Catherine<br>San Lorenzo, CA 94580 |
| Fund III - Claim # 88<br>Wilma Atlas, Trustee of the Atlas Family Trust DTD 09/01/1995<br>c/o Law Offices of George W. Collins, Inc.<br>1250 Sixth St, Ste 300<br>PO Box 2133<br>Santa Monica, CA 90407-2133 | Fund II - Claim # 41<br>Zengier Survivors Trust<br>Eleanor Zengier<br>356 Riviera Drive<br>San Rafael, CA 94901 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:85608.1 49666/0001

ORDER GRANTING TRUSTEE'S FIFTH OMNIBUS OBJECTION BY DEFAULT

5