Entered on Docket
July 16, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

*Signed and Filed: July 15, 2014*

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>              Debtors. | Case No.: 08-32220-TEC<br>            09-30788-TEC<br>            09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS IDENTIFIED ON THE TRUSTEE'S THIRD OMNIBUS OBJECTION TO INVESTOR CLAIMS BY DEFAULT** |

The Court has considered the *Chapter 11 Trustee's Third Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Claims Identified On The Trustee's Third Omnibus Objection To Claims By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Omnibus Objection or the Default Request, as applicable.

The Court finds that notice of the Omnibus Objection was appropriate and sufficient.

Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED** as follows:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection (with the exception of proof of claim number 86 filed by Marysue Smith and Brian Myers) are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Janet K. Poon | Fund II | 225 |
| JCKM Yao Family Foundation | Fund III | 26 |
| Jeff Wayman | Fund II | 239 |
| Jeff Wayman | Fund III | 90 |
| Jeffrey L. Gualco | Fund II | 220 |
| Jeri Keiller | Fund III | 109 |
| Jeri Keiller | Fund III | 110 |
| Joan Bray, Trustee Bray Family 1990 Liv. Trust-Survivors Tr | Fund II | 34 |
| Joan Landsberg | Fund II | 46 |
| Joan Nagler | Fund II | 265 |
| Joan T. Bolduc and Marie Kelzer | Fund II | 164 |
| Joe's Westlake Restaurant, Inc Profit Sharing and Money Purchase Pension Plan c/o Harold S. Bobrow | Fund II | 77 |
| John C. Lauderbach | Fund II | 84 |
| John Chase | Fund II | 195 |
| John Chase | Fund II | 196 |
| John Chase | Fund II | 197 |
| John Chase | Fund II | 198 |
| John Chase | Fund II | 199 |
| John Chase | Fund II | 200 |
| John Chase | Fund II | 201 |
| John Chase | Fund II | 202 |
| John Chase | Fund III | 68 |
| John Chase | Fund III | 69 |
| John Chase | Fund III | 70 |
| John Chase | Fund III | 71 |
| John Chase | Fund III | 72 |
| John Donnellan or Dorothy Burtin Tte | Fund II | 150 |
| John Donnellan Pensco CMR #10587 | Fund II | 149 |
| John Donnellan Pensco CMR #10587 | Fund II | 151 |
| John Dyckman and Diana Sloat | Fund II | 63 |
| John G Donnellan | Fund II | 148 |
| John Gimbel | Fund II | 236 |
| John J. Sherwood | Fund II | 39 |

