Entered on Docket
July 18, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

Signed and Filed: July 17, 2014

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CERTAIN CLAIMS IDENTIFIED ON THE TRUSTEE'S FOURTH OMNIBUS OBJECTION TO INVESTOR CLAIMS BY DEFAULT** |

The Court has considered the *Chapter 11 Trustee's Fourth Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Certain Claims Identified On The Trustee's Fourth Omnibus Objection To Claims By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Omnibus Objection or the Default Request, as applicable.

The Court finds that notice of the Omnibus Objection was appropriate and sufficient.

Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED,** as follows:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection, with the exception of Claim Nos. 53, 105, 258 and 259 filed by Robert Feinbaum, are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Michael J. Domeniconi | Fund II | 213 |
| Michael Rudman | Fund II | 181 |
| Michelle M. Schenck, Trust | Fund III | 5 |
| Mimi Lawrence | Fund II | 100 |
| Morgan Rohne | Fund III | 28 |
| Mr. Charles W. Hamilton | Fund II | 8 |
| Mr. Patrick T. Cotter | Fund II | 23 |
| Ms Sybil Israel | Fund III | 37 |
| Ms. Sybil Israel | Fund II | 127 |
| N. Mazaheri | Fund II | 271 |
| Nancy Cooper | Fund II | 203 |
| Nancy Cooper | Fund III | 66 |
| Nancy Cooper or Clinton Cooper | Fund II | 205 |
| Nancy Cooper or Clinton Cooper | Fund III | 82 |
| Nancy McAndrew | Fund II | 185 |
| Nancy McAndrew | Fund III | 97 |
| Neal Spiva | Fund II | 59 |
| Nicoletti Family Trust Joseph P Nicoletti | Fund II | 81 |
| Odell Lee and Nora Lee | Fund II | 60 |
| Odell Lee and Nora Lee | Fund II | 113 |
| Oliver La Plant | Fund II | 58 |
| Oscar and Helen Rossini, Trustees | Fund II | 14 |
| Pascale M. Cohen | Fund II | 122 |
| Patricia A. Rice or Craig E. Rice, Trustees The Rice Family Trust | Fund II | 246 |
| Patricia A. Rice or Craig E. Rice, Trustees The Rice Family Trust | Fund II | 247 |
| Patricia A. Rice, IRA | Fund II | 245 |
| Patricia Maclean | Fund I | 23 |
| Patricia Moehlman | Fund II | 52 |
| Patsi J. Barron | Fund II | 106 |
| Paul R. Kapler | Fund II | 27 |
| Paul S. Ogden, Barbara L. Ogden, Trustee | Fund II | 137 |
| Penelope Tamm | Fund I | 49 |
| Peter Haas | Fund I | 10 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Philip Zimmerman & Ann Harlow | Fund II | 25 |
| Phillips-Girgich Properties c/o John B. Phillips, General Partner | Fund II | 80 |
| Pinal County Treasurer | Fund I | 68 |
| Ralph E. Anderson & Joanne Anderson | Fund III | 12 |
| Ralph E. Anderson & Joanne Anderson | Fund III | 13 |
| Ram Malik | Fund II | 94 |
| Randall Allen Ammon | Fund II | 10 |
| Ray F. Valdez | Fund II | 158 |
| Raymond D. Johnson Harriet M. Johnson Trust | Fund II | 105 |
| Raymond L. Garland | Fund III | 23 |
| Rekla Malik | Fund III | 20 |
| Reva Sue Bailey | Fund I | 63 |
| Reva Sue Bailey | Fund II | 296 |
| Reva Sue Bailey | Fund III | 117 |
| Richard A. Mandelaris | Fund II | 235 |
| Richard R. & Joyce B. Cleland | Fund III | 41 |
| Richard R. and Joyce B. Cleland | Fund II | 134 |
| Richard R. Cleland, Custodian | Fund III | 42 |
| Robert & Patricia Kanagaki | Fund II | 32 |
| Robert & Peggy Winegardner | Fund II | 47 |
| Robert A. Frankel | Fund II | 7 |
| Robert A. Nelson | Fund II | 208 |
| Robert A. Nelson | Fund II | 209 |
| Robert Clutton | Fund I | 51 |
| Robert Clutton | Fund II | 250 |
| Robert F. Ford or Nadine K. Suto | Fund II | 89 |
| Robert M. Peppercorn | Fund II | 17 |
| Robert O. Norris & Elizabeth R. Norris, Trustees | Fund II | 33 |
| Robert S. Liss, Trustee | Fund II | 99 |
| Robert S. Liss, Trustee | Fund III | 22 |
| Robert Shaheen Shaheen 2005 Trust | Fund II | 141 |
| Roma H. Lossius and/or Robert L.A. Lossius | Fund II | 120 |
| Ronald & Patricia VandenBerghe | Fund I | 38 |
| Ronald B. Dalgleish | Fund II | 263 |
| Ronald F. Hyce | Fund I | 29 |
| Ronald F. Hyce | Fund II | 132 |
| Ronald F. Hyce | Fund III | 40 |
| Rosario Costantino | Fund II | 174 |
| Rose Beckwith Trustee Beckwith Family Trust, John Beckwith, Trustee | Fund II | 24 |

