David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Signed and Filed: August 5, 2014

*(signature)*
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

Counsel for Richard M Kipperman,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS FILED BY ROBERT FEINBAUM IDENTIFIED ON THE TRUSTEE'S FOURTH OMNIBUS OBJECTION TO INVESTOR CLAIMS** |

The Court has considered the *Chapter 11 Trustee's Fourth Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), the *Amended Request for Hearing on Trustee's Omnibus Objections to Asserted Creditor Claims* filed by claimant Robert Feinbaum which was subsequently withdrawn by the claimant pursuant to the *Notice of Withdrawal of Robert Feinbaum's Objection And Amended Request For Hearing on Chapter 11 Trustee's Fourth Omnibus Objection to Investor Claims*, the *Request for Entry of Order Disallowing Claims Filed By Robert Feinbaum Identified On The Trustee's Fourth Omnibus Objection To Claims By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default

Request.

Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED,** as follows:

1. The Default Request is GRANTED and the following claims filed by Robert Feinbaum are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Robert Feinbaum | Fund I | 53 |
| Robert Feinbaum | Fund III | 105 |
| Robert Feinbaum, IRA | Fund II | 258 |
| Robert Feinbaum, IRA | Fund II | 259 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

Robert Feinbaum
3001 Ashbrook Court
Oakland, CA 94601