Entered on Docket
August 05, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Liquidating Trustee

Signed and Filed: August 5, 2014

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS OF MARYSUE SMITH AND BRIAN MYERS IDENTIFIED ON THE TRUSTEE'S THIRD OMNIBUS OBJECTION TO INVESTOR CLAIMS** |

On July 25, 2014 a hearing was held on the objection of Marysue Smith and Brian Myers (the "Claimants") to the *Chapter 11 Trustee's Third Omnibus Objection To Investor Equity Interests Asserted as Creditor Claims* (the "Omnibus Objection"), Miriam Manning appeared on behalf of Richard M Kipperman, the Liquidating Trustee, and the Claimants appeared telephonically. Based upon all the papers filed in support of the Omnibus Objection and the Claimants' opposition to the Omnibus Objection, including the papers submitted by the Claimants and filed with the Court on July 9, 2014 in connection with the *Notice of Hearing* [Docket 1503], the argument presented at the hearing, and sufficient cause appearing therefore;

///

It is hereby **ORDERED** as follows:

1. The Omnibus Objection is GRANTED and the following general unsecured proof of claim filed by Marysue Smith and Brian Myers is disallowed in its entirety.

| Claimant | Asserted Debtor | Claim No. |
|---|---|---|
| Marysue Smith and Brian Myers | Fund III | 86 |

2. The Claimants' rights as equity holders of the Debtors are not affected by this Order.

3. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

*** END OF ORDER ***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

Marysue Smith and Brian Myers
1928 N. Ranch Drive
Tucson, AZ 85715