Entered on Docket
August 21, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com



Signed and Filed: August 20, 2014

**THOMAS E. CARLSON U.S. Bankruptcy Judge**



Counsel for Richard M Kipperman,
Liquidating Trustee of the CMR Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS IDENTIFIED ON THE TRUSTEE'S SEVENTH OMNIBUS OBJECTION TO SECURED TAX CLAIMS (NOS. 68, 234, 283, AND 287) BY DEFAULT** |

The Court has considered the *Chapter 11 Trustee's Seventh Omnibus Objection to Tax Claims (Nos. 68, 234, 283, and 287)* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Claims Identified on the Trustee's Seventh Omnibus Objection to Tax Claims (Nos. 68, 234, 283, and 287)* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Omnibus Objection or the Default Request, as applicable.

///

///

The Court finds that notice of the Omnibus Objection was appropriate and sufficient. Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED** that:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. | Filed Claim Amount |
|---|---|---|---|
| Dennis P. Alonso | Fund II | 287 | $26,275.05 |
| Jordan Rose | Fund II | 283 | $30,561.71 |
| Pinal County Treasurer | Fund II | 234 | $190,027.66 |
| Pinal County Treasurer | Fund I | 68 | $213,028.41 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

* * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_LA:280013.1 49666/002

Case: 08-32220    Doc# 1555    Filed: 08/20/14    Entered: 08/21/14 09:55:58    Page 2 of 3

ORDER GRANTING TRUSTEE'S SEVENTH OMNIBUS OBJECTION BY DEFAULT
2

# COURT SERVICE LIST

Dennis P. Alonso
PO Box 221
Scottsdale, AZ 85252

Jordan Rose
6613 N. Scottsdale Road #200
Scottsdale AZ, 85250

Pinal County Treasurer
Attn: Karen Johnson for
Dolores "Dodie" J. Doolittle
PO Box 729
Florence, AZ 85132

Pinal County Treasurer
Attn: Lori Ashford, Acct. III
PO Box 729
Florence, AZ 85132

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA