

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Signed and Filed: August 20, 2014

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

Counsel for Richard M Kipperman,
Liquidating Trustee of the CMR Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> CMR MORTGAGE FUND, LLC, <br> CMR MORTGAGE FUND II, LLC, <br> CMR MORTGAGE FUND III, LLC, <br><br> Debtors. | Case No.: 08-32220-TEC <br> 09-30788-TEC <br> 09-30802-TEC <br><br> Substantively Consolidated <br><br> Chapter 11 <br><br> **ORDER GRANTING REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS IDENTIFIED ON THE TRUSTEE'S EIGHTH OMNIBUS OBJECTION TO RELEASED OR SATISFIED CLAIMS BY DEFAULT** |

The Court has considered the *Chapter 11 Trustee's Eighth Omnibus Objection to Released or Satisfied Claims* (the "Omnibus Objection"), the *Request for Entry of Order Disallowing Claims Identified on the Trustee's Eighth Omnibus Objection to Released or Satisfied Claims* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request.

The Court finds that notice of the Omnibus Objection was appropriate and sufficient. Based upon the foregoing, and upon all the papers filed in support of the Omnibus Objection and in support of the Default Request, and sufficient cause appearing therefore;

///

///

It is hereby **ORDERED** that:

1. The Default Request is GRANTED and the following claims identified in the Omnibus Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. | Filed Claim Amount |
|---|---|---|---|
| Beacon Development, Inc. | Fund I | 1 | $674,540.56 |
| Imperial Capital Bank | Fund II | 252 | $2,382,710.25 |
| Saigon Plaza Association, LLC | Fund I | 14 | $2,015,667.25 |
| SPI Wheatland, LP | Fund II | 218 | $23,480,183.00 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

**\* \* \* END OF ORDER \* \* \***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_LA:280014.1 49666/002

ORDER GRANTING TRUSTEE'S EIGHTH
OMNIBUS OBJECTION BY DEFAULT

Case: 08-32220   Doc# 1556   Filed: 08/20/14   Entered: 08/21/14 13:26:51   Page 2 of 3

2

# COURT SERVICE LIST

Beacon Development, Inc.
809 San Antonio Road, #2
Palo Alto, CA 95131
Attn: Officer or Managing Agent

Imperial Capital Bank
500 North Brand Blvd. Suite 1500
Glendale, CA 91203
Attn: Officer or Managing Agent

Saigon Plaza Association, LLC
c/o Lois I. Brady, Trustee
P.O. Box 12425
Oakland, CA 94604

SPI Wheatland, LP
c/o Edward J. Tredinnick, Esq.
Greene Radovsky Maloney Share & Hennigh LP
4 Embarcadero Center, Suite 4000
San Francisco, CA 94111

DOCS_LA:280014.1 49666/002

ORDER GRANTING TRUSTEE'S EIGHTH
OMNIBUS OBJECTION BY DEFAULT

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Case: 08-32220    Doc# 1556    Filed: 08/20/14    Entered: 08/21/14 13:26:51    Page 3 of 3