David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:  dbertenthal@pszjlaw.com
         mlitvak@pszjlaw.com
         mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>              Debtors. | Case No.: 08-32220-TEC<br>              09-30788-TEC<br>              09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY TO OBJECT OR FOR HEARING ON LIQUIDATING TRUSTEE'S OBJECTION TO THE CLAIMS OF THE BIANCHI TRUST (NOS. 57, 112, AND 291)**<br><br>[NO HEARING DATE SET] |

**TO CLAIMANT, THE BIANCHI TRUST:**

**PLEASE TAKE NOTICE** that Richard M Kipperman, chapter 11 trustee for the above estate (the "Trustee") has objected ("Objection") to the proofs of claim (numbers 57, 112 and 291) filed by the Bianchi Trust on the grounds that they are not a valid claims against the Debtors' estate and lack adequate documentation.  The Objection is based on the Declaration of Richard M Kipperman filed in support thereof, the exhibits attached thereto, and any other evidence properly before the Court.

**PLEASE TAKE FURTHER NOTICE** that **your claims may be eliminated. You should review the Objection and related documents carefully and discuss them with your attorney if you have one.** If you do not want the Court to eliminate your claims, then you or your lawyer must comply with the procedures for filing an opposition or requesting a hearing set forth below.

**PLEASE TAKE FURTHER NOTICE THAT** Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed, and that any opposition to the Objection, or a request for hearing on the Objection, must be filed with the Court (which is located at 235 Pine Street, San Francisco, CA 94104) and served upon the Trustee's counsel (at the address provided above) within 21 days of mailing of this Notice. Any opposition or request for hearing must be accompanied by any declarations or memoranda of law that the opposing or requesting party wishes to present in support of its position. If an opposition or request for hearing is timely filed and served, the Trustee will set the matter for hearing and will provide at least seven (7) days' written notice of the hearing to the opposing or requesting party. **If there is no timely opposition or request for hearing, the Court may decide that you do not oppose the Objection to your claims and may grant the relief requested in the Objection by default.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 3007-1, where a factual dispute is involved, the initial hearing (if any) shall be deemed a status conference at which the Court will not receive evidence. Where only a matter of law is involved, the matter may be argued at the initial hearing.

Dated: September 4, 2014   PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Miriam Manning*
     Miriam Manning
     Attorneys for Richard M Kipperman
     Chapter 11 Trustee