# EXHIBIT A

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED DURING APPLICATION PERIOD
## MARCH 1, 2014 – JULY 21, 2014

### FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| Richard J. Gruber | 3.10 | 895 | $ 2,774.50 |
| David M. Bertenthal | 40.80 | 850 | $34,680.00 |
| Maxim B. Litvak | 55.50 | 775 | $43,012.50 |
| Miriam Manning | 106.20 | 625 | $66,375.00 |
| Leslie Ann Forrester | 7.60 | 295 | $ 2,242.00 |
| Patricia Jeffries | 84.30 | 295 | $24,868.50 |
| Kati L. Suk | 4.50 | 295 | $ 1,057.50 |
| **Total** | **302.00** | | **$175,010.00** |

### FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Analysis | 5.40 | $ 2,665.50 |
| Asset Disposition | 11.90 | $ 8,450.00 |
| Bankruptcy Litigation | 22.90 | $15,985.00 |
| Case Administration | 7.90 | $ 4,598.50 |
| Claims Analysis/Objection | 120.40 | $60,958.00 |
| Compensation of Professionals | 7.20 | $ 4,260.00 |
| Compensation of Professionals (Other) | 5.80 | $ 1,501.00 |
| Financial Filings | 1.20 | $ 402.00 |
| Financing | .80 | $ 545.00 |
| General Business Advice | .60 | $ 537.00 |
| Hearings | 6.20 | $ 4,773.50 |
| Litigation (Non-Bankruptcy) | .70 | $ 482.50 |
| Plan and Disclosure Statement | 85.30 | $52,714.00 |
| Plan Implementation | .40 | $ 151.00 |
| Relief from Stay | .10 | $ 62.50 |
| Retention of Professionals (Others) | .60 | $ 177.00 |
| Stay Litigation | 24.60 | $16,747.50 |
| **Total** | **302.00** | **$175,010.00** |

## EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Bloomberg- Research | Actual Rate | $ 23.80 |
| Business Meals | Actual Rate | $ 96.64 |
| Conference Call | Actual Rate | $ 4.17 |
| FedEx | Actual Cost | $ 26.48 |
| Filing Fees | Actual Cost | $ 11.20 |
| Incoming Facsimile[1] | Actual Rate | $ 7.98 |
| Lexis/Nexis Legal Research | Actual Rate | $ 317.72 |
| Outside Reproduction | Actual Rate | $20,668.48 |
| Outside Services | Actual Rate | $ 120.00 |
| Pacer - Court Research | Actual Rate | $ 563.00 |
| Postage | Actual Rate | $ 4,774.40 |
| Reproduction Expense | @ $.20 per page | $20,440.20 |
| Reproduction/Scan Copy | @ $.10 per page | $ 2,235.50 |
| Westlaw - Legal Research | Actual Rate | $ 3,594.11 |
| **Total** | | **$52,883.68** |

---

[1] The Firm does not charge for incoming faxes. These items were coded incorrectly and should be allocated to postage.