# EXHIBIT A

# EXHIBIT A

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED DURING FINAL FEE PERIOD
## MARCH 1, 2014 – JULY 21, 2014

### FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| Maggie Lind | 26.40 | $75.00 | $1,980.00 |
| Teri Ferguson | 407.75 | $200.00 | $79,206.25 |
| **Total** | **434.15** | | **$81,186.25** |

### FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Case Administration | 434.15 | $81,186.25 |
| **Total** | **434.15** | **$81,186.25** |

## EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Photocopy | @ $.20 per page | $56.80 |
| Pacer | Actual Cost | $319.20 |
| Postage | Actual Cost | $569.76 |
| **Total** | | **$ 945.76** |