# EXHIBIT B

**Entered on Docket**
**June 07, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

**Signed and Filed: June 07, 2011**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re:

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

Case No.: 08-32220-TEC
09-30788-TEC
09-30802-TEC

Substantively Consolidated

Chapter 11

**ORDER GRANTING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY CORPORATE MANAGEMENT, INC. AS ACCOUNTANTS AND FINANCIAL ADVISORS**

[No Hearing Required]

The Court has considered the *Chapter 11 Trustee's Application for Order Corporate Management, Inc. as Accountants* (the "Application") filed by Richard M Kipperman, Chapter 11 Trustee (the "Trustee"), and the Declaration of Richard M Kipperman in support thereof. Based upon the record before the Court, it appears that Corporate Management, Inc. ("Corporate Management") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that Corporate Management is a disinterested person, that its employment is in the best interest of the estate, and that no hearing on the Application is required. Accordingly, it is hereby:

**ORDERED** that the Trustee is authorized to employ Corporate Management as his accountants and financial advisors herein on the terms and conditions set forth more fully in the Application, effective as of April 15, 2011. In particular, the employment arrangement approved herein contemplates that, subject to Court approval of an appropriate fee application or applications by Corporate Management, the Trustee will compensate Corporate Management at its customary hourly rates in effect from time to time and reimburse Corporate Management for its expenses according to its customary reimbursement policies.

**END OF ORDER**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

COURT SERVICE LIST

Alan Taber
4275 Persimmon Woods Dr
North Charleston, SC 29420

Anne P. Becket
1408 California St. #303
San Francisco, CA 94109

Brad Cless
Arrmanino McKenna LLP
12667 Alcosta Blvd, Ste. 500
San Ramon, CA 94583

Bradley & Riley, PC
2007 First Avenue SE
Cedar Rapids, IA 52406-2804

Briar Tazuk
2488 Spring Mountain Road
St. Helena, CA 94574

Cade L. Morrow, Trustee
733 North Dry Falls
Palm Springs, CA 92262

Clifford R. Horner
Law Offices of Berding and Weil
1646 N California Blvd #250
Walnut Creek, CA 94596

CMR Mortgage Fund II, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund III, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

CMR Mortgage Fund, LLC
62 First Street, Fourth Floor
San Francisco, CA 94105

Daniel L. Rottinghaus
Berding and Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507

Daniel L. Rottinhause
Anand R. Upadhye
Counsel for Certain Equity Holders
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507

David Cable
9843 Pennbridge Dr.
Granite Bay, CA 95746

David G. Bicknell
Counsel for Beacon Development, Inc.
Bicknell Law Offices
2542 So. Bascom Avenue, Suite 185
Campbell, CA 95008

David S. Schutt
142 Paseo De La Concha #F
Redonodo Beach, CA 90277

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, #310
San Diego, CA 92108

Douglas R. Young
Farella, Braun and Martel
Russ Bldg. 30th Fl.
235 Montgomery St.
San Francisco, CA 94104

Fire-Matic Systems, Inc
Profit Sharing Plan Trust
5165 Brandin Court
Fremont, CA 94538

Gail D. Spilsbury
640 Panoramic Way
Berkeley, CA 94704

Gary and Barbara B. Hunt Family Trust
1010 Doane Way
Red Bluff, CA 96080

Glen H. Reid
1483 Sutter St., Unit 706
San Francisco, CA 94109-5486

Graham Seel
California Mortgage Realty Inc.
62 First Street, Fourth Floor
San Francisco, CA 94105

Harold Bowman Or Brook Bowman or Forest Bowman
Bowman Family 1992 Revocable Living Trust
6683 High Valley Road
Anderson, CA 96007

Herbert M. & Natalie Stein
c/o Porter
660 Logan Lane
Danville, CA 9452

Jeff J. Friedman
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022

Jeff J. Friedman, Esq.
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022

John S. Morken
Morken Law Office
760 Market St. #768
San Francisco, CA 94012

Jonathan Herschel Bornstein
Law Offices of Bornstein and Bornstein
507 Polk Street, # 320
San Francisco, CA 94118-3339

Julie A. Wolf
5165 Brandin Court
Fremont, CA 94538

Kathy Guard
3547 Laurel St.
San Diego, CA 92104

Leah F. Davis
378 Van Buren Ave., #303
Oakland, CA 94610

LECG, LLC
2049 Century Park East
Suite 2300
Los Angeles, CA 90067

Leslie S. Ahari
Troutman Sanders LLP
5 Park Plaza, #1400
Irvine, CA 92614

Linda G. Zieff
79817 Falsetto Drive
Palm Desert, CA 92211

Linda G. Zieff
79817 Falsetto Drive
Palm Desert, CA 92211

Mark Aloysius Smith Schwab
6466 Hollis Street, Unit 337
Emeryville, CA 94608

Maya Brouwer
1726 A Filbert St.
San Francisco, CA 94123

Meghan C. Sherrill
Bryan Cave LLP
120 Broadway #300
Santa Monica, CA 90401

Michelle Mo Lee
829 Folsom Street, Unit 300
San Francisco, CA 94107

Michelle R. Generaux
Murtaugh Meyer Nelson Treglia LLP
2603 Main St. 9th Fl.
Irvine, CA 92614-6232

Paul Duggan
2166 Northampton Dr.
San Jose, CA 95124

Paul Schiller
405 Davis Ct., #1506
San Francisco, CA 94111-2433

Richard M. Kipperman
Chapter 11 Trustee
PO Box 3010
La Mesa, CA 92944

Richard Van Duzer
Farella, Braun and Martel
Russ Bldg. 30th Fl.
235 Montgomery St.
San Francisco, CA 94104

Robert B. Campbell
943 Augusta Drive
Moraga, CA 94556

Robert Feinbaum
3001 Ashbrook Court
Berkeley, CA 94601

Robert Feinbaum
3001 Ashbrook Court
Berkeley, CA 94601

Robert Fienbaum
3001 Ashbrook Court
Oakland, CA 94601

Ronald F. Hyce
P.O. Box 756
Rio Linda, CA 95673

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Ronald F. Hyce
PO Box 756
Rio Linda, CA 95673

Stephen R. Volz
Volz Properties
1390 Broadway , B287
Placerville, CA 95667

Susan L. Chisena
1125 NW 12th Ave #903
Portland, OR 97209

Susan L. Chisena
1125 NW 12th Ave #903
Portland, OR 97209

Terrance H. Wolf
5165 Brandin Court
Fremont, CA 94538

Thomas H. Prouty
Troutman Sanders LLP
5 Park Plaza #1400
Irvine, CA 92614

Todd B. Rothbard
4261 Norwalk Drive, #107
San Jose, CA 95129

Wells Fargo Foothill, Inc.
c/o Buchalter Nemer
Craig C. Chiang
333 Market St., 25th Floor
San Francisco, Ca 94105

William Webb Farrer, Esq.
Law Offices of William Webb Farrer
300 Montgomery Street, Suite 600
San Francisco, CA 94104

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA