**GZJ KIDKV'E''**

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)
### Period: 03/01/14 - 07/21/14

| | | | | |
|---|---|---|---|---|
| **Case No:** 08-32220 | **Case Name:** CMR MORTGAGE FUND, LLC | | | **Open Date:** 11/18/08 |
| **Case Type:** Trustee | | | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| MAGGIE LIND | CASE ADMIN | 03/03/14 | Void check | 0.10 | 75.000 | 7.50 |
| | | 03/10/14 | Post Interest & bank fees US Bank | 0.30 | 75.000 | 22.50 |
| | | 03/11/14 | Review bank statements, reconcile | 0.10 | 75.000 | 7.50 |
| | | 03/12/14 | Log, copy, prepare and post deposit; Discuss distribution re: Sales proceeds with B. Winn | 0.40 | 75.000 | 30.00 |
| | | 03/12/14 | Telephone call from investor re: Stale checks; reissue new checks; update file | 1.80 | 75.000 | 135.00 |
| | | 03/17/14 | Prepare disbursement (s) | 0.40 | 75.000 | 30.00 |
| | | 03/19/14 | Discussion with Becky & Teri re: Distribution of funds re: Sales proceeds deposit; Prepare disbursement (s) for A/P | 0.60 | 75.000 | 45.00 |
| | | 03/21/14 | Prepare disbursement (s) | 0.50 | 75.000 | 37.50 |
| | | 03/24/14 | Allocate details to deposit of sale of Laurel Lakes, mail out checks | 0.50 | 75.000 | 37.50 |
| | | 03/26/14 | Sit with Teri and prepare Web pay payments on-line | 0.20 | 75.000 | 15.00 |
| | | 03/27/14 | Post Web pay disbursements to ledger | 0.50 | 75.000 | 37.50 |
| | | 04/01/14 | Log, copy, prepare and post deposit; Scan to bankl | 0.20 | 75.000 | 15.00 |
| | | 04/01/14 | Prepare disbursement (s) | 0.50 | 75.000 | 37.50 |
| | | 04/02/14 | Log, copy, prepare and post deposit; Scan to bank T-code deposits | 0.60 | 75.000 | 45.00 |
| | | 04/04/14 | Prepare disbursement (s) for (8) Est. Tax Payments | 1.00 | 75.000 | 75.00 |
| | | 04/07/14 | Prepare disbursement (s) re: Reissue of settlement funds to investors ( 5 checks) | 1.20 | 75.000 | 90.00 |
| | | 04/08/14 | Reconcile bank accounts for U.S. Bank | 0.20 | 75.000 | 15.00 |
| | | 04/09/14 | Account maintenance | 1.00 | 75.000 | 75.00 |
| | | 04/09/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 04/10/14 | Prepare disbursement (s) | 0.10 | 75.000 | 7.50 |
| | | 04/14/14 | Telephone call to US Bank re: New account set up; Transfer funds | 0.30 | 75.000 | 22.50 |
| | | 04/15/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 04/16/14 | Read email; Telephone call to Rabo to confirm incoming wire; post to account; notify RMK | 0.20 | 75.000 | 15.00 |
| | | 04/16/14 | Calculate & prepare paymenhts to professional fee apps. | 2.00 | 75.000 | 150.00 |
| | | 04/16/14 | Prepare (3) outgoing wires | 1.50 | 75.000 | 112.50 |
| | | 04/18/14 | Prepare outgoing USB wires; email; search files for supporting documentation; Prepare coverletter, Post previous wires & todays wire (5) various Telephone calls to complete wires | 3.00 | 75.000 | 225.00 |

Case: 08-32220    Doc# 2530-5    Filed: 09/05/14    Entered: 09/05/14 15:09:56    Page 2 of 17

