| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CORPORATE MANAGEMENT, INC.<br>Richard M Kipperman<br>Post Office Box 3010<br>La Mesa, California 91944-3010<br>Telephone: 619-668-4500<br>Facsimile: 619-668-9014<br>rmk@corpmgt.cm<br><br>Accountants and Financial Advisor to the<br>Chapter 11 Trustee |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD M KIPPERMAN IN SUPPORT OF FIFTH INTERIM AND FINAL APPLICATION OF CORPORATE MANAGEMENT, INC. AS ACCOUNTANTS AND FINANCIAL ADVISOR TO CHAPTER 11 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 15, 2011 THROUGH JULY 21, 2014**<br><br>Date: September 26, 2014<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>235 Pine Street, Courtroom 23<br>San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

I, Richard M. Kipperman, declare as follows:

1. I submit this Declaration in connection with the *Fifth Interim and Final Application of Corporate Management, Inc. as Accountants and Financial Advisor to Chapter 11 Trustee for*

*Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 15, 2011 Through July 21, 2014* (the "Application").[1]

2. I am the President of Corporate Management, Inc. ("Corporate Management"). I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. Corporate Management has complied with the UST Guidelines, <u>inter alia</u>, by classifying all services performed for which compensation is sought into categories. A true and correct copy of Corporate Management's monthly invoices are attached to the Application as <u>Exhibit A.</u>

4. The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Corporate Management and generally accepted by Corporate Management's clients.

5. Corporate Management has not been paid or promised any compensation from any other source for services rendered in connection with this case.

6. Corporate Management has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

7. Corporate Management believes that the compensation and expense reimbursement sought herein is in conformity with the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California*.

8. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2014, at La Mesa, California.

Richard M Kipperman

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.