David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dbertenthal@pszjlaw.com
　　　mlitvak@pszjlaw.com
　　　mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>　　　　　　Debtors. | Case No.: 08-32220-TEC<br>　　　　　09-30788-TEC<br>　　　　　09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )
CITY OF SAN FRANCISCO )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On September 5, 2014, I caused to be served the

**FIFTH INTERIM AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 15, 2011 THROUGH JULY 21, 2014**

**CHAPTER 11 TRUSTEE'S FIFTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 13, 2011 THROUGH FEBRUARY 28, 2014**

**FIFTH INTERIM AND FINAL APPLICATION OF CORPORATE MANAGEMENT, INC. AS ACCOUNTANTS AND FINANCIAL ADVISOR TO CHAPTER 11 TRUSTEE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 15, 2011 THROUGH JULY 21, 2014**

**FIFTH INTERIM AND FINAL APPLICATION FOR BERKELEY RESEARCH GROUP, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO RICHARD M. KIPPERMAN, CHAPTER 11 TRUSTEE**

in this action by placing a true and correct copy of said document in sealed envelopes addressed as follows:

*See Attached Service List.*

| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **September 5, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on September 5, 2014, at San Francisco, California.

*/s/ Hung Phan*
Hung Phan

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

| | |
|---|---|
| Simon Aron  saron@wrslawyers.com | Douglas Graham  dgraham@ml-sf.com, jjacobus@ml-sf.com |
| Julian K. Bach  Julian@JBachlaw.com | Tracy Green  tgreen@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com |
| Elizabeth Berke-Dreyfuss edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com | Fredrick A. Hagen  fhagen@berding-weil.com |
| Elizabeth Berke-Dreyfuss edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com | Robert G. Harris  rob@bindermalter.com |
| David M. Bertenthal dbertenthal@pszjlaw.com, cjanes@pszjlaw.com | Frederick D. Holden fholden@orrick.com, cflores@orrick.com |
| | Frederick D. Holden fholden@orrick.com, cflores@orrick.com |
| Matthew Borden borden@braunhagey.com, mccoy@braunhagey.com | Dieu Dao N. Huynh dhuynh@orrick.com, cflores@orrick.com |
| Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com, kathryn@bornsteinandbornstein.com | Nick I. Iezza Niezza@spiwakandiezza.com |
| Jonathan Herschel Bornstein  , kathryn@bornsteinandbornstein.com | Jeremy W. Katz  , mterry@shierkatz.com |
| Dale L. Bratton Brattonlaw@comcast.net | Michael Lauter mlauter@sheppardmullin.com |
| Mike C. Buckley mbuckley@reedsmith.com | Monika P. Lee monikalee@leelawllp.com, monikapleyer@gmail.com |
| Penn Ayers Butler pbutler@wendel.com, pbasa@wendel.com | William C. Lewis ecf@williamclewis.com |
| Penn Ayers Butler pbutler@wendel.com, pbasa@wendel.com | William Thomas Lewis wtl@roblewlaw.com, kimwrenn@msn.com |
| Gregory J. Charles greg@gregcharleslaw.com | Maxim B. Litvak  mlitvak@pszjlaw.com, pjeffries@pszyjw.com |
| Laurent Chen lchen@MURRAYLAW.com | Patricia H. Lyon phlyon@frenchandlyon.com, mwoodward@frenchandlyon.com |
| Craig C. Chiang cchiang@buchalter.com | Iain A. Macdonald  iain@macfern.com, ecf@macfern.com |
| Michael D. Cooper mcooper@wendel.com, Ytraylor@wendel.com | Miriam Manning mmanning@pszjlaw.com, ocarpio@pszjlaw.com |
| Christina M. Craige ccraige@sidley.com | Scott H. McNutt  SMcNutt@ml-sf.com |
| Susan S. Davis  SDavis@coxcastle.com | Dennis D. Miller  dmiller@steinlubin.com |
| Reno F.R. Fernandez reno@macfern.com, ecf@macfern.com | Dennis D. Miller  dmiller@steinlubin.com |
| Robert S. Gebhard robert.gebhard@sdma.com, quintella.griffinpitts@sedgwicklaw.com | Kevin Montee kmontee@hornersinger.com, ecf@hornersinger.com |
| Julie M. Glosson julie.m.glosson@usdoj.gov | Shane J. Moses  smoses@ml-sf.com, csnell@ml-sf.com |
| Matthew A. Gold courts@argopartners.net | Dennette A. Mulvaney dmulvaney@bisnosam.com |
| | Stephen T. O'Neill ONeill.Stephen@Dorsey.com |
| | Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com |

