David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**OMNIBUS NOTICE OF HEARING ON FINAL APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ESTATE PROFESSIONALS**<br><br>Date:    September 26, 2014<br>Time:    9:30 a.m.<br>Place:    United States Bankruptcy Court<br>           235 Pine Street, Courtroom 23<br>           San Francisco, CA<br>Judge:    Honorable Thomas E. Carlson |

**NOTICE IS HEREBY GIVEN** that on **September 26, 2014, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Thomas E. Carlson, United States Bankruptcy Judge, at 235 Pine Street, Courtroom 23, San Francisco, California, the applications for final approval of compensation and reimbursement of expenses (collectively, the "Applications") set forth below will be considered by the Court. The hearing on the Applications may be continued

from time to time without further notice except for the announcement of any adjourned dates and times at the hearing.

**NOTICE IS FURTHER GIVEN** that the Applications seek final allowance of fees and expenses for the final fee period and those fees and expenses previously approved on an interim basis, consisting of the following:

**CHAPTER 11 TRUSTEE'S COUNSEL**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Tel.: (415) 263-7000
Attn: David M. Bertenthal

| APPLICATIONS | FEES | EXPENSES |
|---|---|---|
| FIRST INTERIM (April 15, 2011 – December 31, 2011) | $321,151.50 | $16,512.89 |
| SECOND INTERIM (January 1, 2012 – October 31, 2012) | $331,957.00 | $13,878.59 |
| THIRD INTERIM (November 1, 2014 – June 30, 2013) | $172,189.50 | $11,901.50 |
| FOURTH INTERIM (July 1, 2013 – February 28, 2014) | $175,312.00 | $6,629.46 |
| TOTAL | $1,000,610.00 | $48,922.44 |
| FINAL FEE PERIOD (March 1, 2014 – July 21, 2014) | $175,760.00 | $52,883.68 |
| TOTAL REQUESTED | $1,176,370.00 | $101,806.12 |

**CHAPTER 11 TRUSTEE**
Richard M Kipperman
Corporate Management, Inc.
Post Office Box 3010
La Mesa, CA 91944-3010
Tel.: 619-668-4500

| APPLICATIONS | FEES | EXPENSES |
|---|---|---|
| FIRST INTERIM (April 13, 2011 – December 31, 2011) | $14,717.85 | $5,349.79 |
| SECOND INTERIM (January 1, 2012 – October 31, 2012) | $103,698.22 | $7,699.16 |
| THIRD INTERIM (November 1, 2012 – June 30, 2013) | $115,933.06 | $711.64 |
| FOURTH INTERIM (July 1, 2013 – February 28, 2014) | $43,945.51 | $2,706.56 |
| TOTAL | $278,294.64 | $16,467.15 |
| FINAL FEE PERIOD (March 1, 2014 – July 21, 2014) | $150,767.43 | $1,520.20 |
| TOTAL REQUESTED | $429,062.08 | $17,987.35 |

**ACCOUNTANTS AND FINANCIAL ADVISORS TO CHAPTER 11 TRUSTEE**
Corporate Management, Inc.
Richard M Kipperman
Post Office Box 3010
La Mesa, CA 91944-3010
Tel.: 619-668-4500

| APPLICATIONS | FEES | EXPENSES |
|---|---|---|
| FIRST INTERIM (April 15, 2011 – December 31, 2011) | $152,296.50 | $2,667.33 |
| SECOND INTERIM (January 1, 2012 – October 31, 2012) | $195,989.00 | $2,483.81 |
| THIRD INTERIM (November 1, 2014 – June 30, 2013) | $151,898.00 | $2,513.76 |
| FOURTH INTERIM (July 1, 2013 – February 28, 2014) | $125,701.70 | $499.03 |
| **TOTAL** | **$625,885.20** | **$8,163.93** |
| FINAL APPLICATION PERIOD (March 1, 2014 – July 21, 2014) | $81,186.25 | $945.76 |
| **TOTAL REQUESTED** | **$707,071.45** | **$9,109.69** |

