David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Liquidating Trustee

Signed and Filed: October 21, 2014

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIMS OF THE BIANCHI TRUST (NOS. 57, 112, AND 291) BY DEFAULT** |

The Court has considered the *Liquidating Trustee's Objection To Claims of the Bianchi Trust (Claims Nos. 57, 112 and 291)* (the "Objection"), the *Request for Entry of Order Disallowing Claims of the Bianchi Trust* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Objection or the Default Request, as applicable.

The Court finds that notice of the Objection was appropriate and sufficient. Based upon the foregoing, and upon all the papers filed in support of the Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED** that:

1. The Default Request is GRANTED and the following claims identified in the Objection are disallowed in their entirety:

| Claimant | Asserted Debtor | Claim No. | Amount |
|---|---|---|---|
| Bianchi Trust | Funds I, II and III | 57 | $720,000 |
| Bianchi Trust | Funds II and III | 112 | $720,000 |
| Bianchi Trust | Funds II and III | 291 | $720,000 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

\* \* \* END OF ORDER \* \* \*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# COURT SERVICE LIST

Alfred Bianchi, Trustee
Lois K. Bianchi, Trustee
Bianchi Trust
2403 Bridle Path Drive
Gilroy, California 95020