David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail:dbertenthal@pszjlaw.com
       mlitvak@pszjlaw.com
       mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Liquidating Trustee



Signed and Filed: October 21, 2014

**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>09-30788-TEC<br>09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S REQUEST FOR ENTRY OF ORDER DISALLOWING CLAIM OF PINAL COUNTY (NO. 70) BY DEFAULT** |

The Court has considered the *Liquidating Trustee's Objection To Secured Tax Claim of Pinal County (Claim No. 70)* (the "Objection"), the *Request for Entry of Order Disallowing Claim Secured Tax Claim Of Pinal County By Default* (the "Default Request") and the declaration of Miriam Manning in support of the Default Request. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Objection or the Default Request, as applicable.

The Court finds that notice of the Objection was appropriate and sufficient. Based upon the foregoing, and upon all the papers filed in support of the Objection and in support of the Default Request, and sufficient cause appearing therefore;

It is hereby **ORDERED** that:

1. The Default Request is GRANTED and the following claim identified in the Objection is disallowed in its entirety:

| Claimant | Asserted Debtor | Claim No. | Filed Claim Amount |
|---|---|---|---|
| Pinal County | Fund I | 70 | $192,431.57 |

2. The Court shall retain jurisdiction to hear and determine all matters related to or arising out of this Order.

* * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

Pinal County Treasurer
Attn: Karen Johnson for
Dolores "Dodie" J. Doolittle
PO Box 729
Florence, AZ 85132

Pinal County Treasurer
Attn: Lori Ashford, Acct. III
PO Box 729
Florence, AZ 85132