Signed and Filed: December 5, 2014

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br><br><br>                    Debtors. | Case Nos: 08-32220 TEC<br>          09-30788 TEC<br>          09-30802 TEC<br><br>Substantively Consolidated<br><br>Chapter 11 |

**ORDER RE FEE APPLICATIONS OF MCNUTT LAW GROUP**

The court held a hearing on November 21, 2014 regarding the fee applications of the McNutt Law Group LLP ("MLG"). Upon due consideration, and for the reasons stated in the accompanying Memorandum Decision, the court hereby enters the following order.

(1) The fees and costs previously allowed on an interim basis regarding MLG's first, second, and third interim application are hereby allowed on a final basis.

(2) MLG is allowed on a final basis the fees and costs sought in its fourth interim application ($194,805.00 fees and $7,682.35 costs).

**\*\*END OR ORDER\*\***