Berkeley Research Group, LLC
Attn: Vernon L. Calder
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone.: 310.556-0709

Accountants and Financial Advisor to the
Chapter 11 Trustee

Signed and Filed: December 22, 2014

_____
THOMAS E. CARLSON U.S. Bankruptcy Judge

**UNITED ST**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re:

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

                Debtors.

Case No.: 08-32220-TEC
         09-30788-TEC
         09-30802-TEC

Substantively Consolidated

Chapter 11

**ORDER GRANTING FIFTH AND FINAL
APPLICATION OF BERKELEY RESEARCH
GROUP, LLC AS ACCOUNTANTS AND
FINANCIAL ADVISORS TO RICHARD M
KIPPERMAN, CHAPTER 11 TRUSTEE**

Date:      December 19, 2014
Time:      9:30 a.m.
Place:     United States Bankruptcy Court
            235 Pine Street, Courtroom 23
            San Francisco, CA
Judge:    Honorable Thomas E. Carlson

     **THIS MATTER** came before the Court at the above-referenced time and place upon

consideration of the *Fifth and Final Application of Berkeley Research Group, LLC as Accountants*

*and Financial Advisors to Richard M Kipperman, Chapter 11 Trustee* (the "Application") filed and

served on September 5, 2014 [Docket No. 1585].

     **THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the

Application was duly given, that such notice was appropriate and sufficient under the particular

circumstances.

It appears to the Court that good cause exists for final approval of the fees and expenses requested in the Application, as modified on the record of the hearing in connection with the objection of the United States Trustee, pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned, as described on the record of the hearing.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on a final basis as reflected herein.

2. The Court allows and awards on a final basis the fees for services rendered in the amount of $456,417.60 and reimbursement for expenses incurred in the amount of $15,390.14 by BRG as set forth in the Application, for a total award of $471,807.74.

3. The Liquidating Trustee is authorized to pay BRG's allowed balance of unpaid fees to the extent provided in, and consistent with, the terms of the *Trustee's First Amended Chapter 11 Plan of Liquidation, dated May 12, 2014.*

4. This Order is effective immediately upon entry. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**END OF ORDER**