Richard M Kipperman
CORPORATE MANAGEMENT, INC.
Post Office Box 3010
La Mesa, California 91944-3010
Telephone: 619-668-4500
Facsimile: 619-668-9014
rmk@corpmgt.com

Chapter 11 Trustee

Signed and Filed: December 22, 2014

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>  09-30788-TEC<br>  09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S FIFTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 13, 2011 THROUGH FEBRUARY 28, 2014**<br><br>Date: December 19, 2015<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>  235 Pine Street, Courtroom 23<br>  San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of the *Chapter 11 Trustee's Fifth Interim and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period April 13, 2011 Through July 21, 2014* (the "Application")[1] filed and served on September 5, 2014 [Docket No. 1583], as

---
[1] Capitalized terms not defined herein shall have the meanings set forth in the Application.

DOCS_LA:283236.2 49666/002

supplemented on November 14, 2014 [Docket No. 1624] and on December 14, 2014 [Docket No. 1640] (collectively, the "Supplements").

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for final approval of the fees and expenses requested in the Application pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on a final basis as reflected herein.

2. The Court allows and awards on a final basis the fees for services rendered in the amount of $429,062.08 and reimbursement for expenses incurred in the amount of $12,349.63 by the Trustee, as set forth in the Application[2].

3. The Liquidating Trustee is authorized to pay the Trustee's allowed balance of unpaid fees and expenses consistent with the terms of the *Trustee's First Amended Chapter 11 Plan of Liquidation, dated May 12, 2014*.

4. This Order is effective immediately upon entry. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**END OF ORDER**

---

[2] The Trustee has reduced his expenses by $5,637.72, as set forth in the Supplements.