1  David M. Bertenthal (CA Bar No. 167624)
   Maxim B. Litvak (CA Bar No. 215852)
2  Miriam Manning (CA Bar No. 178584)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA  94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5
6  E-mail: dbertenthal@pszjlaw.com
           mlitvak@pszjlaw.com
7          mmanning@pszjlaw.com

8  Counsel for Richard M Kipperman,
   Chapter 11 Trustee

Signed and Filed: December 22, 2014

_____
**THOMAS E. CARLSON U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors. | Case No.: 08-32220-TEC<br>           09-30788-TEC<br>           09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING FIFTH INTERIM AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 15, 2011 THROUGH JULY 21, 2014**<br><br>Date:  December 19, 2015<br>Time:  9:30 a.m.<br>Place: United States Bankruptcy Court<br>       235 Pine Street, Courtroom 23<br>       San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

**THIS MATTER** came before the Court at the above-referenced time and place upon consideration of *Fifth Interim and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation and Reimbursement of Expenses for the Period April 15, 2011 through*

*July 21, 2014* (the "<u>Application</u>")[1] filed and served on September 5, 2014 [Docket No. 1582], as supplemented on November 14, 2014 [Docket No. 1623] (the "Supplement").

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for final approval of the fees and expenses requested in the Application pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on a final basis as reflected herein.

2. The Court allows and awards on a final basis the fees for services rendered in the amount of $1,171,527.00 and reimbursement for expenses incurred in the amount of $101,806.12 by PSZ&J as set forth in the Application, minus the amounts waived pursuant to the Supplement[2].

*3.* The Liquidating Trustee is authorized to pay PSZ&J's allowed balance of unpaid fees to the extent provided in, and consistent with, the terms of the *Trustee's First Amended Chapter 11 Plan of Liquidation, dated May 12, 2014.*

4. This Order is effective immediately upon entry. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**END OF ORDER**

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Application.
[2] PSZ&J voluntarily reduced its fees by $4,843.00 as set forth in the Supplement.