Date: 9/11/17

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
PO Box 7341
San Francisco, CA 94120-7341

Re: **In re CMR MORTGAGE FUND, LLC, CMR MORTGAGE FUND II, LLC, CMR MORTGAGE FUND III, LLC, Case Nos. 08-32220-TEC, 09-30788-TEC, and 09-30802-TEC**
<u>**Change of Address for Creditor**</u>

Dear Clerk:

I am a creditor in the above-referenced chapter 11 bankruptcy cases. Please update the creditor matrix with my new address information. My **previous** address was:

Jerry A. Abel

729 Elm Drive

Petaluma, CA 94952

My **new** address is:

Jerry A. Abel

22 Willy Wag Way

Franklin, ME 04634

Signature: *[signature]*

Print Name: Richard M Kipperman, Liquidating Trustee for the CMR Liquidating Trust

cc: David M. Bertenthal
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111