UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
CMR Mortgage Fund, LLC
CMR Mortgage Fund II, LLC
CMR Mortgage Fund III, LLC

Debtor (s)

Case No.: 08-32220-TEC
09-30788-TEC
09-30802-TEC

For the quarter ending: 03/31/2019

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 07/22/2014

2. Cash balance at beginning of quarter: $327,938.71
   Total receipts during quarter: -
   Total disbursements during quarter: $172,231.23
   Cash balance at end of quarter: $155,707.48

3. Payments made pursuant to the Plan this quarter: -

   Total payments to be made pursuant to the Plan: TBD
   Cumulative paid to date: 2,347,146.01
   Balance remaining to be made under the Plan: TBD

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | X | |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

|  | Yes | No |
|---|---|---|
| 7. Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | X | |
| 8. Has the order confirming the Plan become nonappealable? | X | |
| 9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A | |
| 10. Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X | |
| 11. Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) | | X |
| 12. Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | N/A | |
| 13. Anticipated date of motion for final decree: | TBD | |

I declare under penalty of perjury that the statements set forth above are true and accurate.

16 April 19
Dated:

Responsible Individual (signature)

Richard Kipperman, Liquidating Trustee
of the CMR Liquidating Trust

Current Address:
P.O. Box 3010
La Mesa, California 91944-3010

Telephone Number:
619-668-4500

|     |                                           |
| --- | ----------------------------------------- |
| 1   | STATE OF CALIFORNIA            )          |
|     |                                )          |
| 2   | CITY OF SAN FRANCISCO          )          |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On April 23, 2019, I caused to be served the following documents in the manner stated below:

- **POST CONFIRMATION QUARTERLY OPERATING REPORT (FOR THE QUARTER ENDING MARCH 31, 2019)**

| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

**Via E-Mail:**

- Office of the U.S. Trustee    ustpregion17.sf.ecf@usdoj.gov, ltroxas@hotmail.com
- Lynette C. Kelly    lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Barbara A. Matthews    barbara.a.matthews@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 23, 2019 at San Francisco, California.



Legal Assistant