Date: 8/8/19



FILED
AUG 15 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
AUG 12 2019
☐ SCAN ☐ FILE

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
PO Box 7341
San Francisco, CA 94120-7341

Re: **In re CMR MORTGAGE FUND, LLC, CMR MORTGAGE FUND II, LLC, CMR MORTGAGE FUND III, LLC, Case Nos. 08-32220-TEC, 09-30788-TEC, and 09-30802-TEC**
**Change of Address for Creditor**

Dear Clerk:

I am a creditor in the above-referenced chapter 11 bankruptcy cases. Please update the creditor matrix with my new address information. My **previous** address was:

721 Devon Ct
San Diego CA 92109

My **new** address is:

7705 Belden St #204
San Diego CA 92111

Signature: Robert C Weaver Jr
Print Name: Robert C Weaver Jr

cc: David M. Bertenthal
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

DOCS_SF:79865.1 49666/001