


Date: Aug 11th

FILED
AUG 15 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
PO Box 7341
San Francisco, CA 94120-7341

Re: In re CMR MORTGAGE FUND, LLC, CMR MORTGAGE FUND II, LLC, CMR MORTGAGE FUND III, LLC, Case Nos. 08-32220-TEC, 09-30788-TEC, and 09-30802-TEC
**Change of Address for Creditor**

Dear Clerk:

I am a creditor in the above-referenced chapter 11 bankruptcy cases. Please update the creditor matrix with my new address information. My previous address was:

*1851 TRINITY APARTMENTS*
*#P142*
*WALNUT CREEK, CA 94596*

My new address is:

*10921 N. 115th ST*
*APT #1036*
*SCOTTSDALE, CA 85259*

Signature: *Clarice J. Murry*
Print Name: *CLARICE J. MURRY*

cc: David M. Bertenthal
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

DOCS_SF:79865.1 49666/001