Date: 8/19/19



AUG 22 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
PO Box 7341
San Francisco, CA 94120-7341

Re: **In re CMR MORTGAGE FUND, LLC, CMR MORTGAGE FUND II, LLC, CMR MORTGAGE FUND III, LLC, Case Nos. 08-32220-TEC, 09-30788-TEC, and 09-30802-TEC**
<u>**Change of Address for Creditor**</u>

Dear Clerk:

I am a creditor in the above-referenced chapter 11 bankruptcy cases. Please update the creditor matrix with my new address information. My **previous** address was:

Anna Choo

4575 Tuscani Drive

Cypress, CA 91730

My **new** address is:

Anna Choo

2351 Navigation Circle

Placentia, CA 92870

Signature: _____

Print Name: Richard M Kipperman, Liquidating Trustee of the

CMR Liquidating Trust

cc: David M. Bertenthal
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

DOCS_SF:79865.1 49666/001