David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
mlitvak@pszjlaw.com
mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Liquidating Trustee of the CMR Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                Debtors. | Case No.: 08-32220-HLB<br>             09-30788-HLB<br>             09-30802-HLB<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On July 13, 2021, I caused to be served the following documents in the manner described below:

- **NOTICE OF LIQUIDATING TRUSTEE'S INTENT TO DESTROY OBSOLETE RECORDS**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **July 13, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on July 13, 2021, at San Francisco, California.

                                                */s/ Oliver Carpio*
                                                Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**SERVED VIA ECF/NEF:**

- **Simon Aron** saron@wrslawyers.com, AParisi@wrslawyers.com
- **Julian K. Bach** Julian@JBachlaw.com
- **Elizabeth Berke-Dreyfuss** edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com
- **Elizabeth Berke-Dreyfuss** edreyfuss@wendel.com, bankruptcy@wendel.com;pjoakimson@wendel.com
- **David M. Bertenthal** dbertenthal@pszjlaw.com, sshoemaker@pszjlaw.com
- **Matthew Borden** borden@braunhagey.com, mccoy@braunhagey.com
- **Jonathan Herschel Bornstein** jonathan@bornsteinandbornstein.com
- **Dale L. Bratton** Brattonlaw@comcast.net
- **Penn Ayers Butler** pennbutler@gmail.com
- **Gregory J. Charles** greg@gregcharleslaw.com
- **Laurent Chen** lchen@MURRAYLAW.com
- **Michael D. Cooper** mcooper@wendel.com, bankruptcy@wendel.com
- **Christina M. Craige** ccraige@sidley.com
- **Susan S. Davis** SDavis@coxcastle.com
- **Trevor Ross Fehr** trevor.fehr@usdoj.gov
- **Reno F.R. Fernandez** 2382885420@filings.docketbird.com, ecf@macfern.com
- **Mark P. Fickes** mfickes@cofalaw.com, tcannata@cofalaw.com
- **Robert S. Gebhard** robert.gebhard@sedgwicklaw.com, Mark.Mitobe@sedgwicklaw.com
- **Matthew A. Gold** courts@argopartners.net
- **Douglas Graham** dgraham@ml-sf.com
- **Tracy Green** tgreen@wendel.com, bankruptcy@wendel.com
- **Fredrick A. Hagen** fhagen@berding-weil.com
- **Robert G. Harris** rob@bindermalter.com
- **Frederick D. Holden** , cflores@orrick.com
- **Frederick D. Holden** fholden@orrick.com, cflores@orrick.com
- **Dieu Dao N. Huynh** dhuynh@orrick.com, cflores@orrick.com
- **Nick I. Iezza** , nbuttis@spiwakandiezza.com
- **Jeremy W. Katz** jkatz@shierkatz.com, mterry@shierkatz.com
- **Lynette C. Kelly** ustpregion17.oa.ecf@usdoj.gov
- **Dean T. Kirby** dkirby@kirbymac.com, jwilson@kirbymac.com
- **Michael Lauter** mlauter@sheppardmullin.com
- **Monika P. Lee** monikalee@leelawllp.com, jdelk@leelawllp.com
- **William C. Lewis** ecf@williamclewis.com
- **William Thomas Lewis** wtl@roblewlaw.com, kimwrenn@msn.com
- **Maxim B. Litvak** mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- **Patricia H. Lyon** phlyon@frenchlyontang.com, mwoodward@frenchandlyon.com
- **Iain A. Macdonald** imac@macfern.com, 6824376420@filings.docketbird.com
- **Miriam Manning** mmanning@pszjlaw.com, ocarpio@pszjlaw.com
- **Scott H. McNutt** SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Scott H. McNutt** SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Dennis D. Miller** dmiller@lubinolson.com
- **Kevin Montee** kmontee@monteeassociates.com
- **Shane J. Moses** smoses@ml-sf.com, csnell@ml-sf.com
- **Dennette A. Mulvaney** dmulvaney@bisnosam.com
- **Stephen T. O'Neill** ONeill.Stephen@Dorsey.com
- **Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov
- **Christopher O. Rivas** crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Richard A. Rogan** , jb8@jmbm.com
- **Mark J. Romeo** romeolaw@msn.com
- **Jeremy Rosenthal** jRosenthal@sidley.com

- **Ryan Sandrock    rsandrock@sidley.com**
- **Roya Shakoori    Roya.shakoori@chargepoint.com**
- **Matthew J. Shier    mshier@shierkatz.com, mterry@shierkatz.com**
- **Michael A. Sweet    msweet@foxrothschild.com, michael-sweet-6337@ecf.pacerpro.com**
- **Edward J. Tredinnick    etredinnick@greeneradovsky.com**
- **Jeffrey D. Trowbridge    jdt3656@sbcglobal.net**
- **Racheal Turner    , karentsen@fbm.com;calendar@fbm.com**
- **Phyllis N. Voisenat    pvoisenat@gmail.com**
- **G. Michael Williams    mike@ganzerwilliams.com, erica@ganzerwilliams.com**