# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF California
### Northern District of California

In re: CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC, CMR Mortgage Fund III, LLC

Debtor(s)

Case No. 08-32220

Lead Case No. 08-32220

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 11/18/2008

Plan Confirmed Date: 07/14/2014

Plan Effective Date: 07/22/2014

This Post-confirmation Report relates to: ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: CMR Liquidating Trust

Name of Authorized Party or Entity

/s/ Miriam Manning
Signature of Responsible Party

11/22/2021
Date

Miriam Manning
Printed Name of Responsible Party

One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC, CMR Mortgage Fund III, LLC

Case No. 08-32220

# Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $378 | $4,302,754 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $378 | $4,302,754 |

# Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $4,728,281 | $0 | $4,132,297 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Pachulski Stang Ziehl & Jones | Lead Counsel | $0 | $1,258,333 | $0 | $1,147,566 |
| ii | Berkeley Research Group | Financial Professional | $0 | $471,808 | $0 | $421,693 |
| iii | Corporate Management, Inc. | Financial Professional | $0 | $634,049 | $0 | $566,701 |
| iv | Binder & Malter LLP | Special Counsel | $0 | $597,835 | $0 | $490,225 |
| v | Macdonald Fernandez LLP | Special Counsel | $0 | $254,048 | $0 | $208,319 |
| vi | Stein & Lubin LLP | Special Counsel | $0 | $265,455 | $0 | $265,455 |
| vii | Jeffrey Trowbridge | Special Counsel | $0 | $93,822 | $0 | $86,934 |
| viii | Wendel Rosen Black & Dean | Special Counsel | $0 | $1,152,931 | $0 | $945,404 |

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $7,350,541 | $0 | $6,267,549 |

# Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $100,000 | $100,000 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $17,843 | $17,843 | 100% |
| d. General unsecured claims | $0 | $0 | $300,000 | $1,707,150 | 18% |
| e. Equity interests | $0 | $0 | $0 | | |

| Debtor's Name CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC, CMR Mortgage Fund III, LLC | Case No. 08-32220 |

**Part 4: Questionnaire**

a. Is this a final report?     Yes ◯   No ⦿
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated: 12/31/2021
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Richard M Kipperman
Signature of Responsible Party

Richard M Kipperman, Liquidating Trustee
Printed Name of Responsible Party

Liquidating Trustee
Title

11/22/2021
Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF California
Northern District of California

| | | |
|---|---|---|
| In re: CMR Mortgage Fund, LLC, CMR Mortgage Fund II, LLC, CMR Mortgage Fund III, LLC | § § § | Case No. 08-32220<br>Lead Case No. 08-32220<br>Jointly Administered |
| Debtor(s) | | |

Attachment to Post Confirmation Report

Part 2: Preconfirmation Professional Fees and Expenses:

MacDonald Fernandez LLP – Paid cumulative fees and expenses of $208,319 include a retainer applied in the amount of $175,000.

Binder & Malter LLP – Paid cumulative fees and expenses of $490,225 include a retainer applied in the amount of $190,070.

Wendel Rosen Black & Dean - Paid cumulative fees and expenses of $945,404 include a retainer applied in the amount of $300,000.

| | | |
|---|---|---|
| 1 | STATE OF CALIFORNIA | ) |
| 2 | CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On November 22, 2021, I caused to be served the following documents in the manner stated below:

- **POST CONFIRMATION QUARTERLY OPERATING REPORT (FOR THE QUARTER ENDING JUNE 30, 2021)**

 (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the service list below at the indicated email address.

- Office of the U.S. Trustee    ustpregion17.sf.ecf@usdoj.gov
- Trevor Ross Fehr   trevor.fehr@usdoj.gov

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 22, 2021 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant