Entered on Docket
December 08, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, California 94105-1020
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dbertenthal@pszjlaw.com
        mlitvak@pszjlaw.com
        mmanning@pszjlaw.com

Counsel for Richard M Kipperman,
Liquidating Trustee of the CMR Liquidating Trust

Signed and Filed: December 8, 2021

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>                Debtors. | Case No.: 08-32220-TEC<br>               09-30788-TEC<br>               09-30802-TEC<br><br>Substantively Consolidated<br><br>Chapter 11<br><br>**ORDER GRANTING FINAL DECREE AND CLOSING CASES** |

The Court has considered the *Liquidating Trustee's Motion for Final Decree and Closing Cases* (the "**Motion**")[1] and supporting papers [Docket No. 1880]. Based upon the record before the Court, and the Court finding that notice of the Motion is sufficient under the circumstances, and given the absence of any requests for hearing or any objections or responses to the Motion, it appearing that no hearing on the Motion is required, and it appearing that the estate has been fully administered and good cause appearing therefor

**IT IS HEREBY ORDERED:**

1.       The Motion is **GRANTED**.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

2. A final decree is hereby entered and the cases of CMR Mortgage Fund, LLC (Case No. 08-32220), CMR Mortgage Fund II, LLC (Case No. 09-30788), and CMR Mortgage Fund III, LLC (Case No. 09-30802) are closed pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure; provided, however, that the Court shall retain such jurisdiction as is provided in the Plan, and the entry of this final decree is without prejudice to the rights of the Liquidating Trustee or any party in interest to seek to reopen the case for good cause shown.

3. The Liquidating Trustee is authorized to take any and all steps necessary for the purpose of performing the Wind Down Obligations.

4. The Bankruptcy Court shall retain jurisdiction to enforce or interpret its own orders pertaining to these cases, to enforce the terms of the Plan, and to consider and resolve any matter pending in these cases as of the date of this Order.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**