| | Claimant | Asserted Debtor | Claim No. |
|---|---|---|---|
| 1 | John L. Chase | Fund I | 39 |
| 2 | John L. Chase | Fund I | 40 |
| 3 | John L. Chase | Fund I | 41 |
| 4 | John L. Chase | Fund I | 42 |
| 5 | John L. Chase | Fund I | 43 |
| 6 | John L. Chase | Fund I | 44 |
| 7 | John L. Chase | Fund I | 45 |
| 8 | John L. Chase | Fund I | 46 |
| 9 | John L. Chase | Fund I | 47 |
| 10 | John P. and Catherine W. Ward | Fund II | 53 |
| 11 | Jordan Paul Gildersleeve | Fund II | 125 |
| 12 | Joseph T Di Benedetto<br>Josephine M. Di Benedetto, Trustees | Fund II | 29 |
| 13 | Joseph Zadick, Mark J. Romeo<br>Law Offices of Mark J. Romeo | Fund II | 284 |
| 14 | Joyce E. Wouda | Fund II | 256 |
| 15 | Judith L Bowen | Fund II | 216 |
| 16 | Judy S. Peppercorn | Fund II | 16 |
| 17 | Karen Shaw | Fund II | 243 |
| 18 | Karin Vazquez | Fund II | 88 |
| 19 | Karl A. Drexhale, Trustee, K & V Fund | Fund II | 167 |
| 20 | Katherine B. Molina | Fund II | 215 |
| 21 | Kathy L. Oja | Fund II | 207 |
| 22 | Keith Beckwith | Fund II | 175 |
| 23 | Kenneth F. Sinclair, TTEE | Fund II | 242 |
| 24 | Kenneth F. Sinclair, TTEE | Fund III | 93 |
| 25 | Kim F. Tang and Ann D. Downey | Fund II | 87 |
| 26 | Kimberly Johnson Weaver TTE | Fund II | 286 |
| 27 | Knight & Associates, Inc Defined Benefit Plan<br>Mr. Audra V. and Dr. Audrey M. Knight | Fund II | 93 |
| 28 | Laurel Steely<br>c/o G. Michael Williams<br>Ganzer & Williams | Fund II | 40 |
| 29 | Law Offices of George W. Collins, Inc. | Fund II | 227 |
| 30 | Lee J. Mohler Trustee | Fund II | 107 |
| 31 | Leff Construction, David J. Leff, Custodian | Fund III | 94 |
| 32 | Leff Construction, David J. Leff, Custodian | Fund III | 100 |
| 33 | Leland E. Butler<br>TD Ameritrade fbo Leland E. Butler IRA #886950655 | Fund II | 85 |
| 34 | Leland R. Smith<br>Schwab IRA | Fund II | 172 |
| 35 | Leonard Bossio | Fund II | 20 |
| 36 | Leonard Gregory | Fund II | 278 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Lester Dun | Fund III | 11 |
| Linda G. Zieff, Trustee of the Linda Zieff Living Trust Linda G. Zieff | Fund I | 9 |
| Linda J. Fox | Fund II | 136 |
| Linda Zieff | Fund I | 8 |
| Lisa Carion | Fund II | 117 |
| Liu Family Trust | Fund II | 232 |
| Liu, LLC | Fund II | 231 |
| Lowie J Valterza (Valterza Family Trust) | Fund II | 9 |
| Lucille Marie Marinko | Fund II | 114 |
| Lucretia Maples Samuels | Fund II | 182 |
| Malcolm W. Citron | Fund III | 65 |
| Malcom W. Citron | Fund II | 187 |
| Mandelaris LIT Trust H. Lawrence Higbey, Trustee | Fund II | 12 |
| Marcheta Allen Mines | Fund II | 273 |
| Marcheta Allen Mines | Fund III | 103 |
| Margaret Maddocks, Trustee | Fund II | 153 |
| Marge Ungar | Fund II | 274 |
| Margery J. Stafford Pat Phelps | Fund II | 159 |
| Marilyn A. Lindsey | Fund III | 96 |
| Marilyn Mullins | Fund III | 95 |
| Mark & Tracy Simon | Fund I | 3 |
| Mark Cohen | Fund II | 124 |
| Mark Cohen Inc Defined Benefit Pension | Fund II | 121 |
| Marlene Anthony | Fund I | 24 |
| Marlene Gildersleeve | Fund II | 281 |
| Marnay O'Neal | Fund II | 61 |
| Marsha A Stolzoff | Fund II | 186 |
| Maurice or Barbara M Engel | Fund II | 154 |
| Mendocino Manor, LTD., c/o Spyridon Strouzas | Fund II | 176 |
| Michael Bowen | Fund II | 277 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

* * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# COURT SERVICE LIST

| | | |
|---|---|---|
| **Fund II - Claim # 225**<br>Janet K. Poon<br>PO Box 2038<br>Burlingame, CA 94011 | **Fund III - Claim # 26**<br>JCKM Yao Family Foundation<br>1027 Crescent Terrace<br>Milpitas, CA 95035 | **Fund II - Claim # 239**<br>**Fund III - Claim # 90**<br>Jeff Wayman<br>445 38th Ave<br>San Francisco, CA 94121 |
| **Fund II - Claim # 220**<br>Jeffrey L. Gualco<br>2216 13th Street<br>Sacramento, CA 95818-1408 | **Fund III - Claim # 109 & 110**<br>Jeri Keiller<br>1501 India St #512<br>San Diego, Ca 92101 | **Fund II - Claim # 34**<br>Joan Bray, Trustee<br>Bray Family 1990 Liv. Trust-Survivors Tr<br>2145 Eaton Ave.<br>San Carlos, CA 94070 |
| **Fund II - Claim # 46**<br>Joan Landsberg<br>878 53rd St<br>878 53rd St<br>Oakland, CA 94608 | **Fund II - Claim # 265**<br>Joan Nagler<br>7309 Franklin Avenue, #203<br>Los Angeles, CA 90046 | **Fund II - Claim # 164**<br>Joan T. Bolduc and Marie Kelzer<br>4080 Glencoe Ave #424<br>Marina Del Rey, CA 90292 |
| **Fund II - Claim # 77**<br>Joe's Westlake Restaurant, Inc Profit Sharing and Money Purchase Pension Plan<br>c/o Harold S. Bobrow<br>11 Glenwood Ave.<br>Daly City, CA 94015 | **Fund II - Claim # 84**<br>John C. Lauderbach<br>4900 Rosehedge Dr. #408<br>La Mesa, CA 91942 | **Fund II - Claim # 195, 196, 197, 198, 199, 200, 201 & 202**<br>John Chase<br>1163 Laurel Street<br>Berkeley, CA 94708 |
| **Fund III - Claim # 68, 69, 70, 71 & 72**<br>John Chase<br>1163 Laurel Street<br>Berkeley, CA 94708 | **Fund II - Claim # 150**<br>John Donnellan or Dorothy Burtin Tte<br>301 Shelter Cove Dr.<br>Half Moon Bay, CA 94019 | **Fund II - Claim # 149 & 151**<br>John Donnellan Pensco CMR #10587<br>301 Shelter Cove Dr<br>Half Moon Bay, CA 94019 |
| **Fund II - Claim # 63**<br>John Dyckman and Diana Sloat<br>1050 Stanage Ave<br>Albany, CA 94706 | **Fund II - Claim # 148**<br>John G Donnellan<br>301 Shelter Cove Dr.<br>Half Moon Bay, CA 94019 | **Fund II - Claim # 236**<br>John Gimbel<br>204 East 2nd Avenue # 908<br>San Mateo, CA 94401 |
| **Fund II - Claim # 39**<br>John J. Sherwood<br>PO Box 2355<br>Sausalito, CA 94966 | **Fund I - Claim # 39, 40, 41, 42, 43, 44, 45, 46 & 47**<br>John L. Chase<br>774 Mays Blvd. #10-520<br>Incline Village, NV 89451 | **Fund II - Claim # 53**<br>John P. and Catherine W. Ward<br>909 Hillcrest Blvd.<br>Millbrae, CA 94030 |
| **Fund II - Claim # 125**<br>Jordan Paul Gildersleeve<br>480 Lilac Lane<br>Chico, CA 95926 | **Fund II - Claim # 29**<br>Joseph T Di Benedetto<br>Josephine M. Di Benedetto, Trustees<br>370 Miramonte Place<br>Santa Rosa, CA 95409-6433 | **Fund II - Claim # 284**<br>Joseph Zadick, Mark J. Romeo<br>Law Offices of Mark J. Romeo<br>130 Sutter Street, 7th Floor<br>San Francisco, CA 94104 |
| **Fund II - Claim # 256**<br>Joyce E. Wouda<br>4715 Georgia St<br>Vallejo, CA 94591-6854 | **Fund II - Claim # 216**<br>Judith L Bowen<br>6460 Pepperdine Cir<br>Moorpark, CA 93021-1418 | **Fund II - Claim # 16**<br>Judy S. Peppercorn<br>668 Gabriel Avenue<br>Yuba City, CA 95993 |
| **Fund II - Claim # 243**<br>Karen Shaw<br>1002 Standford Dr.<br>Davis, CA 95616 | **Fund II - Claim # 88**<br>Karin Vazquez<br>5965 Indian Canyon Dr.<br>Banning, CA 92220 | **Fund II - Claim # 167**<br>Karl A. Drexhale<br>Trustee, K & V Fund<br>173 Delta Breeze Ct.<br>Roseville, CA 95747 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| **Fund II - Claim # 215**<br>Katherine B. Molina<br>3130 Turk Blvd<br>San Francisco, CA 94118 | **Fund II - Claim # 207**<br>Kathy L. Oja<br>1720 Shirley Dr.<br>Benicia, Ca 94510 | **Fund II - Claim # 175**<br>Keith Beckwith<br>4 Parrot Court<br>Walnut Creek, CA 94596 |
| **Fund II - Claim # 242**<br>**Fund III - Claim # 93**<br>Kenneth F. Sinclair, TTEE<br>11777 Combie Rd<br>Auburn, CA 95602 | **Fund II - Claim # 87**<br>Kim F. Tang and Ann D. Downey<br>3690 Bettman Way<br>South San Francisco, CA 94080 | **Fund II - Claim # 286**<br>Kimberly Johnson Weaver TTE<br>721 Devon Ct.<br>San Diego, CA 92109 |