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Ross Simkover | Fund II | 279 |
| Ross Simkover | Fund III | 111 |
| Roy G. Franzen Marital Trust u/a dtd 05/29/91 c/o Frederick R. Franzen, Co-Trustee | Fund III | 81 |
| Russell B. Adams and Janet W. Adams | Fund II | 138 |
| Ruth Warren | Fund III | 55 |
| Ruth Whang and Paul Whang | Fund II | 229 |
| Ryan W. Fraser | Fund II | 37 |
| S. Seidscher | Fund II | 228 |
| Saint Paul's Episcopal Church | Fund II | 289 |
| Salvatore Bossio | Fund I | 20 |
| Salvatore Bossio | Fund II | 13 |
| Samora M Moreen | Fund II | 222 |
| Scott A. Rominger or Nancy Cooper | Fund III | 79 |
| Scott Simkover | Fund II | 255 |
| Scott Simkover | Fund III | 106 |
| Sharon D. Takacs | Fund I | 55 |
| Sharon D. Takacs | Fund I | 56 |
| Sharon D. Takacs | Fund II | 223 |
| Shefali Tandon | Fund III | 63 |
| Sherrie F Woodward Pensco Trust Co | Fund II | 110 |
| Sherrie Fraser Woodward | Fund II | 109 |
| Shunza Ni Chao Yang District, He Ping Li Xi Jie, Xiao Huang Zhuang Lu | Fund I | 21 |
| Shunza Ni Chao Yang District, He Ping Li Xi Jie, Xiao Huang Zhuang Lu, | Fund II | 44 |
| Shunza Ni Chao Yang District, He Ping Li Xi Jie, Xiao Huang Zhuang Lu | Fund III | 10 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

### * * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# COURT SERVICE LIST

| | | |
|---|---|---|
| **Fund II - Claim # 213**<br>Michael J. Domeniconi<br>152 Muir Ave<br>Santa Clara, CA 95051 | **Fund II - Claim # 181**<br>Michael Rudman<br>PO Box 410411<br>San Francisco, CA 94141 | **Fund III - Claim # 5**<br>Michelle M. Schenck, Trust<br>P.O. Box 305<br>Verdi, NV 89439-0305 |
| **Fund II - Claim # 100**<br>Mimi Lawrence<br>1640 Bay St.<br>San Francisco, A 94123 | **Fund III - Claim # 28**<br>Morgan Rohne<br>127 Enchanted Way<br>San Ramon, CA 94583 | **Fund II - Claim # 8**<br>Mr. Charles W. Hamilton<br>1063 Gilman Dr.<br>Daly City, CA 94015-2002 |
| **Fund II - Claim # 23**<br>Mr. Patrick T. Cotter<br>616 Ansel Rd Apt 1<br>Burlingame, CA 94010-3831 | **Fund II - Claim # 127**<br>**Fund III - Claim # 37**<br>Ms Sybil Israel<br>2045 North Beverly Drive<br>Beverly Hills, CA 90210 | **Fund II - Claim # 271**<br>N. Mazaheri<br>52 Mira Loma Rd<br>Orinda, CA 94563 |
| **Fund II - Claim # 203**<br>**Fund III - Claim # 66**<br>Nancy Cooper<br>17 Colgate Ct.<br>Woodland, CA 95695 | **Fund II - Claim # 205**<br>**Fund III - Claim # 82**<br>Nancy Cooper or Clinton Cooper<br>17 Colgate Ct.<br>Woodland, CA 95695 | **Fund II - Claim # 105**<br>Raymond D. Johnson<br>Harriet M. Johnson Trust<br>21341 Westover Ave.<br>Riverside, CA 92518 |
| **Fund II - Claim # 59**<br>Neal Spiva<br>1362 Mt. Ida Rd<br>Oroville, CA 95966 | **Fund II - Claim # 81**<br>Nicoletti Family Trust<br>Joseph P Nicoletti<br>1185 Chula Vista Dr.<br>Belmont, CA 94002 | **Fund II - Claim # 60 & 113**<br>Odell Lee and Nora Lee<br>1978 Eucalyptus Rd.<br>Nipomo, CA 93444 |
| **Fund II - Claim # 58**<br>Oliver La Plant<br>73359 Haystack Rd.<br>Palm Desert, CA 92260-6058 | **Fund II - Claim # 14**<br>Oscar and Helen Rossini, Trustees<br>161 Elinor Ave<br>Mill Valley, CA 94941 | **Fund II - Claim # 122**<br>Pascale M. Cohen<br>c/o Mark Cohen<br>1155 Alpine Rd.<br>Walnut Creek, CA 94596-4401 |
| **Fund II - Claim # 246 &247**<br>Patricia A. Rice or Craig E. Rice, Trustees<br>The Rice Family Trust<br>661 Mystic Way<br>Laguna Beach, CA 92651 | **Fund II - Claim # 245**<br>Patricia A. Rice, IRA<br>661 Mystic Way<br>Laguna Beach, CA 92651 | **Fund I - Claim # 23**<br>Patricia Maclean<br>11085 E. Mary Katherine Drive<br>Scottsdale, AZ 85259 |
| **Fund II - Claim # 52**<br>Patricia Moehlman<br>274 Mockingbird Circle<br>Santa Rosa, CA 95409 | **Fund II - Claim # 106**<br>Patsi J. Barron<br>531 Coastview Ct<br>Bay Point, CA 94565 | **Fund II - Claim # 27**<br>Paul R. Kapler<br>1314 Via Playa<br>Cathedral City, CA 92234 |
| **Fund II - Claim # 137**<br>Paul S. Ogden, Barbara L. Ogden, Trustee<br>130 Flood Lane<br>Auburn, CA 95603 | **Fund I - Claim # 49**<br>Penelope Tamm<br>4468 Linda Way<br>Pleasanton, CA 94566 | **Fund I - Claim # 10**<br>Peter Haas<br>25375 Adams Road<br>Los Gatos, California 95033-8174 |
| **Fund II - Claim # 25**<br>Philip Zimmerman & Ann Harlow<br>149 Ardmore Rd<br>Kensington, CA 94707 | **Fund II - Claim # 80**<br>Phillips-Girgich Properties<br>c/o John B. Phillips, General Partner<br>915 Augusta Drive<br>Moraga, CA 94556-1034 | **Fund III - Claim # 12 & 13**<br>Ralph E. Anderson & Joanne Anderson<br>1932 Asilomar Dr.<br>Oakland, CA 94611 |
| **Fund II - Claim # 94**<br>Ram Malik<br>209 Prairie Dog Ln<br>Fremont, CA 94539 | **Fund II - Claim # 10**<br>Randall Allen Ammon<br>560 Hemme Ave<br>Alamo, CA 94507 | **Fund II - Claim # 158**<br>Ray F. Valdez<br>2569 East 72nd St<br>Chicago, IL 60649 |

| | | |
|---|---|---|
| **Fund III - Claim # 79**<br>Scott A. Rominger or Nancy Cooper<br>17 Colgate Ct.<br>Woodland, CA 95695 | **Fund III - Claim # 23**<br>Raymond L. Garland<br>P.O. Box 7248<br>Tahoe City, CA 96145 | **Fund III - Claim # 20**<br>Rekla Malik<br>209 Prairie Dog Ln<br>Fremont, CA 94539 |
| **Fund I - Claim # 63**<br>**Fund II - Claim # 296**<br>**Fund III - Claim # 117**<br>Reva Sue Bailey<br>343 Maclane<br>Palo Alto, CA | **Fund II - Claim # 235**<br>Richard A. Mandelaris<br>27265 Fairway Estates<br>El Macero, CA 95618 | **Fund II - Claim # 134**<br>**Fund III - Claim # 41**<br>Richard R. & Joyce B. Cleland<br>37 Highland Court<br>Ukiah, CA 95482 |
| **Fund III - Claim # 42**<br>Richard R. Cleland, Custodian<br>37 Highland Court<br>Ukiah, CA 95482 | **Fund II - Claim # 32**<br>Robert & Patricia Kanagaki<br>15 Hiromi Ln.<br>Oakley, CA 94561 | **Fund II - Claim # 47**<br>Robert & Peggy Winegardner<br>4285 Driftwood Place<br>Discovery Bay, CA 94514 |
| **Fund II - Claim # 7**<br>Robert A. Frankel<br>1832 Golden Rain Rd. #3<br>Walnut Creek, CA 94595 | **Fund II - Claim # 208 & 209**<br>Robert A. Nelson<br>1720 Shirley Drive<br>Benicia, CA 94510 | **Fund I - Claim # 51**<br>**Fund II - Claim # 250**<br>Robert Clutton<br>901 1/2 North Point St.<br>San Francisco, CA 94109 |
| **Fund II - Claim # 89**<br>Robert F. Ford or Nadine K. Suto<br>730 Eucalyptus Avenue<br>Novato, CA 94947 | | |
| **Fund II - Claim # 17**<br>Robert M. Peppercorn<br>668 Gabriel Avenue<br>Yuba City, CA 95993 | **Fund II - Claim # 33**<br>Robert O. Norris & Elizabeth R. Norris, Trustees<br>10519 Royal Oak Rd.<br>Oakland, CA 94605 | **Fund II - Claim # 99**<br>**Fund III - Claim # 22**<br>Robert S. Liss, Trustee<br>4 Baypoint Drive<br>San Rafael, CA 94901 |
| **Fund II - Claim # 141**<br>Robert Shaheen<br>Shaheen 2005 Trust<br>211 Town and Country Drive<br>Danville, CA 94526 | **Fund II - Claim # 120**<br>Roma H. Lossius and/or Robert L.A. Lossius<br>5205 Shannanmara Dr.<br>Matthews, NC 28104 | **Fund I - Claim # 38**<br>Ronald & Patricia VandenBerghe<br>PO Box 490<br>Danville, CA 94526 |
| **Fund II - Claim # 263**<br>Ronald B. Dalgleish<br>1672 Honfleur Dr.<br>Sunnyvale, CA 94087 | **Fund I - Claim # 29**<br>Ronald F. Hyce<br>P.O. Box 756<br>Rio Linda, CA 95673 | **Fund II - Claim # 132**<br>**Fund III - Claim # 40**<br>Ronald F. Hyce<br>PO Box 756<br>Rio Linda, CA 95673 |
| **Fund II - Claim # 174**<br>Rosario Costantino<br>2710 Placer Drive<br>Oakley, CA 94561 | **Fund II - Claim # 24**<br>Rose Beckwith Trustee<br>Beckwith Family Trust, John Beckwith, Trustee<br>1004 Almond St<br>Antioch, CA 94509 | **Fund II - Claim # 279**<br>**Fund III - Claim # 111**<br>Ross Simkover<br>1653 Grand Ave<br>Piedmont, CA 94611 |
| **Fund III - Claim # 81**<br>Roy G. Franzen Marital Trust u/a dtd 05/29/91<br>c/o Frederick R. Franzen, Co-Trustee<br>100 Saint Beatrice Ct<br>Danville, CA 94526 | **Fund II - Claim # 138**<br>Russell B. Adams and Janet W. Adams<br>19163 Spyglass Court<br>Woodbridge, CA 95258 | **Fund III - Claim # 55**<br>Ruth Warren<br>333 Old Mill Rd #240<br>Santa Barbara, CA 93110 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| **Fund II - Claim # 229**<br>Ruth Whang and Paul Whang<br>229 Brannan St 4D<br>San Francisco, CA 94107 | **Fund II - Claim # 37**<br>Ryan W. Fraser<br>11128 Densmar Rd.<br>Oak Hills, CA 92344 | **Fund II - Claim # 228**<br>S. Seidscher<br>58 N. El Camino Real #102<br>San Mateo, CA 94401 |
| **Fund II - Claim # 289**<br>Frank Michel, Treasurer<br>Saint Paul's Episcopal Church<br>2700 Eton Road<br>Cambria, CA 93428 | **Fund I - Claim # 20**<br>**Fund II - Claim # 13**<br>Salvatore Bossio<br>1515 Shasta Dr. 2331<br>Davis, CA 95616 | **Fund II - Claim # 222**<br>Samora M Moreen<br>12 Elan Way<br>Napa, CA 94559 |
| **Fund II - Claim # 109 & 110**<br>Sherrie Fraser Woodward<br>2941 Belmont Woods Way<br>Belmont, CA 94002 | **Fund II - Claim # 255**<br>**Fund III - Claim # 106**<br>Scott Simkover<br>6675 Kelsey Creek Dr.<br>Kelseyville, CA 95451 | **Fund I - Claim # 55 & 56**<br>**Fund II - Claim # 223**<br>Sharon D. Takacs<br>1115 Barnswood Loop<br>Lincoln, CA 95648 |
| **Fund III - Claim # 63**<br>Shefali Tandon<br>29909 Bello View Place<br>Hayward, CA 94544 | **Fund II - Claim # 185**<br>**Fund III - Claim # 97**<br>Nancy McAndrew<br>355 Euclid Av. #303<br>San Francisco, CA 94118 | **Fund I - Claim # 21**<br>**Fund II - Claim # 44**<br>**Fund III - Claim # 10**<br>Shunza Ni<br>Chao Yang District<br>He Ping Li Xi Jie, Xiao Huang Zhuang Lu<br>He Ping Xi Yuan, Bldg 5, Apt 601,<br>Beijing 100013<br>CHINA |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:85605.2 49666/0007

ORDER GRANTING TRUSTEE'S FOURTH OMNIBUS OBJECTION BY DEFAULT