# Timesheet Report

**Trustee: Richard M Kipperman, Ch.11 Trustee (007911)**

**Period: 03/01/14 - 07/21/14**

| Case No: 08-32220 | Case Name: CMR MORTGAGE FUND, LLC | Open Date: 11/18/08 |
|---|---|---|
| Case Type: Trustee | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| MAGGIE LIND | CASE ADMIN | 04/22/14 | Prepare disbursement (s) | 0.40 | 75.000 | 30.00 |
| | | 05/12/14 | Prepare disbursement (s) | 0.50 | 75.000 | 37.50 |
| | | 05/14/14 | Reconcile Monthly bank statements | 0.30 | 75.000 | 22.50 |
| | | 05/18/14 | Prepare disbursement (s) | 0.10 | 75.000 | 7.50 |
| | | 05/23/14 | Prepare disbursement (s) | 0.10 | 75.000 | 7.50 |
| | | 05/27/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 05/28/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 06/04/14 | Prepare disbursement (s) | 0.30 | 75.000 | 22.50 |
| | | 06/09/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 06/10/14 | Reconcile Bank statement | 0.20 | 75.000 | 15.00 |
| | | 06/17/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 06/24/14 | Prepare disbursement (s) | 0.30 | 75.000 | 22.50 |
| | | 06/24/14 | Prepare outgoing wire transfer | 0.30 | 75.000 | 22.50 |
| | | 06/25/14 | Prepare email request to Dorothy K @ US Bank re: Outgoing wire with attachments. | 0.50 | 75.000 | 37.50 |
| | | 06/25/14 | Set up & begin printing distribution checks | 3.00 | 75.000 | 225.00 |
| | | 06/26/14 | Post incoming wire | 0.10 | 75.000 | 7.50 |
| | | 06/27/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 07/01/14 | Log, copy, prepare and post deposit, Scan to Rabo | 0.30 | 75.000 | 22.50 |
| | | 07/03/14 | Prepare disbursement (s) | 0.20 | 75.000 | 15.00 |
| | | 07/08/14 | Void & replace (2) distribution checks, call BMS to set Parameters in order to print language on check stub. | 0.50 | 75.000 | 37.50 |
| | | 07/09/14 | Stop payment & reissue 2nd distribution check. | 0.20 | 75.000 | 15.00 |
| | | 07/09/14 | Reissued replacement check | 0.30 | 75.000 | 22.50 |
| | | 07/14/14 | Prepare disbursement (s) | 0.10 | 75.000 | 7.50 |
| | | 07/16/14 | Prepare disbursement (s) | 0.10 | 75.000 | 7.50 |

| | Subtotal for Staff Name: MAGGIE LIND | | | 26.40 | | $1,980.00 |
|---|---|---|---|---|---|---|
| **Total for Case: 08-32220** | | | | **26.40** | | **$1,980.00** |
| **Total for Trustee: Richard M Kipperman, Ch.11 Trustee** | | | | **26.40** | | **$1,980.00** |

| Grand Total: | 26.40 | $1,980.00 |

# Timesheet Report

## Trustee: Richard M Kipperman, Ch.11 Trustee (007911)
### Period: 03/01/14 - 07/21/14

| Case No: | 08-32220 | Case Name: CMR MORTGAGE FUND, LLC | Open Date: 11/18/08 |
|---|---|---|---|
| Case Type: | Trustee | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | 03/03/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Finalize and send Argo letter & checks. | 2.00 | 200.000 | 400.00 |
| | | 03/05/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Prepare Laurel Lakes closing items - calc advances and distributions, file annual report, correspondence to/from Manager Ripley & Atty Carlin. | 7.00 | 200.000 | 1,400.00 |
| | | 03/07/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Reconcile and finalize Saigon closing proceeds, review financials from Manager Dang, send questions to C. Koslosky. Prepare and send final closing proceeds calculations to RMK, Manager Dang & C. Koslosky; research Casa Grande items and provide to RMK; Prepare detail investor proceeds information for escrow. | 5.50 | 200.000 | 1,100.00 |
| | | 03/11/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. E-mails to/from RMK, Atty Carlin, Manager Ripley re Laurel & Platinum closings, review final closing statement. | 1.50 | 200.000 | 300.00 |
| | | 03/12/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Process Laurel closing documents for BMS system, CW RMK, M. Lind & B. Wynn re accounting; Prepare Fee App for CMI and RMK, send to PJ for review, Review with RMK. | 7.25 | 200.000 | 1,450.00 |
| | | 03/14/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. CW RMK re hearing & fee app; research Laurel investor claim; Prepare 2/28 MOR report, review with RMK, send to PJ for review. | 8.75 | 200.000 | 1,750.00 |
| | | 03/17/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Platinum-prepare closing items, calc est proceeds and reimb to CMR for advances; | 8.75 | 200.000 | 1,750.00 |
| | | 03/19/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc.; review & research response to Manager Dang re Saigon reimbursements, management fees & proceeds - provide summary of findings to RMK & C. Koslosky. research Platinum tax issues, reconcile advances from CMR. | 9.00 | 200.000 | 1,800.00 |
| | | 03/21/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, | 6.00 | 200.000 | 1,200.00 |

Case: 08-32220   Doc# 1584-5   Filed: 09/05/14   Entered: 09/05/14 15:09:56   Page 5 of 17

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

### Period: 03/01/14 - 07/21/14

| Case No: 08-32220 | Case Name: CMR MORTGAGE FUND, LLC | Open Date: 11/18/08 |
|---|---|---|
| Case Type: Trustee | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | | liquidation plan questions, case status, etc. Prepare and review financials for various entities and send to CPA Larsen, TCW CPA Larsen re questions and items needed. Review and confer with Atty Manning re PLatinum closing documents. TCW Manager Ripley re Platinum environmental issue. CW RMK re issues. | | | |
| | | 03/24/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. TCW Manager Ripley re Platinum environmental issues status, plan for extending escrow; review incoming tax returns, prepare for RMK signature and mailing; TCW C. Weiss re admin issues for K-1's; TCW CPA Larsen re tax returns and info needed; TCW Atty Manning re update on Platinum closing status; TCW C. Koslosky re tax returns; TCW E. Clapp re status of Mira Mesa and report due. | 8.25 | 200.000 | 1,650.00 |
| | | 03/26/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. TCW CPA Dahl re Platinum Revivor, prepare documents, prepare and execute tax payments, process FTB pmts for all entities, review with RMK, review/coordinate Platinum closing doc revisions with Atty Manning and Atty Carlin; review e-mail from Manager Dang re 388 12th, research, CW RMK, and contact Atty Manning; review financial questions from CPA Larsen, research & respond. | 8.50 | 200.000 | 1,700.00 |
| | | 03/28/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Research, prepare financial info for CPA Dahl. | 8.00 | 200.000 | 1,600.00 |
| | | 03/31/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, liquidation plan questions, case status, etc. Revise 388 12th Street proceeds to holdback Dang Mgmt fee, separate LLC exp from Prop exp, recalculate all distributions & send to Atty Manning; Teleconf and e-mails to/from J. Bautista re Qualified Settlement Fund account change; TCW M. Musante re K-1's from Dyer Mgmt. TCW C. Weiss re final revisions of investor info to be submitted to CPA. | 7.50 | 200.000 | 1,500.00 |
| | | 04/02/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; Revise and send updated calculation of fees/disbursements due partners for 388 12th Street to Atty Manning; Calls to/from M. Musante to | 8.50 | 175.000 | 1,487.50 |

Case: 08-32220    Doc# 1584-3    Filed: 09/05/14    Entered: 09/05/14 15:09:56    Page 6 of 17

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)
### Period: 03/01/14 - 07/21/14

| Case No: 08-32220 | Case Name: CMR MORTGAGE FUND, LLC | Open Date: 11/18/08 |
|---|---|---|
| Case Type: Trustee | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | | obtain K-1 for Dyer, send draft to CPA Larsen.  TCW CPA Larsen re YE accounting; Correspondence to/from US Bank re Qualified Settlement Fund; TCW C. Weiss re finalizing transfer and abandonment list for CPA. | | | |
| | | 04/04/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send;  Research and prepare updated disbursement check replacement requests & submit to M. Lind; research Casa Grande Prop Tax claim filed: research all parcels with County and provide reports to Atty Manning;coordinate financials for tax return. | 8.25 | 175.000 | 1,443.75 |
| | | 04/07/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; Calls to/from Atty Manning re 388 12th St Distributions; coordinate documentation for tax return. | 7.00 | 175.000 | 1,225.00 |
| | | 04/09/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; Calls to/from Atty Manning re 388 12th St Distributions; coordinate documentation for tax return. Research and calculation of contributions, advances, taxes & estimated proceeds for 1132 for Atty Manning & C. Koslosky; TCW C. Koslosky re assuming management of 388 12th & 1132 Masonic, TCW Atty Manning re same, CW RMK re same.  coordinate documentation for tax returns. | 10.00 | 175.000 | 1,750.00 |
| | | 04/11/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send;  coordinate documents for tax return, prepare schedules. | 4.00 | 175.000 | 700.00 |
| | | 04/14/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; TCW C. Koslosky re transfer of mgmt from Dang, property taxes due;  update tax schedule list for CPA Larsen. | 10.00 | 175.000 | 1,750.00 |
| | | 04/16/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send;  calls from investor re distribution check to be re-issued; receipt of insurance funds: prepare breakdown of funds per estate/class, calculate totals due McNutt & Lee; review with RMK & provide to M. Lind.  Send | 7.25 | 175.000 | 1,268.75 |

Case: 08-32220    Doc# 1584-3    Filed: 09/05/14    Entered: 09/05/14 15:09:56    Page 7 of 17

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)
### Period: 03/01/14 - 07/21/14

| Case No: | 08-32220 | | Case Name: CMR MORTGAGE FUND, LLC | | | Open Date: 11/18/08 |
|---|---|---|---|---|---|---|
| Case Type: | Trustee | | | | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | | 1132 Masonic ownership docs to C. Koslosky; | | | |
| | | 04/18/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; Prepare 3/2014 MOR Report, review with RMK & send to PJ. | 2.50 | 175.000 | 437.50 |
| | | 04/21/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; update distribution lists for K-1's and next distribution. Calls & e-mails to/from CPA Larsen re tax questions. | 7.00 | 175.000 | 1,225.00 |
| | | 04/23/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; update distribution lists for K-1's and next distribution. Calls & e-mails to/from CPA Larsen re tax questions - Laurel Lakes & Platinum. | 7.50 | 175.000 | 1,312.50 |
| | | 04/25/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; respond to Atty Manning request re equity claims & Casa Grande; research and respond to request for re-issuance of distribution checks; update professional fee spreadsheet. | 9.25 | 175.000 | 1,618.75 |
| | | 04/28/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; update distribution lists for K-1's and next distribution. Review/respond to Atty Litvak request for information for DS. | 8.00 | 175.000 | 1,400.00 |
| | | 04/30/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; respond to Atty Litvak request for clarifications to DS; prepare response to broker request for information on MM. Respond to request for documents from Atty Manning re Casa Grande. | 4.50 | 175.000 | 787.50 |
| | | 05/02/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; recondile distribution lists for K-1's and next distribution. Calls & e-mails to/from CPA Larsen re tax questions. E-mails to/from T. Dang re 388 12th financials & 1132 Masonic title issue. | 7.25 | 200.000 | 1,450.00 |
| | | 05/05/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. | 7.00 | 200.000 | 1,400.00 |

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

### Period: 03/01/14 - 07/21/14

| Case No: | 08-32220 | Case Name: CMR MORTGAGE FUND, LLC | | Open Date: 11/18/08 |
|---|---|---|---|---|
| Case Type: | Trustee | | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | | Weiss and send; reconcile distribution lists for K-1's and next distribution. Respond to questions from Atty Manning re equity claims. | | | |
| | | 05/07/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. Prepare status of Casa Grande; TCW E. Clapp re MM entitlement status and change of financially resp party for City Processing. Laurel Lakes tax payment breakdown for CPA Larsen. Equity Claim research for Atty Manning. TCW M. Ripley re Platinum sale status. | 5.75 | 200.000 | 1,150.00 |
| | | 05/09/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. TCW C. Durnin re MM Entitlement process going forward, meetings, etc.; TCW City of Venice re Laurel utility turnover, prepare proof of payment and closing; TCW M. Musante re Dyer tax status and est funds remaining; 2 Antioch-calls to/from S. Del Los Reyes re docs needed for Atty Manning; TCW E. Clapp re MM change of responsibility. | 9.50 | 200.000 | 1,900.00 |
| | | 05/12/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. TCW RMK re CMR Hearing results, 2 Antioch Bky status and tax issues, Myrtle Beach research, send Change of Corp Resp to C. Durning re MM. | 8.25 | 200.000 | 1,650.00 |
| | | 05/14/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. Attend MM Entitlement meeting at Engineer's office to obtain status from all consultants; TCW CPA Larsen re Qualified Settlement Fund, Myrtle Beach, and 2 Antioch tax returns. | 6.50 | 200.000 | 1,300.00 |
| | | 05/16/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. TCW Atty Manning re Saigon Claim, pull all info/corresp and send to Atty Manning; TCW Atty Manning re secured/unsecured claims & research needed, research | 4.00 | 200.000 | 800.00 |

Case: 08-32220    Doc# 1584-3    Filed: 09/05/14    Entered: 09/05/14 13:09:56    Page 9 of 17

| Case No: 08-32220 | Case Name: CMR MORTGAGE FUND, LLC | Open Date: 11/18/08 |
| --- | --- | --- |
| Case Type: Trustee | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| TERI FERGUSON | CASE ADMIN | | and respond to Atty Manning. | | | |
| | | 05/19/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. Drive to and attend MM Planning Group meeting. | 6.25 | 200.000 | 1,250.00 |
| | | 05/21/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, legal proceedings, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. TCW Atty Manning re Butte County Eminent Doman docs received, research to find which project is affected. TCW C. Weiss re coordinating transfer of Choo IRA Pensco to CMR. | 7.00 | 200.000 | 1,400.00 |
| | | 05/23/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, legal proceedings, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. | 7.50 | 200.000 | 1,500.00 |
| | | 05/28/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, legal proceedings, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. Call from Plan Com rep re proposal for easement/payment at MM. TCW Atty Manning re 1132 Masonic/recording updated deed requirements of Dang; TCW CPA Larsen re MM tax issues; TCW C. Koslosky re 1132 Masonic deed change; Prepare CMR 4/30 Operating Report. | 9.25 | 200.000 | 1,850.00 |
| | | 05/30/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, legal proceedings, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. Research and respond to Atty Manning request for info on Casa Grande, 1132 Masonic, 388 12th Street, Claim questions. | 6.50 | 200.000 | 1,300.00 |
| | | 06/02/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; prepare updated list of e-mail and physical address changes for C. Weiss and send; recondile distribution lists for K-1's and next distribution. | 9.50 | 200.000 | 1,900.00 |
| | | 06/04/14 | Calls, e-mails from/to investors re distributions and transfer confirmations, K-1 Form status, address changes, etc., prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. TCW CPA Larsen re K-1's for Argo investors and tax | 8.00 | 200.000 | 1,600.00 |

Case: 08-32220   Doc# 1584-3   Filed: 09/05/14   Entered: 09/05/14 15:09:36   Page 10 of 17

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)
### Period: 03/01/14 - 07/21/14

| Case No: | 08-32220 | | Case Name: CMR MORTGAGE FUND, LLC | | | Open Date: 11/18/08 |
|---|---|---|---|---|---|---|
| Case Type: | Trustee | | | | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | | returns for Myrtle Beach. | | | |
| | | 06/06/14 | Calls, e-mails from/to investors re distributions and transfer confirmations, K-1 Form status, address changes, etc., calls to trustees to obtain transfer documents; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. | 8.50 | 200.000 | 1,700.00 |
| | | 06/09/14 | Calls, e-mails from/to investors re distributions and transfer confirmations, K-1 Form status, address changes, etc., calls to trustees to obtain transfer documents; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. | 10.75 | 200.000 | 2,150.00 |
| | | 06/11/14 | Calls, e-mails from/to investors re distributions and transfer confirmations, K-1 Form status, address changes, etc., calls to trustees to obtain transfer documents; prepare updated list of e-mail and physical address changes for C. Weiss and send; reconcile distribution lists for K-1's and next distribution. Calls & e-mails to/from Jim Carlin re Platinum closing; TCW CPA Larsen re tax returns; e-mail to BMS re distribution check run. | 7.50 | 200.000 | 1,500.00 |
| | | 06/13/14 | Calls, e-mails from/to investors re distributions and transfer confirmations, K-1 Form status, address changes, etc., Update Fee Schedule per RMK; Call re Mira Mesa Easement proposal from fiber optic company; Calls to/From BMS-send distribution file for upload. | 8.00 | 200.000 | 1,600.00 |
| | | 06/16/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, distributions, etc., TCW Colby Durnin re Mira Mesa Easement proposal from fiber optic company; TCW Broker Ripley re Platinum Closing extension; finalize professional fee update with RMK; TCW RMK re distributions, revised rulings, begin to revise distribution calculations, contact BMS re same. | 7.50 | 200.000 | 1,500.00 |
| | | 06/18/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, distributions, etc., Revised distribution calculations. | 5.50 | 200.000 | 1,100.00 |
| | | 06/20/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, distributions, etc., Revised distribution calculations. | 7.25 | 200.000 | 1,450.00 |
| | | 06/23/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, distributions, etc., Revised distribution calculations. Platinum - review closing statement, begin research to collect all funds advanced, send e-mail to Jim Carlin to obtain additional reimb from buyer because of additional extensions. Calls to investor Auslen - research death in family and/or to beneficiaries will be. | 7.75 | 200.000 | 1,550.00 |

# Timesheet Report

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

### Period: 03/01/14 - 07/21/14

| Case No: | 08-32220 | Case Name: | CMR MORTGAGE FUND, LLC | Open Date: 11/18/08 |
| Case Type: | Trustee | | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | 06/25/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, distributions, etc., Revised distribution calculations. Platinum - corresp and calls with Atty Carlin re closing, CW Auslen trustee re docs needed for distribution; send Platinum closing info to Atty Bertenthal; revise distribution spreadsheet, create mass mailing letters for Mike Ripley; Distribution: create letter to US Bank re transfer of funds, pull settlement agreement to prove provisions for transfer; CW Maggie re letter and distribution check run; CW Andrea at BMS re uploading checks, perform test run. TCW Colby Durnin re Mira Mesa entitlement meeting, traffic report status and next planning comm meeting. Review and respond to CPA questions for tax returns & K-1's. | 8.25 | 200.000 | 1,650.00 |
| | | 07/01/14 | Calls, e-mails from/to investors re K-1 Form status, address changes, case status, etc.; Prepared distribution checks for mailing and took to post office. | 6.50 | 200.000 | 1,300.00 |
| | | 07/02/14 | Mira Mesa:attend entitlement meeting at engineer's office to obtain current status of all consultants; Calls, e-mails from/to investors re K-1 form status, address changes, etc.; Prepare MOR Report; TCW CPA Dahl re tax questions. | 6.00 | 200.000 | 1,200.00 |
| | | 07/07/14 | Reconcile ARGO investors; calls from investors re checks not received from 1st Distr ( many cashed their checks and forgot), and questions regarding K-1's, case status and method of check calculation. | 10.00 | 200.000 | 2,000.00 |
| | | 07/09/14 | Calls, letters and e-mails from investors re questions on checks, checks not received from 1st Distr ( many cashed their checks and forgot), deaths not reported,  and questions regarding K-1's, case status and method of check calculation. | 5.75 | 200.000 | 1,150.00 |
| | | 07/11/14 | Calls, letters and e-mails from investors re questions on checks, checks not received from 1st Distr ( many cashed their checks and forgot), deaths not reported,  and questions regarding K-1's, case status and method of check calculation. | 6.00 | 200.000 | 1,200.00 |
| | | 07/14/14 | Review & respond to e-mails from Atty Manning re claim research needed; Calls, letters & e-mails from investors re various questions on distributions, K-1 forms, transfers, etc. | 8.00 | 200.000 | 1,600.00 |
| | | 07/16/14 | Review & respond to e-mails from Atty Manning re claim research needed; Calls, letters & e-mails from investors re various questions on distributions, K-1 forms, transfers, etc. | 2.50 | 200.000 | 500.00 |
| | | 07/21/14 | Review and Respond to e-mails from Atty Manning re claims filed, Calls, letters | 8.00 | 200.000 | 1,600.00 |

# Timesheet Report

**Trustee: Richard M Kipperman, Ch.11 Trustee (007911)**

**Period: 03/01/14 – 07/21/14**

| | | |
|---|---|---|
| **Case No:** 08-32220 | **Case Name:** CMR MORTGAGE FUND, LLC | **Open Date:** 11/18/08 |
| **Case Type:** Trustee | | |

| Staff Name | Category | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| TERI FERGUSON | CASE ADMIN | | & e-mails from investors re various questions on distributions, K-1 forms, transfers, etc. Review K-1's. | | | |
| | Subtotal for Staff Name: TERI FERGUSON | | | 407.75 | | $79,206.25 |
| **Total for Case: 08-32220** | | | | 407.75 | | $79,206.25 |
| **Total for Trustee: Richard M Kipperman, Ch.11 Trustee** | | | | 407.75 | | $79,206.25 |
| | | | **Grand Total:** | 407.75 | | $79,206.25 |

# Trustee's Itemized Expenses
## Period: 03/01/14 - 07/21/14
### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

---

**Case Number:** 08-32220　　**Case Name:** CMR MORTGAGE FUND, LLC
**Case Type:** Trustee
**Open Date:** 11/18/08

---

**Category:** COPIES

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| 03/03/14 | Photocopy/Duplication Exp | 8.00 | $0.200 | $1.60 |
| 03/12/14 | Photocopy/Duplication Exp | 38.00 | $0.200 | $7.60 |
| 03/12/14 | Photocopy/Duplication Exp | 16.00 | $0.200 | $3.20 |
| 03/12/14 | Photocopy/Duplication Exp | 25.00 | $0.200 | $5.00 |
| 03/17/14 | Photocopy/Duplication Exp | 16.00 | $0.200 | $3.20 |
| 03/17/14 | Photocopy/Duplication Exp | 4.00 | $0.200 | $0.80 |
| 03/19/14 | Photocopy/Duplication Exp | 4.00 | $0.200 | $0.80 |
| 03/24/14 | Photocopy/Duplication Exp | 8.00 | $0.200 | $1.60 |
| 03/26/14 | Photocopy/Duplication Exp | 10.00 | $0.200 | $2.00 |
| 04/04/14 | Photocopy/Duplication Exp | 10.00 | $0.200 | $2.00 |
| 04/07/14 | Photocopy/Duplication Exp | 18.00 | $0.200 | $3.60 |
| 04/09/14 | Photocopy/Duplication Exp | 6.00 | $0.200 | $1.20 |
| 04/14/14 | Photocopy/Duplication Exp | 8.00 | $0.200 | $1.60 |
| 04/21/14 | Photocopy/Duplication Exp | 4.00 | $0.200 | $0.80 |
| 04/28/14 | Photocopy/Duplication Exp | 3.00 | $0.200 | $0.60 |
| 05/06/14 | Photocopy/Duplication Exp | 3.00 | $0.200 | $0.60 |
| 05/09/14 | Photocopy/Duplication Exp | 8.00 | $0.200 | $1.60 |
| 05/12/14 | Photocopy/Duplication Exp | 12.00 | $0.200 | $2.40 |
| 05/14/14 | Photocopy/Duplication Exp | 8.00 | $0.200 | $1.60 |
| 05/15/14 | Photocopy/Duplication Exp | 3.00 | $0.200 | $0.60 |
| 05/21/14 | Photocopy/Duplication Exp | 3.00 | $0.200 | $0.60 |
| 05/27/14 | Photocopy/Duplication Exp | 22.00 | $0.200 | $4.40 |
| 05/28/14 | Photocopy/Duplication Exp | 19.00 | $0.200 | $3.80 |
| 06/02/14 | Photocopy/Duplication Exp | 16.00 | $0.200 | $3.20 |
| 06/25/14 | Photocopy/Duplication Exp | 6.00 | $0.200 | $1.20 |
| 07/21/14 | Photocopy/Duplication Exp | 6.00 | $0.200 | $1.20 |

**Total for category  COPIES:** 284.00　　$56.80

**Total for case  08-32220:** $56.80

**Grand Total:** $56.80

# Trustee's Itemized Expenses

## Period: 03/01/14 - 07/21/14

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

---

| | |
|---|---|
| **Case Number:** 08-32220 | **Case Name:** CMR MORTGAGE FUND, LLC |
| **Case Type:** Trustee | |
| **Open Date:** 11/18/08 | |

---

**Category:** OTHER

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| 04/23/14 | Pacer Charges for Q1, 2014 for Period 01/01/14-03/31/14 | 1.00 | $108.800 | $108.80 |
| 07/16/14 | Pacer Charge Q2, 2014 04/01/14 -06/30/14 | 1.00 | $210.400 | $210.40 |
| | **Total for category OTHER:** | **2.00** | | **$319.20** |
| | **Total for case 08-32220:** | | | **$319.20** |

| | |
|---|---|
| **Grand Total:** | **$319.20** |

# Trustee's Itemized Expenses
## Period: 03/01/14 - 07/21/14
### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

| | |
|---|---|
| **Case Number:** 08-32220 | **Case Name:** CMR MORTGAGE FUND, LLC |
| **Case Type:** Trustee | |
| **Open Date:** 11/18/08 | |

**Category:** POSTAGE

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| 03/03/14 | Postage | 1.00 | $1.190 | $1.19 |
| 03/13/14 | Postage | 2.00 | $0.480 | $0.96 |
| 03/17/14 | Postage | 2.00 | $0.480 | $0.96 |
| 03/18/14 | Postage | 1.00 | $0.480 | $0.48 |
| 03/19/14 | Postage | 1.00 | $0.480 | $0.48 |
| 03/24/14 | Photocopy/Duplication Exp | 2.00 | $0.200 | $0.40 |
| 03/24/14 | Postage | 1.00 | $1.190 | $1.19 |
| 03/26/14 | Postage | 1.00 | $1.190 | $1.19 |
| 04/02/14 | Postage | 1.00 | $0.480 | $0.48 |
| 04/07/14 | Postage | 1.00 | $6.690 | $6.69 |
| 04/09/14 | Postage | 1.00 | $0.480 | $0.48 |
| 04/10/14 | Postage | 1.00 | $0.480 | $0.48 |
| 04/11/14 | Postage | 1.00 | $0.480 | $0.48 |
| 04/14/14 | Postage | 1.00 | $0.480 | $0.48 |
| 04/17/14 | Postage | 1.00 | $0.480 | $0.48 |
| 04/23/14 | Postage | 5.00 | $0.480 | $2.40 |
| 05/14/14 | Postage | 1.00 | $0.480 | $0.48 |
| 05/27/14 | Postage | 1.00 | $0.480 | $0.48 |
| 05/28/14 | Postage | 1.00 | $0.480 | $0.48 |
| 06/10/14 | Postage | 1.00 | $0.480 | $0.48 |
| 06/26/14 | Postage | 1.00 | $0.480 | $0.48 |
| 06/26/14 | Postage | 1.00 | $0.480 | $0.48 |
| 07/01/14 | Postage | 198.00 | $0.480 | $95.04 |
| 07/01/14 | Postage | 172.00 | $0.480 | $82.56 |
| 07/01/14 | Postage | 753.00 | $0.480 | $361.44 |
| 07/02/14 | Postage | 2.00 | $1.150 | $2.30 |
| 07/07/14 | Postage | 5.00 | $0.480 | $2.40 |
| 07/08/14 | Postage | 2.00 | $0.480 | $0.96 |
| 07/09/14 | Postage | 2.00 | $0.480 | $0.96 |
| 07/14/14 | Postage | 4.00 | $0.480 | $1.92 |
| 07/15/14 | Postage | 1.00 | $0.480 | $0.48 |

# Trustee's Itemized Expenses

## Period: 03/01/14 - 07/21/14

### Trustee: Richard M Kipperman, Ch.11 Trustee (007911)

**Case Number:** 08-32220          **Case Name:** CMR MORTGAGE FUND, LLC
**Case Type:** Trustee
**Open Date:** 11/18/08

|  |  |  |
|---|---|---|
| Total for category POSTAGE: | 1,168.00 | $569.76 |
|  | Total for case 08-32220: | $569.76 |
|  | Grand Total: | $569.76 |