| | | |
|---|---|---|
| 1 | Christopher O. Rivas crivas@reedsmith.com | Michael A. Sweet msweet@foxrothchild.com, DdelaRocha@foxrothschild.com |
| 2 | Richard A. Rogan , jb8@jmbm.com | |
| 3 | Mark J. Romeo romeolaw@msn.com | Edward Tredinnick etredinnick@grmslaw.com |
| | Jeremy Rosenthal jRosenthal@sidley.com | Jeffrey D. Trowbridge jdt3656@sbcglobal.net |
| 4 | Ryan Sandrock rsandrock@sidley.com | |
| | Roya Shakoori roya@bindermalter.com | Racheal Turner , karentsen@fbm.com;calendar@fbm.com |
| 5 | Matthew J. Shier mshier@shierkatz.com, | Phyllis N. Voisenat |
| 6 | mterry@shierkatz.com | pvoisenat@gmail.com |
| 7 | | G. Michael Williams gmw1955@softcom.net, lmh@arrival.net |

**2.** **SERVED VIA U.S. MAIL**

| | | |
|---|---|---|
| Attorneys for Creditor, SBS Trust Deed Network<br>Nick I. Iezza<br>Spiwak & Iezza<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360 | Thomas E. Foutch<br>1810 Jackson Street Apt. 7<br>San Francisco, CA 94109 | Brad Cless<br>Arrmanino McKenna LLP<br>12667 Alcosta Blvd, Ste. 500<br>San Ramon, CA 94583 |
| Bradley & Riley, PC<br>2007 First Avenue SE<br>Cedar Rapids, IA 52406-2804 | Cade L. Morrow, Trustee<br>1375 N. Rose Avenue<br>Palm Springs, CA 92262 | Clifford R. Horner<br>Law Offices of Berding and Weil<br>1646 N California Blvd #250<br>Walnut Creek, CA 94596 |
| David Cable<br>9843 Pennbridge Dr.<br>Granite Bay, CA 95746 | David G. Bicknell<br>Counsel for Beacon Development, Inc.<br>Bicknell Law Offices<br>2542 So. Bascom Avenue, Suite 185<br>Campbell, CA 95008 | David Schutt<br>3136 Bancroft St.<br>San Diego, CA 92104-4778 |
| Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, #310<br>San Diego, CA 92108 | CSW Deferred Compensation Plan<br>John Farquhar, Trustee<br>1710 Gilbreth Road Suite 300<br>Burlingame, CA 94010 | Fire-Matic Systems, Inc<br>Profit Sharing Plan Trust<br>5165 Brandin Court<br>Fremont, CA 94538 |
| | Gary and Barbara B. Hunt Family Trust<br>1010 Doane Way<br>Red Bluff, CA 96080 | Thomas H. Prouty<br>Troutman Sanders LLP<br>5 Park Plaza #1400<br>Irvine, CA 92614 |
| Graham Seel<br>California Mortgage and Realty, Inc.<br>1540 Market Street, Lower Level<br>San Francisco, CA ein | Harold Bowman or Brook Bowman or Forest Bowman<br>Bowman Family 1992 Revocable Living Trust<br>3887 Wolverine Dr.<br>Redding, CA 96001-3479 | Natalie Stein, Trustee<br>Stein Family Trust<br>5913 Horsemans Canyon Dr., #6B<br>Walnut Creek, CA 94595 |
| Jeff J. Friedman, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022 | | Jonathan Herschel Bornstein<br>Law Offices of Bornstein and Bornstein<br>507 Polk Street, # 320<br>San Francisco, CA 94118-3339 |
| Julie A. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Kathy Guard<br>3547 Laurel St.<br>San Diego, CA 92104 | Leah F. Davis<br>378 Van Buren Ave., #303<br>Oakland, CA 94610 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| Leslie S. Ahari<br>Troutman Sanders LLP<br>5 Park Plaza, #1400<br>Irvine, CA 92614 | Linda G. Zieff<br>79817 Falsetto Drive<br>Palm Desert, CA 92211 | Mark Aloysius Smith Schwab<br>6466 Hollis Street, Unit 337<br>Emeryville, CA 94608 |
| Michelle R. Generaux<br>Murtaugh Meyer Nelson Treglia LLP<br>2603 Main St. 9th Fl.<br>Irvine, CA 92614-6232 | Meghan C. Sherrill<br>Bryan Cave LLP<br>120 Broadway #300<br>Santa Monica, CA 90401 | Michelle Mo Lee<br>829 Folsom Street, Unit 300<br>San Francisco, CA 94107 |
| Richard M. Kipperman<br>Chapter 11 Trustee<br>PO Box 3010<br>La Mesa, CA 92944 | Paul S. May, Trustee<br>Revocable Trust 12/3/93<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | Doug and Angela Volz<br>2525 N 4th St<br>Washougal, WA 98671 |
| Robert Feinbaum<br>3001 Ashbrook Court<br>Berkeley, CA 94601 | Milton J. Most<br>1810 Jackson Street #7<br>San Francisco, CA 94109 | |
| Susan L. Chisena<br>973 NW Glisan St. #434<br>Portland, OR 97209-3264 | Ronald F. Hyce<br>PO Box 756<br>Rio Linda, CA 95673 | Stephen R. Volz<br>Volz Properties<br>1390 Broadway , B287<br>Placerville, CA 95667 |
| Frank Stein, Trustee<br>Revocable Trust 5/4/94<br>Investor # 11896<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 | Terrance H. Wolf<br>5165 Brandin Court<br>Fremont, CA 94538 | Lodging Supply Consultants<br>Account/Investor #12168<br>P.O. Box 2233<br>San Francisco, CA 94126-2233 |
| Phyllis G. Potter<br>133 Echo Ave., #3<br>Oakland, CA 94611 | CMR Mortgage Fund II, LLC<br>Attn: Graham Seel<br>1540 Market Street<br>Lower Level<br>San Francisco, CA 94102 | Steven L Aced<br>3260 Garfield Ave<br>Alameda, CA 94501-1714 |
| Robert H. Anderson<br>2295 Benson Ave.<br>Cambria, CA 93428 | Stanley J. Anderson<br>5743 Tamarack Way<br>Concord, CA 94521-4802 | Arden Lichty- The Lichty Family Trust<br>Paul C. Kaiser, TTEE<br>1845 Enchanted Canyon Way<br>Prescott, AZ 86305 |
| Anthony K Barnette<br>1514 Fifth Street<br>Livermore, CA 94550 | Ellen J. Beilock<br>1909 Melvin Rd.<br>Oakland, CA 94602 | Berkeley Research Group, LLC<br>c/o Marvin A. Tenenbaum<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067 |
| Bertha Aced Estate<br>2613 Central Ave., Apt D<br>Alameda, CA 94501 | Stephen R. Binder<br>42 Vista Encantada<br>Rancho Mirage, CA 92270 | Joan T. Bolduc<br>4080 Glencoe Ave. Unit 424<br>Marina Del Rey, CA 90292 |
| Robert BreHell<br>885 Serle Rd<br>Kamloops, BC V2B 6L8 | | Larene T. Burton<br>9020 Gothan St.<br>Downey, CA 90241 |
| Chris Cade<br>12296 Lakeshore N<br>Auburn, CA 95602 | Lisa Carion<br>1230 Almondwood Drive<br>Antioch, CA 94509 | Renie Carr, Trustee<br>9175 Lariat Ct.<br>Fair Oaks, CA 95628 |
| Guy M. Carruthers<br>c/o D. Patterson<br>4525 Red Oak Lane<br>Long Grove, IL 60047 | Gerald Cera<br>829 Southampton Drive<br>Palo Alto, CA 94303-3440 | Francis Terry Chen<br>2602 Belmont Canyon Rd.<br>Belmont, CA 94002 |

| | | |
|---|---|---|
| Mark Cohen<br>1155 Alpine Rd<br>Walnut Creek, CA 94596 | Clinton F. Cooper<br>Gloria L. Cooper<br>P.O. Box 907<br>Orinda, CA 94563 | Sharon Cristman<br>1074 Eagle Lane<br>Foster City, CA 94404 |
| Christine Z. Crowley<br>Paul Crowley<br>P.O. Box 349<br>Sonoma, CA 95476 | Dorothy Curtin<br>212 Belhaven Circle<br>Santa Rosa, CA 94509 | Ernest & Florence Dickson<br>c/o Carolyn McNairn, Trustee<br>6025 Little Fawn Pl.<br>Paso Robles, CA 93446 |
| Dawn Dobbin &<br>The Dobbin Family Trust<br>3551 Streamside Cir, #101<br>Pleasanton, CA 94588 | Kim Douglas<br>315 Fillmore St.<br>Pasadena, CA 91106 | Chris Dow<br>4499 Via Marisol #311<br>Los Angeles, CA 90042 |
| Madeline Dow<br>527 Five Oaks Dr.<br>S. Pasadena, CA 91030 | John L. Drennan<br>7750 West 4th St. #183<br>Reno, NV 89523 | Thomas M. Duncan<br>P.O. Box 161<br>Dillon Beach, CA 94929 |
| Donald E. Earlenbaugh<br>493 Hill Street<br>San Francisco, CA 94114 | Vicky Vasiliki Economou<br>27206 Calaroga Ave. #104<br>Hayward, CA 94545 | John E. Edwards<br>Sullivan Family Trust<br>502 S. 8th St.<br>LeClaire, IA 52753 |
| F. Wayne Elggren<br>Navigant Consulting, Inc.<br>One Market Street<br>Spear Street Tower, Suite 1200<br>San Francisco, CA 94105 | Diepenbrock Elkin<br>Attn: Karen Lo Diepenbrock<br>500 Capitol Mall, Ste 2200<br>Sacramento, CA 95814 | Mark P. Fickes<br>BraunHagey and Borden LLP<br>220 Sansome St. 2nd Fl<br>San Francisco, CA 94102 |
| William C. Fritz<br>c/o Ron Fritz<br>8310 Hihn Rd.<br>Ben Lomond, CA 95005 | Delia Diane Fruitman<br>c/o Barbara Nevins<br>1144 Continentals Way<br>Belmont, CA 94002 | Jordan Paul Gildersleeve<br>480 Lilac Lane<br>Chico, CA 95926 |
| Robert L. Glasser<br>2122 Century Park Lane, #104<br>Los Angeles, CA 90067 | Ellen Goodman<br>1657 S. Riverside Dr.<br>Palm Springs, CA 92264 | Carolyn Goto<br>400 Orange Street, #201<br>Oakland, CA 94610 |
| Christine Gray-Smith Honda<br>Christine Graysmith Honda<br>Revocable Trust<br>1273 Chateau Drive<br>San Jose, CA 95120 | Brandon G. Gregg<br>1477 Floribunda Ave. #304<br>Burlingame, CA 94010-3877 | Charlotte Guppy<br>#3 Moraga Way<br>Orinda, CA 94563 |
| Cameron Hahn<br>4112 Brookside Rd.<br>Ottawa Hills, OH 43606 | Michael J. Harrington<br>140 Tousmaline Ave.<br>Livermore, CA 94550 | Mary Elizabeth Heard<br>Jeffer, Mangels, Butler and Mitchell LLP<br>2 Embarcadero Center, 5th Fl.<br>San Francisco, CA 94111 |
| Timothy B. Hebb<br>1717 Garfield Pl. #431<br>Los Angeles, CA 90028 | Walter Helm<br>Sperry Van Ness<br>3900 Knollwood Ct.<br>Sacramento, CA 95821-3932 | Patricia Louise Helsby<br>804 Eastridge Dr.<br>Modesto, CA 95355 |
| Frederick Hornbacher<br>Frederick J. Hornbacher Living Trust<br>1220 Park Newport #309<br>Newport Beach, CA 92660 | India Club Inc<br>2 West Clay St.<br>San Francisco, CA | Joanna K. Jelen<br>3870 Sacramento St. #6<br>San Francisco, CA 94118 |
| Marie Kelzer<br>Joan T. Bolduc<br>4080 Glencoe Ave. Unit 424<br>Marina Del Rey, CA 90292 | Steven Kaplan<br>Wendy Kaplan<br>PO Box 2342<br>Stateline, NV 89449 | Keegn Hahn<br>P.O. Box 424<br>Wadsworth, OH 44282 |

| | | |
|---|---|---|
| John and Margaret Krochta<br>2755 NW Royal Oaks Place<br>Corvallis, OR 97330 | William D. Lauritzen<br>7359 Hansen Drive<br>Dublin, CA 94568 | Donald W. Leonard<br>74 Fair Oaks St<br>San Francisco, CA 94110 |
| Raymond Leonard<br>1902 E. Meadow Lane<br>Post Falls, ID 83854 | Frank & Catherine Locke, TTE<br>847 Terra California Dr, #3<br>Walnut Creek, CA 94595 | Glenn S. Lucey<br>1291 Candy Ct.<br>Lafayette, CA 94549 |
| Patricia Maclean<br>11085 E. Mary Katherine Dr.<br>Scottsdale, AZ 85259-3038 | Margaret Maddocks<br>348 Troon Ct.<br>Napa, CA 94558 | Gina Maran<br>3002 Swallows Nest Dr.<br>Sacramento, CA 95833 |
| Marysue Smith and Brian Myers<br>1928 N. Ranch Drive<br>Tucson, AZ 85715 | Richard McCarty<br>McCarty Reo Living Trust 1992<br>1840 Lee Creek Dr. #2317<br>Walnut Creek, CA 94591 | Alan C. Mendelson<br>76 De Bell Drive<br>Atherton, CA 94027 |
| Michael and Ayn Cimino<br>PO Box 150218<br>San Rafael, CA 94915 | Tillie Molho<br>R&M Molho Family Trust<br>3075 Grey Eagle Dr.<br>Walnut Creek, CA 94595 | Lindsey R. Moran<br>McNutt Law Group, LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105 |
| Milton J. Mosk<br>1810 Jackson Street<br>San Francisco, CA 94109 | Kathleen C. Norman<br>129 Gray Ct.<br>Santa Rosa, CA 95404 | Kevin M. O'Connor<br>2903 W. Sousa Dr.<br>Anthem, AZ 85086 |
| Margery O'Donnell<br>13689 Shoal Summit Dr.<br>San Diego, CA 92128 | Kelly E. O'neill<br>3300 56th Street<br>Sacramento, CA 95820 | Catherine L. Obermuller<br>625 Eskaton Circle #211<br>Grass Valley, CA 95945 |
| Linda D Olsen, TTE<br>Franklin M. King Charitable<br>Remainder Un<br>c/o Nancy Painter<br>1033 Tioga Court<br>Lincoln, CA 95648 | Jack Olshansky<br>36432 Crown St.<br>Palm Desert, CA 92211-2372 | Michael Papas<br>2269 Chestnut St. #256<br>San Francisco, CA 94123 |
| Glenda E. Parkin<br>970 Capitola Way<br>Santa Clara, CA 95051 | Wayne R. Phillips<br>58 Bates Blvd.<br>Orinda, CA 94563 | Frances B. Pletschet<br>PO Box 1370<br>Newport, OR 97365 |
| Casey Poldino<br>320 Carrera Dr.<br>Mill Valley, CA 94941 | Thomas G. Pursiano<br>820 Columbine Ct.<br>Danville, CA 94526 | Harold Robinson<br>PO Box 1862<br>Ojai, CA 93024 |
| Michael R. Roennau<br>3112 4th St.<br>Santa Monica, CA 90405 | | Valerie F. Samii<br>826 Montclair Dr.<br>Palidade, CO 81526 |
| Karen Scheinman<br>Stephen Scheinman<br>6422 Half Dome Way<br>Livermore, CA 945518741 | Beverly Scholar<br>523 Sugarbush Lane<br>Murphys, CA 95247 | Bernie Sholman<br>52461 Suncrest Dr.<br>Oakhurst, CA 93644 |
| Bernice Dumas Shulman<br>52461 Suncrest Dr.<br>Oakhurst, CA 93644 | M.T. Silvia<br>1260 63rd Street<br>Emeryville, CA 94608 | Mary M. Slaton<br>155 N. Lancan Ave.<br>Fresno, CA 93737-9748 |
| Wayne S. Smith<br>5247 Grouse Run Dr.<br>Stockton, CA 95207 | David Solnick<br>350 W 42nd St. #316<br>New York, NY 10036 | Frank V. Soracco<br>508 Altair Pl<br>Venice, CA 90291-4205 |
| Brian Souza<br>4169 Galloway St.<br>Livermore, CA 94551 | David L. Speyer<br>3620 19th St. Apt 38<br>San Francisco, CA 94110 | Gail D. Spilsbury<br>82 Washington Sq., #4<br>Salem, MA 01970 |
| Peter Stangl<br>NTC & Co<br>850 Webster St., #935<br>Palo Alto, CA 94301 | Frank Stein<br>PO Box 2233<br>San Francisco, CA 94126-2233 | David Suehsdorf<br>6098 East Elkhorn Dr.<br>Eden, UT 84310 |

| | | |
|---|---|---|
| Carla Thomas<br>Robert Thomas<br>P.O. Box 1168<br>Eastsound, WA 98245 | Daniel E. Titelbaum<br>145 Mystic Place<br>Alamo, CA 94507 | Bee Veeraseati<br>2220 Rollingwood Dr.<br>San Bruno, CA 94066 |
| Linda Waterman<br>15 Grand View Ln<br>Bellingham, WA 98229 | Norma J. Waterman<br>1001 National Avenue<br>Apt. 202<br>San Bruno, CA 94066 | Willard & Jean Benner, Trustee<br>1261 Birchbrook St<br>Manteca, CA 95336 |
| Willard & Jean Benner, Trustee<br>1261 Birchbrook St<br>Manteca, CA 95336 | Thomas J. Wilmanns<br>849 Travis Court<br>Loveland, OH 45140 | Brian Wilson<br>493 Hill Street<br>San Francisco, CA 94114 |
| Francis Woods<br>315 Fillmore St.<br>Pasadena, CA 91106 | Bethany Rose Woy<br>c/o Rosalie Woy<br>1815 Coppervale Circle<br>Rocklin, CA 95765 | Linda G. Zieff<br>79817 Falsetto Drive<br>Palm Desert, CA 92211 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:86087.1 49666/002

CERTIFICATE OF SERVICE

6