**ACCOUNTANTS AND FINANCIAL ADVISORS TO TRUSTEE**
Berkeley Research Group, LLC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel.: 310.556.0709
Attn: Vernon L. Calder

| APPLICATIONS | FEES | EXPENSES |
|---|---|---|
| FIRST INTERIM (April 15, 2011 – December 31, 2011) | $28,669.00 | $1,199.57 |
| SECOND INTERIM (January 1, 2012 – October 31, 2012) | $162,414.00 | $7,203.49 |
| THIRD INTERIM (November 1, 2014 – June 30, 2013) | $72,262.60 | $867.19 |
| FOURTH INTERIM (July 1, 2013 – February 28, 2014) | $107,221.50 | $5,858.36 |
| **TOTAL** | **$370,567.10** | **$15,128.61** |
| FINAL APPLICATION PERIOD (March 1, 2014 – July 21, 2014) | $99,862.50 | $261.53 |
| **TOTAL REQUESTED** | **$470,429.60** | **$15,390.14** |

| COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS<br>McNutt Law Group LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>Tel.: 415.995.8475<br>Attn: Scott McNutt | | |
|---|---|---|
| **APPLICATIONS** | **FEES** | **EXPENSES** |
| FIRST INTERIM<br>(October 16, 2009 – January 31, 2010) | $279,087.50 | $7,199.47 |
| SECOND INTERIM<br>(February 1, 2010 – July 31, 2010) | $572,688.50 | $23,708.55 |
| THIRD INTERIM<br>(August 1, 2010 – February 28, 2013) | $531,328.90 | $40,977.57 |
| **TOTAL** | **$1,383,104.90** | **$71,885.59** |
| FINAL APPLICATION PERIOD<br>(MARCH 1, 2013 – SEPTEMBER 5, 2014) | $209,805.00 | $7,682.35 |
| **TOTAL REQUESTED** | **$1,592,909.90** | **$79,567.94** |
| FINANCIAL CONSULTANTS TO THE EQUITY COMMITTEE<br>Navigant Consulting, Inc.<br>One Market Street<br>Spear Street Tower, Suite 1200<br>San Francisco, CA 94105<br>Tel.: 415.356.7100<br>Attn: Wayne Elggren | | |
| **APPLICATIONS** | **FEES** | **EXPENSES** |
| FIRST INTERIM<br>(April 25, 2011 – April 30, 2012) | $54,437.50 | $0.00 |
| FINAL APPLICATION PERIOD<br>(May 1, 2012 – July 20, 2014) | $5,312.50 | $0.00 |
| **TOTAL REQUESTED** | **$59,750.00** | **$0.00** |
| ACCOUNTANTS AND FINANCIAL ADVISORS TO THE EQUITY COMMITTEE<br>Berkeley Research Group, LLC<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Tel.: 310.556-0709<br>Attn: Vernon L. Calder | | |
| **APPLICATIONS** | **FEES** | **EXPENSES** |
| FIRST AND FINAL APPLICATION PERIOD<br>(March 1, 2011 – June 30, 2011) | $31,360.50 | $67.83 |
| **TOTAL REQUESTED** | **$31,360.50** | **$67.83** |

**NOTICE IS FURTHER GIVEN** that any party with an objection to any of the Applications must file such objection with the Court and serve a copy of the objection on the appropriate

applicant and counsel for the Chapter 11 Trustee on or before **September 19, 2014**. Any objection must be accompanied by any declarations, memoranda of law or other evidence that the objecting party wishes to present in support of its position. Failure to timely file and serve an objection shall be deemed consent to the relief requested. The Applications are on file with the Clerk, United States Bankruptcy Court, 235 Pine Street, San Francisco, California, and are available for review by any interested party, or may be obtained directly from the applicants.

ANY QUESTIONS ABOUT ANY PARTICULAR APPLICATION MUST BE DIRECTED TO THE APPLICANT AT THE CONTACT INFORMATION LISTED ABOVE.

Dated: September 5, 2014     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Maxim B. Litvak*
    Maxim B. Litvak
    Attorneys for Richard M Kipperman
    Chapter 11 Trustee