| **Fund II - Claim # 93**<br>Knight & Associates, Inc Defined Benefit Plan<br>Mr. Audra V. and Dr. Audrey M. Knight<br>1200 Lake Shore Avenue 25E<br>Oakland, CA 94608 | **Fund II - Claim # 40**<br>Laurel Steely<br>c/o G. Michael Williams<br>Ganzer & Williams<br>P.O. Box 7683<br>Stockton, CA 95267 | **Fund II - Claim # 227**<br>Law Offices of George W. Collins, Inc.<br>1250 Sixth St, Ste 300<br>PO Box 2133<br>Santa Monica, CA 90407-2133 |
| **Fund II - Claim # 107**<br>Lee J. Mohler Trustee<br>2283 Fairview Rd 119<br>Costa Mesa, CA 92627 | **Fund III - Claim # 94 & 100**<br>Leff Construction<br>David J. Leff, Custodian<br>530 South Main St.<br>Sebastopol, CA 95472 | **Fund II - Claim # 85**<br>Leland E. Butler<br>TD Ameritrade fbo Leland E. Butler<br>IRA #886950655<br>18927 Jay Hawk Dr.<br>Penn Valley, CA 95946 |
| **Fund II - Claim # 172**<br>Leland R. Smith<br>Schwab IRA<br>363 Dolphin Isle<br>Foster City, CA 94404 | **Fund II - Claim # 20**<br>Leonard Bossio<br>193 Hilliew Way<br>La Selva Beach, CA 95076 | **Fund II - Claim # 278**<br>Leonard Gregory<br>126 13th St<br>Del Mar, CA 92014 |
| **Fund III - Claim # 11**<br>Lester Dun<br>7709 Eureka Avenue<br>El Cerrito, CA 94530 | **Fund I - Claim # 9**<br>Linda G. Zieff, Trustee of the Linda Zieff Living Trust<br>Linda G. Zieff<br>78917 Falsetto Dr.<br>Palm Desert, CA 92211 | **Fund II - Claim # 136**<br>Linda J. Fox<br>267 Nancy Lane<br>Pleasant Hill, CA 94523 |
| **Fund I - Claim # 8**<br>Linda Zieff<br>78917 Falsetto Drive<br>Palm Desert, CA 92211 | **Fund II - Claim # 117**<br>Lisa Carion<br>709 Putnam Street<br>Antioch, CA 94509 | **Fund II - Claim # 232**<br>Liu Family Trust<br>288 E. Lomond St.<br>Boulder Creek, CA 95006 |
| **Fund II - Claim # 231**<br>Liu, LLC<br>288 E. Lomond St.<br>Boulder Creek, CA 95006 | **Fund II - Claim # 9**<br>Lowie J Valterza (Valterza Family Trust)<br>134 Pomona Ave<br>El Cerrito, CA 94530 | **Fund II - Claim # 114**<br>Lucille Marie Marinko<br>320 Avenida Barbera<br>Sonoma, CA 95476 |
| **Fund II - Claim # 182**<br>Lucretia Maples Samuels<br>PO Box 129<br>Pleasanton, CA 94566 | **Fund III - Claim # 65**<br>Malcolm W. Citron<br>906 Via Verde<br>Del Rey Oaks, CA 93940 | **Fund II - Claim # 187**<br>Malcom W. Citron<br>906 Via Verde<br>Del Rey Oaks, CA 93940 |
| **Fund II - Claim # 12**<br>Mandelaris LIT Trust<br>H. Lawrence Higbey, Trustee<br>1836 Hamilton Ave.<br>Palo Alto, CA 94303 | **Fund II - Claim # 273**<br>**Fund III - Claim # 103**<br>Marcheta Allen Mines<br>9 Captain's Drive<br>Alameda, CA 94502 | **Fund II - Claim # 153**<br>Margaret Maddocks, Trustee<br>234 Silverado Springs Dr.<br>Napa, Ca 94558 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| **Fund II - Claim # 274**<br>Marge Ungar<br>1200 Edgehill Drive<br>Burlingame, CA 94010 | **Fund II - Claim # 159**<br>Margery J. Stafford<br>Pat Phelps<br>PO Box 459<br>St. Helena, CA 94574 | **Fund III - Claim # 96**<br>Marilyn A. Lindsey<br>2075 Sutter Street #227<br>San Francisco, CA 94115 |
|---|---|---|
| **Fund III - Claim # 95**<br>Marilyn Mullins<br>2075 Sutter Street #227<br>San Francisco, CA 94115 | **Fund I - Claim # 3**<br>Mark & Tracy Simon<br>21311 Fleet Lane<br>Huntington Beach, CA 92646 | **Fund II - Claim # 124**<br>Mark Cohen<br>3650 Mt. Diablo Blvd #104<br>Lafayette, CA 94549 |
| **Fund II - Claim # 121**<br>Mark Cohen Inc<br>Defined Benefit Pension<br>3650 Mt. Diablo Blvd #104<br>Lafayette, CA 94549 | **Fund I - Claim # 24**<br>Marlene Anthony<br>600 Chestnut St. #207<br>San Francisco, CA 94133 | **Fund II - Claim # 281**<br>Marlene Gildersleeve<br>1035 Elsinore Ave<br>Oakland, CA 94602 |
| **Fund II - Claim # 61**<br>Marnay O'Neal<br>2400 Buchanan St.<br>San Francisco, CA 94115 | **Fund II - Claim # 186**<br>Marsha A Stolzoff<br>36 Foxhill<br>Irvine, CA 92604 | |
| **Fund II - Claim # 154**<br>Maurice or Barbara M Engel<br>3554 Arcadian Ct.<br>Castro Valley, CA 94546 | **Fund II - Claim # 176**<br>Mendocino Manor, LTD.<br>c/o Spyridon Strouzas<br>6268 Viewcrest Drive<br>Oakland, CA 94619 | **Fund II - Claim # 277**<br>Michael Bowen<br>10696 Sunflower St.<br>Ventura, CA 93004 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA